FILED
2014 Mar-25 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

EXHIBIT B

FILED
NOV 13 1987
THOMAS C. [illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. CV-85-T-1332-N |
| ) | |
| CRENSHAW COUNTY, ALABAMA, ) | Re:  City of Decatur |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CONSENT DECREE

Plaintiffs and defendant City of Decatur having submitted the following terms of settlement and for good cause shown, it is HEREBY ORDERED that defendant City of Decatur, its agents, attorneys, employees and those acting in concert with them or at their discretion, are ENJOINED from conducting the elections for the City of Decatur under the present at-large election system, and are FURTHER ENJOINED as follows:

1.  Elections for the city council of the City of Decatur shall be conducted from 5 single-member districts.  A map and description of the districts is attached.  The members so elected shall continue to have four year terms.

2.  Elections from the single-member districts shall be conducted as follows:

At the regularly scheduled municipal elections in the summer of 1988.

3.  Pursuant to Alabama Act No. 87-191, the City of Decatur shall adopt an ordinance to enact the single-member district

plan. The finally-approved court-ordered plan shall remain in effect only until such ordinance is adopted. Nothing in this consent decree shall preclude the City of Decatur, the Alabama Legislature, or other authority acting under state law, from adopting in the future some other plan which meets the requirements of the law and Constitution of the United States.

4. The plaintiffs are prevailing parties for the purpose of the award of attorneys' fees and expenses. If not resolved by the parties the court will, upon proper motion by an party, set the issue for hearing.

DONE this 13th day of November, 1987.

_____
United States District Judge

AGREED TO:

James U. Blacksher
465 Dauphin Street
Mobile, Alabama   36633
(205) 433-2000

Edward Still
714 South 29th Street
Birmingham, Alabama   35233-2810
(205) 322-6631

Larry T. Menefee
Fifth Floor Title Building
300 Twenty-First Street, North
Birmingham, Alabama   35203
(205) 322-7300

Pamela S. Karlan
Julius L. Chambers
99 Hudson Street, 16th Floor
New York, New York   10013
(212) 219-1900

_____
Larry T. Menefee
Attorney for Plaintiffs

David R. Boyd
Balch & Bingham
P. O. Box 78
Montgomery, Alabama   36101
(205) 834-6500

11/13/87

_____
Attorney for City of Decatur

-2-