FILED
2014 Mar-25 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
2005 MAY 26  A 10: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DEBORAH HIGHTOWER, et. al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No 87-T-1197-N |
| ) | |
| CITY OF DECATUR, ) | |
| ) | |
| Defendant ) | |

NOTIFICATION TO COURT OF PRECLEARANCE OF NEW SINGLE MEMBER
DISTRICT PLAN

Comes now the City of Decatur and hereby notifies the Court as follows:

1. The City has received the Section 5 preclearance letter from the Justice Department, regarding its new single member district plan. A copy of the letter is attached.

2. The City does not know of any formal objection to its submitted plan.

3. The City of Decatur does not oppose paying reasonable attorneys' fees not to exceed $500 to the Plaintiffs' Attorneys on the dismissal of this action.

4. The City believes that the dismissal of this action as relates to it should occur.

Respectfully submitted,

_____
Herman H. Marks, Jr.
City Attorney
402 Lee Street, NE
P. O. Box 488
Decatur, AL  35602
256-341-4513
Ala. Bar Code MAR024

Certificate of Service

    I do hereby certify that a copy of this notification was served upon the following Counsel, by first class mail, on this 26th day of May 2004:

*[signature]*

James A. Blacksher, Esq.
710 Title Building
300 North 21st Street
Richard Arrington, Jr. Blvd.
Birmingham, AL 35203-3352



U.S. Department of Justice

Civil Rights Division

MAR - 1 2004

JDR:RPL:TGL:par
DJ 166-012-3
2004-0003
2004-0004
2004-0351

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

February 25, 2004

The Honorable Lynn C. Fowler
Mayor
P.O. Box 488
Decatur, Alabama 35602

William E. Shinn, Jr., Esq.
Harris, Caddell & Shanks
P.O. Box 2688
Decatur, Alabama 35602-2688

Dear Mayor Fowler and Mr. Shinn:

This refers to the 2003 redistricting plan for the Decatur School District in Limestone and Morgan Counties; the 2003 redistricting plan, the realignment of voting precincts, and the polling place changes for the City of Decatur in Morgan County; and the realignment of voting precincts and the polling place change for Morgan County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submissions on January 5 and 29, 2004.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. In addition, as authorized by Section 5, we reserve the right to reexamine these submissions if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period. See Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41).

Sincerely,

Joseph D. Rich
Chief, Voting Section