FILED
2014 Mar-25 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

EXHIBIT D

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1197-T |
| CITY OF DECATUR, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

By order entered on April 9, 2003 (Doc. No. 38), the court granted the plaintiffs' motion for proceedings leading to dismissal of this action, filed March 19, 2003 (Doc. No. 35), to the extent that defendant City of Decatur was "to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared." The court further stated that, "If the plan has been precleared by then, the court will then award counsel for plaintiffs an attorney's fee of $ 500.00, and this case will be dismissed."

On May 26, 2004 (Doc. No. 39), the City of Decatur filed with the court a notice from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the City of Decatur has obtained preclearance, as required by § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c. Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 1st day of June, 2004.

                                                  /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE