FILED

2014 Mar-25  AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

EXHIBIT F



**U.S. Department of Justice**

Civil Rights Division

---

TCH:RSB:JR:AAO:tst
DJ 166-012-3
2012-0671
2012-1902

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

April 6, 2012

The Honorable Don Stanford
Mayor
P.O. Box 488
Decatur, Alabama  35602-0488

Dear Mayor Stanford:

This refers to the 2012 redistricting plans for the council and school district; the realignment of voting precincts for the city; and the use of the county voting method for the Decatur City School District and the City of Decatur in Limestone and Morgan Counties, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submissions on February 13, 2012; additional information was received through March 22, 2012.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

We have reviewed the use of the county voting method by the city and the school district as a recurrent practice pursuant to 28 C.F.R. 51.14. Thus, these entities need not submit future implementation of this same practice.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section