


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,

Plaintiff,

v.

THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities,

Defendants.

Case No. 5:14-cv-00540-AKK

MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS

Defendants City of Decatur, Alabama, the defendant designated as "the City Council of Decatur," Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard, individually and in their official capacities, move for summary judgment in this action pursuant to Fed.R.Civ.Proc. 56. There is no genuine issue as to any material fact that said defendants are entitled to summary judgment in their favor as a matter of law and a dismissal of the plaintiff's complaint. As grounds for their motion, said defendants state:

1. This action was commenced on February 27, 2014 by the filing of a complaint in the Circuit Court for Morgan County, Alabama by plaintiff Gary Voketz. The matters alleged in the complaint arose from an election held in April of 2010 in which a majority of those voting approved a council-manager form of government for the City of Decatur, Alabama. Under Alabama state law, the council-manager form of government approved in the referendum has two council members elected at large (one of whom is to serve as Mayor), and three council members elected from single-member districts. See *Ala Code* § 11-43A-8. The complaint sought an order from the Circuit Court of Morgan County "declar[ing] § 11-43A-6 of the Council Manager Act of 1982 mandatory and . . . immediate implementation of the Act's provisions for the City of Decatur."

2. Since 1988 the City of Decatur has had a method of election for the city council which involves five single-member districts. This method of election was adopted as a part of the settlement of a Voting Rights Act action in the case of *Dillard v. City of Decatur*, CA No. 87-T-1197-N (M.D. Ala., Nov. 13, 1987). The City of Decatur has refused to implement the council-manager form of government because the statutorily mandated method of election for that form of government would have a retrogressive impact on black voters of Decatur and would be in violation of the Voting Rights Act.

3. The defendants are entitled to summary judgment in their favor in this action and a dismissal of the plaintiff's complaint because implementation of the council-manager form of government and the statutorily required method of election would violate the Voting Rights Act. Specifically:

a. A change from the current mayor-council form of government with Council members elected from five single-member districts to three Council members elected from single-member districts and two Council members elected at large would violate Section 2 of the Voting Rights Act, 42 U.S.C. § 1973. ;

b. A change to the council-manager form of government and method of electing City officials approved in the 2010 referendum would have violated Section 5 of the Voting Rights Act of 1965 as amended, 42 U.S.C. § 1973c, and that change has not been made presently enforceable by the Supreme Court's June 25, 2013 decision in *Shelby County v. Holder*, 133 S.Ct. 2612, 2631 (2013). The Supreme Court's decision in *Shelby County* is prospective only in its application.

4. This motion for summary judgment is supported by the brief and evidentiary submission filed herewith.

s/ George W. Royer, Jr.
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@lfsp.com

s/ James U. Blacksher
James U. Blacksher

P.O. Box 636
Birmingham, AL 35201
Phone: 205-591-7238 / Fax: 866-845-4395
jblacksher@ns.sympatico.ca

Attorneys for Defendants City of Decatur, Alabama, City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard

CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

Carl A. Cole, III
Russ Prickett
The Cole Law Firm
P.O. Box 2064
Decatur, Alabama 35602

on this the 26th day of March, 2014.

s/ George W. Royer, Jr.
George W. Royer, Jr.