FILED
2014 Mar-26 AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 5:14-cv-00540-AKK

EVIDENTIARY SUBMISSION IN SUPPORT OF
<u>MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS</u>

Defendants City of Decatur, Alabama, the defendant designated as "the City Council of Decatur," Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard, individually and in their official capacities, submit the following evidentiary materials in support of their motion for summary judgment in this action.

1. Declaration of Herman H. Marks, Jr. and Exhibits 1-6 thereto;

2. Declaration of William S. Cooper and Attachments 1-6 thereto;

3. Affidavit of Steven P. Cole, Ph.D. and Tables 1-4, Figure 1 and Appendix A thereto;

4. Declaration of Karen J. Smith;

5. Declaration of Stacy Gilley and Attachment thereto.

                                           s/ George W. Royer, Jr.
                                           George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@lfsp.com

                                           s/ James U. Blacksher
                                           James U. Blacksher

P.O. Box 636
Birmingham, AL 35201
Phone: 205-591-7238 / Fax: 866-845-4395
jblacksher@ns.sympatico.ca

Attorneys for Defendants City of Decatur, Alabama,
City Council of Decatur, Don Kyle, Roger Anders,
Billy Jackson, Gary Hammon, Charles Kirby, and
Chuck Ard

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

>   Carl A. Cole, III
>   Russ Prickett
>   The Cole Law Firm
>   P.O. Box 2064
>   Decatur, Alabama 35602

on this the 26th day of March, 2014.

>   s/ George W. Royer, Jr.
>   George W. Royer, Jr.