FILED

2014 Mar-26  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

Voketz v. The City of Decatur,
Alabama, et al.

Affidavit of Steven P. Cole, Ph.D.
and Tables 1-4, Figure 1 and
Appendix A Thereto

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

GARY VOKETZ, for himself and on behalf )
of the citizens of Decatur, Alabama, and )
the State of Alabama, )
)
    Plaintiff, )
)
v. )
)
                              )   Case No. 5:14-cv-00540-AKK
THE CITY OF DECATUR, ALABAMA, a )
municipal corporation, THE CITY )
COUNCIL OF DECATUR, DON KYLE, )
ROGER ANDERS, BILLY JACKSON, )
GARY HAMMON, CHARLES KIRBY, )
and CHUCK ARD, in both their individual )
and official capacities, )
)
    Defendants. )


AFFIDAVIT OF STEVEN P. COLE, Ph.D.

1.  My qualifications, including a list of all publications I have authored

within the past 10 years and a listing of cases in which I have served as

an expert or a consultant, are set forth in my curriculum vitae which is

attached to this report as Appendix A.

2.  I am employed by Research Design Associates, Inc., in Yorktown Heights,

New York, as Director of Research.  My responsibilities involve research

design and implementation, and the use of statistics in data analysis.  I

am currently hold the position of Adjunct Professor in the Emory University

Department of Psychology.  I received a B.A. in psychology from the

University of Virginia, an M.A. in developmental psychology from Columbia

University, and a Ph.D. in human experimental psychology from Emory

University.  My teaching and research interests include statistics and

1

quantitative methods, and research design.

3.  I have testified at trial or by deposition in the following voting rights cases:  Tyrone Brooks, et al. v. Zell Miller, et al., S.D. Ga., 1-90-CV-1001-RCF;  Marvin Howard, et al. v. Commissioner of Wheeler County, Georgia, et al., S.D. Ga., No. CV-390-057; Bonny L. Askew, et al. v. City of Rome, Georgia, et al., N.D. Ga., No. 4:93-CV-0028-HLM; Rural West Tennessee African American Affairs Council, Inc., v. Sundquist, et al., W.D. Tenn., No. 92-2407-TURBO; Maxine B. Cousins, et al. v. Ned McWherter, et al., E.D. Tenn., No. CIV-1-90-339; Edna C. Hines, et al. v. Hertford County Board of Elections, et al. E.D. N.C., No. 89-62-CIV-2-BO; Gause v. Brunswick County, North Carolina, E.D. N.C., No. 93-80-CIV-7-9; Burton v. City of Belle Glade, S.D. Fla., No. 95-8356-CIV-RYSKAMP; Otis L. Wilson, et al. v. Mayor and Board of Alderman of St. Francisville, Louisiana, et al., M.D. La., Civ. No. 92-765-B-M-1; Arthur Cuthair, et al., v. Montezuma-Cortez School District, No. RE-1, et al., D. Colo., No. 89-C-964;  Moon, et al., v. Meadows, et al., E.D. Va., C.A. No. 3:95CV942; Rural West Tennessee African American Affairs Council, Inc., v. Sundquist, et al., W.D. Tenn., No. 92-2407-TUV; Old Person, et al. v. Cooney, et al., D. Mont., No. CV-96-004-GF-PMP; Bone Shirt, et al. v. Hazeltine et al., No. CIV-01-3032, D. S.D.; Cottier, et al. v. City of Martin et al., South Dakota, D. S.D., No. CIV-02-5201-KES; and Large, et al. V. Fremont County, Wyoming, D. Wyo., No. 05CV2700.  I have been accepted by federal courts as an expert in statistical methodology and the analysis of racially polarized voting.  My compensation for work on this case is $150.00 per hour.

## INTRODUCTION

4.  This report examines issues related to a legal challenge to the city council districts in the City of Decatur, Alabama.  In order to understand the analytical strategy that I used for this study, a brief description of the procedural background for this case is provided. Since Dillard v. Crenshaw County, 649 F.Supp. 289 (1986), the City of Decatur has maintained a five single-member district (SMD) mayor-council form of government. One of the city districts, District 1, was drawn majority black while the other four districts were drawn majority white. The mayor is elected at-large. The percent black voting age population (VAP) for the current district configurations based on the 2010 census are: District 1, 54.9%; District 2, 12.7%; District 3, 12.3%; District 4, 15.9%; and District 5, 10.9%. Overall, the City of Decatur currently has a 19.9% black VAP. Since the implementation of the five SMD mayor-council system in the late 1980s, Decatur voters in majority black District 1 have consistently elected black city council and black school board members. On April 13, 2010 a Special Municipal Referendum was held and one of the questions posed to city voters was: "Shall the council-manager form of government as provided by the Council Manager Act of 1982 be adopted for the municipality of Decatur, Alabama?" The measure passed with 52.8% of the voters voting 'Yes.' Plaintiffs in this case argue the need for compliance with the referendum results and a council-manager election system that would require two council members elected at-large and three council members elected from SMDs.

3

5.    Attorneys for the defendants have asked me to prepare a report addressing whether voting is polarized along racial lines in the City of Decatur between black and non-black voters.   Assessing racially polarized voting is critical to determining whether a new or altered electoral mechanism would violate the Voting Rights Act.   With racial bloc voting data for voters in the challenged jurisdiction, it can be assessed whether a proposed plan will deny the opportunity for a minority to elect candidates of their choice.

## METHODOLOGY

**Election and Registration Data**

6.    The data used for this report consist of election returns for elections in which voters in the City of Decatur participated in 2008, 2010, and 2012, and precinct-level registration data by race. Defendants' counsel provided the data and racial identification of candidates.

**Scope of Analyses**

7.    Analysis of the voting behavior in the 2010 referendum is highly probative of racial bloc voting in Decatur since the voters were directly asked if they supported adopting a council-manager election system. Consistent with the analyses relied on by the Supreme Court in Thornburg v. Gingles,[1] I also analyzed voter behavior and voting choices in the context of interracial elections, *i.e.*, contests between black and non-black candidates.   Contests with black and non-black candidates are most probative of racial bloc voting because they present voters with a racial

---

[1]Thornburg v. Gingles, 478 U.S. at 80-2 (1986).

4

choice.   In Thornburg v. Gingles, for example, the court looked only at black-white contests.   With contests involving only non-black candidates, the entire outcome is mitigated by the fact that you do not know how voters are going to respond when there is a black candidate(s).   City council and school board contests are the most probative types of contests because they are the types of contests being challenged in this case. I analyzed the interracial 2008 and 2012 city council and school board elections. To supplement analyses of the referendum and the interracial city council and school board contests, I analyzed the 2012 contests for City of Decatur Mayor and for U.S. President.

**Analytic Strategy**

8.   My analysis of racially polarized voting which considers both black voter cohesion and bloc voting by non-blacks follows procedures recognized by the Supreme Court in Thornburg v. Gingles, 478 U.S. 30 (1986). Appropriate procedures for analyzing these issues are discussed in the social science literature.[3] I employed four different methods of analysis:

---

[3]See for example, Allan J. Lichtman and Laura Irwin Langbein, Ecological Inference, Sage Series on Quantitative Applications in Social Science (1978); Chandler Davidson, ed., Minority Vote Dilution, Washington D.C.: Howard University Press (1984); Richard Engstrom, "Quantitative Evidence in Vote Dilution Litigation:  Political Participation and Polarized Voting," Urban Lawyer (1985); James Loewen and Bernard Grofman, "Recent Developments in Methods Used in Voting Rights Litigation," Urban Lawyer (1989); Allan J. Lichtman, "Passing the Test:  Ecological Regression in the Los Angeles County Case and Beyond," Evaluation Review, (1991); Bernard Grofman and Chandler Davidson, eds., Controversies in Minority Voting:  The Voting Rights Act in Perspective, (1992); Bernard Grofman, Lisa Handley, and Richard G. Niemi, Minority Representation and the Quest for Voting Equality, Cambridge:  Cambridge University Press, (1992); Allan J. Lichtman and J. Gerald Hebert, "A General Theory of Vote Dilution," La Raza Law Journal (1993); Gary King, A Solution to the Ecological Inference Problem, Princeton: Princeton University Press (1997); J. Morgan Kousser, "Ecological Inference from Goodman to King," Historical Methods, (Summer 2001); and Gary King, Ori Rosen, and Martin

double-equation ecological regression analysis, homogeneous precinct analysis (also known as extreme case analysis), Goodman single-equation ecological regression[4], and the King ecological inference approach based on a maximum likelihood estimate methodology.[5]

9.   **Double-Equation Ecological Regression**.   I estimated the voting behavior of black and non-black voters by comparing the racial composition of each of the voting precincts to the division of the vote among candidates in each precinct using the standard double-equation technique.[6] This technique is often called bivariate ecological regression analysis (BERA). For a two-candidate head-to-head contest, in the first equation, black registration as a percentage of total registration was used to predict the vote for a candidate as a percentage of total registration.   In the second equation, black registration as a percentage of total registration was used to predict the vote for the second candidate as a percentage of total regression.   Results from these two regressions were used to compute estimates of black cohesion and non-black bloc voting.

10.   **Homogeneous Precinct Analysis**.   I also examined black and non-black voting behavior through a technique termed homogeneous precinct analysis

---

A. Tanner (eds.), Ecological Inference: New Methodological Strategies, Cambridge: Cambridge University Press (2004).

   [4]Leo Goodman, "Ecological Regression and the Behavior of Individuals," American Sociological Review, (1953); Leo Goodman, "Some Alternatives to Ecological Correlation," American Journal of Sociology, (1959).

   [5]Gary King, A Solution to the Ecological Inference Problem, Princeton, NJ: Princeton University Press (1997).

   [6]See Bernard Grofman and Michael Migalski, "Estimating the Extent of Racially Polarized Voting in Multicandidate Contests," Sociological Methods & Research, (1988).

that examines the choices of voters in the most heavily black and the most heavily non-black precincts in a jurisdiction.   If there are precincts that are overwhelmingly composed of members of the same race, one can estimate the voting behavior of members of that group in those precincts.   A standard criterion for a precinct to be considered homogeneous is 90% or more composition of one race. If there are few precincts, though, that meet the 90% criterion, it is common to lower the threshold somewhat.   For this report, I used an 85% threshold.

11.   There are several homogeneous precinct analysis techniques; here I used what has been labeled "simple percentages" analysis.   For precincts that are virtually all non-black, for example, the percentage of the vote for a candidate is an estimate of non-black support for that candidate. That is, all the votes for a candidate are deemed to come from non-black voters.   For precincts that are virtually all black, the percentage of votes for a candidate is an estimate of black support for that candidate. That is, all the votes for a candidate are assumed to come from black voters. However, these estimates should be viewed as minimums.[8]   That is, the technique assumes that the proportion of non-black voters in black precincts who voted for a candidate is no different than the proportion of black voters in those precincts who did so.   Conversely, it assumes that the proportion of blacks in non-black precincts who voted for a candidate is the same as for the non-black voters in those precincts.   The homogeneous precinct analysis estimates often reflect less polarization than do regression estimates; this is because the precincts used are close to but

---

[8]See James Loewen and Bernard Grofman, "Recent Developments in Methods Used in Vote Dilution Litigation," The Urban Lawyer, (1989).

not actually 100% racially homogeneous.  However, when the precincts are close to being 100% homogenous, differences between the techniques tend to be minimal.

12.   Methodologically, both homogeneous precinct and regression analysis provide advantages: homogeneous precinct analysis is based directly on voter behavior and requires no statistical inference, while ecological regression uses information from precincts that are racially mixed as well as those that are homogeneous.  Both types of techniques are useful and are accepted in the field of voting analysis.

13.   **Goodman Single-Equation Ecological Regression**.  The techniques described above were supplemented by the examination of squared correlation coefficients and measures of statistical significance.  The squared correlation coefficient ($R^2$) measures the degree to which voting for competing candidates can be predicted by knowledge of the racial composition of precincts alone.  It is a measure of how consistently the racial composition of the precincts varies with the voter support for candidates in those precincts.  For the correlational analysis, a single regression is preferred where the researcher seeks the association between the racial composition of the precincts and the percentage of the votes cast for a candidate.[9] All of the correlations reported in Gingles were obtained in this fashion.  The value of $R^2$ ranges from 0 to 1.0.  Higher coefficients indicate more consistency and a greater tendency for the data points (precincts) to fall on a straight line.  This analysis often is illustrated with a scattergram, where each point on the graph represents

---

[9]See James Loewen and Bernard Grofman, "Recent Developments in Methods Used in Voting Rights Litigation," Urban Lawyer (1989).

a precinct with the percentage of voters who are black and the percentage of votes for a candidate as the coordinates of the point.  Although no values arbitrarily define the distinction between "high" and "low," analysts often rely on coefficients with values of about .25 and consider values of about .50 or greater as indicative of a strong association between variables.

14.   Conventionally, social scientists usually accept as statistically significant results with a probability of less than .05 (corresponding to a 5 in 100 probability of obtaining the results under the chance hypothesis).  However, if there are only a small number of precincts, no matter how strong the actual racial polarization, one may not be able to obtain a high level of statistical significance in the measurement of the degree of racial polarization.  Adequate proof that race was a factor in a particular election may be shown either by an $R^2$ value of .25 or greater, or by statistical significance.[10] To test the hypothesis of no linear relationship between race of voters and candidate support, several equivalent statistics can be computed.   I report the probability ($p$-value) associated with the analysis of variance which tests how well the regression model fits the data.

15.   **King Ecological Inference.**   In the 1990s, Gary King, Ph.D. developed an ecological inference approach (EI) based on a maximum likelihood estimate methodology to estimate racial bloc voting from aggregate data.[11]

---

[10]See, e.g., Bernard Grofman, Michael Migalski, and Nicholas Noviello, "The 'Totality of Circumstances Test' in Section 2 of the 1982 Extension of the Voting Rights Act: A Social Science Perspective," Law & Policy, (1985).

[11]Gary King, A Solution to the Ecological Inference Problem:

An advantage of EI is that estimates of black cohesion and non-black crossover voting can be generated for each precinct. Although there have been recent critiques of the use of double equation ecological regression[12,13], regression analysis and homogeneous precinct analysis have long been accepted by the Supreme Court[14] and by other courts.  EI has gained wide acceptance in the political literature and recently has been accepted by the courts.  There are contexts in which regression analysis or EI may provide more precise estimates[16] but, in general, they often produce very similar estimates of racial bloc voting.[17,18]

16.  **Definitions.**  The United States Supreme Court has defined "racial polarization" to exist where "black voters and white voters vote differently."[19] In head-to-head contests involving two candidates, racial polarization is exhibited when a majority of the voters of one race would

---

Reconstructing Individual Behavior from Aggregate Data, Princeton University Press (1997).

[12]Jeffrey S. Zax, "The statistical properties and empirical performance of double regression," Political Analysis (2005).

[13]Jeffrey S. Zax, "Comment on 'Estimating the extent of racially polarized voting in multicandidate contests' by Bernard Grofman and Michael Migalski," Sociological Methods & Research (2002).

[14]Thornburg v. Gingles, 478 U.S. 30, 53 n.21 (1986).

[16]J. Morgan Kousser, "Ecological Inference from Goodman to King," Historical Methods, (Summer 2001).

[17]Baodong Liu, "EI Extended Model and the Fear of Ecological Fallacy," Sociological Methods & Research (2007).

[18]Bernard Grofman, "A Primer of Racial Bloc Voting."  In Nathaniel Persily (ed.), The Real Y2K Problem: Census 2000 Data and Redistricting Technology.  Brennan Center for Law and Justice, New York University (2000).

[19]Thornburg v. Gingles, 478 U.S. 30, 53 n.21 (1986).

elect a different candidate than would the majority of voters of the other race.  In such contests, black cohesion is best measured by black support for the black-preferred candidate.  In head-to-head contests with more than two candidates, racial polarization is exhibited when a majority/plurality of the voters of one race would elect a different candidate than would a majority/plurality of voters of the opposite race.[20]

17.   A black-preferred candidate in a head-to-head contest with two candidates is the candidate who receives a majority of the black votes. Determination of black-preferred candidates in head-to-head contests with more than two candidates needs to be established on an election-specific basis because level of support for a candidate can change given the total number of candidates.  Although receiving a majority of black votes in contests with more than two candidates is not required for determination as a black-preferred candidate, receiving a majority of black votes would be an indication of substantial support from black voters.

### RESULTS OF ANALYSES

**2010 Special Municipal Election**

18.   As stated above, on April 13, 2010 a referendum was held and one of the questions posed to city voters was: "Shall the council-manager form of government as provided by the Council Manager Act of 1982 be adopted for the municipality of Decatur, Alabama?" The measure passed with 52.8% of the voters voting 'Yes.' A summary of racial bloc voting analyses for

---

[20]See Bernard Grofman, Michael Migalski, and Nicholas Noviello, "The 'Totality of Circumstances Test' in Section 2 of the 1982 Extension of the Voting Rights Act: A Social Science Perspective," Law & Policy (1985).

the referendum is presented in Table 1. The percent black registration for the city was 20.0%. The $R^2$ value of .84 indicates a strong association between the black percentage of registration and the percentage of voters supporting the measure. In fact, in this contest, 84% of the variability in voting behavior can be predicted by knowledge of the racial composition of the precincts alone. The $p$-value associated with the regression model was less than .001 which is statistically significant. The regression (BERA) and ecological inference (EI) estimates of black support for the measure were 0% and 8%, respectively.[23] Both estimates indicate very high levels of black cohesion. The homogeneous precinct analysis (HPA) estimate of black voter support for the referendum measure was 14% which also indicated a high level of black cohesion. For the HPA analysis, 37% of the city's black registered voters were in homogeneous precincts. BERA, EI, and HPA estimates of non-black voter support for the referendum measure were 60%, 58%, and 57%, respectively. For the HPA analysis, 66% of the city's non-black registered voters were in homogeneous precincts. Overall, this was a racially polarized contest since black voters considered alone would have defeated the proposal to adopt a council-manager form of government, while non-black voters alone would have passed the measure. The black-preferred choice lost.

19. The relationship of referendum vote outcome with racial composition of the precincts is displayed with a scattergram in Figure 1. As described

---

[23]The double regression estimate for black support for the referendum measure was slightly less than 0% and like most voting analysis experts I rounded the estimate to 0%. Such estimates generally indicate true levels of racial bloc voting very close to 0% (see James Loewen and Bernard Grofman, 'Recent Developments in Methods Used in Vote Dilution Litigation,' The Urban Lawyer, (1989).

above, each point on the graph represents a precinct with the percentage
of registered voters who are black and the percentage of votes for a
candidate as the coordinates of the point. The graph shows a strong negative
correlation between the percentage of black registered voters and the
percentage of 'Yes' votes.  The line in the graph, a best-fit least-squares
regression line, is a method of summarizing the pattern of precinct points.
The closer the precincts are to the line, the stronger the correlation.
It is clear that as the percentage of black registered voters in precincts
increases, opposition to the referendum measure increases.

**Interracial Municipal Contests**

20.  **2008 City Council Election District 3**.  Regression and EI analyses
were not feasible because there were only five precincts in the district.
With such a small sample size and with a narrow distribution of racial
composition of precincts (%black registration ranged only from 0.7% to
21.9%), regression and EI analyses would not be reliable.  Overall, the
district percent black registration was 8.8%.  However, homogeneous
precinct analysis can be considered since HPA is based directly on voter
behavior and requires no statistical inference.  There were no homogenous
black precincts, though, so the HPA analyses were confined to estimates
of non-black voter support for candidates.  Of the five precincts, three
were homogenous: the three precincts comprised 69% of the non-black
registered voters.  A summary of the results is presented in Table 2.  Gary
Hammon came in first and received 44% of the non-black vote. Joel Gilliam,
a black candidate, received 30% of the non-black votes.  Howard Battles
finished third with 12% non-black support, and Thomas Willis finished

fourth with 14% of non-black votes.  With no one receiving a majority of the votes, a runoff was held.

21.  **2008 City Council Election Runoff District 3**.  A summary of the HPA results for the runoff is presented in Table 2.  HPA analysis revealed that the black candidate, Joel Gilliam, received only 40% of non-black votes and he lost the election.

22.  **2008 School Board Election District 5**.  As with District 3, there were no homogenous black precincts, so the HPA analyses were confined to estimates of non-black voter support for candidates.  Of the three precincts in City District 5, all three were homogenous.  A summary of the results is presented in Table 2.  Johnnie Marshall, a black candidate, ran against Donnie Lane.  Marshall received only 20% of the non-black votes and he lost the election.

23.  **2012 School Board Election District 5**.  Again, HPA analyses were confined to estimates of non-black voter support for candidates.  Of the three precincts in City District 5, all three were homogenous.  A summary of the results is presented in Table 2.  Tatia Young, a black candidate, ran against Donnie Lane.  Young received only 15% of the non-black votes and she lost the election.

24.  **Summary of the Interracial Municipal Contests.**  Given the low level of non-black support for black candidates in these interracial contests, none of the black candidates were elected to city council or school board positions. Across the four interracial city district contests analyzed in 2008 and 2012, the mean level of non-black support for black candidates was only 26%.

**2012 Municipal Election for Mayor**

25.   A summary of racial bloc voting analyses for this recent mayoral contest is presented in Table 3.  The percent black registration for the city was 20.4%. There were four candidates and all were non-black. Gail Busbey was the black-preferred candidate with BERA, EI, and HPA estimates of black voter support for her at 89%, 79%, and 74%, respectively. In contrast, the non-black support for Busbey was extremely low with BERA, EI, and HPA estimates of non-black voter support for her at 8%, 9%, and 12%, respectively. The $R^2$ value of .99 in the Busbey analysis indicates a strong association between the black percentage of registration and the percentage of voters supporting her.  This was a racially polarized contest since black voters considered alone would have elected Busbey, while non-black voters alone would have elected Don Kyle. In fact, Kyle came in first.  Busbey, the black-preferred candidate, came in third and lost. With no one receiving a majority of the votes, a runoff was held.

**2012 Municipal Election Runoff for Mayor**

26.   A summary of racial bloc voting analyses for this mayoral runoff contest is presented in Table 3.  The percent black registration for the city was 20.9%.  Carl Cole was the black-preferred candidate with BERA, EI, and HPA estimates of black voter support for him at 66%, 62%, and 56%, respectively. Don Kyle received a majority of non-black votes with BERA, EI, and HPA estimates of non-black voter support at 58%, 58%, and 56%, respectively. This was a racially polarized contest with the black-preferred candidate losing.

15

**2012 General Election for U.S. President**

27.   A summary of racial bloc voting analyses for city voters is presented in Table 4.  The percent black registration for the city was 21.2%.  Barack Obama was the black-preferred candidate with BERA, EI, and HPA estimates of black voter support for him at 100%, 99%, and 99%, respectively. Mitt Romney received most of non-black votes with BERA, EI, and HPA estimates of non-black voter support at 82%, 79%, and 77%, respectively. This was a racially polarized contest with the black-preferred candidate losing.

## CONCLUSIONS

28.   The 2010 municipal election referendum proposal to adopt a council-manager form of city government was racially polarized with black voters highly cohesive in voting to reject the proposal. Regression and ecological inference analysis results showed black voter opposition to the proposed government change was greater than 90%. The black-preferred referendum choice lost.  In the four interracial city council and school board contests in majority non-black districts in 2008 and 2012, there was a low level of non-black support for black candidates.  In these city district contests, the average level of non-black support for black candidates was only 26%.  None of the black candidates in these contests were elected to city council or school board positions.  The 2012 municipal election and election runoff for Mayor were racially polarized and the black-preferred candidates lost.  The 2012 general election for U.S. President demonstrated a high level of racially polarized voting with at least 99% of black voters voting for Barack Obama while approximately 20%

16

of nonblack supported him.   Within the City of Decatur, the black-preferred presidential candidate lost.   Thus, overall, I conclude that voting is polarized along racial lines in the City of Decatur between blacks and non-blacks.

29.   I declare under penalty of perjury that this affidavit is correct to the best of my knowledge.

FURTHER, AFFIANT SAYETH NAUGHT:

Dated: 3/19/14

_Steven P. Cole_
Steven P. Cole

Sworn to and subscribed before me this 19 day of March, 2014.

NOTARY PUBLIC
My commission expires:

ALYSSA WEISS
Notary Public - State of New York
NO. 01WE6232080
Qualified in Westchester County
My Commission Expires 12/6/14

17

## CERTIFICATE OF RETENTION

As the filer of this document, I hereby certify that I currently hold the original signature document which has been duly executed and notarized. I further certify that I shall retain the hard copy of this document containing the original signature for one year after exhaustion of the time to appeal final resolution of this action or issuance of a mandate from the Court of Appeal.

_____

George W. Royer, Jr.

**Table 1**

**City of Decatur, Alabama**

**2010 Special Municipal Election**

**Referendum Question 1: "Shall the council-manager form of government as provided by the Council Manager Act of 1982 be adopted for the municipality of Decatur, Alabama?"**

Summary of Racial Bloc Voting Analyses

| Election/Candidates | $R^2$ | $p$-value | % Black Voters Voting Yes/No | | | % Non-Black Voters Voting Yes/No | | | Votes |
|---|---|---|---|---|---|---|---|---|---|
| | | | BERA | EI | HPA | BERA | EI | HPA | |
| **City of Decatur** | | | | | | | | | |
| April 13 | | | | | | | | | |
| 20.0% Black Registration | | | | | | | | | |
| **Voting 'Yes'** | .84 | <.001 | 0 | 8 | 14 | 60 | 58 | 57 | 4,996 |
| **Voting 'No'** | .84 | <.001 | 100 | 92 | 86 | 40 | 42 | 43 | 4,475 |

Notes:

BERA: Bivariate Ecological Regression Analysis
EI:   Kings' Ecological Inference Analysis
HPA:  Homogeneous Precinct Analysis
            For %Black, precincts with $\geq$ 85% black registration
            For %Non-Black, precincts with $\leq$15% black registration

**Table 2**

**City of Decatur, Alabama**

**Interracial City Contests 2008-2012**

**Summary of Homogeneous Precinct Analyses**

| Election/Candidates | % Non-Black Voters Voting for Candidate | Votes |
|---|---|---|
| **2008 City Council District 3** <br> August 26 | | |
| 8.8% Black Registration <br> 3 of 5 Precincts > 85% Non-black | | |
| **Gary Hammon** | 44 | 1,258 |
| **Joel Gilliam** (Black) | 30 | 880 |
| **Howard Battles** | 12 | 420 |
| **Thomas Willis** | 14 | 379 |
| **2008 City Council Runoff District 3** <br> October 14 | | |
| 8.8% Black Registration <br> 3 of 5 Precincts > 85% Non-black | | |
| **Gary Hammon** | 60 | 1,129 |
| **Joel Gilliam** (Black) | 40 | 730 |
| **2008 School Board District 5** <br> August 26 | | |
| 8.8% Black Registration <br> 3 of 3 Precincts > 85% Non-black | | |
| **Donnie Lane** | 80 | 1,954 |
| **Johnnie Marshall** (Black) | 20 | 502 |
| **2012 School Board District 5** <br> August 28 | | |
| 9.9% Black Registration <br> 3 of 3 Precincts > 85% Non-black | | |
| **Donnie Lane** | 85 | 2,070 |
| **Tatia Young** (Black) | 15 | 368 |

---

19

**Table 3**

**City of Decatur, Alabama**

**2012 Mayoral Contests**

**Summary of Racial Bloc Voting Analyses**

| Election/Candidates | $R^2$ | *p*-value | % Black Voters Voting for Candidate | | | % Non-Black Voters Voting for Candidate | | | Votes |
|---|---|---|---|---|---|---|---|---|---|
| | | | BERA | EI | HPA | BERA | EI | HPA | |
| **2012 Municipal Election** | | | | | | | | | |
| August 28 | | | | | | | | | |
| 20.4% Black Registration | | | | | | | | | |
| **Don Kyle** | .75 | <.001 | 14 | 20 | 22 | 50 | 50 | 48 | 4,903 |
| **Carl Cole** | .86 | <.001 | 0 | 1 | 3 | 35 | 33 | 34 | 3,050 |
| **Gail Busbey** | .99 | <.001 | 89 | 79 | 74 | 8 | 9 | 12 | 2,205 |
| **Don Stanford** | .42 | .064 | 3 | 3 | 2 | 7 | 7 | 7 | 679 |
| **2012 Municipal Election Runoff** | | | | | | | | | |
| October 9 | | | | | | | | | |
| 20.9% Black Registration | | | | | | | | | |
| **Don Kyle** | .56 | <.011 | 32 | 38 | 44 | 58 | 58 | 56 | 5,446 |
| **Carl Cole** | .56 | <.011 | 68 | 62 | 56 | 42 | 42 | 44 | 4,298 |

Notes:

BERA: Bivariate Ecological Regression Analysis
EI:   Kings' Ecological Inference Analysis
HPA:  Homogeneous Precinct Analysis
        For %Black, precincts with $\geq$85% black registration
        For %Non-Black, precincts with $\leq$15% black registration

**Table 4**

**City of Decatur, Alabama**

**2012 General Election for President**

**Summary of Racial Bloc Voting Analyses**

| Election/Candidates | $R^2$ | *p*-value | % Black Voters Voting for Candidate | | | % Non-Black Voters Voting for Candidate | | | Votes |
|---|---|---|---|---|---|---|---|---|---|
| | | | BERA | EI | HPA | BERA | EI | HPA | |
| **November 6** | | | | | | | | | |
| **21.2% Black Registration** | | | | | | | | | |
| **Mitt Romney** | .97 | <.001 | 0 | 1 | 1 | 82 | 79 | 77 | 13,655 |
| **Barack Obama** | .97 | <.001 | 100 | 99 | 99 | 18 | 21 | 23 | 8,236 |

Notes:

BERA: Bivariate Ecological Regression Analysis
EI:   Kings' Ecological Inference Analysis
HPA:  Homogeneous Precinct Analysis
              For %Black, precincts with >85% black registration
              For %Non-Black, precincts with <15% black registration

21

**Figure 1**

**City of Decatur 2010 Special Municipal Election**

**Referendum Question 1: "Shall the council-manager form of government as provided by the
Council Manager Act of 1982 be adopted for the municipality of Decatur, Alabama?"**



Note: Each data point is a precinct.

**Appendix A**

**STEVEN PARKER COLE**

Director of Research
Research Design Associates, Inc.
1315 Baptist Church Road
Yorktown Heights, NY 10598
914.962.0610
ResearchDesignAssociates.com
spc@cloud9.net

## ACADEMIC HISTORY

Ph.D.  Emory University, 1985, Human Experimental Psychology

M.A.  Columbia University, 1976, Developmental Psychology

B.A.  University of Virginia, 1969, Psychology

## CURRENT AREAS OF INTEREST

Statistics and quantitative methods; research design; general and experimental psychology; design, development and evaluation of test and measurement procedures; perceptual and memory processes; eyewitness identification; developmental psychology; mind-body research; dance and body image; language acquisition; recovery audit methodologies; voting behavior.

## EXPERIENCE

2012 - Present  Adjunct Professor, Department of Theater and Dance, Emory University, Atlanta, Georgia

1993 - Present  Adjunct Professor, Department of Psychology, Emory University, Atlanta, Georgia

1982 - Present  Director of Research, Research Design Associates, Inc., Decatur, Georgia and Yorktown Heights, New York

2009 - 2011  Adjunct Professor, Department of Health and Physical Education, Emory University, Atlanta, Georgia

2001 - 2009  Adjunct Professor, Department of Health, Physical Education and Dance, Emory University, Atlanta, Georgia

1987 - 1995  Consultant, Atlanta University Center, Minority Access to Research Careers Program; research design, applied computer data analysis

1992 - 1994  Adjunct Professor, Division of Educational Studies, Emory University, Atlanta, Georgia

1985 - 1991  Adjunct Professor, Emory University School of Law, Atlanta, Georgia

1977 - 1983  Research and Teaching Assistant; data base management, research design and data analysis consultation, Department of Psychology, Emory University, Atlanta, Georgia

<u>1980 - 1982</u>    Project Coordinator, Community Stroke Study: Effect of Methysergide on Infarction, Phelps Memorial Hospital, Sleepy Hollow, New York

<u>1974 - 1977</u>    Assistant Chief, Dept. of Electrocardiology; Supervisor, Kavy Pacing Center, Phelps Memorial Hospital, Sleepy Hollow, New York

<u>1969 - 1974</u>    Administrative Assistant, Senior Technician, Dept. of Electrocardiology and Electro-encephalography, Phelps Memorial Hospital

**COURSES TAUGHT**

> Computer Analysis of Scientific Data
> Psychology of Eyewitness Identification
> Research Methods
> Statistics

**PROFESSIONAL ORGANIZATIONS**

> Georgia Psychological Association
>   Chair, Psychology and Public Interest Committee (1993-94)
> American Psychological Association

**CONSULTING EXPERIENCE**

**Research Design, Statistics, Test and Measurement Procedures; Memory and Perception; Experimental and Developmental Psychology:**

Garrison Institute, Garrison, NY; JPB Foundation; 2013-present; Climate, Mind and Behavior Initiative; ''The Human Dimensions of Resilience: Engaging and Empowering Individuals and Communities.''

American Civil Liberties Union, State of Maryland, 2013-present; analysis of voting behavior.

Phelps Memorial Hospital Center, Sleepy Hollow, NY, 2013-present; effectiveness of a pain support group in treating chronic pain.

North American Camelid Studies Program, Nunoa Project Peru; residual Ivermectin in plants; 2012-present.

National Center for Complementary and Alternative Medicine; University of Arizona School of Medicine, Tucson, AZ; Emory University School of Medicine; 2011-present; inflammation, stress, and social behavior: using ecological assessments and model systems to enhance relevance to health outcomes.

National Institute of Health; University of Arizona School of Medicine, Tucson, AZ; Emory University School of Medicine; 2011-present; effects of prolonged cytokine exposure associated with interferon treatment for hepatitis C virus infection on interpersonal behavior.

Georgia Resource Center, Atlanta, GA; 2011-present; reliability of eyewitness identifications.

Centurion Ministries, Princeton, NJ; 2011-present; reliability of eyewitness identifications.

Department of Psychiatry and Behavioral Sciences, Emory University School of Medicine, Atlanta, GA; 2011-present; effects of meditation, stress, and cross-racial conditions on perception, cooperation and psychological state.

Atlanta Research Center, Atlanta, GA; 2010-present; treatment of osteoarthtritis of the knee.

Georgia Department of Human Resources; Department of Psychiatry and Behavioral Sciences, Emory University School of Medicine,  Atlanta, GA; 2010-present; cognitively-based compassion training  to enhance health and emotional well-being in adolescents in foster care.

National Institute of Health, National Center for Complementary and Alternative Health; Department of Psychiatry and Behavioral Sciences, Emory University School of Medicine, Atlanta, GA; 2009-2014; mechanisms of meditation: comparison of behavioral interventions to improve physical health and emotional well-being.

Agnes Scott College, Decatur, GA; 2007-present; statistical analysis for studies of attachment styles, social skills, and depression in college women.

U.S. Pony Club; USEF Safety Summit (June 2008); five-year study of safety (horse and rider), speed, and course completion in upper level event competition.

University of Pennsylvania, Department of Romance Languages; 2007-2009; statistical analysis for a study of global simulation and writing self-beliefs of intermediate French college students.

Emory University Department of Psychiatry, Atlanta, GA; 2006-2007; statistical analysis for NIMH study of sleep changes, and neuropsychiatric and neurocognitive symptoms associated with interferon treatment for hepatitis C.

Emory College Language Center, Emory University, Atlanta, GA, 2004-present; research design and evaluation in studies of foreign language acquisition.

Emory University Departments of Psychiatry and Behavioral Sciences; Health, Physical Education and Dance; Psychology; Religion; and Anthropology; 2005-present; research design and statistical analysis for studies of compassion meditation as a strategy for reducing depressive symptoms and physiological stress reactivity.

American Civil Liberties Union, Southern Regional Office, Atlanta, GA, 1989-present; analysis of voting behavior; June 2003: exit poll of City of Martin, South Dakota voters for County School Board and City Council; June 2004: exit poll of City of Martin voters for City Council and U.S. Representative.

Vanderbilt University and Middle Tennessee State University; 2001-2005; assessment of effectiveness of case-based instruction to enhance learning.

Southern Regional Council, Atlanta, GA, 2001; assessment of voting equipment disparities in Georgia counties.

National Science Foundation; EduTech Institute and College of Computing at the Georgia Institute of Technology; 2000-2007; evaluation of the Learning by Design Project, a design-based curriculum for middle school science education; influence of classroom practices and culture on scientific reasoning.

Southern Poverty Law Center, Montgomery, AL; 2000-2002; analysis of voting behavior.

Rocky Mountain University of Health Professions, Provo, UT; 2000-present; supscapularis syndrome: clinical examination, magnetic resonance imagery, and shoulder impingement; comparison of traditional physical therapy with and without static progressive stretch following open rotator cuff repair; use of a wrist extension brace to increase the velocity and accuracy of baseball pitching.

Annenberg/Corporation for Public Broadcasting Project; Florence Gould Foundation; Emory, Wellesley, and Yale Universities; Teachme.com, Inc.; 2000-2002; alpha and beta evaluations of French in Interaction, a computer-assisted, interactive curriculum for teaching French.


Henley Healthcare, Texas, and U.S. Food and Drug Administration; 2000-2001; efficacy of low level laser in the treatment of carpal tunnel syndrome.

University of Bristol, Emory University, and the National Institutes of Health, 1997-2003; Avon Longitudinal Study of Pregnancy and Childhood; antecedents of nonverbal ability.

The Modern Language Journal, University of Wisconsin-Madison, 1996-present; review of manuscripts in the areas of statistics and research design.

University of Southern Florida, Florida Mental Health Institute, 1995-2002; psychological aspects of cancer in older persons; age differences in control and coping processes.

ParaOlympics, 1996; training and maintenance of horses for para-athletes.

Emory University, Department of Psychology, 1992-present; child and adult perception of facial, voice, and gesture stimuli; child and adult cross-racial face perception; emotional perceptive abilities and subclinical psychopathy; changes in locus of control over time.

New York Medical College, 1991-present; pain management; effects of high-impact aerobics on the inner ear; noninvasive laser neurolysis and homeopathy in treatment of carpal tunnel syndrome; cerebral hemodynamic changes and tracheal intubation; magnetic stimulation in diabetic peripheral neuropathy; neuromagnetic treatment of pain in refractory

carpal tunnel.

Crisis Management International, Inc., Atlanta, Ga., 1990-2005; impact of psychological stress on human performance; efficacy of crisis management following the Oklahoma City bombing and the September 11th attack.

Lawyers' Committee for Civil Rights Under Law, Washington, DC, 1992-present; analysis of voting behavior.

Federal Defender Program, Atlanta, Ga., 1990-present; reliability of eyewitness identification.

United States Combined Training Association, University of Georgia, University of Tennessee, 1991-1996; study of the        climatic and physical factors that affect horses on cross-country courses in preparation for the 1996 Olympics.

Emory University, Department of French and Italian, 1992-present; classroom empirical research investigating how children and college students acquire a foreign language; integration of media technology into foreign language instruction; effects of question wording on accuracy of recall and recognition memory.

Emory University, Departments of Theater and Dance, and Health and Physical Education; 1988-present; body image, personality, depression, exercise and physical fitness; relationship of self-perceived weight to actual weight, body image, and health behaviors; physical fitness as a function of psychological and situational factors; body image, health, and personality factors in dancers and nondancers.

Emory University, Department of Psychology, 1995-1997; child language development.

University of Pennsylvania, Graduate School of Education,1993-1995; risk and resilience in child and adolescent development.

Project Interconnections, Georgia Department of Human Resources and Georgia Housing and Finance Authority, 1992-1995; Project Director for an assessment of the residential, employment and service needs of Atlanta's homeless mentally ill.

Ford Foundation, W.T. Grant Foundation and Division of Educational Studies, Emory University, 1992-1995; longitudinal study of persistent poverty of African American youth.

Georgia Justice Project, Atlanta, Ga., 1992-1995; jury composition.

Center for Constitutional Rights, Jackson, Miss., 1992-1994; analysis of voting behavior.

Stanford University School of Medicine and Emory University Department of Health and Physical Education, 1991-1994; design and implementation of AIDS information survey; assessment of safe sex knowledge and sexual practices in college men and women.

Florida Rural Legal Services, Tallahassee, FL, 1990-1995; analysis of voting behavior.

Emory University, Division of Educational Studies, 1991-1995; school staff development and cultural diversity.

Social Science Research Council, New York, 1990-1995; developmental outcomes as a function of neighborhood and family characteristics.

Emory University, Department of Psychology, 1990-1994; effects of maternal depression on child development.

American Leprosy Mission, Greenville, SC, 1990-1994; efficacy of teaching programs for the treatment of leprosy.

New York State Advisory Council on Bias in Standardized Testing; 1989-1994.


Neuropsychology Program, Wesley Woods Geriatric Hospital, Emory University, 1989-1994; head injury, Alzheimer's disease and drug protocols.

Emory University Research Committee Grant, 1990-91; the relationship of body image and locus of control to physical fitness in college men and women.

Carnegie Foundation, 1988-1991; The Parent-Child Development Centers: A Five to Thirteen Year Follow-up.

Morehouse School of Medicine, Department of Psychiatry, 1988-1990; maternal drug use.

Association of Law Enforcement Officers of Dekalb County, Ga., 1988-1993; training of police officers for promotional exams.

DeKalb County, Ga., 1986-87; an evaluation of the Multi-Agency Troubled Children's Home Project.

Spencer Foundation, Chicago, 1986-89; African American children's competence formation.

National Institutes of Mental Health, Division of Educational Studies, Emory University, 1984-89; development of profiles and coping factors for children influenced by Atlanta's missing and murdered children case.

Physical Therapy Associates of Metro Atlanta, 1988-1995; reliability and validity of test and measurement procedures.

U.S. Department of the Interior, 1986-92, minority hiring and promotion.

Emory University, School of Nursing, 1988; national survey of hospitals to determine incidence of neonatal herpes.

Georgia Legal Services Program, 1986; statistical analysis of school achievement data.

Gwinnett County Public Schools, Georgia, 1986; test construction, validation and statistics; evaluation of Gwinnett Educational Measurement System test; development and analysis of language arts curriculum survey.

29

Fulton County Health Department, Georgia, 1985-89; Parent-         Infant Intervention Project.

University of Pennsylvania, School of Veterinary Medicine, 1985-86; statistical model for prediction of survival of horses with colic.

Atlanta Institute for Family Studies and Georgia State University, 1985-86; psychological implications of infertility.

Emory University, College of Arts and Sciences, 1985-86; reliability and validity of test instruments used to evaluate courses and instructors.

Emory University, School of Nursing, 1983-87; reliability and validity of instruments used to define characteristics of nurses employed in selected practice settings.

Georgia Consumers' Utility Counsel, 1978-79; consumer reactions and consumption following load management projects.

Federal Trade Commission, Division of Marketing Practices, 1974; electronic pacemaker function and warranty policy.

**Statistical Analysis in Medicare and Medicaid Recovery Audits**

Arnall Golden Gregory LLP; Atlanta, GA

Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC;     Atlanta, GA

Bass, Berry & Sims, PLC; Nashville, TN

Cornelius & Collins, LLP; Nashville, TN

Drescher Heller Pieper Martin, PC; Nashville, TN

Fulbright & Jaworksi, LLP; Dallas, TX

Health Law Firm; Little Rock, AR

Jayaram Law Group; Atlanta, GA

Kelly Law Firm; Atlanta, GA

King & Spaulding; Washington, DC

McAfee & Taft; Oklahoma City, OK

O'Connell & Aronowitz; Albany, NY

Reinhart Boerner Van Deuren; Madison, WI

Saints Medical Group; Oklahoma City, OK

Sullivan Stolier Kovata Knight LC; New Orleans, LA

**Research in Consumer Behavior**

Fifteen Hundred Club, Inc., Atlanta, GA

Pegasus Studio, Inc., Covington, LA

Allen, Bazan and Nyrop, State College, PA

Homequity, Inc., Greenwich, CN

United States Pony Clubs, Inc.

United Research, Inc., Morristown, NJ

Turtles, Inc., Atlanta, GA

Vista Development, Atlanta, GA

Value Music, Atlanta, GA

Binders, Atlanta, GA and Dallas, TX

**Statistics and Research Design Related to Litigation:**

**Employment**

*Dudley v. City of Macon,* M.D. Ga., No. 76-190-MAC

*EEOC v. Federal Mutual Insurance Co.,* N.D.Ga. No.C75-1925-A

*Jackson v. Sears, Roebuck & Co.,* N.D. Ga., No. 79-32-N

*Smith v. State of Georgia.,* N.D. Ga., No. 817811

*Georgia Association of Retarded Citizens v. McDaniel,* N.D. Ga., No. 78-1950-A

*Allison v. Western Union Telegraph Co.,* N.D. Ga., No. 78-1081-A

*Amey v. Delta Airlines, Inc.,* N.D. Ga., No. 78-718-A

*EEOC v. Crown Liquors,* S.D. Fla., No. 76-6285-NCR

*Geer v. General Motors Corp.,* N.D. Ga., No. 81-1273-A

*Nation v. Winn Dixie,* N.D. Ga., No. 80-1468-A

*Cullens v. Georgia Department of Transportation,* M.D., Ga., No. 81-84 MAC

*Crawford v. Colonial Baking Co.,* M.D. Ga., No. 81-78-MAC

*EEOC v. Trust Company of Columbus,* M.D. Ga., No. 77-39-COL

*Bentley v. City of Thomaston,* M.D. Ga., No. 79-235-MAC
*Golden Rule Life Insurance Co. v. Mathias,* Cir Ct., Sagamon County, Ill., No. 419-76, 408 N.E., 2d 310 (Ill. Appl, 1980)

*Watkins v. Georgia Kaolin Co.,* M.D. Ga., No. 79-286-MAC

*Hubbel v. Old Ben Coal Co.,* S.D. Ind., No. EV-78-12-C

*Flowers v. Blue Cross Association,* N.D. Ill., No. 81C3544

*Kilgo v. Bowman Transportation, Inc.,* N.D. Ga., No. C74-674A

*EEOC v. Ford Motor Co.,* W.D.N.C., No. CC-75-231

*Kennedy v. Crittendon,* M.D. Ga., No. 77-200-MAC

*EEOC v. Western Electric,* E.D. Mich., No. 80-30012

*EEOC v. H.S. Camp & Sons, Inc.,* M.D. Fla., No. 77-69-CIV-OC

*Communications Workers of America v. Southern Bell Telephone and Telegraph Co.,* N.D. Ga., No. 83-1169-A

*Bledsoe v. L.B. Foster Co.,* N.D. Ga., No. C84-1469-A

*Dantzler v. Southern Aggregates Co.,* S.D. Ga., No.CV-185-213

*Reed v. Andy's of America,* E.D. Ark., No. LR-C-84-897

*Phillips, et al. v. County of Dekalb, Department of Public Safety,* N.D. Ga., No. C83-651A

*Webb, et al. v. Missouri Pacific Railroad,* E.D. Ark., LR-C-75-189

*Dekalb Minority Fire-Medical Association, Inc., et al. v. County of Dekalb Department of Public Safety,* N.D. Ga., No. C83-2583A

*Hamer, et al. v. City of Atlanta, et al.,* N.D. Ga., Nos. C75-1809A, C75-2315A

*McFadden, et al. v. Arkansas State Hospital,* E.D. Ark., No. LR-C-78-153

*Shelling v. Southern Railway Co., et al.,* N.D. Ga., No. C85-2558A

*Craig v. Westinghouse Electric Corporation,* M.D. Ga., No. 84-64-ATH

*Wagner v. Westinghouse Electric Corporation,* M.D. Ga., No. 84-17-ATH

*Johnson, et al. v. Webb,* M.D. Fla., No. 73-702-CIV-J-M

*Ashcraft v. Georgia Department of Natural Resources, N.D.* Ga., No. 86-1119A

*Mack v. U.S. Department of Health and Human Services,* N.D. Ga., No. 1:86-CV-2202-GET

*Cooper v. U.S. Department of the Interior, Office of Surface Mining,* EEOC No. 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X

*Goldman v. Marsh,* E.D. Ark., No. PB-75-C-36

*Puhy v. Delta Air Lines, Inc.,* N.D. Ga., No. 1:91-CV-1630-RCF

*Meeker, et al. v. Unisys Corporation,* N.D. Ga., No, 1:92-CV-246-ODE

*Fraternal Order of Police, et al. v. City of Smyrna, Georgia, et al.,* N.D. Ga., No. 1:92-CV-JEC

*Shaw Nicholas Tucker v. Harvest Foods, Inc.,* W.D. Ark., U.S.D.C. No. 93-2074

*Cecile L. Maddow, et al. v. Proctor & Gamble Co.,* N.D. Ga., No. 1:93-CV-2790-JTC

*Addae et al., v. Sky Climber and Administaff,* N.D. Ga.

*George Steube and Department of Health and Human Service* EEOC Hearing No, 110-A1-8017X, Agency Case No. CDC-OD-ESO-015-99

*Zebulum Matthews, Jr. v. Ann Veneman*, EEOC Nos. 110-A1-8203X and 110-A-8495X

**Voting Rights**

*Zenobia Sellars, et al. v. Board of Commissioners of Lee County, North Carolina, et al.,* M.D. N.C., No. C-89-294-0

*Tyrone Brooks, et al. v. State Board of Elections, et al.,* N.D. Ga., No. CV288-146

*Tyrone Brooks, et al. v. Zell Miller, et al.,* N.D. Ga., 1-90-CV-1001-RCF

*Louise Sewell, et al. v. Town of Smithfield, et al.,* E.D.N.C., No. 89-360-CIV-5

*Edna C. Hines, et al. v. Hertford County Board of Elections, et al.,* E.D. N.C., No.89-62-CVI-2-BO

*Brenda M. Johnson v. DeSoto County Board of Commissioners and School Board,* M.D. Fla., No. 90-366-CIV-FTM-15

*Jesse Robinson v. Hendry County Board of Commissioners and School Board,* M.D. Fla., No. 91-13-CIV-FTM-15(D)

*Helen Washington v. Arcadia City Council,* M.D. Fla., No. 91-40-CIV-FTM-15(D)

*Marvin Howard, et al. v. Commissioner of Wheeler County, Georgia, et al.,* S.D. Ga., No. CV-390-057

*Miguel de Grandy, et al. and Gwen Humphrey, et al. v. T.K. Wetherall, et al.; T.K. Wetherall, et al. v. William P. Barr; Florida Chapter NAACP, et al. v. Lawton Chiles, et al.,* N.D. Fla., No. TCA 92-40015-WS

*Domingo Green, et al. v. Charles F. Bragg, et al.,* S.D. Ga., No. 691-078

*Coleman, et al. v. Ft. Pierce City Comm., et al.,* M.D. Fla., CA 92-14157-CVI-ZLOCH

*Rural West Tennessee African American Affairs Council, Inc., et al., v. McWherter,* W.D. Tenn., No. 92-2407-TURBO; 877 F.Supp. 1096 (W.D.Tenn. 1995); *RWTAAAC v. Sundquist*, 29 F.Supp.2d 448 (W.D. Tenn. 1998), Nos.

98-6719 & 98-6778

*Maxine B. Cousin, et al., v. Ned McWherter, et al.,* E.D. Tenn., No. CVI-1-90-339; *Cousin v. Sundquist*, 145 F.3d 818   (6th Cir. 1998)

*Askew v. City of Rome, Georgia,* N.D. Ga., No. 4:93-CV-0028-HLM

*Davida Johnson, et al., v. Zell Miller, et al., and Lucious Abrams, Jr., et al., United States of America,* S.D. Ga., No. 4-008 CV 194-008

*Thurmon Gause, et al., v. Brunswick County, North Carolina, et al.,* E.D. N.C., No. 93-80-CIV-7-D

*Otis L. Wilson, et al., v. Mayor and Board of Alderman of St. Francisville, Louisiana, et al.,* M.D. La., Civ. Action No. 92-765-B-M-1

*Arthur Cuthair, et al., v. Montezuma-Cortez School District No. RE-1, et al.,* D. Colo., No. 89-C-964

*Lillie Burton, et al., v. City of Belle Glade, et al.,* S.D. Fla., CA No. 95-8356-Civ-RYSKAMP

*Moon, et al., v. Meadows, et al.,* E.D. Va., C.A. No. 3:95CV942

*Barbara T. Leonard and Matthew B. Wallace, Jr. v. David M. Beasley, et al. and John Drummond and Arthur McFarland, Poiette McGill, Louis Fleming, and Robert Curry,* D. S.C., No. 3:96-CV3640.

*Clark v. Putnam County,* M.D. Ga., C.A. No. 5:97-CV-622-3

*Alden, et al. v. Board of County Commissioners of Rosebud County, Montana, et al.,* D. Mont., No. CV 99-95-M-DWM

*Love v. York County School Board District No. 1,* D. S.C., Civ. No. 0-00-0442 19

*Steven C. Emery, et al. v. Roger Hunt, et al.,* D. S.D., No. 00-3008

*Willie J. Williams v. Baldwin County Commission, et al.,* S.D. Ala., No.00-0082-CB-S

*Billie Thompson and Patricia Brown v. Glades County  Commission and School Board, et al.* M.D. Fl., C.A. No. 2:00-CV-212-FTM-29D

*Old Person v. Brown,* D. Mont., No. CV-96-004-GF

*William Wright, et al. v. Dougherty County, et al.,* M.D. Ga., No. 1:02-CV-56-4

*Alfred Bone Shirt, et al. v. Joyce Hazeltine, et al.,* D. S.D., No. 01-3032

*Cottier, et al. v. City of Martin, et al.,* D. S.D., No. 02-5021-KES

*Blackmoon  v. Charles Mix County,* D. S.D., No. CIV 05-4017

*Large, et al. v. Fremont County,* D. Wyo., No. 2:05-CV-270-ABJ

*Steve Kelley, et al. v. Brad Johnson,* D. Mont., No. 09-25.

34

*Eileen Janis and Kim Colhoff v. Chris Nelson, et al.,* D. S.D., CV 09-5019.

*Voketz v. City of Decatur, et al.,* N.D, Alabama

**Education**

*Johnson v. Sikes,* S.D. Ga., No. 479-323-SAV

*Georgia State Conference of Branches of NAACP v. State of Georgia,* S.D. Ga., No. CV-482-233

*Little Rock School District v. Pulaski County Special School District No. 1, et al.,* S.D. Ark., No. LR-C-82-866

*United States v. State of Texas, et al.,* No. 5281

*Pitts, et al. v. Freeman, et al.,* N.D. Ga., No. 11946

*Prather, et al. v. Freeman, et al.,* N.D. Ga., No. 11946-WCO

*Coger, et al. v. Board of Regents of the State of Tennessee, et al.,* W.D. Tenn., No. 89-2374-GA

**General Statistics**

*Davis v. West Community Hospital,* W.D. Texas, No. LR-C-81-    431

*Winfrey v. Hardy,* Sup. Ct., Wilkes County, Ga., No. 85CV13625

**Jury Composition**

*Alderman v. Zant,* S.D. Ga., No. CV 488-122

*State of Georgia v. Marvin Winston, Jr.,* Sup. Ct., Fulton County, Ga., Nos. Z-42545, Z-42546

*State of Georgia v. Timothy Woodrow Pruitt,* Sup. Ct., Lumpkin County, Ga., No. 93-CR-116DB

*State of Georgia v. Scotty Morrow*, Sup. Ct., Hall County, Ga.; Scotty Morrow v. State of Georgia, Supreme Court No. S00P0112

*State of Georgia v. Kenneth Earl Swanson*, Sup. Ct., Towns County, Ga., No. 98-CR-5-DB

*State of Georgia v. Parnell*, Sup. Ct., Cobb County, Ga., 1998

Fulton County, Georgia, Grand Jury analyses, 2001-present

**Perceptual and Memory Processes, and Eyewitness Identification Related to Litigation:**

*State of Georgia v. Johnny Clark,* Sup. Ct., Bibb County, Ga., No. 27542

*State of Georgia v. Myron Harrison,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Tim Webb,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Willie Porter, Steven Scott,* Sup. Ct., Fulton County, Ga., No. A-81636

*State of Georgia v. Winston Brown,* Sup. Ct., Fulton County, Ga. No. 88418

*State of Georgia v. Timothy Moore,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Michael Long,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Charles Foster,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Jonathan Jarrells,* Sup. Ct., Chattooga County, Ga.

*State of Georgia v. Gregory J. Cox,* Sup. Ct., Fulton County, Ga. No. Z-01095

*State of Georgia v. Tommy Lee Wing,*  Sup. Ct., Fulton County, Ga.

*State of Georgia v. William Norris,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Chester Deracho,* Sup. Ct., Fulton  County, Ga.

*United States v. Ronnie Poulnott,* N.D. Ga., No. CR89-01A

*State of Georgia v. William Anthony Brooks,* Sup. Ct., Muscogee County, Ga. Nos. 38888, 54606

*United States v. Stephen Allen,* N.D. Ga.

*State of Georgia v. Paul Mobley,* Sup. Ct., Fulton County, Ga. No. Z-23342

*State of Georgia v. Keith Johnson,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. John Lupoe,* Sup. Ct., Fulton County, Ga.

*United States v. Charles Gates,* N.D. Ga., 20 F.3d 1550 (11th Cir. 1994)

*State of Georgia v. John Sawyers,* Sup. Ct., Fulton County, Ga.

*State of Florida v. Robert Lee Bennett, Jr.,* Circuit Court, Hillsborough County, Fla.

*State of Mississippi v. Randy Bevill,* Circuit Court, Tate  County, Miss.

*United States v. Paul E. Butts,* N.D. Ga., No. 1:92-CR-104-01

*State of Georgia v. Dennis Craver,* Sup. Ct., Cobb County, Ga.

Mercer University School of Law, Macon, Ga., Clinical Program

*United States v. Charles Preston,* N.D. Ga.

36

*State of Georgia v. Franklin Derundo Tillery,* Circuit Ct., Catoosa County, Ga.

*State of Georgia v. Henry Hamilton,* Sup. Ct., Fulton County, No. A-67369

*United States v. Byron Heflin,* N.D. Ga.

*United States v. Henry Allen Davis,* N.D. Ga.

*State of Georgia v. Jaron Anthony Clark*, Sup. Ct., Cobb  County

*United States v. Loc Lam, et al.,* N.D. Ga., No. 1:96-CR-161

*State of Georgia v. Michael Evans*, Sup. Ct., Fulton County, No. Z80092

*United States v. Charles Williams, Jr.*, N.D. Ga., No. 1:97-CR-058

*United States v. Gerald Glover*, N.D. Ga.

*United States v. Kaba, Sayanai, and Delawalla*, N.D. Ga., No. 1:97-CR-388

*State of Georgia v. Charles Williams, Jr.,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Ervin Head,* Sup. Ct., Fulton County, Ga., No. Z93963

*State of Georgia v. John Chambliss*, Juvenile Ct., DeKalb County, Ga., No. 044-97J-09502A.

*United States v. Tyrone Wendell Bush*, N.D. Ga., No. 1:97-CR-459-01-CC

*United States v. Arizmendi Nunez Corria*, N.D. Ga., No. 1:98-M-793

*State of Georgia v. David Boyd,* Sup. Ct., Fulton County, Ga., No. Z89515

*State of Georgia v. J. Brodre Brodes,* Sup. Ct., Fulton County, Ga., No. Z85658; *J. Bodre Brodes v. State of Georgia*, 250 Ga.App.323 (2001)

*State of Georgia v. Stewart A. Pullin,* Sup. Ct., Dekalb County, Ga.

*Keith Johnson v. State of Georgia*, 272 Ga. 254, 526 S.E.2d 549 (2000)

*State of Georgia v. Raefael Davis,* Sup. Ct., Fulton County, Ga., No. Y16085

*State of Georgia v. Brenda Werts,* Sup. Ct., Cobb County, Ga., No. 99-9-0251

*State of Georgia v. Derrick Edward Robinson,* Sup. Ct., Douglas County, Ga., No. 99-CR-2081

*State of Georgia v. Terry Charles Parks,* Sup. Ct., Griffin, Ga. Judicial Circuit

*State of Georgia v. Turrance Robinson,* Sup. Ct., Bibb County, Ga., No. 51468

*State of Georgia v. Tabborious Thompson,* Sup. Ct., Fulton County, Ga., Y20360

*State of Georgia v. Freeman Salahuddin,* Sup. Ct., Fulton    County, Ga., Y03707

*State of Georgia v. Sonny Joe Brown,* Sup. Ct., Fulton County, Ga., Y05375

*State of Georgia v. Curtis Newsome,* Sup. Ct., Fulton County, Ga., Y23195

*State of Georgia v. Joseph Wright,* Sup. Ct., Fulton County, Ga., 00SC07836

*State of Alabama v. Levi Pace,* Morgan County CC 92-609.80

*State of Georgia v. Alvaro Tenorio*, Sup. Ct., Gwinnett County, Ga., No. 00-B-2909-7

*State of Georgia v. Patrick Willis,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Tony Young,* Sup. Ct., Fulton County, Ga.

*State of Georgia v. Robert Brunson,* Sup. Ct., Fulton County, Ga., No. 01SC12927

*State of Georgia v. Ricardo Ramirez Lopez,* Sup. Ct., Gwinnett County, Ga., No. 00-B-1013-7

*State of Georgia v. Bobby Bridges,* Sup. Ct., Fulton County, Ga., No. 01SC04040

*State of Georgia v. Roberto Falcon,* Sup. Ct., Cobb County, Ga., Ind. No. 0190375133

*State of Georgia v. Anthony Gardner,* Sup. Ct., Fulton County, Ga., No. 01SC08721

*State of Georgia v. Lawillie Hayes,* Sup. Ct., Fulton County, Ga., No. 02SC08459

*State of Georgia v. Keland Ware,* Sup. Ct., Cobb County, Ga.

*State of Georgia v. Robert Lee Poole, Jr. ,* Sup. Ct., Bibb County, Ga.

*State of Georgia v. Marcus Davis,* Sup. Ct., Fulton County, Ga., 03SC01500; 03SC04521; 03SC02414.

*State of Georgia v. David Rasheed,* Sup. Ct., Fulton County, Ga., 02SC07598.

*State of Georgia v. Timothy Bolden,* Sup. Ct., Fulton County, Ga., 01-SC-14062.

*State of Georgia v. Charles Williams,* Sup. Ct., Fulton County, Ga., Z85809

*State of Georgia v. Damion Price,* Sup. Ct., Fulton County,  Ga.

*United States v. Omar A. Walker*, N.D. Ga., No. 1:03-CR-749-BBM

*State of Georgia v. Quinn T. Ware*, Sup. Ct., Fulton County, Ga., No. 02SC09176

*State of Georgia v. Paul Mathis and Martell Riddle*, Sup. Ct., Fulton County,

38

Ga., No. 03SC11428

*State of Georgia v. Charles Patten*, Sup. Ct., Fulton County, Ga., No. 02SC03662

*State of Georgia v. Keith McBurrows*, Sup. Ct., Fulton County, Ga., Nos. 03SC05896, 03SC05926

*State of Georgia v. Samdeep Bharadia*, Sup. Ct., Chatham County, Ga., No. CR03-0561-BA

*State of Georgia v. Jeffrey Newell*, Sup. Ct., Fulton County, Ga., No. 04SC23321

*State of Georgia v. Damion Price,* Sup. Ct., Fulton County, Ga., No. 03SC10777

*State of Georgia v. Marco Thomas*, Sup. Ct., Fulton County, Ga., No. 04SC21802

*State of Georgia v. Adrian Ash*, Sup. Ct., Cobb County, Ga., No. 04-3460-05

*State of Georgia v. Prentice Morgan*, Sup. Ct., Fulton County, Ga., No. 04SC23135

*State of Georgia v. James Haynes*, Sup. Ct., Fulton County, Ga., No. 04SC225544

*State of Georgia v. Michael Bateman*, Sup. Ct., Fulton County, Ga., No. 05SC31296

*State of Georgia v. Willie Jenkins*, Sup. Ct., Chatham County, Ga., No. CR03-2463-AB

*State of Georgia v. Kenneth Webster*, Sup. Ct., Fulton County, Ga., No. 05SC31982

*State of Georgia v. Ferrard Fallon,* Sup. Ct., Fulton County, Ga., No. 06SC41628

*United States v. Christopher Jackson,* N.D. Ga.

*State of Georgia v. Kenneth Anthony Williams*, Sup. Ct., Gwinnett County, Ga., No. 08B-1178-4

*State of Georgia v. Carlos Fonseca*, Sup. Ct., Fulton County, Ga., No. 09SC76600

*State of Georgia v. Deandre Tucker*, Sup. Ct., Cobb County, Ga., No. 09-90-3069-34

*State of Georgia v. Jordan Cooper,* Fulton County, Ga.

*State of Georgia v. Kenneth Gardiner*, No. CR92-1282B
*State of Georgia v. Mark Jones*, No. CR92-1283B
*State of Georgia v. Dominic Lucci*, No. CR92-1284B

*Marcus Ray Johnson v. Stephen Upton, Warden, Georgia Diagnostic & Classification Prison; State of Georgia v. Marcus Ray Johnson*, Sup. Ct., Dougherty County, Ga., 94R-639

*United States v. LaQuan Xavier Smith,* N.D. Ga., No. 1:12-CR-128

*State of Georgia. v. Rodney Gresham,* DeKalb County, Ga.

## TECHNICAL AND RESEARCH REPORTS

Zazzali, M., Donatelli, R., Cole, S.P., Wilkes, J., & Bernard, R. (2006, July). *Role of subscapularis in shoulder pain.* BioMechanics healthcare publication.

Herron, C., Cole, S.P., Barnum, C., Dubreil, S., & Corrie, C.  (2001). *French in Interaction Alpha Test Final Report.*  Atlanta, Georgia: Corporation for Public Broadcasting; Florence Gould Foundation; Emory, Wellesley, and Yale Universities; Teachme.com, Inc.

Spencer, M.B., McDermott, P.A., Burton, L., & Cole, S.P.  (1996).  *An alternative approach to assessing neighborhood effects on early adolescent achievement and problem behavior.*  New York: Social Science Research Council.

Cole, S.P.  (1994).  *An assessment of the housing, employment, and service needs of Atlanta's homeless mentally ill: Final report.*  Atlanta, Georgia: Project Interconnections, Inc., Georgia Department of Health and Human Services, and the Georgia  Housing and Finance Authority.

Cole, S.P.  (1994).  *A review of interpersonal cognitive problem solving training with children.*  Atlanta, Georgia: Georgia Psychological Association.

Adame, D.D., Johnson, T.C., Cole, S.P., & Matthiasson, H.  (1991).  *The impact of physical fitness on self-concept and locus of control.*  Atlanta, Georgia: Emory University Research Committee.

Barsalou, L.W Cole, S.P.  (1985).  *Evaluation of the new teaching evaluation form developed by the Emory Ad Hoc Committee on Teaching Evaluation.*  Atlanta, Georgia:  Emory University, College of Arts and Sciences.

Cole, S.P.  (1974).  *Individual and group heart rate response to psychological stress.*  New York: Columbia University.

Cole, S.P.  (1973). *A 44-month review of permanent cardiac pacing at Phelps Memorial Hospital.*  Sleepy Hollow, New York: Phelps Memorial Hospital, Department of Medicine.

40

**PUBLICATIONS AND PAPERS**

Radell, S.A., Keneman, M.L., Adame, D.D., & Cole, S.P. (2014). My body and its reflection: A case study of eight dance students and the mirror in the ballet classroom. *Research in Dance Education,* DOI:10.1080/14647893.2013.879256.

Sidhu, P., Groth-Marnay, G., Rapgay, L., Raison, C.L., & Cole, S.P. (2013, July). Efficacy of mindfulness meditation in increasing the attention span in children with ADHD.  Paper presented at the annual meeting of the American Psychological Association, Honolulu, Hawaii.

Pace, T.W., Negi, L.T., Dodson-Lavelle, B., Ozawa-de Dilva, B., Reddy, S., Cole, S.P., Danese, A., Craighead, L., & Raison, C.L. (2013). Engagement with Cognitive-based Compassion Training is associated with reduced salivary C-reactive protein from before to after training in foster care program adolescents. *Psychoneuroendocrinology, 38,* 294-299.

Reddy, S., Negi, L.T., Dodson-Lavelle, B., Ozawa-de Dilva, B., Pace, T.W., Cole, S.P., Raison, C.L., & Craighead, L. (2013). Cognitive-based Compassion Training: A promising strategy for at-risk adolescents. *Journal of Child and Family Studies, 22,* 219-230.

Viakinnou-Brinson, L. Herron, C., Cole, S.P., & Haight, C.  (2012). The effect of target language and code-switching on the grammatical performance and perceptions of elementary-level college French students. For*eign Language Annals, 45,* 72-91.

Radell, S.A., Adame, D.D., Cole, S.P, & Blumenkehl, N. (2011).  The impact of mirrors on body image in high and low performing female ballet students. *Journal of Dance Medicine & Science, 15(3),* 108-115.

Viakinnou-Brinson, L. & Cole, S.P. (2011). Effect of PowerPoint and nongraphic paired list presentations on the vocabulary production and recognition of elementary-level college French students. *Northeast Conference on the Teaching of Foreign Language Review, 67,* 51-67.

Vogel, S., Herron, C., Cole, S.P, & York, H. (2011).  Effectiveness of a guided inductive *versus* a deductive approach on the learning of grammar in the intermediate-level college French classroom.  *Foreign Language Annals, 44,* 353-381.


Zimmerman, F.H., Fass, A.E., Katz, D.R. & Cole, S.P. (2010).  Safety of spectator sports: Blood pressure and heart rate responses in baseball and football fans. *Journal of Clinical Hypertension*, *12(10)*, 816-817.

Cooley, E.L., Van Buren, A., & Cole, S.P. (2010).  Attachment styles, social skills, and depression in college women. *Journal of College Counseling, 13*, 50-62.

Pace, T., Negi, L.T., Sivilli, T.I., Issa, M.J., Cole, S.P., Adame, D.A., Brown, T.D., & Raison, C.L.  (2010).  Innate immune, neuroendocrine and

behavioral responses to psychosocial stress do not predict subsequent compassion meditation practice time. *Psychoneuroendocrinology, 35(2)*, 310-315.

Weintraub, M.I., Herrmann, D.N., Smith, G., Backonja, & Cole, S.P. (2009). Pulsed electromagnetic fields to reduce diabetic neuropathic pain and stimulate neuronal repair: A randomized controlled trial. *Archives of Physical Medicine and Rehabilitation, 90(7)*, 1102-1109.

Pace, T., Negi, L.T., Adame, D.A., Cole, S.P., Sivilli, T., Brown, T.D., Issa, M.J., & Raison, C.L. (2009). Effect of compassion meditation on neuroendocrine, innate immune and behavioral responses to psychosocial stress. *Psychoneuroendocrinology*, *34(1)*, 87-98.

Weintraub, M.I., & Cole, S.P. (2008). A randomized controlled trial of the effects of a combination of static and dynamic magnetic fields on carpal tunnel syndrome. *Pain Medicine, 9,* 493-504.

Adame, D.D., Cole, S.P., & Raison, C. (2008, October). Effect of compassion meditation on body image and amount of exercise in a pretest-posttest study of college freshmen women and men. Paper to be presented at the annual meeting of the American Public Health Association, San Diego, CA.

Weintraub, M.I., Khoury, A., & Cole, S.P. (2007). Biologic effects of 3 Tesla (T) MR imaging comparing traditional 1.5 T and 0.6 T in 1,023 consecutive patients. *Journal of Neuroimaging, 17,* 241-245.

Haight, C.E., Herron, C., & Cole, S.P. (2007). The effects of guided inductive instructional approaches on the learning of grammar in the elementary foreign language classroom. *Foreign Language Annals, 40(2),* 288-301.

Herron, C., York, H., Corrie, C., & Cole, S.P. (2006). A comparison study of the effects of a story-based video instructional package versus a text-based instructional package in the intermediate-level foreign language classroom. *CALICO Journal* (Computer Assisted Language Instruction Consortium), *23(2)*, 281-307.


Herron, C.A., Cole, S.P., Corrie, C., & Dubreil, S. (2005). Using instructional video to teach culture to beginning foreign language students. In Y. Zhao (Ed.), *Research in technology and second language learning: developments and directions* (pp. 191-223). Greenwich, CT: Information Age Publishing.

Weintraub, M.I., & Cole, S.P. (2005). Time-varying, biaxial magnetic stimulation in refractory carpal tunnel syndrome: A novel approach. A pilot study. *Seminars in Integrative Medicine, 3,* 123-128.

Weintraub, M.I., & Cole, S.P. (2005). Pulsed magnetic field therapy in refractory carpal tunnel syndrome: Electrodiagnostic parameters - pilot study. *Journal of Back and Musculoskeletal Rehabilitation, 18,* 79-83.

Weintraub, M.I., Steinberg, R.B., & Cole, S.P. (2005). The role of cutaneous magnetic stimulation in failed back syndrome. *Seminars in Integrative Medicine, 3,* 101-103.

Adame, D.D., Johnson, T.C., & Cole, S.P. (2005, February). Change in amount of exercise, body image, locus of control and depression in college freshmen women and men. Paper presented at the annual meeting of the American Association of Health Behavior, Charleston, South Carolina.

Radell, S.A., Adame, D.D., & Cole, S.P. (2004). The impact of mirrors on body image and dance performance in female college ballet dancers. *Journal of Dance Medicine & Science, 8*, 47-52.

Dubreil, S., Herron, C.A., & Cole, S.P. (2004). An empirical investigation of whether authentic websites facilitate intermediate-level French language students' ability to learn culture. *CALICO Journal* (Computer Assisted Language Instruction Consortium), *22*.

Weintraub, M.I., & Cole, S.P. (2004, January 3). Tactile stimulation of insoles and balance control in elderly people. [Letter to the editor]. *The Lancet*, pp. 84-85.

Weintraub, M.I., & Cole, S.P. (2004). Pulsed magnetic field therapy in refractory neuropathic pain secondary to peripheral neuropathy: electrodiagnostic parameters - pilot study. *Neurorehabilitation and Neural Repair*, *18(1),* 42-46.

Mills, N., Herron, C.A., & Cole, S.P. (2004). Teacher-assisted versus individual viewing of foreign language video: Relation to comprehension, self-efficacy, and engagement. *CALICO Journal* (Computer Assisted Language Instruction Consortium), *21,* 291-316.

Radell, S.A., Adame, D.D., & Cole, S.P. (2003). Effect of teaching with mirrors on ballet dance performance. *Perceptual and Motor Skills, 97,* 960-964.

Weintraub, M.I., Wolfe, G.I., Barohn, R.A., Cole, S.P., Parry, G.J., Hayat, G., Cohen, J.A., Page, J.C., Bromberg, M.B., & Schwartz, S.L. (2003). Static magnetic field therapy for symptomatic diabetic neuropathy: A randomized, double-blind, placebo-controlled trial. *Archives of Physical Medicine and Rehabilitation, 84,* 736-746.

Radell, S.A., Adame, D.D., & Cole, S.P. (2002). Effect of teaching with mirrors on body image and locus of control in women college ballet dancers. *Perceptual and Motor Skills, 95,* 1239-1247.

Herron, C.A., Corrie, C., & Dubreil, S., & Cole, S.P. (2002). A classroom investigation: Can video improve intermediate-level  french language students' ability to learn about a foreign culture. *The Modern Language Journal, 86,* 36-53.

Adame, D.D., Johnson, T.C., & Cole, S.P. (2002). Amount of exercise, body image, and reasons for exercise as a function of gender and locus of control in college women and men [Abstract]. *Research Quarterly for Exercise and*

*Sport* (March Suppl.).

Adame, D.D., Johnson, T.C., Nowicki, S., Cole, S.P., & Matthiasson, H. (2001).  Physical fitness and self-reported physical exercise among college men and women in 1987 and 1997.  *Perceptual and Motor Skills*, *93*, 599-566.

Radell, S.A., Adame, D.D., & Cole, S.P.  (2001, November).  *The effect of mirrors on body image and locus of control in women college dancers: A pretest-posttest design.*  Paper presented at the annual meeting of the International Association for Dance Medicine and Science, Alcala de Henares, Spain.

Adame, D.D., Johnson, T.C., & Cole, S.P.  (2001, October).  *Locus of control and gender as moderators of body image and physical fitness in freshman college women and men.*  Paper presented at the annual meeting of the American Public Health Association, Atlanta, GA.

Adame, D.D., Johnson, T.C., & Cole, S.P.  (2001, March).  *Body image and physical fitness as a function of locus of control and gender in college women and men.*  Paper presented at the annual meeting of the American Alliance for Health, Physical Education, Recreation and Dance, Cincinnati, Ohio.

Weintraub, M.I., & Cole, S.P.  (2000). Neuromagnetic treatment of pain in refractory carpal tunnel syndrome: An electrophysiological and placebo analysis.  *Journal of Back and Musculoskeletal Rehabilitation*, *15*, 77-81.

Adame, D.D., Johnson, T.C., & Cole, S.P.  (2000, November).  *Physical fitness in relation to physical activity level in college students: A ten year comparison.*  Paper presented at the annual meeting of the American Public Health Association, Boston, MA.

Herron, C.A., Dubreil, S., Cole, S.P., & Corrie, C. (2000).  Using instructional video to teach culture to beginning foreign language students.  *CALICO Journal* (Computer Assisted Language Instruction Consortium), *17*, 395-427.

Herron, C.A., Cole, S.P., Corrie, C., & Dubreil, S.  (1999).  The effectiveness of a video-based curriculum in teaching culture.  *The Modern Language Journal, 83*, 518-533.

Herron, C.A., Corrie, C., Cole, S.P., & Henderson, P.  (1999).  Do prequestioning techniques facilitate comprehension of French Video?  *The French Review, 72*, 1076-1090.

Bailey, W., Nowicki, S., & Cole, S.P.  (1998).  The ability to decode nonverbal information in African-American, African and Afro-Caribbean, and European-American adults.  *Journal of Black Psychology, 24*, 418-431.

Parr, J., Cole, S.P., Rockey, M., Overcash, J., Extermann, M., & Balducci, L.  (1998).  The reliability and validity of the comprehensive social network scale (CSNS) among older cancer patients and their primary support persons.  *(Abstract).  Annual Meeting of the Institute on Aging*, University of South Florida, Tampa, Florida.

Herron, C.A., Cole, S.P., York, H., & Linden, P.  (1998).  A comparison study of student retention of foreign language video: Declarative versus

44

interrogative advance organizers.  *The Modern Language Journal, 82*, 237-247.

Parr, J., Overcash, J., Cole, S.P., Perry, M., Matthiasson, H., Externum, M., & Balducci, L.  (1997).  The relative impact of illness, social support and personal resources on the perceived stress and quality of life of older cancer patients.  *(Abstract).  Annual Meeting of the Gerontological Society of America*, Cincinnati, Ohio.

Nowicki, S., Adame, D.D., Johnson, T.C., & Cole, S.P.  (1997).  Physical fitness as a function of psychological and situational factors.  *Journal of Social Psychology, 137*, 549-558.

Spencer, M.B., J.L., Cole, S.P., Jones, S.A., & Swanson, D.P.  (1997).  Neighborhood and family influence on young urban adolescents' behavioral problems: A multisample, multisite analysis.  In J. Brooks-Gunn, G.J. Duncan, & L.L. Aber (Eds.), *Neighborhood poverty: Context and consequences for children* (Vol. 1, pp. 200-218).  New York: Russell Sage Foundation.

Halpern-Fisher, B.L., Connell, J.P., Spencer, M.B., Aber, J.L., Duncan, G.J., Clifford, E., Crichlow, W.E., Usinger, P.A., Cole, S.P., Allen, L., & Seidman, E.  (1997).  Neighborhood and family factors predicting risk and attainment in African American and white children and adolescents.  In J. Brooks-Gunn, G.J. Duncan, & L.L. Aber (Eds.), *Neighborhood poverty: Context and consequences for children*.  New York: Russell Sage Foundation.

Donatelli, R., Cole, S.P., Greenfield, B., Wooden, M., Wilkes, J.S., & Lackey, C.  (1996). Open and closed kinetic strength training verse functional exercises to improve performance in patients with ACL reconstructed knees: a prospective study.  *Isokinetics and Exercise Science, 6*, 7-13.

Parr, J., Overcash, J., Perry, M., Externum, M., Cole, S.P., & Balducci, L.  (1996). The relative impact of illness, social support and personal resources on the perceived stress and quality of life of older cancer patients *(Abstract).  Conference on Cancer in the Elderly*, University of South Florida College of Medicine, Tampa, Florida.

Herron, C.A., Hanley, J.E.B., & Cole, S.P.  (1995). A comparison study of two advance organizers for introducing beginning foreign language students to video.  *The Modern Language Journal, 79*, 387-395.

Hanley, J.E.B., Herron, C.A., & Cole, S.P.  (1995).  Using video as an advance organizer to a written passage in the FLES classroom.  *The Modern Language Journal, 79*, 57-66.

White, S.L., Williamson, L.H., Maykuth, P., Cole, S., & Andrews, F.  (1995).  Heart rate and lactate concentration during two different cross country events.  *Equine Veterinary Journal, Supplement 18*, 463-467.

Goodman, S.H., Adamson, L.B., Riniti, J., & Cole S.P.  (1994).  Mothers' expressed attitudes: Associations with maternal depression and children's self-esteem and psychopathology.  *Journal of the American Academy of Child and Adolescent Psychiatry, 33*, 1265-1274.

Lee, P.D., & Cole, S.P.  (1994). *Housing needs as a function of gender among Atlanta's homeless mentally ill*.  Paper presented at the meeting of the Southeast Psychological Association, New Orleans, LA.

White, S., Maykuth, P., Cole, S.P., & Andrews, F.  (1994, July). *Comparison of plasma lactate concentration and heart rates in advanced horse trial horses advanced three-day horses competing in the cross-country phase.*  Paper presented at the annual meeting of the International Conference on Equine Exercise Physiology, Brisbane, Australia.

Adame, D.D., Johnson, T.C., Nowicki, S., & Cole, S.P.  (1994).  *Using social learning theory and level of fitness activity to predict physical fitness.*  Paper presented at the southeast regional meeting of the American Alliance for Health, Physical Education and Dance, Nashville, TN.

Spencer, M.B., Cole, S.P., DuPree, D., Glymph, A., & Pierre, P. (1993).  Self-efficacy among urban African American early adolescents:  Exploring issues of risk, vulnerability and resilience.  Special Issue: Milestones in the development of resilience.  *Development and Psychopathology, 5,* 719-739.

Radell, S.A., Adame, D.A., Johnson, T.C., & Cole, S.P.  (1993).  The effects of dance experiences on body image and personality among college students:  A comparison of dancers and nondancers.  *Perceptual and Motor Skills, 77,* 507-513.

Spencer, L., Kurnia, D., & Cole, S.P.  (1993). *An evaluation instrument for leprosy training.*  Paper presented at the International Leprosy Congress, Orlando, FL.

Cole, S.P., DuPree, D., & Pierre, P.  (1993). High risk neighborhoods and minority mental health:  Alternative analyses of adolescents' internalizing and externalizing behavior.  In M. Summerville (Chair), *Child and adolescent behavior problems:  The influence of socioeconomic status and culture.*  Symposium conducted at the meeting of the Society for Research in Child Development, New Orleans, LA.

Murphy, R.M., & Cole, S.P.  (1993).  *Assessment of the residential and service needs of Atlanta's homeless mentally ill.*  Paper presented at the meeting of the Southeast Psychological Association, Atlanta, GA.

White, S.L., Williamson, L.H., Maykuth, P., Cole, S., & Andrews, F. (1993).  Heart rate and plasma lactate concentration of horses competing in the endurance phase of 3-day combined training events.  *Proceedings of the American Association of Equine Practitioners, 39*, 191-192.

Radell, S.A., Adame, D.A., Cole, S.P., Melito, A.R., & Johnson, T.C. (1992).  *The effects of dance experiences on body image and personality among college students:  a pre-post design study.*  Paper presented at the meeting of the American Alliance for Health, Physical Education, Recreation and Dance, Indianapolis, IN.

Gray, J.T. and Cole, S.P.  (1992).  *Measuring implicit theories of intelligence.*  Paper presented at the Conference on Human Development, Atlanta, GA.

Adame, D.D., Cole, S.P., Johnson, T.C., Nowicki, S., & Matthiasson, H. (1991).  *Using the social learning theory to predict physical fitness*.  Paper presented at the meeting of the American Alliance for Health, Physical Education, Recreation and Dance, San Francisco, CA.

Adame, D.D., Radell, S.A., Johnson, T.C., & Cole, S.P.  (1991).  Physical fitness, body image, and locus of control in college women dancers and nondancers.  *Perceptual and Motor Skills, 72,* 91-95.

Adame, D.D., Frank, R., Serdula, M., Cole, S.P., & Abbas, M.A. (1990).  The relationship of self-perceived weight to actual weight, body image and health behaviors of college freshmen.  *Wellness Perspectives: Research, Theory and Practice, 7,* 31-40.

Adame, D.D., Johnson, T.C., Cole, S.P., Matthiasson, H. & Abbas, M.A. (1990).  Physical fitness in relation to amount of physical exercise, body image and locus of control among college men and women.  *Perceptual and Motor Skills, 70,* 1347-1350.

Adame, D.D., Johnson, T.C., & Cole, S.P.  (1990).  *Physical fitness as a function of gender and fitness activity level among college freshman men and women.*  Paper presented at a meeting of the American Alliance for Health, Physical Education, Recreation & Dance, New Orleans, LA.

Adame, D.D., Johnson, T.C., & Cole, S.P.  (1989).  Physical fitness, body image and locus of control in college freshmen men and women.  *Perceptual and Motor Skills, 68,* 400-402.

Cole, S.P.  (1985).  Effects of lineup size, similarity of lineup members and target distinctiveness upon eyewitness identification  (Doctoral dissertation, Emory University, 1985).  *Dissertation Abstracts International, 46(9-B),* 3245.

Mapou, R.L., Ayers, J., & Cole, S.P.  (1983).  An analysis of problem areas and counseling experiences of gay white males.  *American Journal of Community Psychology, 11,*323-336.

Butler, S.F., Foulkes, D., Maykuth, P.L., Kerr, N.H., Irwin, K., Schmidt, M., & Cole, S.P.  (1980).  Correlates or report extensity (word count) on laboratory awakenings at ages 13-14.  *Sleep Research, 9,* 130.

Foulkes, D., Maykuth, P., Butler, S.F., Kerr, N.H., Irwin, K., Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  Correlates of children's laboratory REM-dream reporting at different ages.  *Sleep Research, 9,* 133.

Irwin, K., Foulkes, D., Maykuth, P.L., Butler, S.F., Kerr, N.H, Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  How does dreaming develop? Correlates of an interpretation of children's REM reports at ages 5-8.  *Sleep Research, 9,* 135.

Kerr, N.H., Foulkes, D., Maykuth, P.L., Butler, S.F., Irwin, K., Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  How does dreaming begin? Correlates of an interpretation of children's REM reports at ages 3-4.  *Sleep Research, 9,* 136.

Maykuth, P.L., Foulkes, D., Butler, S.F., Kerr N.H., Irwin, K., Ponder, C., Schmidt, M., & Cole, S.P.  (1980).  Correlates of children's laboratory rates of NREM and sleep-onset reporting at different ages.  *Sleep Research, 9,* 139.

Ponder, C., Foulkes, D., Maykuth, P.L., Butler, S.F., Kerr, N.H., Irwin, K., Schmidt, M., & Cole, S.P.  (1980).  Correlates of children's REM-dream content from ages 9-12.  *Sleep Research, 9,* 141.

Schmidt, M., Foulkes, D., Maykuth, P.L., Butler, S.F., Kerr, N.H., Irwin, K., Ponder, C., & Cole, S.P.  (1980).  Correlates of REM-dream content at ages 13-14.  *Sleep Research, 9,* 143.

Cole, S.P.  (1980).  Perception of form in the human infant.  Unpublished manuscript, Department of Psychology, Emory University, Atlanta, Georgia.

March 2014

## CERTIFICATE OF RETENTION

As the filer of this document, I hereby certify that I currently hold the original signature document which has been duly executed and notarized. I further certify that I shall retain the hard copy of this document containing the original signature for one year after exhaustion of the time to appeal final resolution of this action or issuance of a mandate from the Court of Appeal.

_____

George W. Royer, Jr.