FILED
 2014 Mar-26  AM 10:31
U.S. DISTRICT COURT
    N.D. OF ALABAMA

Voketz v. The City of Decatur,
Alabama, et al.

Declaration of Stacey Gilley
and Attachment Thereto

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities,<br><br>  Defendants. | Case No.: 5:14-cv-00540-AKK |

## DECLARATION OF STACY GILLEY

I, Stacy Gilley, under penalty of perjury pursuant to 28 U.S.C. §1746, do hereby declare and say:

1. My name is Stacy Gilley. I am the City Clerk and Chief Election Official for the City of Decatur, Alabama. I am responsible for maintaining all records necessary to ensure that municipal elections are conducted in accordance with Alabama law, including accurate records of registered voters and election returns.

2. At the request of the City Attorney I collected and delivered to him data files containing official election returns by precinct for the following elections:

> 2008 Decatur Municipal Election
> 2008 Decatur Municipal Runoff Election
> 2010 Decatur Municipal Special Election
> 2012 Decatur Municipal Election
> 2012 Decatur Municipal Runoff Election
> 2012 General Election U.S. President election data retrieved from:
> http://www.morgancountyprobate.com/elections.aspx

3. I also obtained from the records maintained by county election officials and delivered to the City Attorney available registered voter data disaggregated by race corresponding to the elections listed in the preceding paragraph.

4. I also prepared from official records the document attached to this declaration listing the persons elected or appointed to office in Decatur municipal elections from 1980 to 2012 and identifying each person by race and gender.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

*Stacy Gilley* (signature)
Stacy Gilley
Executed this 26th day of March, 2014.

## CERTIFICATE OF RETENTION

As the filer of this document, I hereby certify that I currently hold the original signature document which has been duly executed and notarized. I further certify that I shall retain the hard copy of this document containing the original signature for one year after exhaustion of the time to appeal final resolution of this action or issuance of a mandate from the Court of Appeal.

_____
George W. Royer, Jr.

## 2012 Municipal Election
**Term beginning November 4, 2012 ending November 2, 2016**

| RACE | SEX | |
|---|---|---|
| W | M | Mayor Elect, Don Kyle |
| B | M | District No. 1 Council Member – Billy Jackson |
| W | M | District No. 2 Council Member – Roger Anders |
| W | M | District No. 3 Council Member – Gary Hammon |
| W | M | District No. 4 Council Member – Charles Kirby  unopposed |
| W | M | District No. 5 Council Member – Chuck Ard |
| B | F | Board of Education, District No. 1 - Michele Gray King |
| W | M | Board of Education, District No. 2 – Joseph Propst |
| W | F | Board of Education, District No. 3 – Karen Duke |
| W | M | Board of Education, District No. 4 – Dwight Jett  unopposed |
| W | M | Board of Education, District No. 5 – Donnie Lane |

## 2008 Municipal Election Results:
**Term beginning November 3, 2008 ending November 4, 2012**

| RACE | SEX | |
|---|---|---|
| W | M | Mayor Elect, Don Stanford |
| B | M | District No. 1 Council Member – Billy Jackson, unopposed |
| W | M | District No. 2 Council Member – Roger Anders, |
| W | M | District No. 3 Council Member – Gary Hammon |
| W | M | District No. 4 Council Member – Ronny Russell/Charles Kirby |
| W | M | District No. 5 Council Member – Greg Reeves |
| B | F | Board of Education, District No. 1 - Michele Gray King |
| W | M | Board of Education, District No. 2 – Joseph Propst |
| W | F | Board of Education, District No. 3 – Karen Duke |
| W | M | Board of Education, District No. 4 – Dwight Jett unopposed |
| W | M | Board of Education, District No. 5 – Donnie Lane |

Ronny Russell resigned and Charles Kirby was appointed November 2011

## 2004 Municipal Election Results:

### Term beginning, October 4, 2004 ending, November 3, 2008

| RACE | SEX | |
|---|---|---|
| W | M | Mayor Elect, Don Kyle |
| B | M | District No. 1 Council Member – Billy Jackson, |
| W | M | District No. 2 Council Member – David Bolding |
| W | M | District No. 3 Council Member – Gary Hammon |
| W | M | District No. 4 Council Member – Ronny Russell |
| W | M | District No. 5 Council Member – Ray Metzger |
| B | M | Board of Education, District No. 1 – Tommy Sykes unopposed |
| W | F | Board of Education, District No. 2 – Carol Sandlin unopposed |
| W | F | Board of Education, District No. 3 – Karen Duke |
| W | M | Board of Education, District No. 4 – Dwight Jett unopposed |
| W | M | Board of Education, District No. 5 – Charles E. Elliott unopposed |

## 2000 Municipal Election

### Term beginning, October 2, 2000 ending October 4, 2004

| RACE | SEX | |
|---|---|---|
| W | M | Mayor Elect, Lynn Fowler |
| B | M | District No. 1 Council Member – Billy Jackson, unopposed |
| W | F | District No. 2 Council Member – Dot Montgomery |
| W | F | District No. 3 Council Member – Pat Woller |
| W | M | District No. 4 Council Member – Ronny Russell |
| W | M | District No. 5 Council Member – Phil Hastings |
| B | M | Board of Education, District No. 1 – Tommy Sykes |
| W | F | Board of Education, District No. 2 – Carol Sandlin unopposed |
| W | F | Board of Education, District No. 3 – Karen Duke unopposed |
| W | M | Board of Education, District No. 4 – Dwight Jett |
| W | M | Board of Education, District No. 5 – Charles E. Elliott unopposed |

### 1996 Municipal Election

**Term beginning October 7, 1996 ending October 2, 2000**

| | | |
|---|---|---|
| W | M | Mayor Elect, Julian Price |
| B | M | District No. 1 Council Member – Billy Jackson |
| W | M | District No. 2 Council Member – Mark Ray |
| W | F | District No. 3 Council Member – Pat Woller |
| W | M | District No. 4 Council Member – Jack Allen |
| W | M | District No. 5 Council Member – Phil Hastings |
| B | M | Board of Education, District No. 1 – Tommy Sykes |
| W | F | Board of Education, District No. 2 – Carol Sandlin |
| W | M | Board of Education, District No. 3 – Lynn Fowler |
| W | M | Board of Education, District No. 4 – Berval Bennett |
| W | M | Board of Education, District No. 5 – Charles E. Elliott |

### 1992 Election

**Term beginning October 5, 1992 ending October 7, 1996**

| | | |
|---|---|---|
| W | M | Mayor Bill Dukes |
| B | M | District No. 1 Council Member – Butch Matthews |
| W | M | District No. 2 Council Member – Carter Tutwiler |
| W | M | District No. 3 Council Member – Julian Price |
| W | M | District No. 4 Council Member – Jack Allen |
| W | M | District No. 5 Council Member – John Mullican |

### 1988 Election

**October 3, 1988 to October 5, 1992**

| | | |
|---|---|---|
| W | M | Mayor Bill Dukes |
| B | M | District No. 1 Council Member – Collis Stevenson |
| W | F | District No. 2 Council Member – Shirley Hammond |
| W | M | District No. 3 Council Member – Julian Price |
| W | M | District No. 4 Council Member – Jack Allen |
| W | M | District No. 5 Council Member – Murray Millwee |

## 1984 Election

### Term beginning October 1, 1984 ending October 3, 1988

| | RACE | SEX | |
|---|---|---|---|
| Mayor Bill Dukes | W | M | |
| Place No. 1 Council Member – P.D. Phil Raths | W | M | Council & Mayor were elected at large |
| Place No. 2 Council Member – Jack Allen | W | M | |
| Place No. 3 Council Member – Ray Nixon Resigned June of 1986 and Russell Priest a BM was appointed | W | M | |
| Place No. 4 Council Member – Thomas Counts | W | M | |
| Place No. 5 Council Member – James Roberts | W | M | Mary Roberts a WF took over May 2, 1988 when James passed away. |

## 1980 Election

### Term beginning October 6, 1980 ending October 1, 1984

| | RACE | SEX | |
|---|---|---|---|
| Mayor Bill Dukes | W | M | |
| Place No. 1 Council Member – Max Patterson | W | M | Council & Mayor were elected at large |
| Place No. 2 Council Member – Jack Allen | W | M | |
| Place No. 3 Council Member – Ray Nixon | W | M | |
| Place No. 4 Council Member – Tommy Counts | W | M | |
| Place No. 5 Council Member – James Roberts | W | M | |