IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities,<br><br>Defendants. | CASE NO. 5:14-CV-00540-AKK |

## STIPULATION FOR DISMISSAL OF FEWER THAN ALL CLAIMS

Plaintiff Gary Voketz, defendants, City of Decatur, Alabama, the City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, Chuck Ard, and Intervenor-Defendants Al Robinson, Doris A. Baker, Dr. Samuel T. King, and Annie R. Priest, hereby stipulate and agree that the plaintiff's claim for *quo warranto* forth on pages 4-5 of his complaint, may be dismissed with prejudice.

The parties request that the Court certify its the order dismissing the plaintiff's claim for *quo warranto* as a final judgment as to fewer than all claims in this action pursuant to Rule 54(b), Fed. R. Civ. P.

_____
Carl A. Cole, III

Carl A. Cole, III
The Cole Law Firm
P.O. Box 2064
401 Lee Street, Suite 601-A (35601)
Decatur, Alabama 35602
Phone: 256-353-0550 / Fax: 256-353-0552
E-mail: Carl@CarlColeLaw.com

Attorney for Plaintiff Gary Voketz

_____
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@lfsp.com

Attorney for Defendants City of Decatur, Alabama, City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard

/s/ Edward Still
Edward Still

Edward Still
130 Wildwood Parkway
Ste. 108-304
Birmingham, AL 35209
Phone: 205-320-2882
E-mail: still@votelaw.com

Attorney for Intervenor-Defendants
Al Robinson, Doris A. Baker,
Dr. Samuel T. King and Annie R. Priest