FILED
2014 Sep-15 PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities, <br><br> Defendants. | CASE NO. 5:14-CV-00540-AKK |

## ORDER DISMISSING FEWER THAN ALL CLAIMS

Plaintiff Gary Voketz, defendants, City of Decatur, Alabama, the City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, Chuck Ard, and Intervenor-Defendants Al Robinson, Doris A. Baker, Dr. Samuel T. King, and Annie R. Priest, having previously stipulated and agreed that the plaintiff's claim for quo warranto as set forth in pages 4-5 of his complaint may be dismissed with prejudice,

It is hereby **ORDERED** that the plaintiff's claim for quo warranto, as set for in pages 4-5 of his complaint be, and the same is, hereby dismissed with prejudice.

Pursuant to Rule 54(b), Fed. R. Civ. P., the Court hereby determines that there is no just reason for delay and expressly directs the entry of a final judgment of dismissal of the plaintiff's claim for quo warranto as set forth in pages 4-5 of his complaint in this action.

**DONE** the 15th day of September, 2014.

                                                     _____
                                                     **ABDUL K. KALLON**
                                                     UNITED STATES DISTRICT JUDGE