IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities,<br><br>    Defendants. | Case No. 5:14-cv-00540-AKK |

EVIDENTIARY SUBMISSION IN SUPPORT OF
<u>SECOND MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS</u>

Defendants City of Decatur, Alabama, the defendant designated as "the City Council of Decatur," Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard, individually and in their official capacities, submit the following evidentiary materials in support of their second motion for summary judgment in this action.

1. May 1, 2014, Declaration of Herman H. Marks, Jr. and Attachments A through H thereto;

2. October 7, 2105, Declaration of Herman H. Marks, Jr. and Exhibits 1-6 thereto;

3. Declaration of William S. Cooper and Attachments 1-6 thereto;

4. Affidavit of Steven P. Cole, Ph.D. and Tables 1-4, Figure 1 and Appendix A thereto;

5. Declaration of Karen J. Smith;

6. Declaration of Stacy Gilley and Exhibits thereto.

s/ George W. Royer, Jr.
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@lfsp.com

s/ James U. Blacksher
James U. Blacksher

P.O. Box 636
Birmingham, AL 35201
Phone: 205-591-7238 / Fax: 866-845-4395
jblacksher@ns.sympatico.ca

Attorneys for Defendants City of Decatur, Alabama, City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard

CERTIFICATE OF SERVICE

      I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

      Carl A. Cole, III
      Russ Prickett
      The Cole Law Firm
      P.O. Box 2064
      Decatur, Alabama 35602
      Carl@CarlColeLaw.com

      Edward Still
      429 Green Springs Hwy, Ste. 161-304
      Birmingham AL 35209
      still@votelaw.com

on this the 9th day of October, 2015.

      s/ George W. Royer, Jr.
      George W. Royer, Jr.