Voketz v. The City of Decatur,
Alabama, et al.

May 1, 2014 Declaration of Herman H. Marks, Jr.
and Attachments A - H Thereto

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

GARY VOKETZ, for himself and on behalf )
of the citizens of Decatur, Alabama, and the )
State of Alabama, )
                                  )
       Plaintiff, )
                                  )
v. )
                                  )   CASE NO.
THE CITY OF DECATUR, ALABAMA, a )   5:14-CV-00540-AKK
municipal corporation, THE CITY )
COUNCIL OF DECATUR, DON KYLE, )
ROGER ANDERS, BILLY JACKSON, )
GARY HAMMON, CHARLES KIRBY, )
and CHUCK ARD, in both their individual )
and official capacities, )
                                  )
       Defendants. )

## DECLARATION OF HERMAN H. MARKS, JR.

I, Herman H. Marks, Jr., under penalty of perjury pursuant to 28 U.S.C. §1746, do hereby declare and say:

1.     My name is Herman H. Marks, Jr.  I am the City Attorney for the City of Decatur, Alabama.

2.     On April 29, 2014, plaintiff filed a "Motion to Engage in Limited Jurisdictional Discovery" in this action.  The City of Decatur defendants have filed a written opposition to that motion.  Attached to the opposition of the defendants are various attachments deemed designated Attachments A-H,

inclusive.

3.      The attachments to the opposition of the defendants designated as Attachments A-H, inclusive, are true and correct copies of documents which were submitted to the United States Department of Justice in 2011 as a part of the City's submission of the council-manager change in form of government for Section Five preclearance purposes.

4.      The demographic, statistical and other information contained in Attachments A-H to the defendants' opposition to plaintiff's "Motion to Engage in Limited Jurisdictional Discovery" are, to the best of my knowledge, information and belief, accurate.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Herman H. Marks, Jr.

Executed this 1st day of May, 2014.

## CERTIFICATE OF RETENTION

As the filer of this document, I hereby certify that I currently hold the original signature document which has been duly executed and notarized. I further certify that I shall retain the hard copy of this document containing the original signature for one year after exhaustion of the time to appeal final resolution of this action or issuance of a mandate from the Court of Appeal.

George W. Royer, Jr.

Attachment A
Exhibit 1: Explanation of changes

**EXHIBIT 1**
**EXPLANATION OF CHANGES IN DECATUR, AL. CITY COUNCIL DISTRICTS**

1. If the City of Decatur remains with the five voting districts our goal would be to redistribute and "equalize" population of the municipal voting districts based upon the population changes and shifts in the City of Decatur between 2000 and 2010. Decatur has since the establishment of district elections in 1988 tried to maintain a deviation of plus or minus five percent of the ideal district size of the total population divided by five. Decatur's population increased from 53,929 to 55,683 during the decade. The 2010 ideal district size is 12,525. Currently, District 2 is 1.02% below this ideal district size, District 3 is 5.5% above and District 4 is 5.65% above. District 1, the minority majority district, is now 27.29 % below the ideal district size and District 5 is 17.15 % above. The municipal voting districts need to be redrawn to equalize this as much as possible. (See Exhibit 2 PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION)

2. Further, the goal would be to meet the minority district (Decatur's District 1) requirements as closely as possible without "retrogressing" or insuring that the racial percentage of District 1 is favorable. (Please refer to Criteria 2 Decatur Criteria for Redistricting contained in Exhibit No. 3 DECATUR'S REDISTRICTING PROCEDURES). Due to the migration of the minority population from District 1 throughout the city, the district's population size keeps becoming more disproportionate relative to the other districts. This makes it very difficult to maintain the 60% minority majority in District 1 and meet the equal district size requirements of the Constitution. In 1990 District 1 was 14.28% below the ideal district size and approximately 17% smaller than the other 4 districts. In 2000, it was 17.82 % below the ideal district size and approximately 21% smaller than the other four districts. (Please refer to Exhibit 4 HISTORIC DECATUR, AL VOTING DISTRICT DEMOGRAPHICS) While the minority percentage of the other four districts has increased from an average 2.54 percent minority in districts 2, 3, 4, and 5 in 1988 to an average 16.18% in 2010. The minority population of the City of Decatur is 12,525 or 22% of our population. It would appear that the City of Decatur is becoming a much more diverse and integrated community.

3. However, based on a petition of certain citizens on April 13, 2010 a special election was held to so that the question of the adoption of the Council-Manager form of government could be submitted to the qualified voters of the City of Decatur, Alabama. (Please see Exhibits 5 and 6 which were attachments 1 and 2 from a submission dated 2/4/2010 and included here) The results of that election were that 5000 voted in favor of changing the form of government and 4478 were opposed to the change. (Please see Exhibit 7 Special Municipal Election Sheet) The election was held under the Council Manager Act of 1982 a state law which was pre-cleared at that time. (Please see Exhibit 5 COPY FROM CODE OF ALABAMA) This act is very specific in its language with respect to the

establishment of the voting districts.  Section 11-43A-9 states that "......Before such election the governing body of the municipality shall cause the municipality to be divided into three districts containing as nearly an equal number of people as possible.....".  In order for the city to respond to the will of the people and establish the Council Manager form of government the city will need to be divided into three substantially equal districts.  The city considered six different proposals for a three district plan.  (Please see Exhibits 9-15 PROPOSED DISTRICT PLANS COMPARED TO STANDARDS) The only proposed plan that established districts that contained an as equal number as possible was called Three Substantially Equal Districts.  This plan that meets the requirements of the Council Manager Act of 1982 was selected by the City Council to be submitted to the Justice Department for pre-clearance.  (PLEASE SEE EXHIBIT 16 CITY COUNCIL RESOLUTION 11-271) The minority population of District 1 in this plan is 37.31%.  Five other plans were presented to the City Council for consideration, these plans had District 1 with a 60%, 55%, 51%, 45%, and 40% minority population, however none of these plans distributed the population as equally as possible with the 60% plan being 51% below the ideal district size and the 51% plan being 41% below.  (Please See Exhibit 2 PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION)

The following changes will be required to implement the new form of government and the proposed district plan.  (Please see Exhibits 17 AND 18 PRECINCTS WITH DEMOGRAPHICS)

| Change | Explanation |
|---|---|
| The City will now be divided into three districts of substantially equal population | This meets the requirements of the Council Manager Act of 1982 |
| Precincts 3-11, 3-12, 3-3 will remain in District 1 3-11, will move from District 2 to District 1, 3-6, 3-7, and 3-8 will move from District 4 to District 1. | Most of these precincts and voting places will be undisturbed. The voters that are located currently voting in 3-8 that are south of the Beltline will be moved to 3-14 and be in District 3. This area is bounded by the Beltline and Modaus Rd. on the north, Danville Rd. on the west, Stoneriver Rd., Battlement Rd., Oak Lea Rd., Sweetbriar Rd., and Way Thru the Woods on the south, and Leighsdale and Spring Ave. on the East. |

| Change | Explanation |
|--------|-------------|
| Precincts 3-1, 3-13, 3-17, 3-4, 3-5, 3-9, 4-1, 4-2, and 4-3 will all be in District 2.  A portion of 3-15 will be added to 3-17 and a portion of 3-15 will be added to 3-9 the rest of 3-15 will be in District 3 | Most of these voting place and precincts will be undisturbed.  There are two sections of Precinct 3-15 that will be moved out of the precinct as follows: an area bounded by Beltline Rd. on the north, Sandlin Rd. on the west, Cedar Lake Rd. on the South and Central Parkway on the east will go to precinct 3-9; and an area bounded by Bird Springs Rd on the north, the city limits on the west and south and Norris Mill Rd. on the east will be moved to precinct 3-17 |
| Precincts 3-10, 3-14 (with the addition of the area mentioned above from Precinct 3-8), 3-15 (with the areas mentioned above from District 2) and 3-16 will all be in District 3. | Precincts 3-10, and 3-16 will be undisturbed and continue at the same voting place, Precinct 3-15 will lose the following areas an area bounded by Beltline Rd. on the north, Sandlin Rd. on the west, Cedar Lake Rd. on the South and Central Parkway on the east will go to precinct 3-9 and an area bounded by Bird Springs rd on the North, the city limits on the west and south and Norris Mill Rd. on the east will be moved to precinct 3-17.  Precinct 3-14 will gain an area from precinct 8 the area is bounded by the Beltline and Modaus Rd. on the north, Danville Rd. on the west, Stoneriver Rd., Battlement Rd., Oak Lea Rd., Sweetbriar Rd., and Way Thru the Woods on the south, and Leighsdale and Spring Ave. on the East. |
| Change the voting place for Precinct 3-8 from Wilson Morgan Park to Austinville First Methodist Church | The Morgan County Commission and the Judge of Probate have requested this because the facility being used was inadequate.  Please see Exhibit 19 County Commission Resolution. |

4. The changes to actual precincts and voting places is minimal.  Any changes to voting places or precinct boundaries require County Commission concurrence and U.S. Justice Department approval.

Attachment B
Exhibit 2: A summary of the census data in all six plans

# EXHIBIT 2-
## PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION
## AND VOTING AGE POPULATION

| IDEAL DISTRICT SIZE 5 DISTRICTS | 11136.6 |
|---|---|
| IDEAL DISTRICT SIZE 3 DISTRICTS | 18561 |

### CURRENT DISTRICTS WITH 2010 DATA

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 8098 | 4859 | 60.00 | -3039 | -27.29 | 3239 | 5743 | 1526 | 26.57 | 3444 | 59.97 |
| District 2 | 11023 | 1777 | 16.12 | -114 | -1.02 | 9246 | 8637 | 6631 | 76.77 | 1193 | 13.81 |
| District 3 | 11749 | 1801 | 15.33 | 612 | 5.50 | 9948 | 8984 | 7343 | 81.73 | 1099 | 12.23 |
| District 4 | 11766 | 2304 | 19.58 | 629 | 5.65 | 9462 | 8978 | 6163 | 68.65 | 1492 | 16.62 |
| District 5 | 13047 | 1784 | 13.67 | 1910 | 17.15 | 11263 | 9914 | 8254 | 83.26 | 1236 | 12.47 |
| TOTAL | 55683 | 12525 | 125 | -2 | | 43158 | 42256 | 29917 | | 8464 | |

### 60% MINORITY IN DISTRICT 1

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 9109 | 5249 | 57.62 | -9452 | -50.92 | 3860 | 6476 | 1925 | 29.73 | 3694 | 57.04 |
| District 2 | 23091 | 3326 | 14.40 | 4530 | 24.41 | 19765 | 17830 | 13756 | 77.15 | 2164 | 12.14 |
| District 3 | 23483 | 3950 | 16.82 | 4922 | 26.52 | 19533 | 17950 | 14236 | 79.31 | 2606 | 14.52 |
| TOTAL | 55683 | 12525 | | 0 | | 43158 | 42256 | 29917 | | 8464 | 186 |

# EXHIBIT 2-
## PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION
## AND VOTING AGE POPULATION

| | |
|---|---|
| IDEAL DISTRICT SIZE 5 DISTRICTS | |
| DISTRICTS | 11136.6 |
| IDEAL DISTRICT | |
| IDEAL DISTRICT SIZE 3 DISTRICTS | |
| DISTRICTS | 18561 |

5.5% MINORITY IN DISTRICT 1

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 10075 | 5527 | 54.86 | -8486 | -45.72 | 4548 | 7209 | 2437 | 33.80 | 3876 | 53.77 |
| District 2 | 23091 | 3326 | 14.40 | 4530 | 24.41 | 19765 | 17830 | 13756 | 77.15 | 2164 | 12.14 |
| District 3 | 22517 | 3672 | 16.31 | 3956 | 21.31 | 18845 | 17217 | 13724 | 79.71 | 2424 | 14.08 |
| TOTAL | 55683 | 12525 | 86 | 0 | | 43158 | 42256 | 29917 | | 8464 | |

51% MINORITY IN DISTRICT 1

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 11007 | 5643 | 51.27 | -7554 | -40.70 | 5364 | 7961 | 3050 | 38.31 | 3952 | 49.64 |
| District 2 | 23091 | 3326 | 14.40 | 4530 | 24.41 | 19765 | 17830 | 13756 | 77.15 | 2164 | 12.14 |
| District 3 | 21585 | 3556 | 16.47 | 3024 | 16.29 | 18029 | 16465 | 13311 | 79.63 | 2348 | 14.26 |
| TOTAL | 55683 | 12525 | 82 | 0 | | 43158 | 42256 | 29917 | | 8464 | |

PREPARED BY THE DECATUR PLANNING DEPARTMENT

# EXHIBIT 2-
## PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION

| IDEAL DISTRICT SIZE 5 DISTRICTS | 11136.6 |
|---|---|
| IDEAL DISTRICT SIZE 3 DISTRICTS | 18561 |

**45% MINORITY IN DISTRICT 1**

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 13082 | 5931 | 45.34 | -5479 | -29.52 | 7151 | 9613 | 4304 | 44.77 | 4152 | 43.19 |
| District 2 | 21078 | 3007 | 14.27 | 2517 | 13.56 | 18071 | 16232 | 12715 | 78.33 | 1940 | 11.95 |
| District 3 | 21523 | 3587 | 16.67 | 2962 | 15.96 | 17936 | 16411 | 12898 | 78.59 | 2372 | 14.45 |
| TOTAL | 55683 | 12525 | | 0 | | 43158 | 42256 | 29917 | | 8464 | |

**40% MINORITY IN DISTRICT 1**

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 16043 | 6430 | 40.08 | -2518 | -13.57 | 9613 | 11756 | 5596 | 47.60 | 4453 | 37.88 |
| District 2 | 20514 | 3147 | 15.34 | 1953 | 10.52 | 17367 | 15870 | 12587 | 79.31 | 2027 | 12.77 |
| District 3 | 19126 | 2948 | 15.41 | 565 | 3.04 | 16178 | 14630 | 11734 | 80.21 | 1984 | 13.56 |
| TOTAL | 55683 | 12525 | | 0 | | 43158 | 42256 | 29917 | | 8464 | |

## EXHIBIT 2-
## PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION
## AND VOTING AGE POPULATION

| IDEAL DISTRICT SIZE 5 | DISTRICTS 5 | TOTAL 11136.6 |
|---|---|---|
| IDEAL DISTRICT SIZE 3 | DISTRICTS 3 | 18561 |

**3 SUBSTANTIALLY EQUAL DISTRICTS**

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 18296 | 6827 | 37.31 | -265 | -1.43 | 11469 | 13519 | 6768 | 50.06 | 4726 | 34.96 |
| District 2 | 18968 | 2598 | 13.70 | 407 | 2.19 | 16370 | 14734 | 11888 | 80.68 | 1702 | 11.55 |
| District 3 | 18419 | 3100 | 16.83 | -142 | -0.77 | 15319 | 14003 | 11261 | 80.42 | 2036 | 14.54 |
| TOTAL | 55683 | 12525 | | 0 | 0 | 43158 | 42256 | 29917 | | 8464 | |

Attachment C
Exhibit 10: Proposed 45% minority District 1 plan

## EXHIBIT 10 - PROPOSED THREE DISTRICT PLAN 45% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on 2000 census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or – 5%) city wide. | District 1 is still 29% below the ideal district size while only 45% minority |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In this plan District 1 is only 45% minority. District 2 is 14% minority and District 3 is 16%. This plan keeps the minority representative as one of five voting members of the City Council and School Board. This plan maintains a 45% concentration of black residents in District 1. |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible: existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | The proposed plan follows census block boundaries |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on 2000 Census, the districts should have 18,561 in population (the "ideal district population".) | The districts are not equal in this proposal. District 1 is 29% below the ideal districts size while District 2 is 13% above and District 3 our current growth area is 16% above. |

## EXHIBIT 10 - PROPOSED THREE DISTRICT PLAN 45% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| The cores of existing districts should be maintained; contests between incumbents should be avoided where possible. | The citizens voted to change our form of government from a strong elected mayoral form to a Council Manager form with the at large elected mayor functioning as the head of the council.  According to state law this form of government has five elected officials two elected at large (Mayor who runs the council meetings and sets the agenda and the Councilman at-large who assumes the mayors responsibilities when he is unavailable) and three council members elected by district.  This made maintaining the exact same core areas difficult, however the three districts are combinations of districts two and three to create District 2 and Districts 4 and 5 to create district 3.  This kept most traditional neighborhoods intact and in fact reunited some areas for example all of the Westmeade Subdivisions are now in one district as is all of Point Mallard. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | Precincts impacted if we want to keep all precincts within individual voting districts. 3-7, 3-6, 3-8 and 3-15 |
| If deviation of any district population size greater than + or – 5%, may be permitted in an  effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | Please see all of the above comments |
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census.  (District 5) | Precinct 3-10 needs to be split |

# EXHIBIT 10 - PROPOSED THREE DISTRICT PLAN 45% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| Coordination with Morgan County Commission , and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following 2000 census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two this time. |



EXHIBIT10



City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map. The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, either expressed or implied.

Attachment D
Exhibit 11: Proposed 51% minority District 1 plan

# EXHIBIT 11 - PROPOSED THREE DISTRICT PLAN 51% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on 2000 census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or − 5%) city wide. | This plan does not create equal districts. District 1 is 40.70% below the ideal district size.  Districts 2 and 3 are both markedly higher. |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority  (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In this plan District 1 is only 51% minority while still well below the ideal district size. This plan keeps the minority representative as one of five voting members of the City Council and School Board.  This plan maintains a 51% concentration of black residents in District 1. |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible:  existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | The proposed plan follows census block boundaries |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on 2000 Census, the districts should have 18,561 in population (the "ideal district population".) | District 1 is still significantly smaller (41%) than Districts 2 (24%) and 3 (16%). |

# EXHIBIT 11 - PROPOSED THREE DISTRICT PLAN 51% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| The cores of existing districts should be maintained; contests between incumbents should be avoided where possible. | The citizens voted to change our form of government from a strong elected mayoral form to a Council Manager form with the at large elected mayor functioning as the head of the council.  According to state law this form of government has five elected officials two elected at large (Mayor who runs the council meetings and sets the agenda and the Councilman at-large who assumes the mayors responsibilities when he is unavailable) and three council members elected by district.  This made maintaining the exact same core areas difficult, however the three districts are combinations of districts two and three to create District 2 and Districts 4 and 5 to create district 3.  This kept most traditional neighborhoods intact and in fact reunited some areas for example all of the Westmeade Subdivisions are now in one district as is all of Point Mallard. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | Precincts impacted if we want to keep all precincts within individual voting districts. 3-7, 3-6, 3-8 and 3-15 |
| If deviation of any district population size greater than + or – 5%, may be permitted in an  effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | Please see all of the above comments |
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census.  (District 5) | Precinct 3-10 needs to be split |

## EXHIBIT 11 - PROPOSED THREE DISTRICT PLAN 51% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| Coordination with Morgan County Commission , and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following 2000 census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two this time. |



EXHIBIT11



City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map.  The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, either expressed or implied.

Attachment E
Exhibit 12: Proposed 55% minority District 1 plan

# EXHIBIT 12 PROPOSED THREE DISTRICT PLAN 55% MINORITY IN DISTRICT 1 COMPARED TO STANDARDS

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on 2000 census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or – 5%) city wide. | This plan does not create equal districts. District 1 is 48% below the ideal district size.  Districts 2 and 3 are both markedly higher. |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In this plan District 1 is only 55% minority while still well below the ideal district size. This plan keeps the minority representative as one of five voting members of the City Council and School Board.  This plan maintains a 55% concentration of black residents in district 1. |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible:  existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | The proposed plan follows census block boundaries |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on 2000 Census, the districts should have 18,561 in population (the "ideal district population".) | District 1 is still significantly smaller (48%) than districts 2 (24%) and 3 (24%). |

## EXHIBIT 12 PROPOSED THREE DISTRICT PLAN 55% MINORITY IN DISTRICT 1 COMPARED TO STANDARDS

| | |
|---|---|
| The cores of existing districts should be maintained; contests between incumbents should be avoided where possible. | The citizens voted to change our form of government from a strong elected mayoral form to a Council Manager form with the at large elected mayor functioning as the head of the council.  According to state law this form of government has five elected officials two elected at large (Mayor who runs the council meetings and sets the agenda and the Councilman at-large who assumes the mayors responsibilities when he is unavailable) and three council members elected by district.  This made maintaining the exact same core areas difficult, however the three districts are combinations of districts two and three to create District 2 and Districts 4 and 5 to create district 3.  This kept most traditional neighborhoods intact and in fact reunited some areas for example all of the Westmeade Subdivisions are now in one district as is all of Point Mallard. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | Precincts impacted if we want to keep all precincts within individual voting districts. 3-7, 3-6, 3-8 and 3-15 |
| If deviation of any district population size greater than + or – 5%, may be permitted in an  effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | Please see all of the above comments |
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census.  (District 5) | Precinct 3-10 needs to be split |

## EXHIBIT 12 PROPOSED THREE DISTRICT PLAN 55% MINORITY IN DISTRICT 1 COMPARED TO STANDARDS

| | |
|---|---|
| Coordination with Morgan County Commission , and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following 2000 census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two this time. |



EXHIBIT12



City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map. The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, either expressed or implied.

Attachment F
Exhibit 13: Proposed 60% minority District 1 plan

## EXHIBIT 13 - PROPOSED THREE DISTRICT PLAN 60% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on 2000 census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or – 5%) city wide. | This plan does not create equal districts. District 1 is 51% below the ideal district size. |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority  (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In this plan District 1 is 61 % less than District 2 and District 3.  However this plan does not change the concentration of minority in district one.  This plan keeps the minority representative as one of five voting members of the City Council and School Board.  This plan actually puts district 1 at 58% minority. |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible:  existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | This plan follows census block boundaries. |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on 2000 Census, the districts should have 18561 in population (the "ideal district population".) | In order to maintain the almost 60% minority concentration in district one it is 51% below the ideal district size.  This leaves District 2 is 24% above the ideal district size and District 3 is 27% above. Our city is 22% black but the minority population is distributed throughout many neighborhoods in the city making it difficult to maintain the minority concentration. District 1 had gone from 62.5% black to barely 60% black.  Districts 2 and 3 are 14% and 17% above the ideal district size. District 2 is 23,091 and district 3 is 23,483. |

## EXHIBIT 13 - PROPOSED THREE DISTRICT PLAN 60% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| The cores of existing districts should be maintained; contests between incumbents should be avoided where possible. | The citizens voted to change our form of government from a strong elected mayoral form to a Council Manager form with the at large elected mayor functioning as the head of the council.  According to state law this form of government has five elected officials two elected at large (Mayor who runs the council meetings and sets the agenda and the Councilman at-large who assumes the mayors responsibilities when he is unavailable) and three council members elected by district.  This made maintaining the exact same core areas difficult, however the three districts are combinations of districts two and three to create District 2 and Districts 4 and 5 to create district 3.  This kept most traditional neighborhoods intact and in fact reunited some areas for example all of the Westmeade Subdivisions are now in one district as is all of Point Mallard. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | The following precinct boundaries will need to be adjusted between 3-2 and 3-6, 3-7 and 3-3, 3-7 and 3-8, 3-8 and 3-15. Precinct 3-10 is also the largest district in the county and it has been suggested that it may need to be split.  Finding an appropriate voting location may be difficult. This will keep each of these precincts in a single city voting district. |
| If deviation of any district population size greater than + or – 5%, may be permitted in an  effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | Please see all above comments. |

## EXHIBIT 13 - PROPOSED THREE DISTRICT PLAN 60% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census.  (District 5) | Precinct 3-10 needs to be split. |
| Coordination with Morgan County Commission, and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following 2000 census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two this time. |



EXHIBIT13



City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map. The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, either expressed or implied.

Attachment G
Exhibit 14: Proposed 40% minority District 1 plan

# EXHIBIT 14 - PROPOSED THREE DISTRICT PLAN 40% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on 2000 census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or − 5%) city wide. | District 1 is still 14% below the ideal district size while only 40% minority |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority  (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In this plan District 1 is only 40% minority. District 2 is 10.52% minority and district 3 is 3.04%.  This plan keeps the minority representative as one of five voting members of the City Council and School Board.  This plan maintains a 40% concentration of black residents in district 1. |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible:  existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | The proposed plan follows census block boundaries |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on 2000 Census, the districts should have 18,561 in population (the "ideal district population".) | The districts are not equal in this proposal. District 1 is 13.57% below the ideal districts size while district 2 is 10.52% above and district 3 our current growth area is 3.04% above. |

# EXHIBIT 14 - PROPOSED THREE DISTRICT PLAN 40% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| The cores of existing districts should be maintained; contests between incumbents should be avoided where possible. | The citizens voted to change our form of government from a strong elected mayoral form to a Council Manager form with the at large elected mayor functioning as the head of the council.  According to state law this form of government has five elected officials two elected at large (Mayor who runs the council meetings and sets the agenda and the Councilman at-large who assumes the mayors responsibilities when he is unavailable) and three council members elected by district.  This made maintaining the exact same core areas difficult, however the three districts are combinations of districts two and three to create District 2 and Districts 4 and 5 to create district 3.  This kept most traditional neighborhoods intact and in fact reunited some areas for example all of the Westmeade Subdivisions are now in one district as is all of Point Mallard. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | Precincts impacted if we want to keep all precincts within individual voting districts. 3-7, 3-6, 3-8 and 3-15 |
| If deviation of any district population size greater than + or – 5%, may be permitted in an  effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | Please see all of the above comments |
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census. (District 5) | Precinct 3-10 may need to be split |

## EXHIBIT 14 - PROPOSED THREE DISTRICT PLAN 40% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| Coordination with Morgan County Commission , and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following 2000 census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two this time. |



EXHIBIT14



City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map. The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, either expressed or implied.

Attachment H
Exhibit 15: Adopted 37% minority District 1 plan

# EXHIBIT 15 - PROPOSED THREE DISTRICT PLAN THREE SUBSTANTIALLY EQUAL DISTRICTS COMPARED TO STANDARDS – THIS PLAN WAS ADOPTED

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on 2000 census) to create districts of essentially with a total deviation of district size by population of 10% (+ or – 5%) city wide. | This plan does create equal districts. |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority  (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In this plan District 1 is only 37% minority. District 2 is 14% minority and District 3 is 17%.  This plan keeps the minority representative as one of five voting members of the City Council and School Board.  This plan maintains a 37% concentration of black residents in District . |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible:  existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | The proposed plan follows census block boundaries |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on 2000 Census, the districts should have 18,561 in population (the "ideal district population".) | This proposal creates three substantially equal districts.  District 1 is 1.43% below the ideal districts size while District 2 is 2.19 % above and District 3 our current growth area is .77 below. |

## EXHIBIT 15 - PROPOSED THREE DISTRICT PLAN THREE SUBSTANTIALLY EQUAL DISTRICTS COMPARED TO STANDARDS – THIS PLAN WAS ADOPTED

| | |
|---|---|
| The cores of existing districts should be maintained; contests between incumbents should be avoided where possible. | The citizens voted to change our form of government from a strong elected mayoral form to a Council Manager form with the at large elected mayor functioning as the head of the council.  According to state law this form of government has five elected officials two elected at large (Mayor who runs the council meetings and sets the agenda and the Councilman at-large who assumes the mayors responsibilities when he is unavailable) and three council members elected by district.  This made maintaining the exact same core areas difficult, however the three districts are combinations of districts two and three to create District 2 and Districts 4 and 5 to create district 3.  This kept most traditional neighborhoods intact and in fact reunited some areas for example all of the Westmeade Subdivisions are now in one district as is all of Point Mallard. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | The only precinct that would require a change in this plan is 3-15 some residents currently in 3-15 would need to be moved to 3-9 in order to keep them all voting in the same council district. |
| If deviation of any district population size greater than + or – 5%, may be permitted in an  effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | This is not an issue in this proposed plan |
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census.  (District 5) | Precinct 3-10 needs to be split |

## EXHIBIT 15 - PROPOSED THREE DISTRICT PLAN THREE SUBSTANTIALLY EQUAL DISTRICTS COMPARED TO STANDARDS – THIS PLAN WAS ADOPTED

| | |
|---|---|
| Coordination with Morgan County Commission , and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following 2000 census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two this time. |



EXHIBIT15



City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map.   The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, either expressed or implied.