Voketz v. The City of Decatur,
Alabama, et al.

Declaration of William S. Cooper
and Attachments 1-6 Thereto

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

GARY VOKETZ, for himself and on behalf )
of the citizens of Decatur, Alabama, and the )
State of Alabama, )
                                      )
        Plaintiff, )
                                        )
v. )
                                        )     Case No. 5:14-cv-00540-AKK
THE CITY OF DECATUR, ALABAMA, a )
municipal corporation, THE CITY )
COUNCIL OF DECATUR, DON KYLE, )
ROGER ANDERS, BILLY JACKSON, )
GARY HAMMON, CHARLES KIRBY, )
and CHUCK ARD, in both their individual )
and official capacities, )
                                        )
        Defendants. )

## DECLARATION OF WILLIAM S. COOPER

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. §1746,

26(a)(2)(B), the Federal Rules of Civil Procedure, and Rules 702 and 703, the

Federal Rules of Evidence, does hereby declare and say:

     **1.**      My name is William  S. Cooper.  I have a B.A. degree in Economics

from Davidson College.  As a private consultant, I currently serve as a demographic

and redistricting expert for the Defendants.  I am compensated at a rate of $100 per

hour for my work.

**2.**     I have testified at trial as an expert witness on redistricting and demographics in federal courts in about 35 voting rights cases.  Three of these lawsuits resulted in changes to statewide legislative boundaries:  *Rural West Tennessee African-American Affairs v. McWherter, Old Person v. Cooney, and Bone Shirt v. Hazeltine*.  Approximately 25 of the cases led to changes in local election district plans.

**3.**     In 2009, I served as a redistricting consultant to the City of Calera, Alabama.  I am the redistricting expert for the plaintiffs in *Alabama Legislative Black Caucus et al. v. Alabama*.

**4.**     Since the release of the 2010 Census in February 2011, I have developed several statewide legislative plans (Alabama, Georgia, Kentucky, Florida, South Carolina, and Virginia) and over 100 local redistricting plans – primarily for groups working to protect minority voting rights.  Three plans that I developed for local government clients during 2011 – in Bolivar County, Ms., the City of Grenada, Ms., and Sussex County, Va. – were precleared under Section 5 by the U.S. Department of Justice.

**5.**     Two federal courts have recently granted summary judgment on *Gingles I* based in part on my testimony – *Georgia State NAACP v. Fayette County* (2013) and *Pope v. Albany County, New York* (2014).

**6.**      For more information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps for Section 2 litigation and other efforts to promote compliance with the Voting Rights Act of 1965, see the summary of my redistricting work in **Attachment 1**.

**I. Purpose of Declaration**

**7.**      The attorneys for the Defendants in this case asked me to prepare a map and demographic table depicting election districts under the current 5-district plan for the Decatur City Council. The attorneys also requested that I prepare a second map and accompanying statistical table for a proposed 3-district plan that the City submitted to the U.S. Department of Justice (DOJ) in 2011.

**8.**      In addition, the Defendants' attorneys asked me to compare measures of socio-economic status for Blacks and non-Hispanic Whites in Decatur as reported in the *2010-2012 American Community Survey 3-Year Estimates* dataset produced by the U.S. Census Bureau.

**9.**      Finally, the Defendants' attorneys asked me to determine whether it is possible to develop a 3 single-member district plan that would contain a Black voting age-majority district and comply with key traditional redistricting principles – including population equality, compactness, and contiguity.

**10.**      As discussed below, I conclude that the Black population in Decatur is not sufficiently numerous and geographically compact to create a majority-Black

3

district under a 3-district plan.

## II.  Methodology and Sources

**11.**     For my analysis, I used a geographic information system (GIS) software package called *Maptitude for Redistricting,* developed by the Caliper Corporation.  This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

**12.**     The geographic boundary files that I used with *Maptitude* are created from the U.S. Census 2010 TIGER (Topologically Integrated Geographic Encoding and Referencing) files.  The population data are from the 2010 PL 94-171 data file. This dataset is published in electronic format and is the complete count population file designed by the Bureau of the Census for use in legislative redistricting.  The file contains basic race and ethnicity data on the population and voting age population found in units of census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, and census blocks.

**13.**     *The Maptitude for Redistricting* software processes the TIGER files to produce a map for display on a computer screen.  The software also merges demographic data from the PL94-171 files to match the relevant decennial census geography.

14.     I also relied upon the *2010-2012 American Community Survey 3-Year Estimates* dataset released by the U.S. Census Bureau in November 2013. The ACS estimates are derived from a rolling survey over the 2010-2012 period. The source for the data in the charts and tables discussed in **Section IV** below is the U.S. Census Bureau's *American FactFinder* website – available for queries at:

http://factfinder2.census.gov/faces/nav/jsf/pages/searchresults.xhtml?refresh=t#3yrfeature

I produced the charts and tables in **Attachment 2** using Microsoft Excel.

15.     The attorneys for the Defendants gave me GIS shapefiles of the 3-district 2011 proposal and the current 5-district City Council plan.

### III.        Demographic Profile of Decatur

16.     Decatur is located in Morgan and Limestone Counties in North Alabama. The city is located about 25 miles southwest of Huntsville along the Tennessee River.

17.     According to the 2010 Census, Decatur has a population of 55,683, with a single-race Black population of 12,067 (21.67%) and an Any Part (AP) Black population of 12,637 (22.69%). Thus, the 2010 non-Black population in Decatur is 43,046, (77.31%).

18.     According to the 2010 Census, Decatur has a total voting age population of 42,256, of whom 8,399 (19.88%) are single-race Black, with an AP

Black voting age population (VAP) of 8,520 (20.16%).[1]  Thus, there are 33,736

(79.84%) non-Blacks of voting age in Decatur.

19.     The table **in Figure 1** shows the population of Decatur by race and

ethnicity for the decennial censuses between 1990 and 2010 and aggregate change

over the 20-year period.

**Figure 1**

### Decatur – 1990 Census to 2010 Census Population and Race Distribution

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 1990 to 2010 Change | 1990 to 2010 % Change |
|---|---|---|---|---|---|---|---|---|
| Total Population | 48,761 | 100% | 53,929 | 100% | 55,683 | 100% | 6,922 | 14.20% |
| Total Hispanics | 386 | 0.79% | 3,040 | 5.64% | 6,882 | 12.36% | 6,496 | 1682.90% |
| Non-Hispanic White | 39,933 | 81.90% | 39,128 | 72.55% | 35,037 | 62.92% | -4,896 | -12.26% |
| Black* | 8,038 | 16.48% | 10,548 | 19.56% | 12,067 | 21.67% | 4,029 | 50.12% |
| American Indian and Eskimo* | 132 | 0.27% | 312 | 0.58% | 391 | 0.70% | 259 | 196.21% |
| Asian* # | 299 | 0.61% | 376 | 0.70% | 499 | 0.90% | 200 | 66.89% |
| Hawaiian and Pacific Islander* | NA | NA | 68 | 0.13% | 80 | 0.14% | NA | NA |
| Other* | 112 | 0.23% | 1,195 | 2.22% | 4,389 | 7.88% | 4,277 | 3818.75% |
| Two or More Races* | NA | 0.79% | 716 | 1.33% | 1,219 | 2.19% | NA | NA |
| Any Part Black* | NA | NA | 10,803 | 20.03% | 12,637 | 22.69% | NA | NA |

* Includes Hispanics. # In1990, "Asian" includes Hawaiian and Pacific Islander.

## IV.   Socio-Economic Profile of Decatur

20.     Blacks in Decatur lag behind Whites across a broad range of socio-

economic measures, as reported in the *2010 to 2012 American Community Survey*

---

[1] The Any Part Black classification counts as Black all persons who self-identified in the 2010 Census as single-race Black or more than one race and some part Black. The AP Black category includes persons who are some part Black and Hispanic.

(released by the U.S Census Bureau in November 2013).[2] This disparity is summarized below and depicted with further detail in charts and tables found in **Attachment 2**.

*(a) Education*

• Of persons 25 years of age and over in Decatur, 29.1% of Blacks have not finished high school.   By contrast, just 11.7 % of their White counterparts are without a high school diploma.  See **Attachment 2 at 36**.

• At the other end of the educational scale, for ages 25 and over, 6.1% of Blacks have a bachelor's degree or higher – less than  one-fourth of the 28.3% rate achieved by Whites.  See **Attachment 2 at 36**.

*(b) Housing*

• Nearly two-thirds of Black households (63.4%) rent their residences compared to a rental rate of about one-fourth (25.5%) for White households.  See **Attachment 2 at 70**.

---

[2] In this section, for simplicity, the term "White" refers to non-Hispanic White. The term "Black" refers to single-race Black, including Black Hispanics. There is not a separate category for non-Hispanic Black in the American Community Survey.

*(c) Income*

- Nearly one-fifth of Black households (18.5%) have annual incomes of less than $10,000.  By contrast, about one in 16 (6.4%) of White households have incomes below $10,000.  See **Attachment 2 at 43**.

- Black median household income is $21,938 – less than half of the $52,725 median income of White households.    See **Attachment 2 at 45**.

- Black family households exhibit an even greater median income disparity *vis-à-vis* White family households – $27,119 for Black median family household income compared to $71,628 for White family households.  **Attachment 2 at 49.**

- Blacks in the city experience a poverty rate that is about three times the poverty rate for Whites – 32.4% of Blacks live below the poverty line, versus 10.1% of Whites.  In addition, nearly half of Black children (49.7%) live in poverty compared to about one in 6 White children (16.1%) See **Attachment 2 at 41**.

- Reflecting the high Black poverty rate, about four times as many Black households rely on food stamps compared to White households – 38.4% of Black households participate in the Supplemental Nutrition Assistance Program (SNAP) compared to 9.6% of White households.  See **Attachment 2 at 62.**

*(d) Employment*

• The $15,952 median earnings level of Blacks working full-time year-round is barely half the $29,589 annual median earnings garnered by Whites in Decatur.  See **Attachment 2 at 55.**

• The Black unemployment rate (for the working age population ages 16-64 – expressed as a percent of the civilian labor force) is nearly triple the rate for Whites.  At the time of the survey, 21.5% of working-age Blacks were unemployed, compared to a 7.8% rate for Whites.   See **Attachment 2 at 66**.

• Just 10.9% of Blacks in Decatur are employed in management or professional occupations compared to 38.6% of Whites. See **Attachment 2 at 68.**

*(e) Health*

• More than half of Blacks over the age of 65 (56.7%) are disabled, compared to about one-third of Whites (34.2%) in this age category. See **Attachment 2 at 74.**

• Nearly one-third (30.8%) of working age Blacks lack health insurance, compared to 14.8% of their White counterparts. See **Attachment 2 at 76.**

**V.        Current 5-District City Council Plan**

**21.**      Under the current 5-district plan, District 1 is majority-Black with a

56.55% AP Black population and a 55.47% AP Black VAP.  I have prepared a map (See **Attachment 3**) showing the current plan, with an accompanying demographic table (See **Attachment 4**).

**22.**    The map in **Figure 2** below overlays the current 5-district plan (thick black lines) onto a map displaying the percent AP Black by census block. Under the current plan, about 44% of Decatur's Black population resides in District 1.

**Figure 2   Decatur – Percent AP Black by Census Block (2010 Census)**



**23.**     From the **Figure 2** map, one can discern that District 1 encompasses most of the majority- Black census blocks in Decatur. [3] Extending the district south or east will begin to diminish the Black population percentage in the district. This is the geographic/demographic barrier that confronted the plan drawer(s) who developed the 3-district proposal in 2011.

**VI.        2011 Proposed 3-District City Council Plan**

**24.**     I have prepared a map (See **Attachment 5**) and demographic table (See **Attachment 6**) depicting the 3-district 2011 proposal developed by the City. Under the proposal, District 1 would have a 37.59% AP Black population and a 35.14% AP Black VAP.

**25.**     The 2011 proposal would eliminate Decatur's existing majority-Black district and replace it with a district that severely diminishes and dilutes Black voting strength.

**26.**     I attempted to develop an alternative 3-district plan that would maintain a majority-Black district by extending current majority-Black District 1 south and east, while complying with key traditional redistricting criteria.  Based on my analysis, it is clear that a majority-Black voting age district cannot be

---

[3] A census block is the smallest geographic tabulation area from the decennial census.  A block may be as small as a regular city block bounded by four streets, or as large as several square miles in a rural area.  Generally, a census block is bounded on all sides by visible features such as streets, rivers, and railroad tracks.

created under a 3-district plan, while respecting population equality, compactness, and contiguity.

27. I therefore concur with the January 23, 2012 Resolution adopted by the City Council that "*it is mathematically impossible for the City to have three single member voting districts with each district containing as nearly an equal number of people as possible that will not have a retrogressive impact on the Black voters of Decatur.*"

## VI.   SUMMARY CONCLUSIONS

28. From the preceding analysis, I reach the following conclusions :

▪ Blacks in Decatur are not sufficiently numerous and geographically compact to constitute a viable and constitutional majority-Black voting age district under a 3 single-member district plan.

▪ Given the current geographic distribution of the Black population in Decatur, Blacks are sufficiently numerous and geographically compact to allow for the creation of a majority-Black district under a 5 single-member district plan.

▪ As reported in the *American Community Survey*, in Decatur, Blacks lag behind non-Hispanic Whites across the spectrum of indicators of socio-economic well-being.

<div align="center">#      #      #</div>

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.


Executed on: March ____21____, 2014


_William S. Cooper_
WILLIAM S. COOPER

## CERTIFICATE OF RETENTION

As the filer of this document, I hereby certify that I currently hold the original signature document which has been duly executed and notarized. I further certify that I shall retain the hard copy of this document containing the original signature for one year after exhaustion of the time to appeal final resolution of this action or issuance of a mandate from the Court of Appeal.

George W. Royer, Jr.

*William S. Cooper*
*525 Garden Lane*
*Bristol, VA 24201*
*276-669-8567*
*bcooper@msn.com*

**ATTACHMENT 1**

## Summary of Redistricting Work

I have a BA degree in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 600 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

Since the release of the 2010 Census in February 2011, I have developed statewide legislative plans on behalf of clients in five states (Alabama, Georgia, Florida, South Carolina, and Virginia), as well as over 100 local redistricting plans in approximately 20 states – primarily for groups working to protect minority voting rights.

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the Department of Justice.

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County Board of Commissioners and the

1

Miami-Dade School Board.  Final plans were adopted in late 2011 following public hearings.

In the fall of 2011, I was retained by the City of Grenada, MS to provide redistricting services. The ward plan I developed received preclearance in March 2012.

I currently serve as a redistricting consultant for the Tunica County, MS Board of Supervisors, Claiborne County, MS Board of Supervisors, and the Jefferson County, FL School Board.

I am currently a consultant and expert for the plaintiffs in *Georgia State Conference NAACP, et al. v. Fayette County*, *Alabama Legislative Black Caucus et al. v. Alabama, Montes v. City of Yakima, Pope v. County of Albany, New York, Navajo Nation v. San Juan County, Utah, Fairley et al. v. Hattiesburg, Mississippi,* and *Terrebonne Parish Branch NAACP et al. v. Jindal et al.*

Since 2011, I have served as a redistricting and demographic consultant to the Massachusetts-based Prison Policy Initiative and Demos for a nationwide project to end prison-based gerrymandering. I have analyzed proposed and adopted election plans in about 20 states as part of my work with these two organizations.

During the 2000's, I analyzed census data and prepared draft election plans involving about 300 local-level jurisdictions in 25 states. I produced these plans at the request of local citizens' groups, national organizations such as the NAACP and, in a few instances, by contract with local governments. Election plans I developed for two counties – Sussex County, Virginia and Webster County, Mississippi –  were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county council plan I developed for Native American plaintiffs in a Section 2 lawsuit *(Blackmoon v. Charles Mix County)* was adopted

2

by Charles Mix County, South Dakota in November 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania (*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District)* was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, NC and Cortez-Montezuma School District in Colorado were adopted in 2009.

In addition, during the post-2000 reapportionment process, I drafted proposed statewide legislative plans on behalf of clients in eight states – Florida, Montana, New Mexico, North Dakota, South Dakota, Tennessee, Virginia, and Wyoming.  In August 2005, a federal court ordered the State of South Dakota to remedy a Section 2 voting rights violation and adopt a state legislative plan I developed. (*Bone Shirt v. Hazeltine*)

Since 1986, I have prepared election plans for Section 2 litigation in Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, South Carolina, South Dakota, Tennessee, Utah, Virginia, Washington, and Wyoming.

I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses):

**Alabama**
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Georgia**
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Knight v. McKeithen (1994)*
*Reno v. Bossier Parish  (1995)*
*Wilson v. Town of St. Francisville (1997)*

**Maryland**
*Cane v. Worcester County (1994)*

**Mississippi**
*Addy v Newton County (1995)*
*Boddie v. Cleveland  (2003)*
*Boddie v. Cleveland School District (2010)*
*Ewing v. Monroe County(1995)*
*Fairley v. Hattiesburg (2008)*
*Jamison v. City of Tupelo (2006)*
*Gunn v. Chickasaw County   (1995)*
*NAACP v. Fordice (1999)*
*Nichols v. Okolona (1995)*
*Smith v. Clark (1995)*

**Montana**
*Old Person v. Cooney (1998)*
*Old Person v. Brown (on remand) (2001)*

**Nebraska**
*Stabler v. Thurston County (1995)*

***New York***
*Arbor Hills Concerned Citizens v. Albany County (2003)*
*Pope v. County of Albany (2011)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee  African American Affairs Council v. McWherter (1993)*

4

**Virginia**
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White* v. *Daniel (1989)*
*Smith v. Brunswick County (1991)*

***Wyoming***
*Large v. Fremont County (2007)*


In addition, I have filed declarations or been deposed in these voting rights cases:

**Florida**
*Burton v. City of Belle Glade (1997)*
*Johnson v. DeSoto County (1999)*
*Thompson v. Glades County (2001)*

**Georgia**
*Georgia State Conference NAACP, et al. v. Fayette County (2012)*
*Jones v. Cook County (1993)*
*Johnson v. Miller (1998)*
*Knighton v. Dougherty County (2002)*

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*

**Louisiana**
*NAACP v. St. Landry Parish Council (2005)*
*Prejean v. Foster (1994)*
*Rodney v. McKeithen (1993)*

**Maryland**
*Fletcher  v. Lamone (2011)*

**Mississippi**
*Fairley v. Hattiesburg (2014)*
*Dean v. Washington County (2012)*
*Williams v. Bolivar County (2005)*
*Clark v. Calhoun County (on remand))(1993)*
*Houston v. Lafayette County (2002)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*
*Teague v. Attala County (on remand)(1993)*

**Montana**
*Alden v. Rosebud County (2000)*

**North Carolina**
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*

**South Carolina**
*Vander Linden v. Campbell (1996)*

**South Dakota**
*Emery v. Hunt (1999)*
*Kirkie v. Buffalo County (2004)*

**Tennessee**
*NAACP v. Frost, et al. (2003)*

**Utah**
*Navajo Nation v. San Juan County (2014)*

**Virginia**
*Moon v. Beyer (1990)*

***Washington***
*Montes v. City of Yakima (2013)*

# # #

# Selected Socio-Economic Data          Attachment 2

## Decatur city, Alabama

### African American and White, Not Hispanic

### Data Set: 2010-2012 American Community Survey 3-Year Estimates

www.fairvote2020.org

www.fairdata2000.com

17-Nov-13

**C02003. RACE - Universe:  TOTAL POPULATION**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **55,774** | **33** | **100.0%** |
| Population of one race: | 54,354 | 453 | 97.5% |
| White | 39,848 | 1,045 | 71.4% |
| Black or African American | 11,838 | 705 | 21.2% |
| American Indian and Alaska Native | 633 | 461 | 1.1% |
| Asian alone | 584 | 139 | 1.0% |
| Native Hawaiian and Other Pacific Islander | 99 | 133 | 0.2% |
| Some other race | 1,352 | 679 | 2.4% |
| Population of two or more races: | 1,420 | 451 | 2.5% |
| Two races including Some other race | 110 | 97 | 0.2% |
| Two races excluding Some other race, and three or more races | 1,310 | 441 | 2.3% |
| Population of two races: | 1,374 | 440 | 2.5% |
| White; Black or African American | 334 | 260 | 0.6% |
| White; American Indian and Alaska Native | 730 | 282 | 1.3% |
| White; Asian | 89 | 102 | 0.2% |
| Black or African American; American Indian and Alaska Native | 72 | 90 | 0.1% |
| All other two race combinations | 149 | 118 | 0.3% |
| Population of three races | 46 | 58 | 0.1% |
| Population of four or more races | 0 | 110 | 0.0% |

Note: Hispanics may be of any race. See Table C03002 and chart.

Source: U.S. Census Bureau, 2010-2012 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population by Race

## Decatur city, Alabama



Source:  C02003. RACE - Universe:  TOTAL POPULATION
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **55,774** | 33 | **100.0%** |
| Not Hispanic or Latino: | 48,454 | 855 | 86.9% |
| White alone | 34,510 | 978 | 61.9% |
| Black or African American alone | 11,669 | 688 | 20.9% |
| American Indian and Alaska Native alone | 239 | 158 | 0.4% |
| Asian alone | 584 | 139 | 1.0% |
| Native Hawaiian and Other Pacific Islander alone | 99 | 133 | 0.2% |
| Some other race alone | 0 | 110 | 0.0% |
| Two or more races: | 1,353 | 433 | 2.4% |
| Two races including Some other race | 43 | 72 | 0.1% |
| Two races excluding Some other race, and three or more races | 1,310 | 441 | 2.3% |
| Hispanic or Latino | 7,320 | 848 | 13.1% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Non-Hispanic by Race and Hispanic Population

## Decatur city, Alabama



Source:   C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| Hispanic or Latino: | 7,320 | 848 | **100.0%** |
| White alone | 5,338 | 1,149 | 72.9% |
| Black or African American alone | 169 | 149 | 2.3% |
| American Indian and Alaska Native alone | 394 | 432 | 5.4% |
| Asian alone | 0 | 110 | 0.0% |
| Native Hawaiian and Other Pacific Islander alone | 0 | 110 | 0.0% |
| Some other race alone | 1,352 | 679 | 18.5% |
| Two or more races: | 67 | 70 | 0.9% |
| Two races including Some other race | 67 | 70 | 0.9% |
| Two races excluding Some other race, and three or more races | 0 | 110 | 0.0% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Hispanic or Latino Origin by Race

## Decatur city, Alabama



Source:   B03002. HISPANIC OR LATINO ORIGIN BY RACE
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C01001. SEX BY AGE**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **11,838** | **705** | **100.0%** | **34,510** | **978** | **100.0%** |
| Under 18 years | 3,315 | NC | 28.0% | 6,065 | NC | 17.6% |
| 18 to 64 years | 7,571 | NC | 64.0% | 21,179 | NC | 61.4% |
| 65 years and over | 952 | NC | 8.0% | 7,266 | NC | 21.1% |
| Male: | 5,650 | 425 | 47.7% | 16,448 | 770 | 47.7% |
| Under 18 years | 1,861 | 232 | 15.7% | 3,062 | 410 | 8.9% |
| 18 to 64 years | 3,426 | 325 | 28.9% | 10,233 | 538 | 29.7% |
| 65 years and over | 363 | 62 | 3.1% | 3,153 | 242 | 9.1% |
| Female: | 6,188 | 442 | 52.3% | 18,062 | 702 | 52.3% |
| Under 18 years | 1,454 | 273 | 12.3% | 3,003 | 430 | 8.7% |
| 18 to 64 years | 4,145 | 254 | 35.0% | 10,946 | 493 | 31.7% |
| 65 years and over | 589 | 96 | 5.0% | 4,113 | 281 | 11.9% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population by Age

### Decatur city, Alabama



Source:   C01001. SEX BY AGE
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER**

Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Total: | **11,740** | **693** | **100.0%** | **34,072** | **963** | **100.0%** |
| Same house 1 year ago | 9,349 | 808 | 79.6% | 30,271 | 1,062 | 88.8% |
| Moved within same county | 1,596 | 442 | 13.6% | 2,341 | 700 | 6.9% |
| Moved from different county within same state | 567 | 306 | 4.8% | 1,082 | 442 | 3.2% |
| Moved from different state | 228 | 199 | 1.9% | 378 | 203 | 1.1% |
| Moved from abroad | 0 | 110 | 0.0% | 0 | 110 | 0.0% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Geographical Mobility in the Past Year (Population 1 Year and Over)

### Decatur city, Alabama



Source:   B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe:
POPULATION 1 YEAR AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C11002. HOUSEHOLD TYPE FOR POPULATION IN HOUSEHOLDS**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

|  | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
|  | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | 11440 | 739 | **100.0%** | 33957 | 1102 | **100.0%** |
| In family households | 9397 | 826 | 82.1% | 27123 | 1271 | 79.9% |
| In nonfamily households | 2043 | 437 | 17.9% | 6834 | 758 | 20.1% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Household Type for Population in Households

## Decatur city, Alabama



Source:   C11002. HOUSEHOLD TYPE FOR POPULATION IN HOUSEHOLDS
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **9,146** | **499** | **100.0%** | **29,546** | **849** | **100.0%** |
| Never married | 4,043 | 452 | 44.2% | 6,062 | 736 | 20.5% |
| Now married (except separated) | 2,031 | 412 | 22.2% | 16,123 | 1,028 | 54.6% |
| Separated | 711 | 257 | 7.8% | 638 | 251 | 2.2% |
| Widowed | 541 | 150 | 5.9% | 2,440 | 461 | 8.3% |
| Divorced | 1,820 | 313 | 19.9% | 4,283 | 599 | 14.5% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Marital Status for the Population 15 Years and Over

## Decatur city, Alabama



Source:   C12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **7,111** | **405** | **100.0%** | **25,959** | **928** | **100.0%** |
| Less than high school diploma | 2,067 | NC | 29.1% | 3,032 | NC | 11.7% |
| High school graduate, GED, or alternative | 2,517 | NC | 35.4% | 7,424 | NC | 28.6% |
| Some college or associate's degree | 2,096 | NC | 29.5% | 8,144 | NC | 31.4% |
| Bachelor's degree or higher | 431 | NC | 6.1% | 7,359 | NC | 28.3% |
| Male: | 3,026 | 314 | 42.6% | 12,162 | 651 | 46.9% |
| Less than high school diploma | 844 | 232 | 11.9% | 1,338 | 341 | 5.2% |
| High school graduate, GED, or alternative | 1,339 | 282 | 18.8% | 3,513 | 539 | 13.5% |
| Some college or associate's degree | 718 | 194 | 10.1% | 3,604 | 529 | 13.9% |
| Bachelor's degree or higher | 125 | 93 | 1.8% | 3,707 | 424 | 14.3% |
| Female: | 4,085 | 246 | 57.4% | 13,797 | 515 | 53.1% |
| Less than high school diploma | 1,223 | 288 | 17.2% | 1,694 | 294 | 6.5% |
| High school graduate, GED, or alternative | 1,178 | 254 | 16.6% | 3,911 | 512 | 15.1% |
| Some college or associate's degree | 1,378 | 349 | 19.4% | 4,540 | 483 | 17.5% |
| Bachelor's degree or higher | 306 | 126 | 4.3% | 3,652 | 437 | 14.1% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

**Educational Attainment for the Population 25 Years and Older**

**Decatur city, Alabama**



Source:   C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**

Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **2,941** | **347** | **100.0%** | **9,146** | **495** | **100.0%** |
| Income in the past 12 months below poverty level: | 891 | 276 | 30.3% | 616 | 195 | 6.7% |
| Married-couple family: | 49 | 47 | 1.7% | 244 | 147 | 2.7% |
| With related children under 18 years | 18 | 29 | 0.6% | 115 | 114 | 1.3% |
| Other family: | 842 | 270 | 28.6% | 372 | 144 | 4.1% |
| Male householder, no wife present | 51 | 77 | 1.7% | 57 | 67 | 0.6% |
| With related children under 18 years | 51 | 77 | 1.7% | 0 | 110 | 0.0% |
| Female householder, no husband present | 791 | 259 | 26.9% | 315 | 133 | 3.4% |
| With related children under 18 years | 722 | 246 | 24.5% | 298 | 130 | 3.3% |
| Income in the past 12 months at or above poverty level: | 2,050 | 306 | 69.7% | 8,530 | 473 | 93.3% |
| Married-couple family: | 891 | 222 | 30.3% | 7,518 | 488 | 82.2% |
| With related children under 18 years | 329 | 172 | 11.2% | 2,387 | 324 | 26.1% |
| Other family: | 1,159 | 290 | 39.4% | 1,012 | 255 | 11.1% |
| Male householder, no wife present | 293 | 147 | 10.0% | 246 | 134 | 2.7% |
| With related children under 18 years | 171 | 125 | 5.8% | 208 | 130 | 2.3% |
| Female householder, no husband present | 866 | 239 | 29.4% | 766 | 239 | 8.4% |
| With related children under 18 years | 533 | 209 | 18.1% | 399 | 149 | 4.4% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Family Households Below Poverty in the Past 12 Months

## Decatur city, Alabama



Source:   C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2010-2012 American Community Survey 3-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Decatur city, Alabama



Source:   C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA By Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW By Age |
| **Total:** | **11,524** | **710** | **100.0%** | **34,041** | **1,047** | **100.0%** |
| Income in the past 12 months below poverty level: | 3,733 | 854 | 32.4% | 3,454 | 724 | 10.1% |
| Under 18 years | 1,644 | 470 | 49.7% | 974 | 428 | 16.1% |
| 18 to 64 years | 1,840 | 464 | 25.3% | 2,046 | 433 | 9.8% |
| 65 years and over | 249 | 151 | 26.5% | 434 | 142 | 6.2% |
| Income in the past 12 months at or above poverty level: | 7,791 | 859 | 67.6% | 30,587 | 1,133 | 89.9% |
| Under 18 years | 1,663 | 481 | 50.3% | 5,063 | 646 | 83.9% |
| 18 to 64 years | 5,437 | 574 | 74.7% | 18,922 | 805 | 90.2% |
| 65 years and over | 691 | 186 | 73.5% | 6,602 | 374 | 93.8% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population Below Poverty in the Past 12 Months

### Decatur city, Alabama



Source:   C17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **4,780** | **442** | **100.0%** | **15,140** | **589** | **100.0%** |
| Less than $ 10,000 | 884 | 312 | 18.5% | 967 | 247 | 6.4% |
| $ 10,000 to $ 14,999 | 547 | 199 | 11.4% | 727 | 237 | 4.8% |
| $ 15,000 to $ 24,999 | 1,285 | 346 | 26.9% | 1,776 | 371 | 11.7% |
| $ 25,000 to $ 34,999 | 581 | 222 | 12.2% | 1,675 | 310 | 11.1% |
| $ 35,000 to $ 49,999 | 718 | 244 | 15.0% | 1,837 | 391 | 12.1% |
| $ 50,000 to $ 74,999 | 612 | 212 | 12.8% | 3,002 | 427 | 19.8% |
| $ 75,000 to $ 99,999 | 34 | 57 | 0.7% | 2,235 | 380 | 14.8% |
| $ 100,000 to $ 149,999 | 119 | 133 | 2.5% | 1,866 | 341 | 12.3% |
| $ 150,000 to $ 199,999 | 0 | 110 | 0.0% | 651 | 216 | 4.3% |
| $ 200,000 or more | 0 | 110 | 0.0% | 404 | 124 | 2.7% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Household Income in the Past 12 Months

## Decatur city, Alabama



Source:   C19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median household income in the past 12 months (in 2012 inflation-adjusted dollars) | $ 21,938 | $ 2,432 | $ 52,725 | $ 2,444 |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median Household Income in the Past 12 Months

### Decatur city, Alabama



Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **2,941** | **347** | **100.0%** | **9,146** | **495** | **100.0%** |
| Less than $ 10,000 | 386 | 163 | 13.1% | 325 | 155 | 3.6% |
| $ 10,000 to $ 14,999 | 291 | 175 | 9.9% | 109 | 61 | 1.2% |
| $ 15,000 to $ 24,999 | 663 | 239 | 22.5% | 495 | 151 | 5.4% |
| $ 25,000 to $ 34,999 | 437 | 210 | 14.9% | 730 | 220 | 8.0% |
| $ 35,000 to $ 49,999 | 545 | 204 | 18.5% | 897 | 224 | 9.8% |
| $ 50,000 to $ 74,999 | 466 | 159 | 15.8% | 2,234 | 370 | 24.4% |
| $ 75,000 to $ 99,999 | 34 | 57 | 1.2% | 1,723 | 349 | 18.8% |
| $ 100,000 to $ 149,999 | 119 | 133 | 4.0% | 1,639 | 307 | 17.9% |
| $ 150,000 to $ 199,999 | 0 | 110 | 0.0% | 590 | 217 | 6.5% |
| $ 200,000 or more | 0 | 110 | 0.0% | 404 | 124 | 4.4% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Family Income in the Past 12 Months

### Decatur city, Alabama



Source:   C19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median family income in the past 12 months (in 2012 inflation-adjusted dollars) | $ 27,119 | $ 6,252 | $ 71,628 | $ 5,045 |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

# Median Family Income in the Past 12 Months

## Decatur city, Alabama



Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median nonfamily household income in the past 12 months (in 2012 inflation-adjusted dollars) | $ 18,326 | $ 3,613 | $ 29,390 | $ 2,630 |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median Non-Family Income in the Past 12 Months

### Decatur city, Alabama



Source:   B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | **Decatur city, Alabama** | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Per capita income in the past 12 months (in 2012 inflation-adjusted dollars) | $ 12,763 | $ 1,354 | $ 30,921 | $ 1,872 |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Per capita Income in the Past 12 Months

### Decatur city, Alabama



Source:   B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS)
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | |
| --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median earnings in the past 12 months (in 2012 inflation-adjusted dollars) -- | | | | |
|   Total: | $ 15,952 | $ 2,375 | $ 29,589 | $ 2,117 |
| Male -- | | | | |
|   Total | $ 18,288 | $ 3,778 | $ 36,932 | $ 5,134 |
|   Worked full-time, year-round in the past 12 months | $ 28,568 | $ 5,041 | $ 53,832 | $ 4,634 |
|   Other | $ 4,994 | $ 3,147 | $ 11,890 | $ 1,308 |
| Female -- | | | | |
|   Total | $ 15,212 | $ 2,087 | $ 24,543 | $ 1,921 |
|   Worked full-time, year-round in the past 12 months | $ 22,031 | $ 3,604 | $ 31,778 | $ 5,458 |
|   Other | $ 8,378 | $ 2,273 | $ 8,374 | $ 2,289 |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median earnings in the Past 12 Months (16 Years and Over with Earnings)

### Decatur city, Alabama



Source:   B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE
IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **8,995** | **505** | **100.0%** | **29,098** | **843** | **100.0%** |
| Worked full-time, year-round in the past 12 months: | 3,195 | NC | 35.5% | 11,428 | NC | 39.3% |
| No earnings | 0 | NC | 0.0% | 13 | NC | 0.0% |
| With earnings: | 3,195 | NC | 35.5% | 11,415 | NC | 39.2% |
| $ 1 to $ 9,999 or loss | 69 | NC | 0.8% | 146 | NC | 0.5% |
| $ 10,000 to $ 19,999 | 1,013 | NC | 11.3% | 827 | NC | 2.8% |
| $ 20,000 to $ 29,999 | 901 | NC | 10.0% | 2,552 | NC | 8.8% |
| $ 30,000 to $ 49,999 | 873 | NC | 9.7% | 2,878 | NC | 9.9% |
| $ 50,000 to $ 74,999 | 339 | NC | 3.8% | 2,664 | NC | 9.2% |
| $ 75,000 or more | 0 | NC | 0.0% | 2,348 | NC | 8.1% |
| Other: | 5,800 | NC | 64.5% | 17,670 | NC | 60.7% |
| No earnings | 2,803 | NC | 31.2% | 10,203 | NC | 35.1% |
| With earnings: less than full time, year-round | 2,997 | NC | 33.3% | 7,467 | NC | 25.7% |
| $ 1 to $ 9,999 or loss | 1,841 | NC | 20.5% | 3,540 | NC | 12.2% |
| $ 10,000 to $ 19,999 | 772 | NC | 8.6% | 1,707 | NC | 5.9% |
| $ 20,000 to $ 29,999 | 263 | NC | 2.9% | 790 | NC | 2.7% |
| $ 30,000 to $ 49,999 | 60 | NC | 0.7% | 793 | NC | 2.7% |
| $ 50,000 to $ 74,999 | 61 | NC | 0.7% | 456 | NC | 1.6% |
| $ 75,000 or more | 0 | NC | 0.0% | 181 | NC | 0.6% |
| Male: | 4,101 | 343 | 45.6% | 13,676 | 635 | 47.0% |
| Worked full-time, year-round in the past 12 months: | 1,472 | 250 | 16.4% | 6,258 | 503 | 21.5% |
| No earnings | 0 | 110 | 0.0% | 0 | 110 | 0.0% |
| With earnings: | 1,472 | 250 | 16.4% | 6,258 | 503 | 21.5% |
| $ 1 to $ 9,999 or loss | 20 | 34 | 0.2% | 73 | 61 | 0.3% |
| $ 10,000 to $ 19,999 | 406 | 189 | 4.5% | 110 | 67 | 0.4% |
| $ 20,000 to $ 29,999 | 377 | 167 | 4.2% | 952 | 272 | 3.3% |
| $ 30,000 to $ 49,999 | 413 | 186 | 4.6% | 1,486 | 390 | 5.1% |
| $ 50,000 to $ 74,999 | 256 | 182 | 2.8% | 1,632 | 338 | 5.6% |
| $ 75,000 or more | 0 | 110 | 0.0% | 2,005 | 384 | 6.9% |

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Other: | 2,629 | 324 | 29.2% | 7,418 | 674 | 25.5% |
| No earnings | 1,264 | 262 | 14.1% | 3,755 | 383 | 12.9% |
| With earnings: | 1,365 | 320 | 15.2% | 3,663 | 567 | 12.6% |
| $ 1 to $ 9,999 or loss | 892 | 286 | 9.9% | 1,452 | 349 | 5.0% |
| $ 10,000 to $ 19,999 | 284 | 167 | 3.2% | 970 | 354 | 3.3% |
| $ 20,000 to $ 29,999 | 87 | 89 | 1.0% | 474 | 194 | 1.6% |
| $ 30,000 to $ 49,999 | 41 | 48 | 0.5% | 355 | 204 | 1.2% |
| $ 50,000 to $ 74,999 | 61 | 67 | 0.7% | 231 | 157 | 0.8% |
| $ 75,000 or more | 0 | 110 | 0.0% | 181 | 152 | 0.6% |
| Female: | 4,894 | 325 | 54.4% | 15,422 | 549 | 53.0% |
| Worked full-time, year-round in the past 12 months: | 1,723 | 304 | 19.2% | 5,170 | 600 | 17.8% |
| No earnings | 0 | 110 | 0.0% | 13 | 20 | 0.0% |
| With earnings: | 1,723 | 304 | 19.2% | 5,157 | 599 | 17.7% |
| $ 1 to $ 9,999 or loss | 49 | 51 | 0.5% | 73 | 59 | 0.3% |
| $ 10,000 to $ 19,999 | 607 | 245 | 6.7% | 717 | 260 | 2.5% |
| $ 20,000 to $ 29,999 | 524 | 188 | 5.8% | 1,600 | 484 | 5.5% |
| $ 30,000 to $ 49,999 | 460 | 178 | 5.1% | 1,392 | 297 | 4.8% |
| $ 50,000 to $ 74,999 | 83 | 69 | 0.9% | 1,032 | 299 | 3.5% |
| $ 75,000 or more | 0 | 110 | 0.0% | 343 | 144 | 1.2% |
| Other: | 3,171 | 386 | 35.3% | 10,252 | 625 | 35.2% |
| No earnings | 1,539 | 320 | 17.1% | 6,448 | 539 | 22.2% |
| With earnings: | 1,632 | 337 | 18.1% | 3,804 | 445 | 13.1% |
| $ 1 to $ 9,999 or loss | 949 | 272 | 10.6% | 2,088 | 375 | 7.2% |
| $ 10,000 to $ 19,999 | 488 | 208 | 5.4% | 737 | 208 | 2.5% |
| $ 20,000 to $ 29,999 | 176 | 137 | 2.0% | 316 | 160 | 1.1% |
| $ 30,000 to $ 49,999 | 19 | 32 | 0.2% | 438 | 206 | 1.5% |
| $ 50,000 to $ 74,999 | 0 | 110 | 0.0% | 225 | 153 | 0.8% |
| $ 75,000 or more | 0 | 110 | 0.0% | 0 | 110 | 0.0% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Employment and Earnings in in the Past 12 Months (16 Years and Over)

## Decatur city, Alabama



Source:   C20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2012 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **8,523** | **457** | **100.0%** | **28,445** | **811** | **100.0%** |
| Veteran | 461 | NC | 5.4% | 3,524 | NC | 12.4% |
| Nonveteran | 8,062 | NC | 94.6% | 24,921 | NC | 87.6% |
| Male: | 3,789 | 334 | 44.5% | 13,386 | 620 | 47.1% |
| 18 to 64 years: | 3,426 | 325 | 40.2% | 10,233 | 538 | 36.0% |
| Veteran | 351 | 186 | 4.1% | 1,534 | 330 | 5.4% |
| Nonveteran | 3,075 | 370 | 36.1% | 8,699 | 623 | 30.6% |
| 65 years and over: | 363 | 62 | 4.3% | 3,153 | 242 | 11.1% |
| Veteran | 42 | 39 | 0.5% | 1,868 | 295 | 6.6% |
| Nonveteran | 321 | 78 | 3.8% | 1,285 | 260 | 4.5% |
| Female: | 4,734 | 280 | 55.5% | 15,059 | 503 | 52.9% |
| 18 to 64 years: | 4,145 | 254 | 48.6% | 10,946 | 493 | 38.5% |
| Veteran | 68 | 89 | 0.8% | 93 | 73 | 0.3% |
| Nonveteran | 4,077 | 263 | 47.8% | 10,853 | 494 | 38.2% |
| 65 years and over: | 589 | 96 | 6.9% | 4,113 | 281 | 14.5% |
| Veteran | 0 | 110 | 0.0% | 29 | 34 | 0.1% |
| Nonveteran | 589 | 96 | 6.9% | 4,084 | 280 | 14.4% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

# Veterans in the Civilian Population 18 Years and Over

## Decatur city, Alabama



Source:   C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **4,780** | **442** | **100.0%** | **15,140** | **589** | **100.0%** |
| HH received Food Stamps/SNAP in the past 12 months | 1,835 | 417 | 38.4% | 1,455 | 324 | 9.6% |
| HH did not receive Food Stamps/SNAP in the past 12 months | 2,945 | 364 | 61.6% | 13,685 | 641 | 90.4% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

# Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Decatur city, Alabama



Source:   B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **8,995** | **505** | **100.0%** | **29,098** | **843** | **100.0%** |
| In labor force: | 6,109 | NC | 67.9% | 18,449 | NC | 63.4% |
| In Armed Forces | 0 | NC | 0.0% | 0 | NC | 0.0% |
| Civilian: | 5,967 | NC | 66.3% | 16,789 | NC | 57.7% |
| Employed | 4,829 | NC | 53.7% | 17,145 | NC | 58.9% |
| Unemployed | 1,280 | NC | 14.2% | 1,304 | NC | 4.5% |
| Not in labor force | 2,886 | NC | 32.1% | 10,649 | NC | 36.6% |
| Male: | 4,101 | 343 | 45.6% | 13,676 | 635 | 47.0% |
| 16 to 64 years: | 3,738 | 335 | 41.6% | 10,523 | 559 | 36.2% |
| In labor force: | 2,718 | 303 | 30.2% | 8,925 | 514 | 30.7% |
| In Armed Forces | 0 | 110 | 0.0% | 0 | 110 | 0.0% |
| Civilian: | 2,718 | 303 | 30.2% | 8,925 | 514 | 30.7% |
| Employed | 2083 | 322 | 23.2% | 8278 | 457 | 28.4% |
| Unemployed | 635 | 227 | 7.1% | 647 | 224 | 2.2% |
| Not in labor force | 1,020 | 258 | 11.3% | 1,598 | 289 | 5.5% |
| 65 years and over: | 363 | 62 | 4.0% | 3,153 | 242 | 10.8% |
| In labor force: | 111 | 105 | 1.2% | 895 | 211 | 3.1% |
| Employed | 111 | 105 | 1.2% | 823 | 215 | 2.8% |
| Unemployed | 0 | 110 | 0.0% | 72 | 57 | 0.2% |
| Not in labor force | 252 | 82 | 2.8% | 2,258 | 275 | 7.8% |

|  | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
|  | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Female: | 4,894 | 325 | 54.4% | 15,422 | 549 | 53.0% |
| 16 to 64 years: | 4,305 | 301 | 47.9% | 11,309 | 532 | 38.9% |
| In labor force: | 3,249 | 331 | 36.1% | 7,864 | 567 | 27.0% |
| In Armed Forces | 0 | 110 | 0.0% | 0 | 110 | 0.0% |
| Civilian: | 3,249 | 331 | 36.1% | 7,864 | 567 | 27.0% |
| Employed | 2,635 | 399 | 29.3% | 7,279 | 551 | 25.0% |
| Unemployed | 614 | 236 | 6.8% | 585 | 188 | 2.0% |
| Not in labor force | 1,056 | 274 | 11.7% | 3,445 | 439 | 11.8% |
| 65 years and over: | 589 | 96 | 6.5% | 4,113 | 281 | 14.1% |
| In labor force: | 31 | 51 | 0.3% | 765 | 219 | 2.6% |
| Employed | 0 | 110 | 0.0% | 765 | 219 | 2.6% |
| Unemployed | 31 | 51 | 0.3% | 0 | 110 | 0.0% |
| Not in labor force | 558 | 103 | 6.2% | 3,348 | 292 | 11.5% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Employment Status for the Population 16 years and over

## Decatur city, Alabama



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

## Unemployment of Working Age Population  (Ages 16 to 64)
## (As a Percent of 16-64 Civilian Labor Force)

### Decatur city, Alabama



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **4,829** | **533** | **100.0%** | **17,145** | **850** | **100.0%** |
| Management, professional, and related occupations | 526 | NC | 10.9% | 6,626 | NC | 38.6% |
| Service occupations | 1,502 | NC | 31.1% | 2,493 | NC | 14.5% |
| Sales and office occupations | 866 | NC | 17.9% | 4,888 | NC | 28.5% |
| Natural resources, construction, and maintenance occupations: | 305 | NC | 6.3% | 1,381 | NC | 8.1% |
| Production, transportation, and material moving occupations | 1,630 | NC | 33.8% | 1,757 | NC | 10.2% |
| Male: | 2,194 | 350 | 45.4% | 9,101 | 496 | 53.1% |
| Management, business, science, and arts occupations: | 269 | 131 | 5.6% | 3,099 | 465 | 18.1% |
| Service occupations | 416 | 190 | 8.6% | 1,340 | 398 | 7.8% |
| Sales and office occupations | 275 | 181 | 5.7% | 1,860 | 385 | 10.8% |
| Natural resources, construction, and maintenance occupations: | 289 | 173 | 6.0% | 1,355 | 416 | 7.9% |
| Production, transportation, and material moving occupations | 945 | 283 | 19.6% | 1,447 | 285 | 8.4% |
| Female: | 2,635 | 399 | 54.6% | 8,044 | 595 | 46.9% |
| Management, professional, and related occupations | 257 | 126 | 5.3% | 3,527 | 431 | 20.6% |
| Service occupations | 1,086 | 371 | 22.5% | 1,153 | 289 | 6.7% |
| Sales and office occupations | 591 | 244 | 12.2% | 3,028 | 563 | 17.7% |
| Natural resources, construction, and maintenance occupations: | 16 | 27 | 0.3% | 26 | 43 | 0.2% |
| Production, transportation, and material moving occupations | 685 | 214 | 14.2% | 310 | 141 | 1.8% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Occupation for the Civilian Employed 16 Years and Over Population

## Decatur city, Alabama



Source:   C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **4,780** | **442** | **100.0%** | **15,140** | **589** | **100.0%** |
| Owner occupied | 1,749 | 274 | 36.6% | 11,276 | 626 | 74.5% |
| Renter occupied | 3,031 | 504 | 63.4% | 3,864 | 525 | 25.5% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.h

## Home Owners and Renters by Household

### Decatur city, Alabama



Source:   B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B25014. OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **4,780** | **442** | **100.0%** | **15,140** | **589** | **100.0%** |
| 1.00 or less occupants per room | 4,659 | 445 | 97.5% | 14,984 | 599 | 99.0% |
| 1.01 or more occupants per room | 121 | 112 | 2.5% | 156 | 137 | 1.0% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.ht

**More than One Person per Room (Crowding) by Household**

**Decatur city, Alabama**



Source:   B25014. OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**B18101: AGE BY DISABILITY STATUS**

Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **11,524** | **710** | **100.0%** | **34,055** | **1,045** | **100.0%** |
| Under 18 years: | 3,307 | 395 | 28.7% | 6,051 | 564 | 17.8% |
| With a disability | 304 | 145 | 2.6% | 374 | 182 | 1.1% |
| No disability | 3,003 | 428 | 26.1% | 5,677 | 578 | 16.7% |
| 18 to 64 years: | 7,277 | 458 | 63.1% | 20,968 | 795 | 61.6% |
| With a disability | 1,042 | 307 | 9.0% | 2,572 | 533 | 7.6% |
| No disability | 6,235 | 532 | 54.1% | 18,396 | 825 | 54.0% |
| 65 years and over: | 940 | 135 | 8.2% | 7,036 | 363 | 20.7% |
| With a disability | 533 | 152 | 4.6% | 2,408 | 307 | 7.1% |
| No disability | 407 | 130 | 3.5% | 4,628 | 432 | 13.6% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Disability by Age

### Decatur city, Alabama



Source:   B18101: AGE BY DISABILITY STATUS
Data Set: 2010-2012 American Community Survey 3-Year Estimates

**C27001B: HEALTH INSURANCE COVERAGE STATUS BY AGE**
Data Set: 2010-2012 American Community Survey 3-Year Estimates

| | Decatur city, Alabama | | | | | |
|---|---|---|---|---|---|---|
| | African-American | Margin of Error (+/-) | % of AA Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Total: | **11,524** | **710** | **100.0%** | **34,055** | **1,045** | **100.0%** |
| Under 18 years: | 3,307 | 395 | 28.7% | 6,051 | 564 | 17.8% |
|   With health insurance coverage | 3,002 | 409 | 26.0% | 5,761 | 525 | 16.9% |
|   No health insurance coverage | 305 | 206 | 2.6% | 290 | 155 | 0.9% |
| 18 to 64 years: | 7,277 | 458 | 63.1% | 20,968 | 795 | 61.6% |
|   With health insurance coverage | 5,039 | 479 | 43.7% | 17,859 | 820 | 52.4% |
|   No health insurance coverage | 2,238 | 394 | 19.4% | 3,109 | 547 | 9.1% |
| 65 years and over: | 940 | 135 | 8.2% | 7,036 | 363 | 20.7% |
|   With health insurance coverage | 940 | 135 | 8.2% | 7,036 | 363 | 20.7% |
|   No health insurance coverage | 0 | 110 | 0.0% | 0 | 110 | 0.0% |

Source: U.S. Census Bureau, 2010-2012 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Lack of Health Insurance Coverage by Age

## Decatur city, Alabama



Source:   C27001B: HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2010-2012 American Community Survey 3-Year Estimates



ATTACHMENT 3

Decatur, AL

## Population Summary Report

**ATTACHMENT 4**

**Decatur, AL -- 2011 Proposed 3-District City Council Plan**

| District | Population | Deviation | % Deviation | Black | % Black | AP Black | % AP Black | Hisp. | % Hisp. | NH White | % NH White | Group Quarters Incarcerated | % Group Quarters Incarcerated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18296 | -265 | -1.43% | 6652 | 36.36% | 6877 | 37.59% | 4040 | 22.08% | 7139 | 39.02% | 0 | 0.00% |
| 2 | 18968 | 407 | 2.19% | 2449 | 12.91% | 2635 | 13.89% | 1912 | 10.08% | 14078 | 74.22% | 493 | 2.60% |
| 3 | 18419 | -142 | -0.77% | 2966 | 16.10% | 3125 | 16.97% | 930 | 5.05% | 13820 | 75.03% | 0 | 0.00% |
| **Total** | **55683** | | | **12067** | **21.67%** | **12637** | **22.69%** | **6882** | **12.36%** | **35037** | **62.92%** | **493** | **0.89%** |

**Total Deviation**        **3.62%**

| District | 18+_Pop | 18+_Black | % 18+ Black | 18+ NH DOJ Black | % 18+ NH DOJ Black | 18+ AP Black | %18+ AP Black | 18+ Hisp. | % 18+ Hisp. | NH 18+ White | % NH 18+ White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 13519 | 4706 | 34.81% | 4703 | 34.79% | 4750 | 35.14% | 2519 | 18.63% | 6058 | 44.81% |
| 2 | 14734 | 1674 | 11.36% | 1661 | 11.27% | 1720 | 11.67% | 1157 | 7.85% | 11597 | 78.71% |
| 3 | 14003 | 2019 | 14.42% | 2026 | 14.47% | 2050 | 14.64% | 589 | 4.21% | 10984 | 78.44% |
| **Total** | **42256** | **8399** | **19.88%** | **8390** | **19.86%** | **8520** | **20.16%** | **4265** | **10.09%** | **28639** | **67.77%** |

**Note:**

Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011



ATTACHMENT 5
1
2
3
4
5
Decatur, AL
Water Area
Streets
District
1
2
3
4
5
0
.7
1.4
2.1
Miles
Current 5-District Plan

# Population Summary Report                                   ATTACHMENT 6

### Decatur, AL -- Current 5-District City Council Plan

| District | Population | Deviation | % Deviation | Black | % Black | AP Black | % AP Black | Hisp. | % Hisp. | NH White | % NH White | Group Quarters Incarcerated | % Group Quarters Incarcerated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9698 | -1439 | -12.92% | 5341 | 55.07% | 5484 | 56.55% | 1745 | 17.99% | 2389 | 24.63% | 0 | 0.00% |
| 2 | 11825 | 688 | 6.18% | 1695 | 14.33% | 1843 | 15.59% | 1482 | 12.53% | 8300 | 70.19% | 493 | 4.17% |
| 3 | 11588 | 451 | 4.05% | 1706 | 14.72% | 1808 | 15.60% | 791 | 6.83% | 8732 | 75.35% | 0 | 0.00% |
| 4 | 11614 | 477 | 4.28% | 2054 | 17.69% | 2160 | 18.60% | 2545 | 21.91% | 6692 | 57.62% | 0 | 0.00% |
| 5 | 10958 | -179 | -1.61% | 1271 | 11.60% | 1342 | 12.25% | 319 | 2.91% | 8924 | 81.44% | 0 | 0.00% |
| **Total** | **55683** | | | **12067** | **21.67%** | **12637** | **22.69%** | **6882** | **12.36%** | **35037** | **62.92%** | **493** | **0.89%** |

**Total Deviation**            **19.10%**

| District | 18+_Pop | 18+_Black | % 18+ Black | 18+ NH DOJ Black | % 18+ NH DOJ Black | 18+ AP Black | %18+ AP Black | 18+ Hisp. | % 18+ Hisp. | NH 18+ White | % NH 18+ White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6919 | 3804 | 54.98% | 3798 | 54.89% | 3838 | 55.47% | 1058 | 15.29% | 1964 | 28.39% |
| 2 | 9233 | 1187 | 12.86% | 1171 | 12.68% | 1223 | 13.25% | 879 | 9.52% | 6989 | 75.70% |
| 3 | 8872 | 1092 | 12.31% | 1095 | 12.34% | 1110 | 12.51% | 508 | 5.73% | 7052 | 79.49% |
| 4 | 9002 | 1431 | 15.90% | 1432 | 15.91% | 1444 | 16.04% | 1625 | 18.05% | 5754 | 63.92% |
| 5 | 8230 | 885 | 10.75% | 894 | 10.86% | 905 | 11.00% | 195 | 2.37% | 6880 | 83.60% |
| **Total** | **42256** | 8399 | **19.88%** | **8390** | **19.86%** | **8520** | **20.16%** | **4265** | **10.09%** | **28639** | **67.77%** |

**Note:**

Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011

## CERTIFICATE OF RETENTION

As the filer of this document, I hereby certify that I currently hold the original signature document which has been duly executed and notarized. I further certify that I shall retain the hard copy of this document containing the original signature for one year after exhaustion of the time to appeal final resolution of this action or issuance of a mandate from the Court of Appeal.

_____
George W. Royer, Jr.