Voketz v. The City of Decatur, Alabama, et al.

Declaration of Karen J. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,<br><br>　　Plaintiff,<br><br>v.<br><br>THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities,<br><br>　　Defendants. | Case No. 5:14-cv-00540-AKK |

## DECLARATION OF KAREN J. SMITH

I, Karen J. Smith, under penalty of perjury pursuant to 28 U.S.C. §1746, do hereby declare and say:

1.　　My name is Karen J. Smith. I am the City Planner for the City of Decatur, Alabama. The Planning Department is responsible to provide information needed for maintaining and updating all city base maps, including coordinating with the GIS Department to ensure the accuracy and currentness of city maps.

2.　　At the request of the City Attorney I delivered to him what are called shape

files for the City of Decatur Council Districts approved by the City Council and submitted to the U.S. Department of Justice in 2011 for three districts and in 2012 for five districts. I created those shape files. Shape files are a common file format used by most GIS software programs to display geographic boundaries.

3. The files I delivered to the City Attorney contain the official boundaries of the three districts that were adopted in 2011 pursuant to the 1982 Council-Manager Act and the five districts adopted in 2012 in which the current Council members were elected.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

_____
Karen J. Smith
Executed this 24 day of March, 2014.

## CERTIFICATE OF RETENTION

As the filer of this document, I hereby certify that I currently hold the original signature document which has been duly executed and notarized. I further certify that I shall retain the hard copy of this document containing the original signature for one year after exhaustion of the time to appeal final resolution of this action or issuance of a mandate from the Court of Appeal.

_____
George W. Royer, Jr.