


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,

Plaintiff,

v.

THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities,

Defendants.

and

AL ROBINSON, DORIS A. BAKER, DR. SAMUEL T. KING, and ANNIE R. PRIEST,

Intervenor-Defendants

CASE NO. 5:14-CV-540-AKK

NOTICE OF RESPONSE TO PLAINTIFF'S REQUEST
FOR PRE-DISCOVERY DISCLOSURES (Volume 1 of 3 Volumes)

On September 24, 2015, counsel for plaintiff requested pre-discovery disclosure of documents relating to districting plans of the City of Decatur involving five districts and utilizing results of the 2010 census. The request also seeks maps

and population summary reports.

Defendants City of Decatur, Alabama, City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard hereby provide notice of the filing and service of the materials responsive to plaintiff's request as set forth the index attached to this notice. Due to the volume of materials being filed and produced, the materials are filed in three separate volumes (as set forth in the index attached to this notice). Plaintiff's request for pre-discovery disclosure of documents is the first item filed in Volume 1.

s/ George W. Royer, Jr.
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@lfsp.com

s/ James U. Blacksher
James U. Blacksher

P.O. Box 636
Birmingham, AL 35201
Phone: 205-591-7238 / Fax: 866-845-4395
jblacksher@ns.sympatico.ca

Attorneys for Defendants City of Decatur, Alabama, City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard

CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

Carl A. Cole, III
Russ Prickett
The Cole Law Firm
P.O. Box 2064
Decatur, Alabama 35602
Carl@CarlColeLaw.com

Edward Still
429 Green Springs Hwy, Ste. 161-304
Birmingham AL 35209
still@votelaw.com

on this the 28th day of October, 2015.

s/ George W. Royer, Jr.
George W. Royer, Jr.

Pre-Discovery Disclosures Index
Volume 1 of 3 Volumes

September 24, 2015, Request for Pre-Disclosure Discovery of Documents

Cooper Redistricting Plan March 17, 2014 - Draft Map March 17, 2014

Cooper Redistricting Plan March 17, 2014 - Draft Map (Zoom) March 17, 2014

Cooper Redistricting Plan March 17, 2014 - Population Summary Report

Cooper Redistricting Plan August 22, 2014 - Draft Map August 22, 2014

Cooper Redistricting Plan August 22, 2014 - Draft Map (Zoom) August 22, 2014

Cooper Redistricting Plan August 22, 2014 - Population Summary Report

DOJ Submission, Five District Plan (Part 1 of 2 Parts): February 10, 2012, Letter to DOJ

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 1 Explanation for Changes in Decatur February 7

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 2 Five District Demographics With Voting Age Percentage

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 3 Decatur's Redistricting Procedures

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 4 Historic Demographics

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 5 Adopted District Standards

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 5 Proposed 50 Percent

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 5 Proposed 51 percent

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 5 Proposed 55 Percent

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 5 Proposed 56 Percent

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 5 Proposed 56 Percent Alternate

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 5 Proposed 60 Percent

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 6 City Clerk Certificate 12-027

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 7 Precincts

DOJ Submission, Five District Plan (Part 1 of 2 Parts): Exhibit 8 56 Alternate Precincts