

Decatur, AL
Districts

Water Area
Streets
Current Districts
District
1
2
3
4
5

0    .2    .4    .6
Miles

Draft 3/17/14