# Population Summary Report

### Decatur, AL -- March 17, 2014 Hypothetical 5-District Plan

| District | Population | Deviation | % Deviation | Black | % Black | AP Black | % AP Black | Group Quarters Incarcerated | % Group Quarters Incarcerated |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10643 | -494 | -4.44% | 5765 | 54.17% | 5915 | 55.58% | 364 | 3.42% |
| 2 | 11366 | 229 | 2.06% | 1515 | 13.33% | 1662 | 14.62% | 129 | 1.13% |
| 3 | 11593 | 456 | 4.09% | 1706 | 14.72% | 1808 | 15.60% | 0 | 0.00% |
| 4 | 11123 | -14 | -0.13% | 1810 | 16.27% | 1910 | 17.17% | 0 | 0.00% |
| 5 | 10958 | -179 | -1.61% | 1271 | 11.60% | 1342 | 12.25% | 0 | 0.00% |
| Total | 55683 | | | 12067 | 21.67% | 12637 | 22.69% | 493 | 0.89% |
| Total Deviation | | | 8.53% | | | | | | |

| District | 18+_Pop | 18+_Black | % 18+ Black | 18+ NH DOJ Black | % 18+ NH DOJ Black | 18+ AP Black | %18+ AP Black | 18+ Hisp. | % 18+ Hisp. | NH 18+ White | % NH 18+ White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7703 | 4129 | 53.60% | 4126 | 53.56% | 4165 | 54.07% | 1132 | 14.70% | 2335 | 30.31% |
| 2 | 8781 | 1011 | 11.51% | 995 | 11.33% | 1047 | 11.92% | 877 | 9.99% | 6717 | 76.49% |
| 3 | 8875 | 1092 | 12.30% | 1095 | 12.34% | 1110 | 12.51% | 508 | 5.72% | 7055 | 79.49% |
| 4 | 8667 | 1282 | 14.79% | 1280 | 14.77% | 1293 | 14.92% | 1553 | 17.92% | 5652 | 65.21% |
| 5 | 8230 | 885 | 10.75% | 894 | 10.86% | 905 | 11.00% | 195 | 2.37% | 6880 | 83.60% |
| Total | 42256 | 8399 | 19.88% | 8390 | 19.86% | 8520 | 20.16% | 4265 | 10.09% | 28639 | 67.77% |

**Note:**
Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011