# Population Summary Report

**Decatur, AL -- August 22, 2014 Hypothetical 5-District Plan**

| District | Population | Deviation | % Deviation | Black | % Black | AP Black | % AP Black | Hisp. | % Hisp. | NH White | % NH White | Group Quarters Incarcerated | % Group Quarters Incarcerated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10816 | -321 | -2.88% | 5618 | 51.94% | 5772 | 53.37% | 2341 | 21.64% | 2608 | 24.11% | 0 | 0.00% |
| 2 | 11533 | 396 | 3.56% | 1695 | 14.70% | 1843 | 15.98% | 1481 | 12.84% | 8010 | 69.45% | 493 | 4.17% |
| 3 | 11425 | 288 | 2.59% | 1638 | 14.34% | 1738 | 15.21% | 689 | 6.03% | 8757 | 76.65% | 0 | 0.00% |
| 4 | 10951 | -186 | -1.67% | 1845 | 16.85% | 1942 | 17.73% | 2052 | 18.74% | 6738 | 61.53% | 0 | 0.00% |
| 5 | 10958 | -179 | -1.61% | 1271 | 11.60% | 1342 | 12.25% | 319 | 2.91% | 8924 | 81.44% | 0 | 0.00% |
| Total | 55683 | | | 12067 | 21.67% | 12637 | 22.69% | 6882 | 12.36% | 35037 | 62.92% | 493 | 0.89% |
| Total Deviation | | | 6.44% | | | | | | | | | | |

| District | 18+_Pop | 18+_Black | % 18+ Black | 18+ NH DOJ Black | % 18+ NH DOJ Black | 18+ AP Black | %18+ AP Black | 18+ Hisp. | % 18+ Hisp. | NH 18+ White | % NH 18+ White |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7703 | 3971 | 51.55% | 3967 | 51.50% | 4009 | 52.04% | 1478 | 19.19% | 2142 | 27.81% |
| 2 | 9015 | 1187 | 13.17% | 1171 | 12.99% | 1223 | 13.57% | 878 | 9.74% | 6773 | 75.13% |
| 3 | 8699 | 1039 | 11.94% | 1042 | 11.98% | 1057 | 12.15% | 439 | 5.05% | 7011 | 80.60% |
| 4 | 8609 | 1317 | 15.30% | 1316 | 15.29% | 1326 | 15.40% | 1275 | 14.81% | 5833 | 67.75% |
| 5 | 8230 | 885 | 10.75% | 894 | 10.86% | 905 | 11.00% | 195 | 2.37% | 6880 | 83.60% |
| Total | 42256 | 8399 | 19.88% | 8390 | 19.86% | 8520 | 20.16% | 4265 | 10.09% | 28639 | 67.77% |

**Note:**

Group quarters data are from the 2010 Advance Group Quarters File released by the Census Bureau on April 20, 2011