FILED

2015 Oct-28  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Office of the Mayor**
*Don Stanford, Mayor*

February 10, 2012

RE:  Submission under Section 5 of the Voting Rights Act of 1965
        Expedited Consideration Requested

Dear Sir:

Pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. §1973c, we submit for preclearance by the Attorney General of the United States a certified copy of Decatur, AL Resolution 12-027 from the 2/6/2012 Decatur City Council Meeting. Resolution 12-027 approves changes to the voting districts and the voting precincts for the five elected positions on the Decatur City Council and the five elected positions on the Decatur Board of Education. These changes are being proposed to reflect shifts and changes in the populations of the current voting districts when the 2010 census data is applied to them.

Resolution 12-027 was enacted by the Decatur City Council at its 2/6/2012 meeting which began at 6:00 pm. Resolution 12-027 passed by a vote of 4-1 and all five council members were present. Mr. William Jackson (Billy), the District1 councilman, was present and voted against Resolution 12-027. The Resolution was signed by the Mayor on 2/7/2012.

There were three public hearings and opportunities to meet with city officials and staff regarding proposed Voting District Plans. The City Councilmembers and School Board Members reviewed and had input in the development of the Plan. The planning department and the District 1 Councilmember William (Billy Jackson) developed a Plan with a 56% Minority population in District 1. This plan became a base plan and was a viable plan. The Councilmembers in District 4 and District 5 and the School Board Members in District 4 and District 5 reviewed that 56% Plan and felt that certain adjustments to the District lines and precinct lines solely within Districts 4 and 5 were needed. It did not impact any district lines or precinct lines within District 1, District 2, and District 3. One of the important items was that the area around Chestnut Grove Elementary School needed to remain in District 5. The school is a common bond between the residents. The removal of that school area would have left only two schools in District 5, which is our population growth area now and in the future.

The District 4 Councilmember and the District 4 School Board Member felt that a triangle area off of the Presbyterian Drive S.W. area was a natural area to move from District 5 to District 4. They felt it made District 4 more compact. The planning department developed a plan with those suggested changes. The net difference was that 62 more residents were now in District 5 and obviously 62 less residents were in District 4. This was the 56% Minority District 1 Alternative Plan that was approved by a majority of the City Council and is being submitted to you for pre-clearance.

Residents from District 1 appeared at the February 6, 2012 Council Meeting. Some residents spoke in favor of the Alternative Plan and other residents spoke in favor of the plan supported by Councilmember Jackson. Councilmember Jackson felt that the Alternative Plan would cause certain additional residents to have to cross the Beltline to vote. He also stated that an additional two precincts were impacted by the Alternative Plan. He did not agree with the reasoning given by the District 4 and District 5 incumbents to make the adjustments.

We are also asking that the use of the M100 Optical Scanning voting machine be pre-cleared for use in our elections. These are the same machines used by Morgan County in all the other elections. These machines have been previously pre-cleared for use by Morgan County in the elections administered by it. In other words our citizens will be using the same machines to vote in the city and county administered elections.

In compliance with 28 C.F. R. § 51.27 (2001), we submit the following information to the Attorney General:

| 1 | Explanation of the Changes to the Voting Districts | Attached as Exhibit 1 |
|---|---|---|
| 2 | Proposed Redistricting Plan Demographics | Attached as Exhibit 2 |
| 3 | Decatur's Redistricting Procedures | Attached as Exhibit 3 |
| 4 | Historic Decatur, AL Voting District Demographics | Attached as Exhibit 4 |
| 5 | Package of plans considered for Decatur, Al. new voting districts with comments | Attached as Exhibit 5 |
| 6 | Decatur City Council Resolution 12-027 selecting a plan to submit | Attached as Exhibit 6 |
| 7 | Precinct demographics 2000 precinct boundaries with 2010 census information and proposed precinct boundaries with 2010 census information | Attached at Exhibit 7 |

| | | |
|---|---|---|
| 8 | 56 % MINORITY DISTRICT 1 ALTERNATE PRECINCT DEMOGRAPHICS BY DISTRICT | Attached as Exhibit 8 |
| 9 | Decatur City Council Resolution 12-019 withdrawing the Council Manager proposal | Attached as Exhibit 9 |
| 10 | Decatur City Council Resolution 12-029 establishing the use of electronic counting devices | Attached as Exhibit 10 |
| 11 | Minutes of Decatur City Council meetings held January 23 and 30 2012 at which Public hearings were held to discuss the proposed redistricting plans | Attached as Exhibit 11 |
| 12 | Notices of Public hearings held January 23 and 30th | Attached as Exhibit 12 |
| 13 | Decatur Daily Articles about districting,  and the proposed Districting Plans and public hearings held | Attached as Exhibit 13 |
| 14 | City Statement and presentation from Public hearings 1/23/2012, 1/30/2012 and 2/6/2012 | Attached as Exhibit 14 |
| 15 | A map showing the current and proposed districts | Attached as Exhibit 15 |
| 16 | A map showing the current and proposed Precincts | Attached as Exhibit 16 |
| 17 | Material and letter requesting material from Civil Rights Division dated 12/19/2011 | Attached as Exhibit 17 |
| 18 | Contact list Decatur, Al. | Attached as Exhibit 18 |
| 19 | Person making submission | Karen J. Smith, Planner, City of Decatur |
| 20 | Submitting Authority | Mayor Don Stanford |
| 21 | Location of Submitting Authority | Decatur, AL |
| 22 | Body responsible for change | Decatur City Council |

| 23 | Date adopted | February 6, 2012 |
|----|--------------|------------------|
| 24 | Minority contacts and incumbents | William (Billy) Jackson, Councilman<br><br>Michelle Grey King, Board of Education Representative<br>Contact list as Exhibit 24 |

For further information please contact Mayor Don Stanford by telephone at (256)341-4502 or electronic mail a dstanford@decatur-al.gov.

Sincerely,

Don Stanford, Mayor