FILED
2015 Oct-28  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1
# Explanation for Changes in Decatur, AL City Council Districts

1. Redistribute and "equalize" population of five (5) voting districts based upon the population changes and shifts in the City of Decatur between 2000 and 2010. Decatur grew to a population 55,683 in the last decade. The districts are currently unequal. District 1, Decatur's minority district, has a population of 8,098 which is 27.29% below the ideal district size of 11,137, and District 5 has a population of 13,047 which is 17.15% above the ideal district size. We have tried to maintain a deviation from this number of plus or minus 5%. This was done in all districts but Districts 1 and 2.

2. Meet the minority district (Decatur's District 1) requirements as closely as possible without "retrogressing" or insuring that the racial percentage of District 1 is favorable (Decatur's Criteria for Redistricting Exhibit No. 3). Due to migration of the minority population into the other districts in Decatur, we were unable to meet the required deviation and minority concentration percentage previously established for District 1. In order to come as close a possible to meeting the percentage minority requirements in District 1, a slightly smaller district was created. District 1 still remains 56.08% minority and has a population of 9698.

3. Maintain a deviation of plus or minus 5% of the ideal district size (see exhibit 3 Decatur's Redistricting procedures subsection Municipal policies for Development of Districts). District 2 is 6.18% above the ideal district size. District 2 is our most compact and stable district. When the old district boundaries were applied to this district it was actually below the ideal district size and had gone from a population of 11,213 in 2004 to 11, 023 in 2010. This trend will continue in the future as there is little vacant land in this district.

4. Strive to make all changes in districts first by entire precinct shifts where possible before splitting precincts at the block level, in order to achieve number 1 and 2. In order to distribute the population evenly between the districts and avoid moving incumbents out of their districts, some precinct lines and voting places will need to be changed. The following changes are being proposed:

| Change 1 | Area going from precinct 3-7 to precinct 3-3 to be added to District 1 from District 4 Contains 271 population | Area bounded by 1st. Av., Austinville rd. to Betty St., 5th ave. to a Drainage Ditch shown in Brookhaven Subdivision and Brookehaven add 1 |
|---|---|---|
| Change 2 | Area going from precinct 3-6 to precinct 3-2 to be added to district 1 from district 4 contains 697 population | Area bounded by a Drainage Ditch (shown in multiple subdivisions) to and alley in Westmead addition 4, on the south, to 19th ave., Leeann St. and Terrehaute on the West to 8th St. on the north and Freemont St., (actually on the North and East) Danville rd. on the East. |

| Change 3 | Area going from precinct 3-6 to precinct 3-11 to be added to district 1 from district 4 contains 679 population | Area bounded by 8th St. on the north, Terrehaute Ave. on the East to Leeann st. on the South to Byron Ave. to Rutledge and west to an alley (Westmead 3) to another alley south and parallel to 8th St. to another alley on the south that ends at 8th St. (this Alley is on the east) |
|---|---|---|
| Change 4 | Area going from precinct 3-14 to precinct 3-15 to be added to district 3 from district 5 contains 758 population | Area bounded by Vestavia Dr. to Loggers Way to Way Thru the Woods, down Timberland (in a southerly direction) to Rigel Dr. on the North down Spring Ave to Day Rd. to the City limits on the East west along the city limits to Danville Rd. on the west all the way to the intersection of Danville and Vestavia Dr. (in a northerly direction on Danville Rd. ) |
| Change 5 | Area going from precinct 4-3 to be added to 4-2 contains 802 population | Area perimeter is as follows from the City limits south down 24th ave. SE to 12 St. SE, then west to an alley South down the alley to another alley and east along that alley to the curve that takes it back to 13th st. SE then east down 13th st. to Dogwood Lane SE follow Dogwood to Eastmead Ave. SE and south down Eastmead to an alley that runs parallel to an Eastmead go south down the alley to Stratford Rd. SE go east down Stratford to an alley (the old precinct boundary starts here) follow alley North to Brich St. SE then east on Birch to Pennylane SE, then north on Pennylane SE to Magnolia st. / Eastmead, go west to an alley that runs parallel to Pennylane and follow the Alley north to 11th St. SE, go west down 11st. SE to Pennylane SE go north on Pennylane to intersection with Harrison St. SE, follow Harrison St. SE to Cleo Ave. then North on Cleo to City limits then East along City limits to 24th ave. SE |
| Change 6 | Area going from Precinct 3-15 to precinct 3-8 will also change from voting district 3 to voting district 4 contains 112 population | Start at intersection of Spring Ave. and Sims St. and go west to Leighsdale Ave. SW, go south down Leighsdale Ave. SW to Way Thru the Woods follow Way Thru the Woods to Spring Ave. go north on Spring Ave. to Sims St. |

| | | |
|---|---|---|
| Change 7 | Area going from Precinct 3-14 to precinct 3-8 will also change from voting district 5 to voting district 4 contains 95 population | Start at intersection of Way Thru the Woods and Stoneway Dr. and go north on Stoneway dr. to Cedarwood Dr. SW go west down Cedarwood dr. to Sweetbriar Dr. SW follow Sweetbriar Dr. SW to Oak Lea Rd. SW go east down Oak Lea Rd. SW to Way Thru the Woods follow Way Thru the Woods east to intersection of Way Thru the Woods and Stoneway Dr. SW |
| Change 8 | Area going from Precinct 3-10 to precinct 3-8 will also change from voting district 5 to voting district 4 contains 647 population | Start at the intersection of Beltline Highway and Modaus rd. and go west on Modaus Rd. to Danville rd., go north on Danville Rd. to Beltline Rd., go south east on Beltline rd. to the intersection with Modaus Rd. SW |
| Change 9 | Area going from Precinct 3-10 to precinct 3-6 will also change from voting district 5 to voting district 4 contains 589 population | Start at the intersection of Beltline Highway and Danville rd. and go south down Danville Rd. to the intersection of Danville Rd. and Presbyterian Dr. SW go west down Prebyterian Dr. SW to Westmead Dr. SW follow Westmead Dr. north and east to the intersection with the Beltline go down the Beltline in a south east direction to the intersection of the Beltline with Danville rd. |
| Change 10 | Area going from precinct 3-5 to precinct 4-2 contains 131 population | Start at the intersection of 11th St. SE and 19th Ave. SE and got north on 19th to 8th St. SE turn west on 8th and go to 16th Ave. SE go south on 16th to 11th St. SE go east on 11th back to intersection of 11th St. SE and 19th Ave. SE |

5. Where possible allow for future growth of Decatur in the next ten years so as to minimize drastic redistricting changes after the year 2010 census.  Ideally, have the greatest "minus" population deviation in the districts most likely to grow.  District 5, the city's growth area, has the smallest population other than district 1 with a population of 11,056.

6. Coordination with the Morgan County Commission and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries require County Commission concurrence and U.S. Justice Department approval.  This has been done and the County is preparing the documents necessary to change the precinct boundaries as the city has requested.