**EXHIBIT 2**
**PROPOSED FIVE DISTRICT PLAN DEMOGRAPHICS**
**BASED ON THE 2010 CENSUS POPULATION**
**FOR DECATUR ALABAMA**

| IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | | | | | | | | | | | 11137 | |
| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
| District 1 | 8098 | -3039 | -27.29% | 5743 | 4859 | 60.00% | 3444 | 59.97% | 3239 | 40.00% | 2299 | 40.03% |
| District 2 | 11023 | -114 | -1.02% | 8637 | 1777 | 16.12% | 1193 | 13.81% | 9246 | 83.88% | 7444 | 86.19% |
| District 3 | 11749 | 612 | 5.50% | 8984 | 1801 | 15.33% | 1099 | 12.23% | 9948 | 84.67% | 7885 | 87.77% |
| District 4 | 11766 | 629 | 5.65% | 8978 | 2304 | 19.58% | 1492 | 16.62% | 9462 | 80.42% | 7486 | 83.38% |
| District 5 | 13047 | 1910 | 17.15% | 9914 | 1784 | 13.67% | 1236 | 12.47% | 11263 | 86.33% | 8678 | 87.53% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | | |
| IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS | | | | | | | | | | | 11137 | |
| 50% | | | | | | | | | | | | |
| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
| District 1 | 11377 | 240 | 2.15% | 8268 | 5688 | 50.00% | 3986 | 48.21% | 5689 | 50.00% | 4282 | 51.79% |
| District 2 | 11185 | 48 | 0.43% | 8700 | 1749 | 15.64% | 1177 | 13.53% | 9436 | 84.36% | 7523 | 86.47% |
| District 3 | 10432 | -705 | -6.33% | 7949 | 1716 | 16.45% | 1036 | 13.03% | 8716 | 83.55% | 6913 | 86.97% |
| District 4 | 11695 | 558 | 5.01% | 8997 | 1696 | 14.50% | 1110 | 12.34% | 9999 | 85.50% | 7887 | 87.66% |
| District 5 | 10994 | -143 | -1.28% | 8342 | 1676 | 15.24% | 1155 | 13.85% | 9318 | 84.76% | 7187 | 86.15% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

**EXHIBIT 2**
**PROPOSED FIVE DISTRICT PLAN DEMOGRAPHICS**
**BASED ON THE 2010 CENSUS POPULATION**
**FOR DECATUR ALABAMA**

| IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **51%** | | | | | | | | | | | 11137 | |
| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
| District 1 | 11056 | -81 | -0.73% | 8003 | 5643 | 51.04% | 3952 | 49.38% | 5413 | 48.96% | 4051 | 50.62% |
| District 2 | 11185 | 48 | 0.43% | 8700 | 1749 | 15.64% | 1177 | 13.53% | 9436 | 84.36% | 7523 | 86.47% |
| District 3 | 11282 | 145 | 1.30% | 8668 | 1820 | 16.13% | 1107 | 12.77% | 9462 | 83.87% | 7561 | 87.23% |
| District 4 | 11166 | 29 | 0.26% | 8543 | 1637 | 14.66% | 1073 | 12.56% | 9529 | 85.34% | 7470 | 87.44% |
| District 5 | 10994 | -143 | -1.28% | 8342 | 1676 | 15.24% | 1155 | 13.85% | 9318 | 84.76% | 7187 | 86.15% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |
| IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS | | | | | | | | | | | 11137 | |
| **55%** | | | | | | | | | | | | |
| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
| District 1 | 9970 | -1167 | -10.48% | 7142 | 5483 | 54.99% | 3853 | 53.95% | 4487 | 45.01% | 3289 | 46.05% |
| District 2 | 11762 | 625 | 5.61% | 9125 | 1807 | 15.36% | 1204 | 13.19% | 9955 | 84.64% | 7921 | 86.81% |
| District 3 | 11679 | 542 | 4.87% | 8996 | 1808 | 15.48% | 1113 | 12.37% | 9871 | 84.52% | 7883 | 87.63% |
| District 4 | 11273 | 136 | 1.22% | 8648 | 1751 | 15.53% | 1139 | 13.17% | 9522 | 84.47% | 7509 | 86.83% |
| District 5 | 10999 | -138 | -1.24% | 8345 | 1676 | 15.24% | 1155 | 13.84% | 9323 | 84.76% | 7190 | 86.16% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

**EXHIBIT 2**
**PROPOSED FIVE DISTRICT PLAN DEMOGRAPHICS**
**BASED ON THE 2010 CENSUS POPULATION**
**FOR DECATUR ALABAMA**

| | IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS | | | | | | | | | | | 11137 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **56%** | | | | | | | | | | | | | |
| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 9698 | -1439 | -12.92% | 6919 | 5439 | 56.08% | 3816 | 55.15% | 4259 | 43.92% | 3103 | 44.85% |
| District 2 | 11825 | 688 | 6.18% | 9233 | 1811 | 15.32% | 1209 | 13.09% | 10014 | 84.68% | 8024 | 86.91% |
| District 3 | 11588 | 451 | 4.05% | 8872 | 1791 | 15.46% | 1101 | 12.41% | 9797 | 84.54% | 7771 | 87.59% |
| District 4 | 11578 | 441 | 3.96% | 8890 | 1808 | 15.62% | 1183 | 13.31% | 9770 | 84.38% | 7707 | 86.69% |
| District 5 | 10994 | -143 | -1.28% | 8342 | 1676 | 15.24% | 1155 | 13.85% | 9318 | 84.76% | 7187 | 86.15% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

| | IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS | | | | | | | | | | | 11137 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **56% ALTERNATE** | | | | | | | | | | | | | |
| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 9698 | -1439 | -12.92% | 6919 | 5439 | 56.08% | 3816 | 55.15% | 4259 | 43.92% | 3103 | 44.85% |
| District 2 | 11825 | 688 | 6.18% | 9233 | 1811 | 15.32% | 1209 | 13.09% | 10014 | 84.68% | 8024 | 86.91% |
| District 3 | 11588 | 451 | 4.05% | 8872 | 1791 | 15.46% | 1101 | 12.41% | 9797 | 84.54% | 7771 | 87.59% |
| District 4 | 11516 | 379 | 3.40% | 8904 | 2148 | 18.65% | 1435 | 16.12% | 9368 | 81.35% | 7469 | 83.88% |
| District 5 | 11056 | -81 | -0.73% | 8328 | 1336 | 12.08% | 903 | 10.84% | 9720 | 87.92% | 7425 | 89.16% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

**EXHIBIT 2**
## PROPOSED FIVE DISTRICT PLAN DEMOGRAPHICS
## BASED ON THE 2010 CENSUS POPULATION
## FOR DECATUR ALABAMA

| IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS | | | | | | | | | | | | | 11137 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **60%** | | | | | | | | | | | | | | |
| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
| District 1 | 8098 | -3039 | -27.29% | 5743 | 4859 | 60.00% | 3444 | 59.97% | 3239 | 40.00% | 2299 | 40.03% |
| District 2 | 11906 | 769 | 6.90% | 9313 | 1805 | 15.16% | 1205 | 12.94% | 10101 | 84.84% | 8108 | 87.06% |
| District 3 | 11894 | 757 | 6.80% | 9094 | 1820 | 15.30% | 1120 | 12.32% | 10074 | 84.70% | 7974 | 87.68% |
| District 4 | 11878 | 741 | 6.65% | 9067 | 2313 | 19.47% | 1500 | 16.54% | 9565 | 80.53% | 7567 | 83.46% |
| District 5 | 11907 | 770 | 6.91% | 9039 | 1728 | 14.51% | 1195 | 13.22% | 10179 | 85.49% | 7844 | 86.78% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |