**EXHIBIT 4**

**HISTORIC DECATUR, AL VOTING DISTRICT DEMOGRAPHICS**

| DISTRICT | POPULATION | BLACK | PERCENTAGE | NON BLACK | IDEAL DISTRICT SIZE | PERCENTAGE FROM IDEAL |
|---|---|---|---|---|---|---|
| **1988 FIVE DISTRICTS SUBSTANTIALLY EQUAL** | | | | | | |
| 1 | 8205 | 5615 | 68.43% | 2590 | 8570.6 | -4.27% |
| 2 | 8183 | 248 | 3.03% | 7935 | 8570.6 | -4.52% |
| 3 | 8605 | 123 | 1.43% | 8482 | 8570.6 | 0.40% |
| 4 | 8836 | 154 | 1.74% | 8682 | 8570.6 | 3.10% |
| 5 | 9024 | 356 | 3.95% | 8668 | 8570.6 | 5.29% |
| TOTAL | 42853 | 6496 | 15.16% | 36357 | | |
| **1988 EXISTING DISTRICTS WITH 1990 CENSUS DATA** | | | | | | |
| 1 | 6324 | 5154 | 81.50% | 1170 | 9958.8 | -36.50% |
| 2 | 7953 | 911 | 11.45% | 7042 | 9958.8 | -20.14% |
| 3 | 9190 | 251 | 2.73% | 8939 | 9958.8 | -7.72% |
| 4 | 8705 | 645 | 7.41% | 8060 | 9958.8 | -12.59% |
| 5 | 17622 | 1156 | 6.56% | 16466 | 9958.8 | 76.95% |
| TOTAL | 49794 | 8117 | 16.30% | 41677 | | |
| **DISTRICTS AS APPOVED BY JUSTICE FOR 1992 MUNICIPAL ELECTION** | | | | | | |
| 1 | 8538 | 5581 | 65.37% | 2957 | 9960.8 | -14.28% |
| 2 | 10331 | 982 | 9.51% | 9349 | 9960.8 | 3.72% |
| 3 | 10233 | 548 | 5.36% | 9685 | 9960.8 | 2.73% |
| 4 | 10336 | 599 | 5.80% | 9737 | 9960.8 | 3.77% |
| 5 | 10366 | 407 | 3.93% | 9959 | 9960.8 | 4.07% |
| TOTAL | 49804 | 8117 | 16.30% | 41687 | | |
| **1992 EXISTING DISTRICTS WITH 2000 CENSUS DATA** | | | | | | |
| 1 | 7438 | 5263 | 70.76% | 2175 | 10785.8 | -31.04% |
| 2 | 10266 | 1472 | 14.34% | 8794 | 10785.8 | -4.82% |
| 3 | 10722 | 1097 | 10.23% | 9625 | 10785.8 | -0.59% |
| 4 | 10309 | 1443 | 14.00% | 8866 | 10785.8 | -4.42% |
| 5 | 15194 | 1401 | 9.22% | 13793 | 10785.8 | 40.87% |
| TOTAL | 53929 | 10676 | 19.80% | 43253 | | |
| **DISTRICTS AS APPOVED BY JUSTICE FOR 2004 MUNICIPAL ELECTION** | | | | | | |
| 1 | 8864 | 5278 | 59.54% | 3586 | 10785.8 | -17.82% |
| 2 | 11213 | 1314 | 11.72% | 9899 | 10785.8 | 3.96% |
| 3 | 11323 | 1094 | 9.66% | 10229 | 10785.8 | 4.98% |
| 4 | 11322 | 1459 | 12.89% | 9863 | 10785.8 | 4.97% |
| 5 | 11207 | 1403 | 12.52% | 9804 | 10785.8 | 3.91% |
| TOTAL | 53929 | 10548 | 19.56% | 43381 | | |

In 1988 the City of Decatur went from electing the five City Council members at large to electing the five City Council Members by representative district.

**EXHIBIT 4**

# HISTORIC DECATUR, AL VOTING DISTRICT DEMOGRAPHICS

| DISTRICT | POPULATION | BLACK | PERCENTAGE | NON BLACK | IDEAL DISTRICT SIZE | PERCENTAGE FROM IDEAL |
|---|---|---|---|---|---|---|
| 2004 EXISTING DISTRICTS WITH 2010 CENSUS DATA ||||||| 
| 1 | 8098 | 4859 | 60.00% | 3239 | 11136.6 | -27.28% |
| 2 | 11023 | 1777 | 16.12% | 9246 | 11136.6 | -1.02% |
| 3 | 11749 | 1801 | 15.33% | 9948 | 11136.6 | 5.50% |
| 4 | 11766 | 2304 | 19.58% | 9462 | 11136.6 | 5.65% |
| 5 | 13047 | 1784 | 13.67% | 11263 | 11136.6 | 17.15% |
| TOTAL | 55683 | 12525 | 22.49% | 43158 | | |

In 1988 the City of Decatur went from electing the five City Council members at large to electing the five City Council Members by representative district.