# ADOPTED DISTRICT STANDARDS WITH COMMENTS ON CURRENT DISTRICTS WITH 2010 CENSUS DATA

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on the most recent census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or – 5%) city wide. | The districts are no longer within plus or minus five percent to the ideal district size or the population divided by five (55683/5=11,137)   District 5 is 17.15% over the ideal number and District 1 is now 27.29% below the ideal district size.  In 2000 it was 17.82% below the ideal. |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In the current or existing configuration District 1 has actually gone from 62.53% minority to 60%.  The concentration has actually gone down while the minority concentration in the other districts has gone up. |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible:  existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | The proposed plan follows census block boundaries |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on the most recent Census, the districts should have 11,137 in population (the "ideal district population".) | The existing districts need to be adjusted |
| The cores of existing districts should be | Some neighborhoods were split in order to |

# ADOPTED DISTRICT STANDARDS WITH COMMENTS ON CURRENT DISTRICTS WITH 2010 CENSUS DATA

| | |
|---|---|
| maintained; contests between incumbents should be avoided where possible. | achieve as equal as possible districts. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | NA |
| If deviation of any district population size greater than + or – 5%, may be permitted in an effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | Please refer to one above |
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since the previous census. (District 5) | Precinct 3-10 needs to be split |
| Coordination with Morgan County Commission, and the Morgan County Board of Registrars. Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following the most recent census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two deadline this time. |

