FILED
2015 Oct-28 AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA



Exhibit 6

## CERTIFICATION

I, Stacy A. Gilley, City Clerk-Treasurer of the City of Decatur, Alabama, do hereby certify that the attached Resolution No. 12-027, is a true and correct copy of said resolution as was adopted by the Decatur City Council at a regular meeting held Monday, February 6, 2012.

IN WITNESS WHEREOF, I have hereon subscribed my name and affixed the Corporate Seal of the City of Decatur, Alabama, on this the 7th day of February, 2012.

*Stacy A. Gilley*
Stacy A. Gilley
Clerk-Treasurer
THE CITY OF DECATUR, ALABAMA

## RESOLUTION NO. 12-027

WHEREAS, the City Council finds and determines that as a result of the 2010 Census population count certain city voting district lines and voting precinct lines need to be adjusted;

WHEREAS, the City Council has diligently reviewed various potential five single member voting district plans under our present Mayor Council form of government and received input from the general public through public meetings;

WHEREAS, the City Council hereby determines that the proposed voting district plan labeled 56% Minority District 1 Alternate is the best plan to approve and submit to the Justice Department for preclearance;

THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama after consideration of public input and review of the various five single- member voting district plans prepared by the Planning Department that the Mayor is authorized to submit on behalf of the City of Decatur as a Section 5 submission under the Voting Rights Act to the appropriate division of the Department of Justice the Voting District Plan labeled and presented as the "Proposed 56% Minority District 1 Alternate Plan".

ADOPTED this 6th day of February 2012.

_____
Don Stanford, Mayor

ATTEST:
_____
Stacy A. Gilley, City Clerk