EXHIBIT ?   **PRECINCT DEMOGRAPHICS 56 MINORITY DISTRICT 1 ALTERNATE**

## 2000 PRECINCT BOUNDARIES WITH 2010 CENSUS INFORMATION

| NAME | TOTAL | BLACK | % BLACK | NON BLACK | % NON BLACK | TOTAL OVER 18 | BLACK OVER 18 | % BLACK OVER 18 | NON BLACK OVER 18 | % NON BLACK OVER 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Precinct 3-1 | 1209 | 109 | 9.02% | 1100 | 90.98% | 1094 | 104 | 9.51% | 990 | 90.49% |
| Precinct 3-2 | 1352 | 759 | 56.14% | 593 | 43.86% | 929 | 504 | 54.25% | 425 | 45.75% |
| Precinct 3-3 | 2639 | 888 | 33.65% | 1751 | 66.35% | 1778 | 541 | 30.43% | 1237 | 69.57% |
| Precinct 3-4 | 2767 | 424 | 15.32% | 2343 | 84.68% | 2263 | 331 | 14.63% | 1932 | 85.37% |
| Precinct 3-5 | 4273 | 963 | 22.54% | 3310 | 77.46% | 3085 | 579 | 18.77% | 2506 | 81.23% |
| Precinct 3-6 | 3078 | 777 | 25.24% | 2301 | 74.76% | 2343 | 513 | 21.90% | 1830 | 78.10% |
| Precinct 3-7 | 1610 | 249 | 15.47% | 1361 | 84.53% | 1294 | 172 | 13.29% | 1122 | 86.71% |
| Precinct 3-8 | 7079 | 1278 | 18.05% | 5801 | 81.95% | 5342 | 807 | 15.11% | 4535 | 84.89% |
| Precinct 3-9 | 863 | 207 | 23.99% | 656 | 76.01% | 613 | 124 | 20.23% | 489 | 79.77% |
| Precinct 3-10 | 8184 | 1492 | 18.23% | 6692 | 81.77% | 6227 | 1024 | 16.44% | 5203 | 83.56% |
| Precinct 3-11 | 3592 | 2773 | 77.20% | 819 | 22.80% | 2618 | 2045 | 78.11% | 573 | 21.89% |
| Precinct 3-12 | 514 | 439 | 85.41% | 75 | 14.59% | 417 | 354 | 84.89% | 63 | 15.11% |
| Precinct 3-13 | 978 | 96 | 9.82% | 882 | 90.18% | 759 | 54 | 7.11% | 705 | 92.89% |
| Precinct 3-14 | 2165 | 117 | 5.40% | 2048 | 94.60% | 1661 | 89 | 5.36% | 1572 | 94.64% |
| Precinct 3-15 | 4582 | 1359 | 29.66% | 3223 | 70.34% | 3458 | 819 | 23.68% | 2639 | 76.32% |
| Precinct 3-16 | 2810 | 184 | 6.55% | 2626 | 93.45% | 2115 | 131 | 6.19% | 1984 | 93.81% |
| Precinct 3-17 | 899 | 131 | 14.57% | 768 | 85.43% | 727 | 91 | 12.52% | 636 | 87.48% |
| Precinct 4-1 | 2061 | 26 | 1.26% | 2035 | 98.74% | 1671 | 18 | 1.08% | 1653 | 98.92% |
| Precinct 4-2 | 1796 | 185 | 10.30% | 1611 | 89.70% | 1436 | 125 | 8.70% | 1311 | 91.30% |
| Precinct 4-3 | 3232 | 69 | 2.13% | 3163 | 97.87% | 2426 | 39 | 1.61% | 2387 | 98.39% |
| TOTAL | 55683 | 12525 | 22.49% | 43158 | 77.51% | 42256 | 8464 | 20.03% | 33792 | 79.97% |

## 56% MINORITY DISTRICT 1 ALTERNATE PRECINCT BOUNDARIES WITH 2010 CENSUS INFORMATION

| NAME | TOTAL | BLACK | % BLACK | NON BLACK | % NON BLACK | TOTAL OVER 18 | BLACK OVER 18 | % BLACK OVER 18 | NON BLACK OVER 18 | % NON BLACK OVER 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Precinct 3-1 | 1209 | 109 | 9.02% | 1100 | 90.98% | 1094 | 104 | 9.51% | 990 | 90.49% |
| Precinct 3-2 | 2049 | 1060 | 51.73% | 989 | 48.27% | 1438 | 702 | 48.82% | 736 | 51.18% |
| Precinct 3-3 | 2863 | 953 | 33.29% | 1910 | 66.71% | 1936 | 580 | 29.96% | 1356 | 70.04% |
| Precinct 3-4 | 2767 | 424 | 15.32% | 2343 | 84.68% | 2263 | 331 | 14.63% | 1932 | 85.37% |
| Precinct 3-5 | 4142 | 930 | 22.45% | 3212 | 77.55% | 3007 | 558 | 18.56% | 2449 | 81.44% |
| Precinct 3-6 | 2291 | 407 | 17.77% | 1884 | 82.23% | 1850 | 298 | 16.11% | 1552 | 83.89% |
| Precinct 3-7 | 1381 | 184 | 13.32% | 1202 | 87.04% | 1136 | 133 | 11.71% | 1003 | 88.29% |
| Precinct 3-8 | 7933 | 1563 | 19.70% | 6370 | 80.30% | 6014 | 1010 | 16.79% | 5004 | 83.21% |
| Precinct 3-9 | 863 | 207 | 23.99% | 656 | 76.01% | 613 | 124 | 20.23% | 489 | 79.77% |
| Precinct 3-10 | 6948 | 1079 | 15.53% | 5869 | 84.47% | 5199 | 717 | 13.79% | 4482 | 86.21% |
| Precinct 3-11 | 4271 | 2987 | 69.94% | 1284 | 30.06% | 3127 | 2180 | 69.72% | 947 | 30.28% |
| Precinct 3-12 | 514 | 439 | 85.41% | 75 | 14.59% | 417 | 354 | 84.89% | 63 | 15.11% |
| Precinct 3-13 | 978 | 96 | 9.82% | 882 | 90.18% | 759 | 54 | 7.11% | 705 | 92.89% |
| Precinct 3-14 | 1200 | 67 | 5.58% | 1133 | 94.42% | 916 | 49 | 5.35% | 867 | 94.65% |
| Precinct 3-15 | 5345 | 1392 | 26.04% | 3953 | 73.96% | 4034 | 845 | 20.95% | 3189 | 79.05% |
| Precinct 3-16 | 2810 | 184 | 6.55% | 2626 | 93.45% | 2115 | 131 | 6.19% | 1984 | 93.81% |
| Precinct 3-17 | 899 | 131 | 14.57% | 768 | 85.43% | 727 | 91 | 12.52% | 636 | 87.48% |
| Precinct 4-1 | 2061 | 26 | 1.26% | 2035 | 98.74% | 1671 | 18 | 1.08% | 1653 | 98.92% |
| Precinct 4-2 | 2729 | 252 | 9.23% | 2477 | 90.77% | 2110 | 162 | 7.68% | 1948 | 92.32% |
| Precinct 4-3 | 2430 | 35 | 1.44% | 2395 | 98.56% | 1830 | 23 | 1.26% | 1807 | 98.74% |
| TOTAL | 55683 | 12525 | 22.49% | 43163 | 77.52% | 42256 | 8464 | 20.03% | 33792 | 79.97% |