**56 % MINORITY DISTRICT 1 ALTERNATE PRECINCT DEMOGRAPHICS BY DISTRICT**

| NAME | TOTAL | BLACK | % BLACK | NON BLACK | % NON BLACK | TOTAL OVER 18 | BLACK OVER 18 | % BLACK OVER 18 | NON BLACK OVER 18 | % NON BLACK OVER 18 | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 56% MINORITY DISTRICT 1 ALTERNATE PRECINCT BOUNDARIES WITH 2010 CENSUS INFORMATION | | | | | | | | | | | |
| 3-2 WEST DECATUR SCHOOL | 2049 | 1060 | 51.73% | 989 | 48.27% | 1438 | 702 | 48.82% | 736 | 51.18% | 1 |
| 3-3 AQUADOME | 2864 | 953 | 33.28% | 1911 | 66.72% | 1937 | 580 | 29.94% | 1357 | 70.06% | 1 |
| 3-11 CARRIE MATHEWS REC CENTER | 4271 | 2987 | 69.94% | 1284 | 30.06% | 3127 | 2180 | 69.72% | 947 | 30.28% | 1 |
| 3-12 TURNER SURLES RESOURCE CENTER | 514 | 439 | 85.41% | 75 | 14.59% | 417 | 354 | 84.89% | 63 | 15.11% | 1 |
| TOTAL DISTRICT 1 | 9698 | 5439 | | 4259 | | 6919 | 3816 | | 3103 | | 2 |
| 3-1 MORGAN COUNTY COURTHOUSE | 1209 | 109 | 9.02% | 1100 | 90.98% | 1094 | 104 | 9.51% | 990 | 90.49% | 2 |
| 3-4 FORT DECATUR REC CENTER | 2767 | 424 | 15.32% | 2343 | 84.68% | 2263 | 331 | 14.63% | 1932 | 85.37% | 2 |
| 3-5 SOMERVILLE RD. SCHOOL | 4142 | 930 | 22.45% | 3212 | 77.55% | 3007 | 558 | 18.56% | 2449 | 81.44% | 2 |
| 3-13 DEPT. OF HUMAN RESOURCES | 978 | 96 | 9.82% | 882 | 90.18% | 759 | 54 | 7.11% | 705 | 92.89% | 2 |
| 4-2 OAK PARK MIDDLE SCHOOL | 2729 | 252 | 9.23% | 2477 | 90.77% | 2110 | 162 | 7.68% | 1948 | 92.32% | 2 |
| TOTAL DISTRICT 2 | 11825 | 1811 | | 10014 | | 9233 | 1209 | | 8024 | | |
| 3-9 AMERICAN LEGION | 863 | 207 | 23.99% | 656 | 76.01% | 613 | 124 | 20.23% | 489 | 79.77% | 3 |
| 3-15 FIRST BIBLE CHURCH | 5335 | 1392 | 26.09% | 3943 | 73.91% | 4034 | 845 | 20.95% | 3189 | 79.05% | 3 |
| 3-17 DECATUR FIRES AND RESCUE TRAINING CENTER | 899 | 131 | 14.57% | 768 | 85.43% | 727 | 91 | 12.52% | 636 | 87.48% | 3 |
| 4-1 FIRE STATION 8 | 2061 | 26 | 1.26% | 2035 | 98.74% | 1671 | 18 | 1.08% | 1653 | 98.92% | 3 |
| 4-3 T.C. ALMON REC. CENTER | 2430 | 35 | 1.44% | 2395 | 98.56% | 1830 | 23 | 1.26% | 1807 | 98.74% | 3 |
| TOTAL DISTRICT 3 | 11588 | 1791 | 15.46% | 9797 | 84.54% | 8875 | 1101 | 12.41% | 7774 | 87.59% | |
| 3-6 WESTMEADE BAPTIST | 2193 | 401 | 18.29% | 1792 | 81.71% | 1752 | 292 | 16.67% | 1460 | 83.33% | 4 |
| 3-7 DECATUR UTILITIES AUDITORIUM | 1390 | 184 | 13.24% | 1201 | 86.40% | 1135 | 133 | 11.72% | 1002 | 88.28% | 4 |
| 3-8 FIRST BAPTIST CHURCH AUSTINVILLE | 7933 | 1563 | 19.70% | 6370 | 80.30% | 6014 | 1010 | 16.79% | 5004 | 83.21% | 4 |
| TOTAL DISTRICT 4 | 11516 | 2148 | 18.65% | 9368 | 81.35% | 8904 | 1435 | 16.12% | 7469 | 83.88% | |
| 3-10 DECATUR BAPTIST CHURCH | 7046 | 1085 | 15.40% | 5961 | 84.60% | 5297 | 723 | 13.65% | 4574 | 86.35% | 5 |
| 3-14 SAINT ANDREWS CHURCH | 1200 | 67 | 5.58% | 1133 | 94.42% | 916 | 49 | 5.35% | 867 | 94.65% | 5 |
| 3-16 CEDAR RIDGE SCHOOL | 2810 | 184 | 6.55% | 2626 | 93.45% | 2115 | 131 | 6.19% | 1984 | 93.81% | 5 |
| TOTAL DISTRICT 5 | 11056 | 1336 | 12.08% | 9720 | 87.92% | 8328 | 903 | 10.84% | 7425 | 89.16% | |
| TOTAL | 55683 | 12525 | 22.49% | 43158 | 77.51% | 42256 | 8464 | 20.03% | 33792 | 79.97% | |