FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama, )<br><br>    Plaintiff, )<br><br>v. )<br><br>THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities, )<br><br>    Defendants. )<br><br>and )<br><br>AL ROBINSON, DORIS A. BAKER, DR. SAMUEL T. KING, and ANNIE R. PRIEST, )<br><br>    Intervenor-Defendants ) | CASE NO. 5:14-CV-540-AKK |

NOTICE OF RESPONSE TO PLAINTIFF'S REQUEST
FOR PRE-DISCOVERY DISCLOSURES (Volume 2 of 3 Volumes)

On September 24, 2015, counsel for plaintiff requested pre-discovery disclosure of documents relating to districting plans of the City of Decatur involving five districts and utilizing results of the 2010 census. The request also seeks maps

and population summary reports.

Defendants City of Decatur, Alabama, City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard hereby provide notice of the filing and service of the materials responsive to plaintiff's request as set forth the index attached to this notice. Due to the volume of materials being filed and produced, the materials are filed in three separate volumes (as set forth in the index attached to this notice). Plaintiff's request for pre-discovery disclosure of documents is the first item filed in Volume 1.

                                                s/ George W. Royer, Jr.
                                                George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@lfsp.com

                                                s/ James U. Blacksher
                                                James U. Blacksher

P.O. Box 636
Birmingham, AL 35201
Phone: 205-591-7238 / Fax: 866-845-4395
jblacksher@ns.sympatico.ca

Attorneys for Defendants City of Decatur, Alabama,
City Council of Decatur, Don Kyle, Roger Anders,
Billy Jackson, Gary Hammon, Charles Kirby, and
Chuck Ard

CERTIFICATE OF SERVICE

      I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

          Carl A. Cole, III
          Russ Prickett
          The Cole Law Firm
          P.O. Box 2064
          Decatur, Alabama 35602
          Carl@CarlColeLaw.com

          Edward Still
          429 Green Springs Hwy, Ste. 161-304
          Birmingham AL 35209
          still@votelaw.com

on this the 28th day of October, 2015.

                                    s/ George W. Royer, Jr.
                                    George W. Royer, Jr.

Pre-Discovery Disclosures Index
Volume 2 of 3 Volumes

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 9 City Clerk Certificate 12-019

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 10 City Clerk Certificate 12-029

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 11 City Clerk Certified Minutes

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 12 Public Hearing Notices

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 13 Decatur Daily articles

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 14 Public Hearing Materials

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 15 Map of Proposed Plan

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 16 Map of New Precinct Boundaries

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 17 Civil Rights Division Letter and Available Responses

DOJ Submission, Five District Plan (Part 2 of 2 Parts): Exhibit 18 Contacts for Decatur

DOJ Submission, Five District Plan (Part 2 of 2 Parts): April 6, 2012, DOJ Letter

DOJ Submission, Three District Plan (Part 1 of 2 Parts): 2011 DOJ Submission Letter with FedEx Receipt

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 1 Explanation of Changes in Council Districts

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 2 Proposed Redistricting Plan with Census Information and VAP

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 3 Decatur Redistricting Procedures for Public Comment 2010

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 4 Historic Demographics

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 5 Probate Judge Order January 25, 2010

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 6 Betty Marshall Proclamation February 1, 2010

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 7 Recap Sheet Special Election April 13, 2010

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 8 Code of Alabama Sections

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 9 Current Districts with 2010 Census

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 10 Proposed Three District Plan 45 with Map

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 11 Proposed Three District Plan 51 with Map

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 12 Proposed Three District Plan 55 with Map

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 12 Proposed Three District Plan Substantially Equal

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 13 Proposed Three District Plan 60 with Map

DOJ Submission, Three District Plan (Part 1 of 2 Parts): Exhibit 14 Proposed Three District Plan 40 with Map