FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit 9

## CERTIFICATION

I, Stacy A. Gilley, City Clerk-Treasurer of the City of Decatur, Alabama, do hereby certify that the attached Resolution No. 12-019, is a true and correct copy of said resolution as was adopted by the Decatur City Council at a regular meeting held Monday, January 23, 2012.

IN WITNESS WHEREOF, I have hereon subscribed my name and affixed the Corporate Seal of the City of Decatur, Alabama, on this the 8th day of February, 2012.

*Stacy A. Gilley*
Stacy A. Gilley
Clerk-Treasurer
THE CITY OF DECATUR, ALABAMA

RESOLUTION NO. 12-019

WHEREAS, the City Council, Mayor and City Staff with the assistance of the general public diligently sought to formulate a City of Decatur Voting District Plan under the provisions of the Council Manager Act of 1982 (State Law) which would meet the requirements of Federal Law;

WHEREAS, in October 2011 the City submitted to the U.S. Attorney General pursuant to Section 5 of the Voting Rights Act of 1965 a proposed change of government from Mayor-Council to the Council-Manager form of government; the change in the method of election from five single-member districts to three single member districts and two seats on the Council being voted on at large, and the resulting redistricting plan; all as required by the provisions of the Council Manager Act of 1982 (State Law);

WHEREAS, in December 2011 the Voting Section of the Civil Rights Division of the Department of Justice who is responsible to review Section 5 submittals informed the City that it was unable based on the information provided to pre-clear the City's submittal for the change in form of government and related items;

WHEREAS, municipalities in the State of Alabama have only the authority granted by State Law to form a particular form of government and the City finds and determines that under the provisions of the Council Manager Act of 1982 (State Law) it is required to divide the city into three voting districts each containing as nearly an equal number of people as possible;

WHEREAS, it is mathematically impossible for the City to have three single-member voting districts with each district containing as nearly an equal number of people as possible that will not have a retrogressive impact on the Black voters of Decatur;

WHEREAS, the Council finds and determines that there is no additional information relating to the present Plan submitted or an alternative three single-member voting district plan authorized by the Council Manager Act of 1982 (State

Law) which can be submitted to the U.S. Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, that will enable the Justice Department to pre-clear such Plan;

WHEREAS, the School Board Districts under the provisions of State Law parallel the Council Districts, and there is not a feasible method to conduct the school board election under the provisions of the Council Manager Act because of the at large election requirements for two candidates;

WHEREAS, the City Council finds and determines that the City can formulate and approve a five single-member voting district plan that can be pre-cleared by the Justice Department;

THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur Alabama that the Mayor on behalf of the City is requested and authorized to notify the Voting Section of the Civil Rights Division of the Department of Justice that the City acknowledges its determination of December 2011; and accordingly withdraws the City's request for approval of the submitted three single-member voting district and two seats on the Council being voted on at large Plan because the city has no additional information to provide which will justify pre-clearance of the submitted Plan;

BE IT FURTHER RESOLVED by the Council that the City should immediately begin the process of formulating and approving a five single-member voting district Plan under the present form of government to be promptly submitted to the Justice Department requesting pre-clearance.

Adopted this 23rd day of January 2012.