Case 5:14-cv-00540-AKK   Document 59-2   Filed 10/28/15   Page 1 of 2

FILED
 2015 Oct-28 AM 10:09
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

Exhibit 10

## CERTIFICATION

I, Stacy A. Gilley, City Clerk-Treasurer of the City of Decatur, Alabama, do hereby certify that the attached Resolution No. 12-029, is a true and correct copy of said resolution as was adopted by the Decatur City Council at a regular meeting held Monday, February 6, 2012.

IN WITNESS WHEREOF, I have hereon subscribed my name and affixed the Corporate Seal of the City of Decatur, Alabama, on this the 7th day of February, 2012.

*[signature]*

Stacy A. Gilley
Clerk-Treasurer
THE CITY OF DECATUR, ALABAMA

RESOLUTION NO. 12-029

A RESOLUTION ESTABLISHING THE USE OF ELECTRONIC VOTE COUNTING DEVICES FOR THE 2012 MUNICIPAL ELECTIONS FOR THE CITY OF DECATUR, ALABAMA

WHEREAS, Chapter 7 of Title 17 of the Alabama Code of 1975, and the regulations adopted pursuant thereto by the Alabama Electronic Voting Committee, provide for the use of Electronic Vote Counting Systems; and

WHEREAS, Section 17-7-21 of the Code of Alabama, 1975 provides that a municipality may, in its discretion, by adoption of an appropriate resolution, authorize, adopt, and direct the use of electronic vote counting systems for use in all elections held in such municipality;

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama that for all municipal elections held subsequent to the passage of this resolution, the use of the M100 Optical Scanning voting machine, a system which complies with Section 17-7-21 of the Code of Alabama and any regulations adopted pursuant thereto, is hereby authorized for the reporting, counting, and tabulating of any and all election results.

BE IT FURTHER RESOLVED, that the Mayor of the City of Decatur is hereby directed to file a copy of this resolution with the Secretary of State as provided in Section 17-7-21 of the Code of Alabama, 1975.

ADOPTED THIS 6th day of February, 2012.

Don Stanford, Mayor

ATTEST:

Stacy A. Gilley, City Clerk