Exhibit 11

STATE OF ALABAMA        §

COUNTY OF MORGAN        §

## CERTIFICATION

I, Stacy A. Gilley, City Clerk-Treasurer of the City of Decatur, Alabama do hereby certify under my name and seal that the above and foregoing copy of minutes dated January 23, 2012 of the City Council of the City of Decatur, Alabama is a true and correct copy of said minutes, on file in the office of the City Clerk-Treasurer of the City of Decatur, Alabama.

IN WITNESS WHEREOF, I have hereon subscribed my name and affixed the Corporate Seal of the City of Decatur, Alabama on this the 8th day of February, 2012.

*Stacy A. Gilley*
Stacy A. Gilley
City Clerk-Treasurer
City of Decatur, Alabama

MINUTES

OF A

REGULAR MEETING

OF THE CITY COUNCIL OF THE

CITY OF DECATUR, ALABAMA

JANUARY 23, 2012

---

The Decatur City Council met in regular session on Monday, January 23, 2012 at 10:00 a.m. in the Council Chambers of the Decatur City Hall located at 402 Lee Street, Decatur, Alabama.

Noting that a quorum was present the meeting was called to order at 10:00 a.m. by Council President Hammon.

Larry Waye provided the invocation followed by the Pledge of Allegiance led by Council President Hammon.

### ELECTED GOVERNING OFFICIALS IN ATTENDANCE:

Roll call of Elected Governing Officials was conducted by City Clerk-Treasurer Stacy A. Gilley and recorded as follows:

| | |
|---|---|
| Council President, Gary Hammon | Present |
| Council Member, Roger Anders | Present |
| Council Member, Billy Jackson | Present |
| Council Member, Charles Kirby | Present |
| Council Member, Greg Reeves | Present |

## APPROVAL OF MINUTES:

The following minutes were approved by unanimous consent:

A. A. Work Session – January 9, 2012
B. Regular Meeting – January 9, 2012
C. Finance Committee Work Session – January 11, 2012

1

**PUBLIC HEARINGS**

## RESOLUTION NO. 12-010 - REQUEST FOR SPECIAL EVENT ALCOHOL BEVERAGE LICENSE BY THE DECATUR JAYCEES FOR THE BIG DEAL EVENT TO BE HELD AT 802 WILSON STREET NW ON FEBRUARY 25, 2012

Council President Hammon opened the public hearing for comments regarding this request. There being none he then closed the public hearing and entertained a motion from Council.

Council Member Anders moved to approve Resolution No. 12-010. Council Member Reeves seconded. The vote was recorded as follows:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried.

## RESOLUTION NO. 12-011 - REQUEST FOR WHOLESALE WINE LICENSE BY CHALICE IMPORTS D/B/A CHALICE WHOLESALE WINE LOCATED AT 402 CELTIC DRIVE, BLDG. 2, STE 101, MADISON, AL 35758

Council Member Reeves moved to approve Resolution No. 12-011. Council Member Kirby seconded. The vote was recorded as follows:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried.

## RESOLUTION NO. 12-012- VACATION REQUEST NO. 467-11; VACATE PORTION OF AN EXISTING DRAINAGE EASEMENT ON LOT 6 OF THE REPLAT OF CEDAR CREST ESTATES, PHASE 1

Council Member Reeves moved to approve Ordinance No. 12-012. Council Member Anders seconded. The vote was recorded as following:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried.

## RESOLUTION NO. 12-013 – VACATION REQUEST NO. 468-11; VACATE AN 80' ROW LOCATED SOUTH OF 8TH STREET SE AND NORTH OF 9TH STREET SE

Council Member Anders moved to approve Ordinance No. 12-013. Council Member Reeves seconded. The vote was recorded as following:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried.

### RESOLUTION NO. 12-014 – VACATION REQUEST NO. 469-11; VACATE PORTION OF EXISTING 20' ALLEY THAT RUNS BETWEEN 8TH STREET SE AND 9TH STREET SE

Council Member Reeves moved to approve Ordinance No. 12-014. Council Member Kirby seconded. The vote was recorded as following:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried.

### RESOLUTION NO. 12-014 – VACATION REQUEST NO. 469-11; VACATE PORTION OF EXISTING 20' ALLEY THAT RUNS BETWEEN 8TH STREET SE AND 9TH STREET SE

Council Member Reeves moved to approve Ordinance No. 12-014. Council Member Kirby seconded. The vote was recorded as following:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried.

### RESOLUTION NO. 12-015 – VACATION REQUEST NO. 470-11; VACATE PORTION OF EXISTING 15' UTILITY EASEMENT LOCATED NORTH OF HWY 20 AND EAST OF STATE DOCKS ROAD

Council Member Reeves moved to approve Ordinance No. 12-015. Council Member Kirby seconded. The vote was recorded as following:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried.

### PROPOSED ORDINANCE NO 12-4091 – DECLARE SURPLUS AND SELL MUNICIPAL LOT AT 811 VINE STREET NW THROUGH THE DAWN PROGRAM TO ROSS MALONE

3

As this was a first reading no action was taken on Proposed Ordinance No. 12-4091.

## PROPOSED ORDINANCE NO 12-4092 – DECLARE SURPLUS AND SELL MUNICIPAL LOT AT 813 VINE STREET NW THROUGH THE DAWN PROGRAM TO ROSS MALONE

As this was a first reading no action was taken on Proposed Ordinance No. 12-4092.

## PROPOSED ORDINANCE NO 12-4093 – DECLARE SURPLUS AND SELL MUNICIPAL LOT AT 314 5TH AVENUE NW THROUGH THE DAWN PROGRAM TO JAMES AND JANICE POINTER

As this was a first reading no action was taken on Proposed Ordinance No. 12-4093.

## RESOLUTION NO. 12-017 – AUTHORIZING CHANGE ORDER NO. 2 TO SKIPPER CONSULTING FOR PROFESSIONAL TRAFFIC ENGINEERING SERVICES FOR US 31 AND DECATUR BELTLINE (TO BE PAID FROM 001-054-542-25)

Council Member Anders moved to approve Resolution No. 12-017. Council Member Reeves seconded. The vote was recorded as follows:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried

## RESOLUTION NO. 12-018 – DECLARING (1) 2007 CADILLAC ESCALADE FORMERLY USED BY THE POLICE DEPARTMENT SURPLUS AND AUTHORIZING THE SALE OF THIS VEHICLE

Council Member Anders moved to approve Resolution No. 12-018. Council Member Reeves seconded. The vote was recorded as follows:

AYES: Hammon, Anders, Jackson, Kirby and Reeves
NAYS: None

Motion carried

## RESOLUTION NO. 12-019 – AUTHORIZE THE MAYOR ON BEHALF OF THE CITY OF DECATUR TO NOTIFY THE DEPARTMENT OF JUSTICE OF THE WITHDRAWAL OF THE THREE DISTRICT PLAN SUBMITTED IN OCTOBER 2011

Council Member Jackson moved to approve Resolution No. 12-019. Council Member Anders seconded. The vote was recorded as follows:

AYES: Hammon, Anders, Jackson, Kirby and Reeves

NAYS: None

Motion carried

### RESOLUTION NO. 12-020 – AUTHORIZE THE MAYOR TO NEGOTIATE ON BEHALF OF THE CITY OF DECATUR AN ADMINISTRATIVE AND OPERATING AGREEMENT WITH THE METROPOLITAN PLANNING ORGANIZATION

Council Member Anders moved to approve Resolution No. 12-020. Council Member Reeves seconded. The vote was recorded as follows:

AYES: Hammon, Anders, Kirby and Reeves
NAYS: Jackson

Motion carried

### RESOLUTION NO. 12-021 – AUTHORIZE THE TERMINATION OF THE CITY OF DECATUR'S MEMBERSHIP WITH NARCOG

Council Member Anders moved to approve Resolution No. 12-021. Council Member Reeves seconded. The vote was recorded as follows:

AYES: Hammon, Anders, Kirby and Reeves
NAYS: Jackson

Motion carried.

Council President Hammon moved to take a 15 minute recess and to reconvene at 11:30a.m.

### PUBLIC HEARING

Karen Smith presented to Council the Planning Departments recommendation for the 5 District Council plan to submit to the Department of Justice.

Council President Hammon opened the public hearing for comments regarding this plan.

Doris Baker, 405 5th Avenue SW – asked about changes to district 1

Since there were no further comments the public hearing was closed. Having no further business the meeting was adjourned at 11:45 a.m.

Minutes dated January 23, 2012 read, approved, and adopted on February 6, 2012.

5

# Exhibit 11

STATE OF ALABAMA §

COUNTY OF MORGAN §

## CERTIFICATION

I, Stacy A. Gilley, City Clerk-Treasurer of the City of Decatur, Alabama do hereby certify under my name and seal that the above and foregoing copy of minutes dated January 30, 2012 of the City Council of the City of Decatur, Alabama is a true and correct copy of said minutes, on file in the office of the City Clerk-Treasurer of the City of Decatur, Alabama.

IN WITNESS WHEREOF, I have hereon subscribed my name and affixed the Corporate Seal of the City of Decatur, Alabama on this the 8th day of February, 2012.

*Stacy A. Gilley*
Stacy A. Gilley
City Clerk-Treasurer
City of Decatur, Alabama

MINUTES

OF A

SPECIAL CALLED MEETING

OF THE CITY COUNCIL

OF THE CITY OF DECATUR, ALABAMA

JANUARY 30, 2012

---

The City Council of the City of Decatur met in a special called session at City Hall in the City of Decatur on Monday the 30th day of January, 2012. Prior to the meeting being called to order, a Waiver of Notice was signed by all council members in attendance.

The advertised purpose of the meeting was to hold a Public Hearing on the redistricting plan and any other business Council deems necessary.

Noting that a quorum was present, the meeting was called to order at 5:47 p.m. by Council President Hammon.

Council President Hammon provided the invocation and led the Pledge of Allegiance.

<u>ELECTED GOVERNING OFFICIALS IN ATTENDANCE:</u>

Roll call of Elected Governing Officials was conducted by City Clerk-Treasurer Stacy A. Gilley and recorded as follows:

| | |
|---|---|
| Council President, Gary Hammon | Present |
| Council Member, Roger Anders | Present |
| Council Member, Billy Jackson | Absent |
| Council Member, Charles Kirby | Present |
| Council Member, Greg Reeves | Present |

**<u>RESOLUTION NO. 12-030; APPROVAL OF PAYMENT TO ENERSOLV FOR SAMPLING SERVICES ON THE FORMER TENNESSEE VALLEY COTTON OIL MILL PROPERTY NOW OWNED BY ADM AS PART OF THE DUE DILIGENCE BY THE CITY WITH THE UNDERSTANDING THAT THE DOWNTOWN REDEVELOPMENT AUTHORITY WILL ASSIST TO THE EXTENT OF PAYING ONE HALF OF THE COSTS OF THESE SERVICES.</u>**

Council Member Anders moved to approve Resolution No. 12-030. Council Member Reeves seconded. The vote taken was recorded as follows:

AYES: Council Members Hammon, Anders, Kirby, and Reeves

NAYS: None

Motion carried.

### REDISTRICTING PLAN

Council President Hammon opened the floor for public comments.

Karen Smith, Planning Supervisor presented to Council the 56% Minority District plan that the Planning department recommends for submission to the Department of Justice.

The following residents spoke in opposition of the 56% Minority District plan in favor of a 56% Alternate plan.

Dwight Jett Jr. – 1714 Dianne Street (School Board Member District 4) Mr. Jett stated that he would like Council to consider the 56% Alternate plan because it maintained the compactness, contiguity and communities of interest.

Donnie Lane – 2920 Whiteford Drive (School Board Member District 5) Mr. Lane stated the 56 % plan takes the voice away from his district as it leaves him two schools out of eighteen.

The following spoke in favor of the 56% Minority District plan:

Adonis Bailey, Morgan County Board of Registrars spoke in favor of the 56% plan as it would impact fewer voters with changes. Ms. Bailey explained the costs associated with any changes to a voter's poll or precinct and asked Council to consider the plan that affects the fewest voters and had less economic impact on the County.

Also in attendance regarding the redistricting plan:

Dr. Samuel King – 506 Gordon Drive (District 1 resident) stated as long as District 1 was not affected he did not have a problem with either the 56% or the 56% Alternate plan.

Having no more comments the public work session was closed.

The meeting was adjourned at 6:22 p.m.

These minutes read and approved the 6th day of February, 2012