Case 5:14-cv-00540-AKK   Document 59-4   Filed 10/28/15   Page 1 of 2

FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit 12

# NOTICE OF PUBLIC HEARING

Notice is hereby given to all citizens, press, and any interested parties that the Decatur City Council will hold a Public Hearing at the regularly scheduled Council Meeting on Monday, January 23 at 10:00 a.m. The Public Hearing will be held in Council Chambers on the 1st. floor of the Decatur Municipal Complex, 402 Lee Street, Decatur, Alabama. The purpose of the Public Hearing is as follows:

(1)   Discussion on the redistricting plan

This notice is posted on Friday, January 13, 2012 at the direction of the Council President Gary Hammon.


Stacy A. Gilley
City Clerk-Treasurer
City of Decatur, Alabama

# Exhibit 12

# NOTICE OF
# A SPECIAL CALLED MEETING
# OF THE
# DECATUR CITY COUNCIL

Notice is hereby given to all citizens, press, and any interested parties that the Decatur City Council will hold a Special Called Meeting immediately following the Council Work Session which begins at 5:00p.m. on Monday, January 30, 2012. The Special Called Meeting will be held in Council Chambers on the 1st. floor of Decatur City Hall, 402 Lee Street, Decatur, Alabama. The purpose of the meeting is as follows:

(1) Public Hearing on the redistricting plan

This notice is posted on Friday, January 13, 2012 at the direction of the Council President Gary Hammon.


Stacy A. Gilley
City Clerk-Treasurer
City of Decatur, Alabama