FILED
2015 Oct-28  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 13

Decatur Daily Articles and coverage of Districting

INCLUDING

- Petition seeks change in Decatur's government
- Council opposes bid for new Gov't
- Reeves: Petition doesn't fix real issue
- Decatur Redistricting: 5 plans
- Uphill Battle for Decatur redistricting
- Redistricting may be hot topic for community meeting
- Second Decatur redistricting hearing Monday
- District 1 not majority black in plan OK'd by council
- Decatur oks 3-district plan
- Manager vote is lost cause
- 56% plan draws mixed reactions
- Voter mandate ignored?
- City rebuffs its voters



Enjoy coffeehouse-quality beverages in your own home    GET IT

Home | My account | Log out | Mobile | Subscribe



**Decatur Daily.com**

THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

All | Local News | Yello

TN VALLEY SEARCH:

TN Valley Contests | Classifieds | Autos |

33° Sunny                Decatur, Ala. | Wednesday, December 28, 2011 | Last Update:

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimer

8/23/09 | 22 comments | 10026 views

SHARE

# Petition seeks change in Decatur government

**Evan BelangerEvan Belanger**

A former city of Decatur employee hopes he can gather enough signatures to change the city's form of government.

Gary Voketz, a retired city department director, says he received favorable responses from Decatur residents whe *The Daily* ran an opinion piece he had written supporting the council-manager form of government earlier this week.

Now he is collecting signatures to petition Probate Judge Greg Cain for a citywide election to consider changing to that form of government.

If he is successful — and the voters approve — the result would be a dramatic shift in the city's government, including district changes and the hiring of a professional city manager to run the city's day-to-day business.

Voketz's petition drive comes after more than a month of infighting at City Hall over embattled Chief Financial Officer Gail Busbey.

Mayor Don Stanford placed Busbey on paid administrative leave July 2 and still has not said why.

"This is my town, and I love Decatur," Voketz said. "I just hate to see it in the shape it's in."

In an interview Friday, Voketz described the status of Decatur's government as "chaos down there, total turmoil."

"It appears that each is interested only in his own district," he said. "They don't care about what happens to the city at large. They don't represent the city as a whole."

He said changing to the council-manager form of government would help resolve that issue and take the day-to-day management of the city away from its elected mayor in favor of a trained, professional city manager.

In Decatur, any person can seek the mayor's office as long as the candidate is a registered voter, maintains a residence in the city and pays a $50 qualifying fee.

According to state law, Voketz must collect signatures from 10 percent of the number of voters who voted in the last municipal election to petition the judge. That's 1,018 qualified voters because 10,179 people voted in the last election.

## Voketz confident

Voketz said he doesn't think he'll have trouble getting voters to sign his petition. He said he plans to go door-to-door, and is seeking volunteers to help.

If he collects enough signatures and submits them, the judge must determine whether they are genuine and, if satisfied, certify that fact to the mayor.

The mayor will have 10 days from that point to call an election to consider changing the city's form of government from a mayor-council form to a council-manager form of government.

That election must be scheduled between 40 and 90 days of the mayor receiving certification. If a majority of the voters approve, the change would take effect after the next municipal election in 2012.

Under council-manager, the mayor and City Council would be tasked with hiring a city manager and establishing a salary for the position.

State law requires city-manager hiring be based on the candidate's qualifications and work experience alone, without regard to his or her political beliefs.

The city manager would be the administrative supervisor for city departments, including personnel matters.

He or she would recommend actions to the council, prepare budgets for council consideration, keep the council advised of the city's financial condition and enforce city ordinances.

The mayor and city council would be barred from giving orders to the city manager's subordinates. Violations would be punishable as a Class C misdemeanor. A second violation would result in forfeiture of office.

The change would also impact the council's makeup and the city's districts. Instead of five districts, the city would be divided into three districts.

Voketz said he expects the Department of Justice would be involved in the redistricting to ensure the city maintains a minority district, but he thought the redistricting would be possible.

For representation, the voters would elect three council members by district and the mayor and a fourth council member at large.

The mayor would preside at council meetings — like the council president does now — and would be recognized as the head of the municipal government for ceremonial purposes. He or she would have no other administrative responsibilities.

The council member elected at large would serve as the mayor's assistant and mayor pro tem when the mayor is absent or unable to act.

## City manager removal

The elected body would have the authority to remove the city manger for cause.

Voketz is a Southeast Decatur resident who served as the city's first full-time planning director and its first community development director. He also served as the first executive director for the North-central Alabama Regional Council of Governments.

Voketz said Saturday afternoon that he had already collected "a few" signatures. He said anyone wanting to help with his effort could come by Forever Flying at 2528 Spring Ave. S.W. during business hours or could contact him at 355-1588 or 227-0442

  

**E-mail this    Print this**

## Comments

| 22 comments on this item | Remove scrollbar |
|---|---|

On 8/23/09 at 03:04 AM, **JEAN E from** wrote:

sounds like a winner to me....

**Report inappropriate comments**

On 8/23/09 at 03:47 AM, **BRENDA from Decatur** wrote:

Deserves some thought. The drawback, as I see it, they wouldn't be thown out immediately!! I'm all for a new election but I don't want the same criminals collecting a paycheck at city hall for another three years. None of them are worth a fraction of what they are being paid.

**Report inappropriate comments**

On 8/23/09 at 06:22 AM, **Calvin from** wrote:

signing monday morning. I don't care how long it takes to get them out, we have to start somewhere and I

## Post a comment

[ Post comment ]



Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service



GREAT SELECTION - GREAT PRI

Home | My account | Log out | Mobile | Subscribe

# DecaturDaily.com

### THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN VALLEY SEARCH:    All | Local News | Yello

TN Valley Contests | Classifieds | Autos |

33° ☼ Sunny    Decatur, Ala. | Wednesday, December 28, 2011 | Last Update:

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

8/25/09 | 26 comments | 7724 views    ☼ SHARE ☼☼☼

## Council opposes bid for new gov't

### Petition to force vote on city manager proposal collects signatures

**Evan Belanger**
**Staff Writer**

A retired city of Decatur employee, who is working to change the city's form of government, said Monday he already has roughly 200 of the 1,018 signatures needed for his petition.

Meanwhile, most city councilmen said they oppose the proposed change.

Retired city department director Gary Voketz began circulating the petition Saturday, hoping to collect enough signatures to force an election that would allow Decatur residents to decide if the city should switch to a council-manager form of government.



**Daily photo by Gary Cosby J**

Ouida Boggs, right, signs the petition brought to the 84-year-ol Decatur woman's home Monday by its organizer, Gary Voketz, left.

BUY THIS PHOTO

If approved, the referendum would result in a dramatic shift in the city's government, including district changes, the hiring of a professional city manager and changes in how the city elects council members.

Voketz says he is pushing the referendum because he is frustrated with the state of politics in Decatur and hopes the change will improve continuity and professionalism among city leaders.



EARN 50,000 BONUS POINTS.

$95 ANNUAL FEE WAIVED FOR THE FIRST YEAR

CHASE♦
SAPPHIRE
PREFERRED

D. WALSH

2X POINTS ON TRAVEL & DINING

LEARN MORE ›

He said Monday he was not anticipating such a positive response to his petition, and that at least 50 volunteers took petitions to circulate in their neighborhoods and work places.

"It's really going good," he said. "I am really encouraged."

But most Decatur councilmen said they do not support Voketz's effort, and that the change could harm the city if approved.

"It takes control out of the hands of the people," said District 3 Councilman Gary Hammon.

Hammon said the current council-mayor system allows voters to replace their city leaders every four years if they are not pleased.

He said a city manager would not answer directly to the voters and it would be difficult for the council to replace a city manager if there were problems.

As an alternative, he proposed adding one or two additional council districts to make voting blocks more difficult to form. He also proposed staggering council terms to address continuity and experience problems in city leadership.

"There's a lot of other ideas and things that I've tried to talk about that nobody wanted to talk about years ago," Hammon said. "Now, they might be willing to talk about them."

**Cost: $50,000-$60,000**

Hammon also predicted the referendum would cost the city $50,000 to $60,000 and would probably fail.

District 2 Councilman Roger Anders said he had not researched the matter enough to decide, but he was sure those supporting it had not done enough research either.

He also said he did not think the council-manager form of government is the best form available, and the current form works well.

He blamed negative news reporting for inciting people to support the change, alleging ongoing personnel matters concerning embattled Chief Financial Officer Gail Busbey had been "blown out of proportion."

"I think it's sad that *The Daily* has allowed the city get that kind of stigma," he said.

Mayor Don Stanford placed Busbey on paid administrative leave July 2. After more than a month of controversy, he still has not said why. And Busbey remains on paid leave, according to reports from her lawyer.

District 1 Councilman Billy Jackson also opposed the referendum.

He said he does not believe the U.S. Department of Justice would ever approve redistricting the city as the statute allowing the council-manager form of government requires. He also said he does not trust the City Council to select and keep a city manager.

"Could you imagine if the council we're dealing with now was selecting a city manager?" he said. "All the things that they're covering up, they would expect our city manager to cover those things up. And if he didn't, the same thing would happen to him that's happened to our chief financial officer."

Only District 4 Councilman Ronny Russell said he supports the change.

"The weaknesses of this administration have proven to me beyond a shadow of a doubt that Decatur will not progress under the current form of government," he said. "Stable and experienced leadership is sorely needed. I support what Mr. Voketz is doing and plan to sign the petition."

But Russell also said he was concerned the redistricting requirement could stall the process.

Council President Greg Reeves, who represents District 5, did not return a request for comment Monday. In an interview last week — before he had seen the full proposal — Reeves said regardless of whether Decatur has a city manager, it still needs good people to run for office.

Stanford did not return requests for comment. In a televised interview Aug. 3, he said it would "probably be a good idea to have a city manager." He also said that decision should be left to the council and himself.

If Voketz collects enough signatures and Probate Judge Greg Cain verifies they are genuine, Stanford would have 10 days to schedule a citywide vote on the referendum. If he does not, the probate judge would order the election.

If approved by the voters, the change in government would take effect after the next municipal election in 2012.

Under a council-manager government, the city council would hire a city manager and establish his or her salary. That manager would oversee all day-to-day functions of the city, including administrative supervision of city departments. Those duties are currently held by the mayor.

The change would also impact the council's makeup and the city's districts. Instead of five districts, the city would be divided into three districts.

For representation, the voters would elect three council members by district and the mayor and a fourth council member at large.

The mayor would preside at council meetings as a voting member — like the council president does now — and would be recognized as the head of the municipal government for ceremonial purposes. He or she would have no other administrative responsibilities.

The council member elected at large would serve as the mayor's assistant and mayor pro tem when the mayor is absent or unable to act.

The elected body would have the authority to remove the city manager for cause.

Voketz served as the city's first full-time planning director and its first community development director. He also served as the first executive director of the North-central Alabama Regional Council of Governments.

 

✉ **E-mail this**   🖨 **Print this**

## Comments

| 26 comments on this item | Remove scrollbar |
|---|---|

On 8/25/09 at 02:58 AM, **Ben from** wrote:

Of course the council opposes it! The mayor would get a vote, and they would have a tiny bit less power.

**Report inappropriate comments**

On 8/25/09 at 03:34 AM, **Peter from** wrote:

Dud, of course the council and mayor opposes the change. Their inability to be responsible leaders is what has caused the turmoil at city hall.

Forget the BRAC people moving to Decatur as they ae moving into West Madison and East Limestone Counties. Who wants to move to a city while a self serving mayor and councilmen only want to better themselves. Due to lack of government leadership Decatur has become a dying city.

**Report inappropriate comments**

## Post a comment

Post comment

MarMac REAL ESTATE    DREAMS DO COME TRUE

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Crea

Use of this site signifies your agreement to the Terms of Service

Remove scrollbar

**26** comments on this item

On 8/25/09 at 02:58 AM, **Ben from** wrote:
Of course the council opposes it! The mayor would get a vote, and they would have a tiny bit less power.

**Report inappropriate comments**
On 8/25/09 at 03:34 AM, **Peter from** wrote:
Dud, of course the council and mayor opposes the change. Their inability to be responsible leaders is what has caused the turmoil at city hall.

Forget the BRAC people moving to Decatur as they ae moving into West Madison and East Limestone Counties. Who wants to move to a city while a self serving mayor and councilmen only want to better themselves. Due to lack of government leadership Decatur has become a dying city.

**Report inappropriate comments**
On 8/25/09 at 05:03 AM, **Steve from** wrote:
Wow, you guys get up early!

**Report inappropriate comments**
On 8/25/09 at 07:18 AM, **DOROTHY from** wrote:
Of course this bunch does not support it. They are afraid that something effective might actually happen for a change! How could we be any worse off than what we are right now? Decatur is the laughing stock of North Alabama governing bodies (Council and Mayor included). Even worse, Billy Jackson's comments are disparaging of the group he belongs to. He talks in a 2nd person tense not even realizing that every negative remark he makes is also a reflection on him and his own short comings. Roger Anders blames the media for negative reporting. Guess what? You work for us!, the voters. We have every right to know what is going on at City Hall. Not all of usl have themeans to attend council meetings and we need to know.

**Report inappropriate comments**
On 8/25/09 at 07:20 AM, **ARWIN from Falkville** wrote:
Mr Hammon the people have no control in Decatur already its run by a bunch of power hungry money hungry morons who give the people no rights Starting with the mayor and all the rest of the council the peoples rights have already been taken from them. What right do any of you have to take away their rights as people and as human beings? Why is Busbey still on the pay roll either let her work and earn her pay or fire her stop playing the cat and mouse game. Hire me and put me on leave with pay that would be like a long paid vacation. Time is running out for each of you the people of Decatur want their rights back and they are now ready for that old government, the one for the people, by the people and for the people. By the way my name is not Arvin and I was born and raised in what was once a good place to live, Decatur Alabama, now most times I am ashamed to tell anyone since Decatur has become a mockery of Justice and the whole world is laughing at you people.

**Report inappropriate comments**
On 8/25/09 at 07:39 AM, **Rationalist from** wrote:
Wow. Billy Jackson says we can't trust the current council to select a qualified manager, but we should continue to let them run the city. I agree with the first part because he endorsed the current mayor in the last election.

**Report inappropriate comments**
On 8/25/09 at 08:13 AM, **LIMESTONE from Athens** wrote:
Mr. Hammon said the people can vote to replace there representative every four years, if necessary. That is one of the problems. We are experiencing a leadership vacum with too much turnover and a loss of stability. The learning curve is high and no one will do well if they can only serve four years. It takes four years to learn how to effectively serve as a city representative. The representatives do far more than tending to the council agenda. We, the people need to do a better job of selecting the right person and we need the best people running for office. Don't forget that the majority of Decatur residents voted for Don Stanford and the men seated around him. We still have less than 50% of registered voters participating in our elections. I need to do a better job of selecting the right man. Now is the time to start looking for strong leadership for the next election.

**Report inappropriate comments**
On 8/25/09 at 08:19 AM, **Tony from** wrote:
"It takes control out of the hands of the people," said District 3 Councilman Gary Hammon.

This is a joke right? You actually did not say that. It has to be misprint. We no control already, you clowns (minus jackson and russell) are run amuck right now.

**Report inappropriate comments**
On 8/25/09 at 09:21 AM, **Mossy oak from** wrote:
Won't happen!! Period.

**Report inappropriate comments**
On 8/25/09 at 09:50 AM, **mythbuster from** wrote:
the last I saw the votes on anything were all three for, and two against. funny how quick jackson invoked the DOJ rule about districts. then he says he would not trust the council, could this be one of those "fraud" slips i hear about. and the cost of the election, the paid leave would pay for a lot of this. Im just glad i was smart enough to leave the dirty little city years ago, and when the council raised the taxes, and started telling business owners they HAD to do this and that, I quit shopping there. after all one wallmart is like all the rest. there are no mom and pop businesses to be loyal to anymore. good luck people of decatur, sounds like you all have your hands full.

**Report inappropriate comments**
On 8/25/09 at 10:11 AM, **L from** wrote:
Mossy Oak,

If it goes to a vote, it will happen. Now if what Jackson is saying about the DOJ having a say, all that would require is to make sure that one of the districts is a minorty section.

**Report inappropriate comments**

On 8/25/09 at 10:27 AM, **Bonnie from Ocean Springs** wrote:
You go, Gary! This is the way out of the morass that the city of Decatur has slipped into. You have the right idea and the legal means to make it work.

**Report inappropriate comments**
On 8/25/09 at 10:40 AM, **BETH from** wrote:
just wondrering,did ms.busby showup for work monday?

**Report inappropriate comments**
On 8/25/09 at 11:36 AM, **JULIE from** wrote:
where can i sign this petition?

**Report inappropriate comments**
On 8/25/09 at 01:53 PM, **Mossy oak from** wrote:
Won't happen.

**Report inappropriate comments**
On 8/25/09 at 01:54 PM, **Mossy oak from** wrote:
Look, that poor woman has no idea what she is signing!

**Report inappropriate comments**
On 8/25/09 at 02:43 PM, **Mossy oak from** wrote:
Wont happen1 Wont happen!

**Report inappropriate comments**
On 8/25/09 at 04:28 PM, **Tiffeny from** wrote:
A city manager will circumvent the democratic process of elections. A city manager will be just another bureaucrat getting a paycheck. Here's the scenario: Citizens get fed up with the people in power. They want someone who "get the job done." So what do they do? They turn everything over to an all-powerful city manager who isn't even accountable to the people. Yes, he or she can be hired and fired at the will of the council but wouldn't that just degrade into more political infighting and warring factions? Face it, Decatur. You voted for these bozos, and you got them until you wise up and demand more from political leaders than just a cute family and an awe-shucks grin.

**Report inappropriate comments**
On 8/25/09 at 05:22 PM, **J R from** wrote:
Thanks Gary, umm, I mean Wendy.

**Report inappropriate comments**
On 8/25/09 at 06:18 PM, **Joe from** wrote:
I don't see how we could be worse off by having a City Planner. I hope this city will slow down and stop going up on taxes and DU fees twice a year. We are tired of the lies you are handing out. DU you need to learn to get by on what you have and if you can't then cut back on your paychecks. I no longer believe a word any of you say about charging more. Maybe, you have too many benefits and too many payraises and it is time to just save us some money instead of spending more. That is the kind of City Planner we want. Look at the condition our country is in.. greedy politicians. I am sooooo... tired of hearing you want more money.. You dumb asses have ruined our country and trying to ruin our city.. well, I am happy to say we aren't going to put up with your careless spending and you greedy ways of getting what you want in the deal. "FIRE THE LAWYER FROM GEORGIA">> I dare you to hire an out of state lawyer with our city money.. Who do you think you are?? We want a city lawyer.., We have a town full of lawyers and we want them to have our business and pass it around to all of them. You have been living big off of OUR money.

I urge everyone to sign the petition. The Kite store is on Spring Ave. next door to Whitt's Bar B Q. The parking lot is full all day with people signing. Take a couple sheets home and get your friends to sign.

Hammon's you really come up with a solution..LOL That is a joke .. you are hiding thing's just like Reeves , Stanford and Anders. We no longer care what you think because we know you four are not for the welfare of the people of this city.. You are all four for what you can get for yourselves. Our city business hasnt been that important to you thus far.. not reading the papers you signed and then, wanted Gail Busbey fired because she didn't do what the four of you wanted her to do.. Get a life... I think you must be on the happy weed..

**Report inappropriate comments**
On 8/25/09 at 07:13 PM, **Mossy oak from** wrote:
wont happen!!

**Report inappropriate comments**
On 8/25/09 at 09:39 PM, **Tiffeny from** wrote:
I assure you, J R, I am not Gary (Hammons, I assume). I agree with the arguments that the city council members and the mayor are doing a disservice to this city. However, I just fundamentally have a problem with giving someone that it not elected by the people the power to run the city. At least with elections, people have the chance to vote them out. What does it say about the voters who picked these fools? Maybe they should try to do better next time.

**Report inappropriate comments**
On 8/25/09 at 11:07 PM, **J R from** wrote:
Wendy,

Only Gary would think that Gary had a solution. His (your) solutions only bring more chaos. He (you) are too self-absorbed to even begin to think about what is best for Decatur.

**Report inappropriate comments**
On 8/25/09 at 11:56 PM, **JAMES W from DANVILLE** wrote:
Mossy Oak;

are you stuck on repeat, repeat, repeat????? Ground hog day ???

**Report inappropriate comments**
On 8/26/09 at 12:25 AM, **J R from** wrote:
Mossy (Chirs), You really have a bad attitude for a Baptist. Does your Daddy's congregation know that this filth comes from the same mouth you mumble at church with?

**Report inappropriate comments**

On 8/26/09 at 04:00 PM, **Tiffeny from** wrote:
You're funny, J R. But you seem just a tad paranoid. I'm sorry if I, as a female, believe choosing public officials through free and fair elections is chaotic as opposed to their appointment by political leaders. For some strange reason, I just think citizens should have a choice about who runs their city. You know, the whole popular elected government idea? Anyway, I never said Gary had a solution. In my opinion, I hope they are all voted out.

**Report inappropriate comments**



HYUNDAI
GET INTO THE DETAILS OF
THE HYUNDAI QUALITY STORY.
New Thinking. New Possibilities.

Home | My account | Log out | Mobile | Subscribe

# Decatur Daily.com

THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

**TN VALLEY SEARCH:**

TN Valley Contests | Classifieds | Autos |

33° Sunny

Decatur, Ala. | Wednesday, December 28, 2011 | Last Update:

| Home | Local News | Other News | Sports | Living | Business | Classifieds | Opinion | Multimedia |

8/26/09 | 2 comments | 2027 views

SHARE

# Reeves: Petition doesn't fix real issue

**Evan Belanger**
Staff Writer

Council President Greg Reeves is not taking a formal position on efforts to change Decatur's form of government, saying he prefers to focus on what can be done this term.

But he also says he does not think a petition being circulated among local voters addresses the real problem faci[n]g Decatur. He described that problem Tuesday as a nationwide struggle to get the best and brightest to seek public office.

"Irrespective of whether the voters bring in a city manager or whatever, it's still going to come back to fielding quality candidates in these council or mayor positions," he said.

Meanwhile, retired city employee Gary Voketz, who is circulating the petition, reported Tuesday he has collected 250 of the 1,018 signatures needed to force a referendum that would allow Decatur voters to consider changing their form of government.

He also said at least 100 petitions were still circulating in the community and he expects to have more signatures when they are returned.

"We'll take as long as it takes, because we're *going* to have an election," he said.

By switching to a city-manager form and changing the way the city elects its council Voketz said, he hopes to restore continuity and professionalism in local government.

In an opinion column published in *The Daily*, Voketz said each administration in Decatur is worse than the last and the city is "becoming the laughingstock around the state," because "there is no effort to establish any kind of teamwork."

## Reeves' proposal

Reeves proposed his own solution Tuesday, saying he wants to help cultivate leadership in Decatur and encourage those with track records of success in business and community leadership to seek public office.

Case 5:14-cv-00540-AKK   Document 59-5   Filed 10/28/15   Page 13 of 42
Reeves: Petition doesn't fix real issue - Decaturdaily.com

Page 2 of 3



**StateFarm**

**State Farm offers discounts up to 40%\* on auto insurance.**

**Get a Quote ▶**

\*Not available in all states.

He proposed organizing a seminar for would-be politicians to see what's involved in seeking and serving in public office. If that means he does not serve on the council next term, he said, he would happily step aside for another qualified candidate.

"My attitude on city leadership is that you get in, you work hard, you serve four years and pass the baton," he said. "It's more of a community service."

Reeves said that seminar could involve input from past politicians in Decatur's history, as well.

If Voketz gets enough signatures and the voters approve, the city would change to a council-manager form of government after the next municipal election in 2012. The change would include dividing the city into three districts instead of five, with each electing a council member and a fourth elected at-large.

Voketz, who retired from the city in 1996, served as its planning director and its community development director. He also served as executive director of the North-central Alabama Regional Council of Governments.

Reeves, a local attorney who owns his own law firm, is serving his first full term on the City Council.

   **E-mail this**   **Print this**

## Comments

**2 comments on this item**

Remove scrollbar

On 8/26/09 at 12:23 AM, **J R from** wrote:
...and Reeves is doing a poor, poor job.
**Report inappropriate comments**

On 8/26/09 at 10:41 AM, **Bonnie from Ocean Springs** wrote:
You will find better candidates applying for the leading positions in local government when the structure of the government is stricter and the people in office are held accountable for their actions. Only those who APPROVE of this level of accountability will consider running for office. Crooks avoid scrutiny whenever possible.
**Report inappropriate comments**

**Post a comment**

Post comment

**WITH WEIGHT WATCHERS ONLINE FOR MEN.**

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service



Home | My account | Log out | Mobile | Subscribe



THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

All    Local News   Yello

**TN VALLEY
SEARCH:**

TN Valley Contests | Classifieds | Autos |

68° Sunny

**Decatur, Ala. | Friday, September 30, 2011 | Last Update:**

8/16/11 | 11 comments

SHARE

# Decatur redistricting: 5 plans

## 2 proposals would mean end of black majority in District 1; hearings to seek public input

**By Tiffeny Owens**

Five redistricting plans were unveiled to the Decatur City Council on Monday, with two of them re-configuring District 1 from a majority-black district to a plurality-black district.

Based on 2010 U.S. Census data, each plan reorganizes the five current districts into three council districts — a requirement under the council-manager form of government voters approved last year. Each option has different percentages for a majority-black or plurality-black district: 60 percent, 55 percent, 51 percent, 45 percent and 37 percent.

The proposals represent the city's efforts to implement the new form of government while complying with the federal Voting Rights Act of 1965. The law requires municipalities to consider the impact changes to voting procedures have on minorities and the ability of those elected candidates to impact policy, said Herman Marks, Decatur's city attorney.

In 2010, Decatur residents voted 5,004 to 4,475 to switch from a mayor-council system to a council-manager form of government for next term.

Under the system, a professional city manger, instead of an elected mayor, is in charge of administrative affairs. The council can hire or fire that manager with a majority vote.

The city would elect three council members by district and two at large. The at-large members would be recognized as the mayor and assistant mayor for ceremonial purposes.

The most potentially controversial of the options would create districts of equal population — i.e. one man, one vote.

Under that structure, the city could be split with roughly 18,000 people in each of the three districts. But it would dilute District 1's black majority, which sat at 60 percent in 2010, to a 37 percent plurality.

District 1 Councilman Billy Jackson said the change could systematically silence the voice of his predominately black constituents.



"It's absolutely imperative we have minority representation in this city," Jackson said. "I understand people are dissatisfied with their local government as it is, but to change it so that it impacts minority representation ... I think the Justice Department will have to intervene to maintain minority representation as it is."

The city will solicit input on the redistricting plans at two public meetings. Then the council will have to agree on one plan to submit to the Department of Justice for approval. The DOJ has 60 days to respond, which puts Decatur in a time crunch to have the new district in place for the 2012 municipal elections.

"We're going to ask the Justice Department to expedite the review so we can hopefully have the new districts ready for the August (2012) elections," said Karen Smith, Decatur's city planner.

If the DOJ rejects the recommendation, the city must revert to the current districts, which, in effect, would nullify voters' request for a new form of government.

Finding the balance between minority representation (trends show District 1 residents dispersing south into the city) and districts of equal populations is a fight against math, city officials said.

"You can't turn 12,000 into 18,000," Smith said in reference to the total number Decatur's black residents. "We want to do everything we can to ensure minority representation while at the same do our best to implement what the voters wanted with this new form of government."

The redistricting plans are available online at the city's website, www.decaturalabamausa.com, at the city clerk's office and the planning department. The council has set the special public meetings for 6 p.m. on Aug. 29 and Sept. 12 at Decatur City Hall.

Residents who wish to comment on the plans must submit a proposal in writing to the planning department at least two days prior, before 5 p.m., to the public meetings. Those who make written submissions also can speak at the public meetings.

**Attachments**

Decatur's five proposed district maps.
application/pdf, 1.4 MB

A demographic breakdown of each plan.
application/pdf, 1.6 MB

   
E-mail this   Print this

## Comments

**11** comments on this item                                          Remove scrollbar

On 8/16/11 at 04:38 AM, JOSEPHINE from Danville wrote:
Sounds like the DOJ will have a decision to make.
**Report inappropriate comments**

On 8/16/11 at 08:22 AM, JAMES from wrote:

I am so sick of this minority bull, I thought the whole idea of this was EVERYONE being equal. You don't have the White College Fund like the Negro College Fund, you don't have WET like BET. They want to be equal but still have the special treatment. It's time to GET OVER IT

**Report inappropriate comments**

On 8/16/11 at 08:42 AM, Northwest Resident from wrote:

Billy, you are correct sir. We cannot loose our voting voice! We must have minority representation in this city

## Post a comment

Post comment

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service



Decatur Daily.com

THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN VALLEY
SEARCH:

All   Local News   Yello

TN Valley Contests | Classifieds | Autos |

63°  Sunny          Decatur, Ala. | Friday, September 30, 2011 | Last Update:



9/4/11 | 3 comments                                                    SHARE

# Uphill battle for Decatur redistricting

## Change of city government faces state, federal hurdles

**By Tiffeny Owens**

Although Decatur voters sent a message that they want their city professionally managed, officials now face an uphill battle implementing the request, hamstrung by state and federal requirements.

The City Council will decide Sept. 19 on a redistricting plan that merges 2010 Census data with a council-city manager governance structure to submit to the U.S. Department of Justice for approval. Officials agree that getting the federal agency's preclearance is the biggest obstacle.

Decatur has to adhere to the three-person council setup required by the state's Council Manager Act of 1982, which voters approved in the April 2010 referendum. Therein lies the issue: None of the five redistricting options the city has come up with reorganizes the current five council districts into three relatively equal populations while preserving minority representation.

Without a majority black district, any plan submitted to the Justice Department likely will be rejected.

"It's an issue of an intergovernmental power play," said Cynthia Bowling, director of Auburn University's Public Administration doctorate program. "Alabama doesn't have home rule, which means it won't allow a city like Decatur to choose the district situation for a city-manager form of government that works best for Decatur."

In the run-up to the referendum vote, it was pointed out that voting for a new form of city government may be an exercise of futility. That's because apparently no mathematical equation exists that allows the concept of "one man, one vote" and a minority-majority district to coexist in the River City.

Since at-large council districts were eliminated in 1988, District 1 has maintained around a 60-percent black majority. However, U.S. Census data shows that during the past 20 years, black residents, historically concentrated in the Northwest quadrant, have migrated to the southwest and southeast parts of town.Drawing district lines creating a black majority is more difficult; the only way to maintain a black majority district is to make it significantly smaller than other districts. One redistricting option shows a District 1 that holds onto its 60-percent black majority, but with just 9,109 residents. In contrast, District 2 and 3 would have around 23,000 residents each, with black populations of 14 and 17 percent, respectively.

"I just don't think the Justice Department is going to go for that because it violates the 1962 U.S. Supreme Court case of Baker v. Carr, which established the one person, one vote concept," Bowling said.



On the other hand, three equal districts, with roughly 18,000 residents each, dilutes District 1's black population to 37 percent.

"That's not going to work either because that drastically affects those minority residents' opportunity to elect their own representative," Bowling said. "That has a retrogressive impact."

But Gary Voketz, the retired city planner who spearheaded Decatur's city-manager movement, said the city manager form of government gives all residents more political clout. He reasons that the two at-large positions on the council, which would be occupied by the mayor and mayor pro tem, gives each resident an opportunity to vote for three seats, rather than just the one in their district.

"Under the current system, you only have access to one official," Voketz said. "To me, it's giving the voter more of a voice on the council, being able to vote for three of the five positions."

Voketz acknowledged the city was "in a bind" having to comply with the Voting Rights Act of 1965 while implementing the "only city-manager form of government available to Decatur." But he maintains his support for a professionally run city.

"I hope the city submits the plan they think the Justice Department will accept, even if that means having a smaller District 1 and two larger districts," he said.

City Council President Gary Hammon said he favors the plan where there's "even distribution" across three districts.

When evaluating redistricting plans, the Justice Department doesn't use any predetermined or fixed demographic percentages as guidance. However, election history, voting patterns within the jurisdiction, voter registration and turnout information are considered in the assessment process.

Xochitl Hinojosa of the Justice Department's civil rights division declined to speak about Decatur's redistricting plans last week, but she said the standard that's applied is how a redistricting plan would affect minorities' ability to elect the preferred candidate of their choice and the ability of that official to affect policy.

The Justice Department would have 60 days to respond to Decatur's submission. If approved, the new districts would be implemented ahead of the August 2012 elections. If rejected, Decatur would have to maintain its five-district arrangement.

## Public hearing

The Decatur City Council will hold a second public hearing on redistricting at 6 p.m. Sept. 12. Those who submit written comments or questions to the city's planning department by 5 p.m. Friday will be given priority at the hearing. Council members will vote on a plan on Sept. 19.

  ✉ **E-mail this**    **Print this**

## Comments

**3** comments on this item                                                          Remove scrollbar

On 9/4/11 at 01:11 AM, **Jerry from** wrote:
Who cares what City Council President Gary Hammond says? He's usually lying.

**Report inappropriate comments**

On 9/4/11 at 10:45 AM, **Jack from** wrote:

Well where is the white district, where's the hispanic district? This is the biggest form of racism as I've ever heard of. We should all be for the betterment of Decatur, not just an individual preference. I have never heard of a minority majority.

**Report inappropriate comments**

On 9/5/11 at 09:53 AM, **Tony from** wrote:

"Without a majority black district . . . .". Why is this necessary? We are ALL citizens of Decatur. Why does skin

## Post a comment

Post comment



Paying your bills has never been so easy.

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service



Introducing the all new
**Bank Independent Bill Pay**



Home | My account | Log out | Mobile | Subscribe



**TN VALLEY SEARCH:**

All    Local News    Yello

THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN Valley Contests | Classifieds | Autos |

63°  Sunny          Decatur, Ala. | Friday, September 30, 2011 | Last Update:



9/6/11                                                    SHARE

**NEW TODAY**

# Redistricting may be hot topic for community meeting

Decatur's District 1 residents will hold their monthly community meeting tonight at Turner Surles Community Resource Center.

The meeting begins at 7 p.m. Residents are expected to discuss the city's five proposed redistricting plans, two of which reduce District 1's black majority to a plurality, among other concerns in the district.

The community meeting comes ahead of a second public hearing on redistricting at City Hall at 6 p.m. Monday. Decatur is trying to implement the new council-city manager form of government with 2010 census data by reorganizing the current five council districts into three.

TIFFENY OWENS

Post a Comment      **E-mail this   Print this**

**Post a comment**

Post comment



Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre.

Use of this site signifies your agreement to the Terms of Service



"If Corey Can't
Get It Done No
One Can"

Home | My account | Log out | Mobile | Subscribe

# DecaturDaily.com
THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

**TN VALLEY
SEARCH:**

All   Local News   Yello

TN Valley Contests | Classifieds | Autos |

63° ☀ Sunny     **Decatur, Ala. | Friday, September 30, 2011 | Last Update:**



9/11/11

🔲 SHARE

# Second Decatur redistricting hearing Monday

Decatur residents will get one last chance to comment on five proposed city council redistricting plans Monday night.

The public hearing will be the last item on the council's agenda for the 6 p.m. meeting. The plans up for discussio reorganize the current five districts into three districts, which is required under the council-manager form of government voters approved in 2010. The redistricting plans also take 2010 U.S. Census data into account.

Each of the five plans put a different percentage of black residents in District 1: 60 percent, 55 percent, 51 percent, 45 percent and 37 percent. The city must submit a district plan to the U.S. Department of Justice for approval. Officials want to implement new council districts in time for the August 2012 municipal elections.

TIFFENY OWENS

[Post a Comment]     ✉           🖨
                  **E-mail this   Print this**

## Post a comment

Post comment





Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service



Introducing the all new
**Bank Independent Bill Pay**



Home | My account | Log out | Mobile | Subscribe



All   Local News   Yello

**TN VALLEY
SEARCH:**

THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN Valley Contests | Classifieds | Autos |

63° 😎 Sunny            **Decatur, Ala. | Friday, September 30, 2011 | Last Update:**



9/19/11 | 12 comments

🔖 SHARE

**NEW TODAY**

# District 1 not majority black in plan OK'd by council

The Decatur City Council approved a controversial plan to divide the city's current five districts into three of "substantially equal populations," eliminating District 1's black majority.

The council voted 3-1 today to submit the three -district plan, which complies with the council-manager form of government voters approved in 2010 and implements 2010 U.S. Census data, to the U.S. Justice Department for pre-clearance. Councilman Billy Jackson voted no, and Councilman Ronny Russell was not present.

The plan approved today would reduce District 1's black population from its current 60 percent majority to a 37 percent plurality, meaning it would remain the biggest demographic in that district.

The Justice Department has 60 days to respond to the plan. If approved, the city could implement the three-district plan for the August 2012 municipal elections. If rejected, the city would have to revert to its current five council districts.

The council-manager form of government would also include two at-large council positions which would be held by a mayor and a mayor pro tem. A professional city manager would handle the city's administrative affairs while the mayor's role would be mostly ceremonial.

TIFFENY OWENS



Daily photo by John Godbe

District 1 Councilman Billy Jackson voted against the plan that would eliminate the black majority in his district.

BUY THIS PHOTO

  

**E-mail this   Print this**

## Comments

FOR
$129
A YEAR
YOU
COULD
GET:

| 12 comments on this item | Remove scrollbar |
|---|---|

On 9/19/11 at 11:10 AM, **Tony** from wrote:

Does this mean the Mayor's salary gets a "ceremonial" reduction??

**Report inappropriate comments**

On 9/19/11 at 11:23 AM, **Northwest Resident** from wrote:

This is an OUTRAGE!! How can a city suppress a portion of people like this? You can guarantee I'll be contacting the TV news stations to bring some public awarness to this.

**Report inappropriate comments**

On 9/19/11 at 11:43 AM, **First** from wrote:

*What's the matter Northwest? Don't like being treated equally?*

## Post a comment

Post comment

District 1 not majority black in plan OK'd by council - Decaturdaily.com
Case 5:14-cv-00540-AKK Document 59-5 Filed 10/28/15 Page 29 of 42
Page 3 of 3

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre.

Use of this site signifies your agreement to the Terms of Service

Home | My account | Log out | Mobile | Subscribe



**TN VALLEY SEARCH:**

All   Local News   Yello

THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN Valley Contests | Classifieds | Autos |

67° ☀ Sunny

Decatur, Ala. | Friday, September 30, 2011 | Last Update:



9/20/11 | 2 comments



# Decatur OKs 3-district plan

## Proposal that drew strongest ire from Dist. 1 heads to Justice Dept.

**By Tiffeny Owens**

The Decatur City Council agreed to submit the redistricting plan that drew the most ire from District 1 residents but complies with the council-manager governing structure Decatur voters approved in 2010.

With a 3-1 vote Monday, the plan that would evenly divide the city's population into three districts — and by doing so, dilute District 1's 60 percent black majority to 37 percent of the population — now goes to the U.S. Department of Justice for pre-clearance in compliance with the Voting Rights Act of 1965.

Councilman Billy Jackson, who opposes bringing in a city manager, was the lone "no" vote Monday. Councilman Ronny Russell was out of town for a relative's funeral and did not attend the meeting.

The decision wasn't a surprise to Bill Birdsong, a representative of the Concerned Citizens of Decatur. The group spoke against the redistricting plans at two public hearings.

"We still oppose the plans, and our hope is that the Justice Department will make a speedy determination and send it back to Decatur," Birdsong said.

"We expect it to fail, and we stand ready to do whatever we can to ensure citizens of District 1 are not disenfranchised."

District 1, represented by Jackson, is the only one in the city that has a minority majority, but it's also the smallest district in population.

Jackson said he voted against the three "substantially equal" district plan because he wanted to make it clear to the Justice Department where he stood on the issue of redistricting and its impact on minority voters.

"I understand why the city has to submit a plan, but I personally can't support any of them because they don't address the need of minority representation for our city," Jackson said. "If someone is unhappy with the job someone is doing (under the present administration), they can elect someone else in the upcoming elections. But people need to research their candidates and their voting records first, and make their decisions based on that."

Council President Gary Hammon said he voted for the plan because it follows the law Decatur voters approved in council-manger form of government.

"I don't think there was another option other than to submit a plan that met the law's requirements of three nearl equal districts," Hammon said. "That was the law voters signed a petition for and voted for."



### 'One man, one vote'

Hammon supports the principal of "one man, one vote" required by the city manager form of government. "One man, one vote" means residents' votes count equally because all districts have equal populations.

Under the current districts, District 1 votes carry slightly more weight than the othe districts. Using the city's voting age population figures, for every one District 2 vote a District 1 vote counts as 1.4, while a District 5 vote counts as .83. A vote in District 3 and 4 count as .95.

In April 2010, Decatur voted 5,004 to 4,475 to replace the mayor with a city manager under the state's Council Manager Act of 1982.

### Reorganization

The change requires the city to reorganize its current five districts into three of equal populations, with two at-large council positions to be held by a mayor and mayor pro tem. A professional city manager, e.g. a person who has obtained a degree in public administration, would handle daily administrative duties while the mayor would function much like a council president, leading meetings and setting the agenda.

Decatur resident Gary Voketz, a retired city planner, spearheaded the city manager movement by collecting enough signatures to get the issue on the ballot. Voketz said he had mixed feelings about Monday's council decision, but he felt sure the vote was a political move to block the voters' call for change.

"I think they selected a plan they know could most likely be rejected by the Justice Department," Voketz said. "The council has been against having a city manager all along. If this plan is rejected, basically the federal government will be telling voters 'Hey, you're stuck with what you've got' even if they don't like and voted to change it."

If the Justice Department approved the plan, however, "it would be the biggest thrill," Voketz said.

The Justice Department has 60 days to respond to the city's plan. If rejected, the city must revert to its current districts. If approved, the districts could be in place fc the August 2012 elections. While the city awaits the Justice Department's response, it will combine 2010 census data with the current five districts to re-submit, which in essence, would nullify voters request to change their form of government.

### Attachments

The 45% minority plan based on the 2010 census.
application/pdf, 367 KB

The 51% minority plan based on the 2010 census.
application/pdf, 394 KB

The 55% minority plan based on the 2010 census.
application/pdf, 385 KB

The 60% minority plan based on the 2010 census.
application/pdf, 385 KB

The city will submit this plan that includes districts with substantially equal populations.
application/pdf, 368 KB

   

**E-mail this   Print this**

## Comments

**2** comments on this item                                                    Remove scrollbar

On 9/20/11 at 05:51 AM, **L from** wrote:

If someone is unhappy with the job someone is doing (under the present administration), they can elect someone else in the upcoming elections. But people need to research their candidates and their voting records first, and make their decisions based on that."

Billy, thas how you got Don Kyle kicked out by having everyone in your district back our current mayor. Maybe they should not listen to you this time, maybe its time your district elect someone else.

**Report inappropriate comments**

On 9/20/11 at 09:23 AM, **MICHAEL E from** wrote:

It is Billy Jackson's fault in the 1st place that we are where we are at now.

And now you wanna cry Billy; give me a break. You did this so whatever happens you deserve it.

## Post a comment

┌─────────────────────────────────────────────────────────────────────┐
│                                                                       │
│                                                                       │
│                                                                       │
│                                                                       │
│                                                                       │
└─────────────────────────────────────────────────────────────────────┘

Post comment



## Paying your bills has never been so easy.

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service

Case 5:14-cv-00540-AKK Document 59-5 Filed 10/28/15 Page 33 of 42
Manager vote is lost cause - Decaturdaily.com
Page 1 of 3



Home | My account | Log out | Mobile | Subscribe

9/23/11 | 2 comments | 552 views

**EDITORIAL**

# Manager vote is lost cause

In a rebellion against perceived incompetence in city government, the people of Decatur voted in April 2010 to adopt a city-manager form of government.

Many city leaders — even those without a vested interest — warned that the referendum was a waste of time. It required a change that could not take place.

The City Council now is facing the unpleasant task of trying to honor a referendum result that cannot stand.

The referendum required the city to implement a 1982 law that would divide the cit into three districts instead of its current five. Two at-large council members would be named mayor and assistant mayor.

Regardless of the number of districts, state law requires each district to "contain as nearly as is possible the same population."

Section 5 of the Voting Rights Act of 1965 prevents the U.S. Department of Justice from approving any redistricting plan that leaves a minority group worse off than it was before the redistricting. Thus, the department cannot approve a plan that eliminates the one district in which Decatur blacks currently are in the majority.

There is no way to honor the three-district referendum requirement while abiding b state and federal law.

The City Council did the only thing it could on Monday by submitting a three-district plan it knows the U.S. Department of Justice will reject.

The end result will be that the referendum stands as a ceremonial protest with no impact on the form of government.

The main lesson from this costly but ineffective venture is that it pays to vote. Many Decatur residents understood the referendum could not work.

Because only 31 percent of voters took the time to go to the ballot box, however, the referendum passed with only 5,004 affirmative votes.



energyright solutions TVA

Get one online for free.

Click to get started.

 **Post a Comment**    ✉ **E-mail this**    🖶 **Print this**

## Comments

**2 comments on this item**    Remove scrollbar

On 9/23/11 at 12:49 AM, **Yeah or Maybe No from** wrote:

Yeah, well, only 31 percent voted because the remainder were/are of the opinion their voice will not count any way. This issue is case in point.

**Report inappropriate comments**

On 9/23/11 at 12:52 AM, **Jerry from** wrote:

Regardless, this bunch is out. The referendum was but a foreshadowing of things to come. THANK goodness. Liars and Cheater and Players, oh my.

**Report inappropriate comments**

## Post a comment

Post comment

Aciphex

Your heartburn, with or without these symptoms, could be a
match for acid reflux disease.

Burning    BAD TASTE
IN YOUR THROAT    Belching

FREE TRIAL

14
DAYS

CLICK HERE

▪Low magnesium c
medicine for at lea
experience any of
abnormal or fast h
Full Product Informati

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre
Use of this site signifies your agreement to the Terms of Service





Home | My account | Log out | Mobile | Subscribe



THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN VALLEY SEARCH:

TN Valley Contests | Classifieds | Autos |

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

1/31/12 | 6 comments | 480 views                                              SHARE

# 56% plan draws mixed reactions

**By Tiffeny Owens**

Two city school board members, a District 1 resident and a registrar spoke Monday night about Decatur's proposed redistricting.

Discussion centered on a five-district plan that would create a 56 percent black majority in District 1. It's currently 60 percent black.

It was the City Council's second public hearing on five proposed five-district plans which would retain a council-mayor government. The council will vote Monday to submit a plan to the Justice Department.

District 4 school board member Dwight Jett Jr. and District 5 school board member Donnie Lane spoke in opposition to the 56 percent plan, challenging the relocation of Oak Lea residents in Lane's District 5 to Jett's District 4.

"Those people are going to lose their voice, and we would have just two schools in District 5 out of (the city's) 18, Lane said.

Jett asked the council to consider an alternative plan because it would maintain the socioeconomic integrity of his district.

Under the plan, residents living in the area around Decatur Mall would move into District 4 from District 5, while Oak Lea residents would remain in District 5. District 4 Councilman Charles Kirby favors that plan.

Like the other proposal, the alternate plan would leave District 1 with a 56 percent black majority.

"With the original 56 percent plan, (District 4) is less contiguous and less compact," Kirby said. "When you look around Austin High School, that's District 4. You look around the Oak Lea neighborhood, that's obviously District 5."

City Planner Karen Smith recommended the original 56 percent plan because it affects only nine precincts versus the alternative 56 percent plan, which would change 11.

"There's less impact on precincts, there's cleaner, straighter boundary lines, and it reunites neighborhoods," she said.

Case 5:14-cv-00540-AKK   Document 59-5   Filed 10/28/15   Page 37 of 42

Adonis Bailey, Morgan County Board of Registrars chairwoman, implored the council to consider the costs of notifying voters of district and precinct changes.

"The fewest people you can impact in an election year is the best plan," she said. "My office has already spent $10,000 on mailings for the U.S. Congressional change and the change of a county polling place."

The city has four other five-district plans, which create black District 1 majorities of 60 percent, 55 percent, 51 percent and 50 percent. District 1 resident Samuel King said he favored the original 56 percent plan but said later he could support the alternative plan since it didn't impact his district.

District 1 Councilman Billy Jackson did not attend Monday's public hearing because of work.

When reached later by phone, he said he would not support the alternative 56 percent plan because it was a "clear case of gerrymandering." Jackson worked with Smith to create the original 56 percent plan.

"Hundreds of hours were spent on the first 56 percent plan, and the lines were drawn as straight as possible," Jackson said. "I think the alternative plan is an attempt to pick up constituents that will vote their way."

Councilman Greg Reeves, Roger Anders and Gary Hammon initially favored the original 56 percent plan, but by th end of the public hearing, they all said they could support the alternative plan for Monday's vote.

 

**E-mail this    Print this**

## Comments

**6 comments on this item**                                    Remove scrollbar

On 1/31/12 at 05:53 AM, **Steve from** wrote:

Why is the perception that it is us against them? People have the same desires, wants and needs concerning this city. I truly believe it is more about votes for the council people than the good of their communities.

**Report inappropriate comments**

On 1/31/12 at 08:10 AM, **Tony from** wrote:

We voted to adopt a City-Managaer form of government. I believe that in a democracy when voting is concerned majority wins. So why is it that the minority vote is the winner here??

**Report inappropriate comments**

On 1/31/12 at 08:21 AM, **First from** wrote:

How is it non-discriminatory to even mention race in a redistricting plan. It seems race is ONLY what the plan is

## Post a comment

Post comment

 **The Decatur Daily**
THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

 **LIKE our Facebook page**
**for your chance to win an iPa**

Home | My account | Log out | Mobile | Subscribe

 **DecaturDaily.com**
THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

**TN VALLEY SEARCH:**

All | Local News | Yello

TN Valley Contests | Classifieds | Autos |

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

2/5/12 | 1 comment | 323 views                                  🔗 SHARE

# Voter mandate ignored?

## City Council moving ahead with 5-district plan based on census

**By Tiffeny Owens**

Whether Decatur ignored a voter mandate to install a city manager when it withdrew its redistricting plan before it was accepted or rejected by the Justice Department is open for debate.

But it is no longer an issue of City Council debate.

And while a judge ultimately could intervene if a citizen challenges the city in court, the City Council moves ahead Monday with its new five-district plan based on the 2010 census.

It maintains the council-mayor government.

The discarded three-district plan approved by voters and submitted in October would have established a council-manager government.

City officials said their judgment was they wouldn't be able to get Justice to approve a three-district plan and couldn't delay preparing a substitute five-district plan. The city aims to adjust population inequalities between District 1 (with 8,098 residents currently) and District 5 (with 13,047).

Last month, the City Council voted unanimously to withdraw the three-district plan after receiving a letter Dec. 19 from the Justice Department seeking more information from past elections and demographics statistics before making a decision.

The Justice Department stated that redistricting information it received was "insufficient to enable us to determine that the proposed changes do not have the purpose and will not have the effect of denying or abridging the right to vote on account of race, color or membership in a language-minority group."

The issue with the council-manager redistricting plan was that it diluted District 1's black majority of 60 percent to 37 percent. The state's Council Manager Act of 1982, which authorized the referendum approved by Decatur voters in 2010, calls for the city's population to be split into three districts of roughly 18,000 residents each.

The city interpreted the Justice Department's response to mean it would not receive pre-clearance. And no additional information exists that could sway the Justice Department to approve it, City Attorney Herman Marks said.

Birmingham elections attorney Edward Still said any citizen could challenge that with a lawsuit, but Marks said no means exist to make the three-district plan work.

"This form of government just does not fit our city's demographics," Marks said. "It's mathematically impossible to create a minority-majority district and comply with state law."

The city has about 12,000 black residents, but historical census data shows they have dispersed across the city over the past 30 years.

## Disparity focus

The city's focus now is addressing population disparities among districts before time runs out, City Planner Karen Smith said. A new district map must be pre-cleared by May 28, three months before the Aug. 28 municipal elections, or the current five districts based on 2000 Census data will remain in place.

"We don't have time to continue trying to implement a plan that doesn't work with our demographics," Smith said. "Residents who feel strongly about having a city manager need to discuss it with political candidates."

The three-district system was the only council-manager plan that could be adopted by citizen initiative in Decatur. Still said it's not unusual for a jurisdiction to withdraw a plan from federal review if it believes the plan wouldn't be approved and especially if another redistricting plan stood a better chance.

"The city probably got a good sense of which way it was headed from conversations with Justice Department officials," Still said.

Decatur resident Gary Voketz, who started the petition to require a vote on a city manager, said he wished the city would have pursued the three-district plan to the end. He has no plans, however, to push the issue.

## Wait for rejection?

And although he voted to withdraw the plan, District 1 Councilman Billy Jackson agreed with Voketz that the city should have waited for a clear approval or rejection.

"We had time to submit the information they wanted," Jackson said. "Withdrawing it early was just a way for the rest of the council to get out of something they've never supported from the beginning. Listen, I'm not for it. They've never been for it, but their constituents wanted a council manager."

Jackson said he voted to withdraw the plan because it reflected his constituency's wishes. District 1 voters overwhelming rejected changing the government. They also turned out to oppose the three-district plan at public hearings in September.

## Basics of proposed 5-district map

The Decatur City Council will vote Monday to submit a five-district plan to the U.S. Department of Justice for pre-clearance. Below are what residents can expect if the plan is approved:

Reduces District 1's 60 percent black majority to 56 percent.

Eleven voter precincts impacted.

Oak Lea neighborhood in Southwest Decatur split into Districts 3, 4 and 5.

District 1 expands south into area previously designated District 4, encompassing residents living south of former boundary Eighth Street Southwest.

District 4 expands southwest into area previously designated District 5, picking up residents living around Wimberly Drive and Glenn Street Southwest.

District 3 expands west across former boundary Spring Avenue to Danville Road Southwest into previously designated District 5.

District 1        9,698 residents

District 2        11,825 residents

District 3        11,588 residents

District 4        11,516 residents

District 5        11,056 residents

## Voting on redistrict plan Monday

At 6 p.m. Monday, the City Council will vote to submit a five-district plan, adjusted for 2010 census data, which gives District 1 a 56-percent black majority.

### Attachments

The 56% Minority District 1 plan that was adjusted for 2010 census data. The City Council is expected to vote to submit this plan on Monday night.
application/pdf, 239 KB

The 56% Minority District 1 alternative plan that was adjusted for 2010 census data.
application/pdf, 210 KB

### Related Links

Decatur City Council website

   
**E-mail this   Print this**

## Comments

| 1 comment on this item | Remove scrollbar |
|---|---|

On 2/5/12 at 06:15 AM, **NAT from** wrote:
Just ignore the voters and they will go away right. I will be so glad when Decatur votes out the clowns that are in office.
**Report inappropriate comments**

## Post a comment



IF YOU NEED TO
• Get a Reloadable Prepaid Card
• Send and receive money
• Pay Bills
• Cash checks    WE'RE HERE

Home | My account | Log out | Mobile | Subscribe

# DecaturDaily.com
### THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN VALLEY SEARCH:    All | Local News | Yello

TN Valley Contests | Classifieds | Autos |

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

2/8/12 | 3 comments | 129 views    SHARE

**EDITORIAL**

## City rebuffs its voters

The Decatur City Council stepped into perilous territory Monday when it approved a redistricting plan that voters rejected in a 2010 referendum.

The council approved a five-district plan that retains a full-time mayor and five district council members. The referendum mandated a three-district plan and a switch to a council-manager form of government.

The city fluctuates between two theories to justify ignoring the referendum.
One, city officials say the U.S. Department of Justice basically rejected the three-district plan in a letter dated Dec. 19. Two, they argue that even if the Justice Department has not already rejected the three-district plan as violative of the Voting Rights Act, it would have eventually.

The Dec. 19 letter came in response to the city's initial application — submitted in accordance with the referendum — to change to three districts, none of which had a black majority. The letter from the Justice Department included the phrase, "the information sent is insufficient to enable us to determine that the proposed changes" comply with the Voting Rights Act.

The letter goes on to request additional information and to explain that, absent a response, "the Attorney General may object to the proposed changes consistent with the burden of proof placed upon the submitting authority."

The warning that it "may object" is very different from a rejection. The city withdrew its request for three-district approval without waiting for a Justice Department decision.

The quoted portions of the letter, relied upon by the city as a rejection of the three-district plan, are part of a Justice Department form letter it uses anytime it seeks additional information. On the same day, the city of Huntsville received a letter with the same language.

The city's alternative argument is that, eventually, the Justice Department would have rejected the plan. This may be the case, but it's far from certain. Two U.S. Supreme Court cases issued last month showed unusual deference to the political process in Voting Rights Act cases.

The referendum vote in 2010 was a protest against what voters perceived as ineffective city government. The vote may have been rash, and it would not be a disaster if the Justice Department blocked it. But the Justice Department has not done so.

Instead, the same city government that was the target of the referendum is rejecting the referendum. In a democracy, such a rebuff of a direct expression of popular will is both unusual and perilous.

  
**E-mail this    Print this**

## Comments

**3 comments on this item**                                             Remove scrollbar

On 2/7/12 at 10:51 PM, **JAMES M from decatur** wrote:

The government of Decatur will do what they want to do. The residents of Decatur will not say anything, because they do not know what is going on or do not care.

**Report inappropriate comments**

On 2/8/12 at 12:13 AM, **Peter from** wrote:

Another example of why the public does not

When we elect politican of any party they are only going to be self serving as they don't care about what's good for voters.

I have adopted a new voting policy of giving all politicans one term in office because the longer they are in office the more corrupt they become.

## Post a comment

Post comment