FILED
2015 Oct-28  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 14

Public hearing meeting materials

INCLUDING

- Comments and Power Point slides form January 23, 2012 Public Hearing
- Power Point slides form January 30, 2012 Public Hearing
- Comments and Power Point slides form February 6, 2012 Public Hearing

The City of Decatur like many other cities in the United States is required to redraw its voting districts after the release of the US 2010 census figures. This is done to ensure that the residents of the city get equal and fair representation from its elected officials.   Alabama is a "section 5 state" and we are required to get any changes that we make to our voting processes pre-cleared by the Department of Justice.  This is to ensure that nothing is done that would have a negative impact on the minority populations ability to elect its candidate of choice.  In 1988 when the city was required to go to election by district, standards were established and approved by the Department of Justice because of our Section 5 status. The top priority was to establish a voting district that had a majority of minority residents. In Decatur that is District 1.  We also have as a standard for all of the districts be within plus or minus 5% of the ideal district size or the population according to the census divided by 5.  Other standards we work with include having as little impact as possible on established neighborhoods, keeping current elected official in their current districts and having minimal impact on existing voting precincts.  We have tried to use the same standards since 1988 so that we are very consistent with the way we establish our voting districts.  We do not however use socio economic characteristics as a standard as voting districts should be representative of our whole city.

## Current

The first slide shows the current voting districts with the 2010 census figures applied to them. Decatur's population according to the 2010 census is 55,683. That makes our ideal district size 11,137. As you can see from the next slide both districts 1 and 5 are out of the + or – 5% range. We need to redraw our voting districts to achieve equal and fair representation.

We have looked at five options to do this. Since our first priority is to establish a majority minority district all of these options are based on the impact we have on District 1 which was 60% minority the last time we did this.

## 50% Plan

The first option has the minority population of District 1 at 50%. While this does a fairly good job of meeting the + or – 5% standard it has a few problems when compared to the other established standards. First District 1 in no longer majority minority and second it moves one of the city's elected officials from his district into another district. We do not feel this plan will work for our city.

## 51% Plan

The next option has the minority population of District 1 at 51%. It also does a good job of meeting the + or – 5% standard and establishes a slight majority of the minority population in District 1. However, it moves one of the city's elected officials out of his district into another district. We do not feel this plan will work for our city.

## 55% Plan

The next plan has the minority population of District 1 at 55%. This is a stronger level of minority representation, but it is still down from the 60% that was last pre-cleared by the DOJ. It does not meet the + or – 5% standard but we feel that the 10.48% is acceptable and is better than the 17.82% that the DOJ pre-cleared the last time Decatur was redistricted. The other four districts are all within the + or – 5% standard. This plan also leaves all of the current elected officials in their current districts. However this plan impacts the boundaries of 12 precincts as opposed to 9 in the 56% plan we will look at next.

## 56% Plan

This plan has the minority population of District 1 at 56%. This is a stronger level of minority population but it is still down from the 60% that was last pre-cleared by the DOJ. This proposal does not meet the + or – 5% standard but again we feel that 12.92% below in district 1 is an improvement from the 17.82% that the DOJ pre-cleared last time. District 2 which is one of our smallest and most stable districts with respect to growth is 6.18% above the ideal district size. We feel this is acceptable since it was the district that saw the least change in population between the two census years. This plan also leaves all of the current elected officials in their current districts. It keeps most of our established neighborhoods together and in fact puts most of the Oak Lea neighborhood into the same voting district. The bulk of the built part of Oak Lea will be in one voting district. It impacts 9 precincts which is the least number of precincts impacted of the usable plans.

## 56% Alternative Plan

The next plan we will consider was proposed by some citizens of Decatur. It also has 56% minority in district 1 and is very similar to the first 56% plan. It also has slightly less clear boundaries. This plan was proposed based on perceived socio economic characteristic which is not a standard that we use to establish voting districts. I am not aware of any analysis of the area or even if this level of data is available at this time. However, this plan splits the Oak Lea neighborhood into three voting districts and impacts 11 voting precincts.

## 60% Plan

The last plan we considered was one that left the minority majority of 60% in tact in District 1.  This put District 1 27.29% below the ideal district size and the other four districts over 6.65 % above the ideal district size. We do not feel this will allow for fair and equal representation for all the citizens of Decatur.

# PROPOSED REDISTRICTING PLANS

DECATUR, AL
1/21/2012



# CURRENT DISTRICT DEMOGRAPHICS BASED ON THE 2010 CENSUS

**CURRENT**

| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 8098 | -3039 | -27.29% | 5743 | 4859 | 60.00% | 3444 | 59.97% | 3239 | 40.00% | 2299 | 40.03% |
| District 2 | 11023 | -114 | -1.02% | 8637 | 1777 | 16.12% | 1193 | 13.81% | 9246 | 83.88% | 7444 | 86.19% |
| District 3 | 11749 | 612 | 5.50% | 8984 | 1801 | 15.33% | 1099 | 12.23% | 9948 | 84.67% | 7885 | 87.77% |
| District 4 | 11766 | 629 | 5.65% | 8978 | 2304 | 19.58% | 1492 | 16.62% | 9462 | 80.42% | 7486 | 83.38% |
| District 5 | 13047 | 1910 | 17.15% | 9914 | 1784 | 13.67% | 1236 | 12.47% | 11263 | 86.33% | 8678 | 87.53% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | | |





# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 50%MINORITY IN DISTRICT 1

50%

| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 11377 | 290 | 2.15% | 8268 | 3688 | 50.00% | 3986 | 48.21% | 5889 | 50.00% | 4282 | 51.79% |
| District 2 | 11185 | 48 | 0.43% | 8700 | 1749 | 15.64% | 1177 | 13.53% | 9436 | 84.36% | 7523 | 86.47% |
| District 3 | 10432 | 705 | -6.33% | 7949 | 1716 | 16.45% | 1036 | 13.03% | 8716 | 83.55% | 6913 | 86.97% |
| District 4 | 11695 | 558 | 5.01% | 8997 | 1696 | 14.50% | 1110 | 12.34% | 9999 | 85.50% | 7887 | 87.66% |
| District 5 | 10994 | 143 | -1.28% | 8342 | 1676 | 15.24% | 1155 | 13.85% | 9318 | 84.76% | 7487 | 86.15% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |





# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 51%MINORITY IN DISTRICT 1

| NAME | DEVIATION FROM IDEAL DISTRICT SIZE | DEVIATION PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51% | | | | | | | | | | | |
| District 1 | | | 3033 | | | | | | 83.96% | 4051 | 50.62% |
| District 2 | 48 | 0.43% | 8700 | 1739 | 15.6?% | 1177 | 13.53% | 9436 | 84.36% | 7523 | 86.47% |
| District 3 | | | 8668 | | | | 12.7?% | | | 7561 | 87.23% |
| District 4 | 29 | 0.26% | 8543 | 1637 | 14.66% | 1073 | 12.56% | 9529 | 85.34% | 7470 | 87.44% |
| District 5 | | 3.??% | | | | | | | | 7?87 | 86.15% |
| TOTAL | 55683 | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |



# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 55%MINORITY IN DISTRICT 1

| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT N FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 9970 | -1167 | -10.48% | 7742 | 5433 | 54.99% | 3853 | 53.95% | 4487 | 45.01% | 3289 | 46.05% |
| District 2 | 11762 | 625 | 5.61% | 9125 | 1807 | 15.36% | 1204 | 13.19% | 9955 | 84.64% | 7921 | 86.81% |
| District 3 | 11679 | 542 | 4.87% | 8996 | 1808 | 15.48% | 1113 | 12.37% | 9871 | 84.52% | 7883 | 87.63% |
| District 4 | 11273 | 136 | 1.22% | 8648 | 1751 | 15.53% | 1139 | 13.17% | 9522 | 84.47% | 7509 | 86.83% |
| District 5 | 10999 | -138 | -1.24% | 8245 | 1676 | 15.24% | 1355 | 13.84% | 9323 | 84.76% | 7190 | 86.16% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

55%



# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 56%MINORITY IN DISTRICT 1

| NAME | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT DEVIATION FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT AGE | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 9698 | -1439 | -12.92% | 6919 | 5439 | 56.08% | 3816 | 55.15% | 4259 | 43.92% | 3103 | 44.85% |
| District 2 | 11825 | 688 | 6.18% | 9233 | 1811 | 15.32% | 1209 | 13.09% | 10014 | 84.68% | 8024 | 86.91% |
| District 3 | 11888 | 451 | 4.05% | 8872 | 1751 | 15.46% | 1101 | 12.41% | 9797 | 84.54% | 7771 | 87.59% |
| District 4 | 11578 | 441 | 3.96% | 8890 | 1808 | 15.62% | 1183 | 13.31% | 9770 | 84.38% | 7707 | 86.69% |
| District 5 | 10994 | -143 | -1.28% | 8842 | 1676 | 15.24% | 1155 | 13.85% | 9318 | 84.76% | 7187 | 86.15% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 |

IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS  11137



FIFTY SIX PERCENT MINORITY
IN DISTRICT 1
ALTERNATE PLAN

# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 56% MINORITY ALTERNATE PLAN (PROPOSED BY A CITIZEN) IN DISTRICT 1

| NAME | TOTAL | DEVIATION N FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT AGE | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT AGE | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 9638 | 1139 | 12.92% | 6989 | 5939 | 56.08% | 3886 | 55.65% | 4759 | 43.92% | 3103 | 44.35% |
| District 2 | 11825 | 688 | 6.18% | 9233 | 1811 | 15.32% | 1209 | 13.09% | 10014 | 84.68% | 8024 | 86.91% |
| District 3 | 11588 | 451 | 4.05% | 8672 | 1791 | 15.48% | 1101 | 12.41% | 9797 | 84.54% | 7771 | 87.59% |
| District 4 | 11516 | 379 | 3.40% | 8904 | 2148 | 18.65% | 1435 | 16.12% | 9368 | 81.35% | 7469 | 83.88% |
| District 5 | 11056 | 81 | 0.73% | 8328 | 1336 | 12.03% | 903 | 10.84% | 9720 | 87.97% | 7425 | 89.16% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |



# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 60% MINORITY IN DISTRICT 1

**60%**

| NAME | TOTAL DISTRICT SIZE | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 8098 | -3039 | -27.29% | 5743 | 4859 | 60.00% | 3444 | 59.97% | 3239 | 40.00% | 2299 | 40.03% |
| District 2 | 11906 | 769 | 6.90% | 9313 | 1805 | 15.16% | 1205 | 12.94% | 10101 | 84.84% | 8108 | 87.06% |
| District 3 | 11894 | 757 | 6.80% | 9094 | 1820 | 15.30% | 1120 | 12.32% | 10074 | 84.70% | 7974 | 87.68% |
| District 4 | 11878 | 741 | 6.65% | 9067 | 2313 | 19.47% | 1500 | 16.54% | 9565 | 80.53% | 7567 | 83.46% |
| District 5 | 11907 | 770 | 6.91% | 9039 | 1728 | 14.51% | 1195 | 13.22% | 10179 | 85.49% | 7844 | 86.78% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

# PROPOSED REDISTRICTING PLANS

DECATUR, AL
1/21/2012



# CURRENT DISTRICT DEMOGRAPHICS BASED ON THE 2010 CENSUS

**CURRENT**

| NAME | TOTAL SIZE | DEVIATION FROM IDEAL DISTRICT SIZE | DEVIATION PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 8098 | -3039 | -27.29% | 5763 | 4859 | 60.00% | 3422 | 59.37% | 3239 | 40.00% | 2299 | 40.03% |
| District 2 | 11023 | -114 | -1.02% | 8637 | 1777 | 16.12% | 1193 | 13.81% | 9246 | 83.88% | 7444 | 86.19% |
| District 3 | 11749 | 612 | 5.50% | 8904 | 1881 | 15.33% | 1009 | 12.73% | 9868 | 84.67% | 7885 | 87.77% |
| District 4 | 11766 | 629 | 5.65% | 8978 | 2304 | 19.58% | 1492 | 16.62% | 9462 | 80.42% | 7486 | 83.38% |
| District 5 | 13047 | 1910 | 17.15% | 9914 | 1784 | 13.67% | 1236 | 12.47% | 11263 | 86.33% | 8678 | 87.53% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | | |



# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 55% MINORITY IN DISTRICT 1

55%

| NAME | TOTAL DISTRICT SIZE | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District1 | 9970 | -5167 | -16.04% | 7412 | 683 | 23.99% | 653 | 38.55% | 4937 | 45.01% | 3389 | 49.05% |
| District2 | 11762 | 625 | 5.61% | 9125 | 1807 | 15.36% | 1204 | 13.19% | 9955 | 84.64% | 7921 | 86.81% |
| District3 | 11679 | 927 | 8.57% | 9999 | 1808 | 15.48% | 1115 | 13.37% | 9871 | 84.57% | 7883 | 87.63% |
| District4 | 11273 | 136 | 1.22% | 8648 | 1751 | 15.53% | 1159 | 13.37% | 9522 | 84.47% | 7509 | 86.83% |
| District5 | 10999 | 318 | -2.66% | 8451 | 1676 | 15.59% | 1335 | 13.30% | 9923 | 84.76% | 7096 | 86.46% |
| **TOTAL** | 55683 |  |  | 42256 | 12525 |  | 8464 |  | 43158 |  | 33792 |  |



# PROPOSED DISTRICT PLAN DEMOGRAPHICS WITH 56%MINORITY IN DISTRICT 1

**56%**

| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 9698 | -1439 | -12.92% | 6999 | 5939 | 59.93% | 3896 | 55.15% | 4359 | 43.92% | 3103 | 44.85% |
| District 2 | 13825 | 688 | 6.18% | 9233 | 1811 | 15.32% | 1209 | 13.09% | 10014 | 84.68% | 8024 | 86.91% |
| District 3 | 12588 | -451 | -4.05% | 8827 | 1791 | 15.46% | 1081 | 12.09% | 9797 | 84.54% | 7771 | 87.59% |
| District 4 | 11578 | 441 | 3.96% | 8390 | 1808 | 15.62% | 1183 | 13.31% | 9770 | 84.38% | 7707 | 86.69% |
| District 5 | 10994 | 145 | -1.28% | 8342 | 1676 | 15.32% | 1157 | 13.87% | 9338 | 84.56% | 7187 | 86.15% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

IDEAL DISTRICT SIZE FOR FIVE DISTRICT PLANS

The City of Decatur like many other cities in the United States is required to redraw its voting districts after the release of the US 2010 census figures. This is done to ensure that the residents of the city get equal and fair representation from its elected officials.   Alabama is a "section 5 state" and we are required to get any changes that we make to our voting processes pre-cleared by the Department of Justice.  This is to ensure that nothing is done that would have a negative impact on the minority populations ability to elect its candidate of choice.  In 1988 when the city was required to go to election by district, standards were established and approved by the Department of Justice because of our Section 5 status. The top priority was to establish a voting district that had a majority of minority residents. In Decatur that is District 1.  We also have as a standard for all of the districts be within plus or minus 5% of the ideal district size or the population according to the census divided by 5.  Other standards we work with include having as little impact as possible on established neighborhoods, keeping current elected official in their current districts and having minimal impact on existing voting precincts.  We have tried to use the same standards since 1988 so that we are very consistent with the way we establish our voting districts.  We do not however use socio economic characteristics as a standard as voting districts should be representative of our whole city.

## Current

The first slide shows the current voting districts with the 2010 census figures applied to them.  Decatur's population according to the 2010 census is 55,683.  That makes our ideal district size 11,137.  As you can see from the next slide both districts 1 and 5 are out of the + or – 5% range.  We need to redraw our voting districts to achieve equal and fair representation.

At the last public hearing the City Council indicated that we should go forward with the 56 % Minority District 1 Alternate Plan. That plan is on the slide before you. The next slide shows the demographics of that plan. As you can see the districts meet the plus or minus 5% requirements with the exception of District 2 which is our most compact and stable district and we feel we can explain this adequately to the Department of justice and District 1 while 56% majority minority is still 12.92% below the ideal district size. This is a great improvement to the almost 18% below that is was the last time we did this after the 2000 census. The next slide shows the precinct new precinct boundaries.

Please adopt the resolution you have before you that recommends this the plan be submitted to as a Section 5 submission under the Voting Rights Act to the Department of Justice.

We are here to answer or address any questions you may have at this time.

# PROPOSED REDISTRICTING PLANS

DECATUR, AL
2/6/2012



# CURRENT DISTRICT DEMOGRAPHICS BASED ON THE 2010 CENSUS

**CURRENT**

| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 8098 | -3039 | -27.29% | 5743 | 4859 | 60.00% | 3444 | 59.97% | 3239 | 40.00% | 2299 | 40.03% |
| District 2 | 11023 | -114 | -1.02% | 8637 | 1777 | 16.12% | 1193 | 13.81% | 9246 | 83.88% | 7444 | 86.19% |
| District 3 | 11749 | 612 | 5.59% | 8961 | 1801 | 15.33% | 1099 | 12.23% | 9948 | 84.67% | 7885 | 87.77% |
| District 4 | 11766 | 629 | 5.65% | 8978 | 2304 | 19.58% | 1492 | 16.62% | 9462 | 80.42% | 7486 | 83.38% |
| District 5 | 13047 | 1918 | 17.15% | 9919 | 1784 | 13.67% | 1236 | 12.47% | 11263 | 86.33% | 6978 | 87.53% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | | |



# PROPOSED DISTRICT PLAN
# DEMOGRAPHICS WITH 56% MINORITY
# ALTERNATE PLAN (PROPOSED BY A
# CITIZEN) IN DISTRICT 1

## 56% ALTERNATE

| NAME | TOTAL | DEVIATION FROM IDEAL DISTRICT SIZE | PERCENT FROM IDEAL DISTRICT SIZE | TOTAL VOTING AGE | BLACK | PERCENT BLACK OF DISTRICT | BLACK VOTING AGE | PERCENT BLACK VOTING AGE | NON BLACK | PERCENT NON BLACK OF DISTRICT | NON BLACK VOTING AGE | PERCENT NON BLACK VOTING AGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | 9698 | -1439 | -12.92% | 6919 | 5439 | 56.08% | 3616 | 55.45% | 4259 | 43.92% | 3303 | 44.85% |
| District 2 | 11825 | 688 | 6.18% | 9233 | 1811 | 15.32% | 1209 | 13.09% | 10014 | 84.68% | 8024 | 86.91% |
| District 3 | 11588 | 451 | 4.05% | 8872 | 1791 | 15.46% | 1101 | 12.41% | 9797 | 84.54% | 7771 | 87.59% |
| District 4 | 11516 | 379 | 3.40% | 8904 | 2148 | 18.65% | 1435 | 16.12% | 9368 | 81.35% | 7469 | 83.88% |
| District 5 | 11056 | -81 | -0.73% | 8328 | 1336 | 12.08% | 903 | 10.84% | 9720 | 87.92% | 7425 | 89.16% |
| TOTAL | 55683 | | | 42256 | 12525 | | 8464 | | 43158 | | 33792 | |

