EXHIBIT 15

## 56 % MINORITY DISTRICT 1 ALTERNATE
## NEW COUNCIL DISTRICT BOUNDARIES

**Legend**

* counciladdresses
* schoolboardaddresses
* voteprecinct2010
* 56\_alternate\_precincts
* street911

56 % MINORITY DISTRICT 1 ALTERNATE

**56 % MINORITY DISTRICT 1 ALTERNATE PLAN**

<all other values>

**NAME**

- District 1
- District 2
- District 3
- District 4
- District 5

N

City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map. The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED.