FILED
2015 Oct-26  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 16

## 56 % MINORITY DISTRICT 1 ALTERNATE NEW PRECINCT BOUNDARIES

City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map. The City of Decatur does not assume liability arising from the use of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED.

**Legend**

- counciladdresses
- schoolboardaddresses
- voteprecinct2010
- 2000 voteprec outline
- 56% MINORITY DISTRICT 1 ALTERNATE
- <all other values>

**NAME**

- 3-1 MORGAN COUNTY COURTHOUSE
- 3-10 DECATUR BAPTIST CHURCH
- 3-11 CARRIE MATHEWS REC CENTER
- 3-12 TURNER SURLES RESOURCE CENTER
- 3-13 DEPT. OF HUMAN RESOURCES
- 3-14 SAINT ANDREWS CHURCH
- 3-15 FIRST BIBLE CHURCH
- 3-16 CEDAR RIDGE SCHOOL
- 3-17 DECATUR FIRES AND RESCUE TRAINING CENTER
- 3-2 WEST DECATUR SCHOOL
- 3-3 DECATUR UTILITIES AUDITORIUM
- 3-4 FORT DECATUR REC CENTER
- 3-5 SOMERVILLE RD. SCHOOL
- 3-6 WESTMEADE BAPTIST
- 3-7 AQUADOME
- 3-8 FIRST BAPTIST CHURCH AUSTINVILLE
- 3-9 AMERICAN LEGION
- 4-1 FIRE STATION 8
- 4-2 OAK PARK MIDDLE SCHOOL
- 4-3 T.C. ALMON REC. CENTER
- 56_alternate_precincts
- street911