FILED

2015 Oct-28  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 17

Civil Rights Division letter and available responses

INCLUDING

- Letter dated 12/19/2011
- Copy of list with explanations
- 2000 precincts and demographics
- 4/13/ special election results
- Voting history available from 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007,
- Percentage voted statistic report
- Municipal Election material
- VR Statistics Cross Reference Report

List requested in letter from Civil Rights Division dated 12/19/2011

1. To the extent not previously provided, copies of the following:
   a. All documents relating to the changes including notes, summaries, minutes, tapes, transcripts, of all discussions, meetings and hearings, whether formal or informal, at which the changes were discussed; *NO ADDITIONAL MATERIALS ARE AVAILABLE*
   b. Any correspondence among elected officials, employees, consultants and members of the public that addressed the changes; *NO ADDITIONAL MATERIALS ARE AVAILABLE*
   c. All documents, studies, analyses, reports, articles or other material presented to, considered by, or relied upon, by the City in considering the proposed changes; *NO ADDITIONAL MATERIALS ARE AVAILABLE*
   d. All newspaper articles, legal notices, editorials, letters to the editor advertisements, and any other publicity related to the process of adopting the changes. *PLEASE SEE EXHIBIT 13*
2. Election returns by precinct and district, for all county, school district, and municipal elections, including the April 2010 referendum, conducted in the City of Decatur from 2000 to the present, including primary, general, and runoff elections. For each election, please indicate the following: *AVAILABLE MATERIALS ARE PROVIDED AS EXHIBIT 17*
   a. The office/position sought or question presented;
   b. Each candidate's name and race, and identify the incumbent, if any, and whether the incumbent was elected or appointed;
   c. The number of votes each candidate or question presented received by precinct and district;
   d. The number of voting age persons and registered voters, by race/ethnicity, precinct, and district, at the time of the election;
   e. The number of persons who voted by race/ethnicity, precinct, and district; and
   f. The current number of registered voters, by race, ethnicity, and by precinct for both the existing districts and the proposed districts.
3. A map showing the location of residences of incumbents city council and school board members. *THIS HAS BEEN ON EVERY MAP PLEASE SEE EXHIBITS 15 AND 16*
4. If the city sought to adopt a council-manager form of government while maintaining five single-member districts, please provide a description of its efforts to achieve that result. It the city made no such efforts, an explanation of why that option was not pursued. *THIS WAS NOT DONE AS IT WAS NOT SOMETHING THE CITY DESIRED OR PURSUED BUT A CITZEN INTIATIVE.*

Civil Rights Division

TCH:RSB:JR:AAO:tst:maf
DJ 166-012-3
2011-4375
2011-4690

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

December 19, 2011

The Honorable Don Stanford
Mayor
P.O. Box 488
Decatur, Alabama 35602-0488

Dear Mayor Stanford:

This refers to the change from the mayor-council to the council-manager form of government; the change in method of election from five single-member districts to three single-member districts and two seats at-large; the decrease in the number of officials from six to five; the resulting redistricting plan; the realignment of voting precincts; and the polling place change for the City of Decatur in Limestone and Morgan Counties, Alabama; and the change in method of election from five single-member districts to three single-member districts and two seats at-large, the resulting redistricting plan, and the use of county voting precincts and polling places for the Decatur City School District in Limestone and Morgan Counties, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submissions on October 20, 2011; additional information was received on October 28, 2011.

Our analysis indicates that the information sent is insufficient to enable us to determine that the proposed changes do not have the purpose and will not have the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority group, as required under Section 5. The following information is necessary so that we may complete our review of your submission:

1. To the extent not previously provided, copies of the following:

> a. all documents relating to the changes, including notes, summaries, minutes, tapes, and transcripts of all discussions, meetings and hearings, whether formal or informal, at which the changes were discussed;

> b. any correspondence among elected officials, employees, consultants, and members of the public that addressed the changes;

> c. all documents, studies, analyses, reports, articles or other material presented to, considered by, or relied upon, by the city in considering the proposed changes; and

> d. all newspaper articles, legal notices, editorials, letters to the editor, advertisements, and any other publicity related to the process of adopting the changes.

-2-

2. Election returns, by precinct and district, for all county, school district, and municipal elections, including the April 2010 referendum, conducted in the City of Decatur from 2000 to the present, including primary, general, and runoff elections. For each election, please indicate the following:

    a. the office/position sought or question presented;

    b. each candidate's name and race, and identify the incumbent, if any, and whether the incumbent was elected or appointed;

    c. the number of votes each candidate or question presented received by precinct and district;

    d. the number of voting age persons and registered voters, by race/ethnicity, precinct, and district, at the time of the election;

    e. the number of persons who voted by race/ethnicity, precinct, and district; and

    f. the current number of registered voters, by race, ethnicity, and by precinct, for both the existing districts and the proposed districts.

If available, please provide the data in electronic format (.dbf, .xls, or .txt files).

If exact numbers by race and ethnicity are not available, provide your best estimate and the basis for that estimate. For items c and e, please indicate whether ballots cast at early voting locations have been reallocated back to the precincts.

4. A map showing the location of residences of incumbent city council and school board members.

5. If the city sought to adopt a council-manager form of government while maintaining five single-member districts, please provide a description of its efforts to achieve that result. If the city made no such efforts, an explanation of why that option was not pursued.

      The Attorney General has sixty days to consider a completed submission pursuant to Section 5. This sixty-day review period will begin when we receive the information specified above. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.37. However, if no response is received within sixty days of this request, the Attorney General may object to the proposed changes consistent with the burden of proof placed upon the submitting authority. 28 C.F.R. 51.40 and 51.52(a) and (c). Changes that affect voting are legally unenforceable unless and until the appropriate Section 5 determination has been obtained. *Clark* v. *Roemer*, 500 U.S. 646 (1991); 28 C.F.R. 51.10. Therefore, please inform us of the action the city and the school district plan to take to comply with this request.

      If you have any questions concerning this letter or if we can assist you in obtaining the requested information, please call Abigail Olson (202-305-0787) of our staff. Refer to File Nos.

-3-

2011-4375 and 2011-4690 in any response to this letter so thàt your correspondence will be channeled properly.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section

## PROPOSED PRECINCTS POPULATION
## WITH 2000 CENSUS DATA

PREPARED BY THE CITY PLANNING DEPARTMENT
\\codvault\users\kjsmith\karen\redistricting\precincts1.xls

| DISTRICT | CURRENT PRECINCT BOUNDARY PRIOR TO REDISTRICTING | NEW PRECINCT BOUNDARY POPULATION 2000 | BLACK POPULATION | NONBLACK POPULATION | VOTER AGE POPULATION | BLACK VOTER AGE | NONBLACK VOTER AGE |
|---|---|---|---|---|---|---|---|
| 3-1 | 1500 | 1500 | 226 | 1274 | 1370 | 217 | 1153 |
| 3-2 | 1285 | 1441 | 753 | 688 | 976 | 450 | 526 |
| 3-3 | 1055 | 2325 | 585 | 1740 | 1679 | 367 | 1312 |
| 3-4 | 2640 | 2640 | 207 | 2433 | 2070 | 140 | 1930 |
| 3-5 | 4242 | 4242 | 757 | 3485 | 3151 | 460 | 2691 |
| 3-6 | 3221 | 3065 | 486 | 2579 | 2308 | 297 | 2011 |
| 3-7 | 2699 | 1429 | 97 | 1332 | 1214 | 67 | 1147 |
| 3-8 | 4389 | 6828 | 989 | 5839 | 5130 | 609 | 4521 |
| 3-9 | 872 | 872 | 167 | 705 | 681 | 113 | 568 |
| 3-10 | 7435 | 6342 | 710 | 5632 | 4721 | 503 | 4218 |
| 3-11 | 4210 | 4210 | 3411 | 799 | 2890 | 2305 | 585 |
| 3-12 | 888 | 888 | 794 | 94 | 596 | 532 | 64 |
| 3-13 | 916 | 916 | 8 | 908 | 767 | 8 | 759 |
| 3-14 | 5036 | 2142 | 58 | 2084 | 1476 | 41 | 1435 |
| 3-15 | 2901 | 4449 | 955 | 3494 | 3200 | 546 | 2654 |
| 3-16 | 2723 | 2723 | 114 | 2609 | 1891 | 76 | 1815 |
| 3-17 | 852 | 852 | 50 | 802 | 682 | 45 | 637 |
| 4-1 | 1792 | 1792 | 12 | 1780 | 1449 | 10 | 1439 |
| 4-2 | 1842 | 1915 | 109 | 1806 | 1523 | 73 | 1450 |
| 4-3 | 3431 | 3358 | 60 | 3298 | 2462 | 30 | 2432 |
| | 53929 | 53929 | | | | | |

4/13/2010 Special Municipal Election-Recap. Sheet

| | Question No. 1, " Shall the council-manager form of government as provided by the Council Manager Act of 1982 be adopted for the municipality of Decatur, Alabama? Question No. 2. "May alcoholic beverages be sold after 12:00 p.m. on Sunday in the corporate boundaries of Decatur, Alabama, lying with Morgan County, Alabama? | Question No. 1 | Question No. 1 | | Question No. 2 | Question No. 2 | | TOTAL Ballots ( |
|---|---|---|---|---|---|---|---|---|
| | | YES | NO | | YES | NO | | 4/13/2010 |
| 3-1 | Morgan Co. Courthouse | 131 | 82 | | 169 | 46 | | 217 |
| 3-2 | West Decatur Elementary | 51 | 111 | | 113 | 49 | | 162 |
| 3-3 | Aquadome Recreation Center | 102 | 123 | | 149 | 76 | | 225 |
| 3-4 | Decatur High School | 248 | 168 | | 308 | 115 | | 423 |
| 3-5 | Somerville Road Elem. School | 256 | 195 | | 283 | 175 | | 458 |
| 3-5 | Somerville Road Elem. School | 14 | 14 | | 19 | 10 | | 29 |
| 3-6 | Woodmeade Elem. School | 193 | 151 | | 215 | 134 | | 351 |
| 3-6 | Woodmeade Elem. School | 106 | 113 | | 131 | 92 | | 223 |
| 3-7 | Decatur Utilities Auditorium | 125 | 117 | | 111 | 134 | | 247 |
| 3-8 | Austinville Elem. School | 152 | 172 | | 183 | 143 | | 326 |
| 3-8 | Austinville Elem. School | 202 | 213 | | 240 | 176 | | 418 |
| 3-9 | American Legion Building | 42 | 48 | | 50 | 41 | | 91 |
| 3-10 | Julian Harris Elem. School | 463 | 409 | | 542 | 346 | | 888 |
| 3-10 | Julian Harris Elem. School | 210 | 206 | | 239 | 181 | | 421 |
| 3-11 | Benjamin Davis Elem. School | 3 | 8 | | 6 | 5 | | 11 |
| 3-11 | Benjamin Davis Elem. School | 56 | 336 | | 316 | 79 | | 395 |
| 3-12 | Turner Surles Community Center | 17 | 115 | | 119 | 13 | | 133 |
| 3-13 | Morgan Co. Dept. of Human Res. | 160 | 108 | | 180 | 89 | | 270 |
| 3-14 | Chestnut Grove Elem. School | 333 | 278 | | 347 | 267 | | 616 |
| 3-15 | Frances Nungester Elem. School | 320 | 255 | | 366 | 213 | | 579 |
| 3-15 | Frances Nungester Elem. School | 0 | 0 | | 0 | 0 | | 0 |
| 3-16 | Cedar Ridge Middle School | 0 | 0 | | 0 | 0 | | 0 |
| 3-16 | Cedar Ridge Middle School | 345 | 370 | | 376 | 347 | | 724 |
| 3-17 | Fire & Rescue Training Center | 47 | 78 | | 68 | 61 | | 129 |
| 4-1 | Fire Station No. 8 | 452 | 214 | | 471 | 201 | | 673 |
| 4-2 | Walter Jackson Elem. School | 180 | 139 | | 219 | 104 | | 324 |
| 4-3 | Eastwood Elem. School | 226 | 106 | | 222 | 111 | | 333 |
| 4-3 | Eastwood Elem. School | 462 | 293 | | 511 | 249 | | 764 |
| | Absentee Box | 100 | 53 | | 99 | 54 | | 153 |
| | TOTALS | 4996 | 4475 | | 6052 | 3511 | | 9583 |
| | | | | | | | | |
| | PROVISIONAL BALLOTS | | | | | | | |
| 3-2 | West Decatur Elementary | | 1 | | 1 | | | |
| 3-4 | Decatur High School | 1 | | | 1 | | | |
| 3-10 | Julian Harris Elem. School | 2 | | | 1 | 1 | | |
| 3-16 | Cedar Ridge Middle School | 1 | | | 1 | | | |
| 4-1 | Fire Station No. 8 | | 1 | | | 1 | | |
| 4-3 | Eastwood Elem. School | | 1 | | 1 | | | |
| | | | | | | | | |
| | TOTAL VOTES | 5000 | 4478 | | 6057 | 3513 | | |

4/13/2010 Special Municipal Election-Recap. Sheet

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | 0.53 | 0.47 | | | 0.63 | 0.37 | | |
| | | 9471 | | | | 9563 | | | |

## ASIAN

| 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 |  | 11 |  | 61 |  | 32 | 5 | 91 |  | 78 |

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| 45 | 167 |  | 85 | 7 |  |  |  |  |

## BLACK

| 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1804 |  | 1089 | 109 | 2472 |  | 2276 | 105 | 4536 |  | 4508 |

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| 2172 | 7052 |  | 3912 | 307 |  |  |  |  |

## HISPANIC

| 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 |  | 39 | 4 | 82 |  | 67 | 6 | 164 |  | 137 |

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| 77 | 255 |  | 177 | 12 |  |  |  |  |

## INDIAN

| 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 |  | 43 | 4 | 81 |  | 84 | 33 | 165 |  | 168 |

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| 113 | 286 |  | 205 | 24 |  |  |  |  |

## OTHERS

| 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 |  | 21 | 2 | 21 |  | 17 | 9 | 71 |  | 96 |

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| 75 | 239 |  | 161 | 22 |  |  |  |  |

## WHITE

| 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| 26923 |  | 21688 | 1973 | 27116 |  | 24337 | 6453 | 44238 |  | 50330 |

| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| 30656 | 82247 |  | 63324 | 10269 |  |  |  |  |

MORGAN

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

## Percentage Voted Statistics Report
### in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0201.03** | | | | | | | | | | | | | | | | |
| No. Registered | 231 | 0 | 0 | 223 | 6 | 0 | 2 | 106 | 125 | 0 | 0 | 8 | 71 | 87 | 65 | 231 |
| No. Voted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Voted | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% | 0% | 0% | 0% | 0% |
| **SUBTOTAL FOR DECATUR FIRE & RESCUE[O.f** | | | | | | | | | | | | | | | | |
| No. Registered | 445 | 0 | 0 | 437 | 6 | 0 | 2 | 211 | 234 | 0 | 0 | 22 | 119 | 180 | 124 | 445 |
| No. Voted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Voted | 0% | | | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 0% | 0% | 0% | 0% | 0% |
| **0301.01** | | | | | | | | | | | | | | | | |
| No. Registered | 648 | 0 | 0 | 604 | 34 | 1 | 9 | 271 | 377 | 0 | 0 | 23 | 174 | 268 | 183 | 648 |
| No. Voted | 217 | 0 | 0 | 208 | 6 | 0 | 3 | 96 | 121 | 0 | 0 | 2 | 44 | 106 | 65 | 217 |
| % Voted | 33% | 0% | 0% | 34% | 18% | 0% | 33% | 35% | 32% | | 0% | 9% | 25% | 40% | 36% | 33% |
| **SUBTOTAL FOR MORGAN COUNTY COURTHOI** | | | | | | | | | | | | | | | | |
| No. Registered | 648 | 0 | 0 | 604 | 34 | 1 | 9 | 271 | 377 | 0 | 0 | 23 | 174 | 268 | 183 | 648 |
| No. Voted | 217 | 0 | 0 | 208 | 6 | 0 | 3 | 96 | 121 | 0 | 0 | 2 | 44 | 106 | 65 | 217 |
| % Voted | 33% | | 0% | 34% | 18% | 0% | 33% | 35% | 32% | | 0% | 9% | 25% | 40% | 36% | 33% |

MORGAN

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

## Percentage Voted Statistics Report
### in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
### Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0302.01** | | | | | | | | | | | | | | | | |
| No. Registered | 743 | 0 | 0 | 257 | 456 | 5 | 25 | 311 | 432 | 0 | 0 | 69 | 274 | 291 | 109 | 743 |
| No. Voted | 162 | 0 | 0 | 65 | 96 | 0 | 1 | 74 | 88 | 0 | 0 | 2 | 36 | 81 | 43 | 162 |
| % Voted | 22% | 0% | 0% | 25% | 21% | 0% | 4% | 24% | 20% | | 0% | 3% | 13% | 28% | 39% | 22% |
| **SUBTOTAL FOR   WEST DECATUR ELEMENTAR** | | | | | | | | | | | | | | | | |
| No. Registered | 743 | 0 | 0 | 257 | 456 | 5 | 25 | 311 | 432 | 0 | 0 | 69 | 274 | 291 | 109 | 743 |
| No. Voted | 162 | 0 | 0 | 65 | 96 | 0 | 1 | 74 | 88 | 0 | 0 | 2 | 36 | 81 | 43 | 162 |
| % Voted | 22% | 0% | 0% | 25% | 21% | 0% | 4% | 24% | 20% | | 0% | 3% | 13% | 28% | 39% | 22% |
| **0303.01** | | | | | | | | | | | | | | | | |
| No. Registered | 1,001 | 0 | 0 | 522 | 422 | 0 | 57 | 412 | 589 | 0 | 0 | 93 | 361 | 348 | 199 | 1,001 |
| No. Voted | 213 | 0 | 0 | 131 | 81 | 0 | 1 | 96 | 117 | 0 | 0 | 3 | 39 | 105 | 66 | 213 |
| % Voted | 21% | 0% | 0% | 25% | 19% | 0% | 2% | 23% | 20% | | 0% | 3% | 11% | 30% | 33% | 21% |
| **SUBTOTAL FOR   AQUADOME RECREATION CE** | | | | | | | | | | | | | | | | |
| No. Registered | 1,001 | 0 | 0 | 522 | 422 | 0 | 57 | 412 | 589 | 0 | 0 | 93 | 361 | 348 | 199 | 1,001 |
| No. Voted | 213 | 0 | 0 | 131 | 81 | 0 | 1 | 96 | 117 | 0 | 0 | 3 | 39 | 105 | 66 | 213 |
| % Voted | 21% | 0% | 0% | 25% | 19% | 0% | 2% | 23% | 20% | | 0% | 3% | 11% | 30% | 33% | 21% |

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0304.01** | | | | | | | | | | | | | | | | |
| No. Registered | 1,305 | 0 | 0 | 1,177 | 91 | 6 | 31 | 582 | 723 | 0 | 0 | 90 | 429 | 531 | 255 | 1,305 |
| No. Voted | 414 | 0 | 0 | 398 | 10 | 1 | 5 | 191 | 223 | 0 | 0 | 9 | 82 | 214 | 109 | 414 |
| % Voted | 32% | 0% | 0% | 34% | 11% | 17% | 16% | 33% | 31% | | 0% | 10% | 19% | 40% | 43% | 32% |
| **SUBTOTAL FOR  FORT DECATUR RECREATION** | | | | | | | | | | | | | | | | |
| No. Registered | 1,305 | 0 | 0 | 1,177 | 91 | 6 | 31 | 582 | 723 | 0 | 0 | 90 | 429 | 531 | 255 | 1,305 |
| No. Voted | 414 | 0 | 0 | 398 | 10 | 1 | 5 | 191 | 223 | 0 | 0 | 9 | 82 | 214 | 109 | 414 |
| % Voted | 32% | | | 34% | 11% | 17% | 16% | 33% | 31% | | | 10% | 19% | 40% | 43% | 32% |
| **0305.02** | | | | | | | | | | | | | | | | |
| No. Registered | 325 | 0 | 0 | 300 | 17 | 1 | 7 | 137 | 188 | 0 | 0 | 18 | 96 | 135 | 76 | 325 |
| No. Voted | 91 | 0 | 0 | 88 | 2 | 0 | 1 | 38 | 53 | 0 | 0 | 0 | 16 | 40 | 35 | 91 |
| % Voted | 28% | 0% | 0% | 29% | 12% | 0% | 14% | 28% | 28% | | 0% | 0% | 17% | 30% | 46% | 28% |
| **0305.03** | | | | | | | | | | | | | | | | |
| No. Registered | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| No. Voted | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| % Voted | 100% | 0% | 0% | 100% | 0% | 0% | 0% | 100% | | | 0% | 0% | 0% | 0% | 100% | 100% |

MORGAN

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0305.04** | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,505 | 0 | 0 | 1,056 | 374 | 1 | 74 | 582 | 923 | 0 | 0 | 127 | 445 | 513 | 420 | 1,505 |
| | No. Voted | 395 | 0 | 0 | 344 | 46 | 0 | 5 | 162 | 233 | 0 | 0 | 3 | 61 | 130 | 201 | 395 |
| | % Voted | 26% | 0% | 0% | 33% | 12% | 0% | 7% | 28% | 25% | | 0% | 2% | 14% | 25% | 48% | 26% |
| **SUBTOTAL FOR SOMERVILLE ROAD ELEMENT** | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,831 | 0 | 0 | 1,357 | 391 | 2 | 81 | 720 | 1,111 | 0 | 0 | 145 | 541 | 648 | 497 | 1,831 |
| | No. Voted | 487 | 0 | 0 | 433 | 48 | 0 | 6 | 201 | 286 | 0 | 0 | 3 | 77 | 170 | 237 | 487 |
| | % Voted | 27% | 0% | 0% | 32% | 12% | 0% | 7% | 28% | 26% | | 0% | 2% | 14% | 26% | 48% | 27% |
| **0306.01** | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,804 | 0 | 0 | 1,360 | 392 | 8 | 44 | 809 | 995 | 0 | 0 | 128 | 523 | 712 | 441 | 1,804 |
| | No. Voted | 565 | 0 | 0 | 478 | 81 | 1 | 5 | 277 | 288 | 0 | 0 | 5 | 88 | 256 | 216 | 565 |
| | % Voted | 31% | 0% | 0% | 35% | 21% | 13% | 11% | 34% | 29% | | 0% | 4% | 17% | 36% | 49% | 31% |
| **SUBTOTAL FOR WESTMEADE BAPTIST CHURCH** | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,804 | 0 | 0 | 1,360 | 392 | 8 | 44 | 809 | 995 | 0 | 0 | 128 | 523 | 712 | 441 | 1,804 |
| | No. Voted | 565 | 0 | 0 | 478 | 81 | 1 | 5 | 277 | 288 | 0 | 0 | 5 | 88 | 256 | 216 | 565 |
| | % Voted | 31% | 0% | 0% | 35% | 21% | 13% | 11% | 34% | 29% | | 0% | 4% | 17% | 36% | 49% | 31% |

Report Design Copyright © 2011 Election Systems and Software, Inc.

MORGAN

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | | |
| **0307.01** | | | | | | | | | | | | | | | | | |
| No. Registered | 813 | 0 | 0 | 690 | 105 | 1 | 17 | 348 | 465 | 0 | 0 | 46 | 188 | 297 | 282 | | 813 |
| No. Voted | 244 | 0 | 0 | 233 | 9 | 0 | 2 | 116 | 128 | 0 | 0 | 1 | 25 | 84 | 134 | | 244 |
| % Voted | 30% | 0% | 0% | 34% | 9% | 0% | 12% | 33% | 28% | | 0% | 2% | 13% | 28% | 48% | | 30% |
| **SUBTOTAL FOR  DECATUR UTILITIES AUDITOR** | | | | | | | | | | | | | | | | | |
| No. Registered | 813 | 0 | 0 | 690 | 105 | 1 | 17 | 348 | 465 | 0 | 0 | 46 | 188 | 297 | 282 | | 813 |
| No. Voted | 244 | 0 | 0 | 233 | 9 | 0 | 2 | 116 | 128 | 0 | 0 | 1 | 25 | 84 | 134 | | 244 |
| % Voted | 30% | 0% | 0% | 34% | 9% | 0% | 12% | 33% | 28% | | 0% | 2% | 13% | 28% | 48% | | 30% |
| **0308.01** | | | | | | | | | | | | | | | | | |
| No. Registered | 3,019 | 0 | 0 | 2,436 | 483 | 12 | 88 | 1,201 | 1,818 | 0 | 0 | 189 | 917 | 1,089 | 824 | | 3,019 |
| No. Voted | 741 | 0 | 0 | 684 | 49 | 2 | 6 | 336 | 405 | 0 | 0 | 12 | 109 | 316 | 304 | | 741 |
| % Voted | 25% | 0% | 0% | 28% | 10% | 17% | 7% | 28% | 22% | | 0% | 6% | 12% | 29% | 37% | | 25% |
| **SUBTOTAL FOR  WILSON MORGAN PARK** | | | | | | | | | | | | | | | | | |
| No. Registered | 3,019 | 0 | 0 | 2,436 | 483 | 12 | 88 | 1,201 | 1,818 | 0 | 0 | 189 | 917 | 1,089 | 824 | | 3,019 |
| No. Voted | 741 | 0 | 0 | 684 | 49 | 2 | 6 | 336 | 405 | 0 | 0 | 12 | 109 | 316 | 304 | | 741 |
| % Voted | 25% | 0% | 0% | 28% | 10% | 17% | 7% | 28% | 22% | | 0% | 6% | 12% | 29% | 37% | | 25% |
| **0309.01** | | | | | | | | | | | | | | | | | |
| No. Registered | 228 | 0 | 0 | 197 | 26 | 0 | 5 | 102 | 126 | 0 | 0 | 10 | 75 | 88 | 55 | | 228 |
| No. Voted | 71 | 0 | 0 | 68 | 3 | 0 | 0 | 35 | 36 | 0 | 0 | 1 | 11 | 26 | 33 | | 71 |
| % Voted | 31% | 0% | 0% | 35% | 12% | 0% | 0% | 34% | 29% | | 0% | 10% | 15% | 30% | 60% | | 31% |

Report Design Copyright © 2011 Election Systems and Software, Inc.

MORGAN

Processed: 11/5/2011 1:26 PM
Printed: 11/5/2011 1:47 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| 0309.02 | No. Registered | 78 | 0 | 0 | 34 | 41 | 2 | 1 | 29 | 49 | 0 | 0 | 6 | 25 | 20 | 27 | 78 |
| | No. Voted | 15 | 0 | 0 | 8 | 8 | 0 | 0 | 6 | 9 | 0 | 0 | 0 | 2 | 6 | 7 | 15 |
| | % Voted | 19% | 0% | 0% | 21% | 20% | 0% | 0% | 21% | 18% | | 0% | 0% | 8% | 30% | 26% | 19% |
| SUBTOTAL FOR AMERICAN LEGION POST 15 | No. Registered | 306 | 0 | 0 | 231 | 67 | 2 | 6 | 131 | 175 | 0 | 0 | 16 | 100 | 108 | 82 | 306 |
| | No. Voted | 86 | 0 | 0 | 75 | 11 | 0 | 0 | 41 | 45 | 0 | 0 | 1 | 13 | 32 | 40 | 86 |
| | % Voted | 28% | | | 32% | 16% | 0% | 0% | 31% | 26% | | | 6% | 13% | 30% | 49% | 28% |
| 0310.01 | No. Registered | 924 | 0 | 0 | 754 | 136 | 4 | 30 | 423 | 501 | 0 | 0 | 53 | 349 | 385 | 137 | 924 |
| | No. Voted | 271 | 0 | 0 | 225 | 41 | 1 | 4 | 135 | 136 | 0 | 0 | 5 | 81 | 126 | 59 | 271 |
| | % Voted | 29% | 0% | 0% | 30% | 30% | 25% | 13% | 32% | 27% | | 0% | 9% | 23% | 33% | 43% | 29% |
| 0310.02 | No. Registered | 3,848 | 0 | 0 | 3,253 | 494 | 17 | 84 | 1,639 | 2,209 | 0 | 0 | 261 | 1,357 | 1,524 | 706 | 3,848 |
| | No. Voted | 1,041 | 0 | 0 | 950 | 81 | 1 | 9 | 464 | 577 | 0 | 0 | 13 | 239 | 495 | 294 | 1,041 |
| | % Voted | 27% | 0% | 0% | 29% | 16% | 6% | 11% | 28% | 26% | | 0% | 5% | 18% | 32% | 42% | 27% |
| SUBTOTAL FOR DECATUR BAPTIST CHURCH | No. Registered | 4,772 | 0 | 0 | 4,007 | 630 | 21 | 114 | 2,062 | 2,710 | 0 | 0 | 314 | 1,706 | 1,909 | 843 | 4,772 |
| | No. Voted | 1,312 | 0 | 0 | 1,175 | 122 | 2 | 13 | 599 | 713 | 0 | 0 | 18 | 320 | 621 | 353 | 1,312 |
| | % Voted | 27% | 0% | 0% | 29% | 19% | 10% | 11% | 29% | 26% | | 0% | 6% | 19% | 33% | 42% | 27% |

MORGAN

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

Percentage Voted Statistics Report
in DECATUR SPECIAL ELECTION
A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0311.01** | | | | | | | | | | | | | | | | |
| No. Registered | 5 | 0 | 0 | 3 | 1 | 0 | 1 | 3 | 2 | 0 | 0 | 0 | 4 | 1 | 0 | 5 |
| No. Voted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| % Voted | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **0311.02** | | | | | | | | | | | | | | | | |
| No. Registered | 2,054 | 0 | 0 | 165 | 1,852 | 1 | 36 | 839 | 1,214 | 1 | 0 | 182 | 733 | 783 | 356 | 2,054 |
| No. Voted | 397 | 0 | 0 | 26 | 370 | 0 | 1 | 169 | 228 | 0 | 0 | 11 | 84 | 204 | 98 | 397 |
| % Voted | 19% | 0% | 0% | 16% | 20% | 0% | 3% | 20% | 19% | 0% | 0% | 6% | 11% | 26% | 28% | 19% |
| **SUBTOTAL FOR CARRIE MATTHEWS REC. CEI** | | | | | | | | | | | | | | | | |
| No. Registered | 2,059 | 0 | 0 | 168 | 1,853 | 1 | 37 | 842 | 1,216 | 1 | 0 | 182 | 737 | 784 | 356 | 2,059 |
| No. Voted | 397 | 0 | 0 | 26 | 370 | 0 | 1 | 169 | 228 | 0 | 0 | 11 | 84 | 204 | 98 | 397 |
| % Voted | 19% | 0% | 0% | 15% | 20% | 0% | 3% | 20% | 19% | 0% | 0% | 6% | 11% | 26% | 28% | 19% |
| **0312.01** | | | | | | | | | | | | | | | | |
| No. Registered | 456 | 0 | 0 | 29 | 425 | 0 | 2 | 202 | 254 | 0 | 0 | 32 | 151 | 189 | 84 | 456 |
| No. Voted | 130 | 0 | 0 | 12 | 118 | 0 | 0 | 53 | 77 | 0 | 0 | 5 | 23 | 72 | 30 | 130 |
| % Voted | 29% | 0% | 0% | 41% | 28% | 0% | 0% | 26% | 30% | 0% | 0% | 16% | 15% | 38% | 36% | 29% |
| **SUBTOTAL FOR TURNER SURLES COMM. CEN** | | | | | | | | | | | | | | | | |
| No. Registered | 456 | 0 | 0 | 29 | 425 | 0 | 2 | 202 | 254 | 0 | 0 | 32 | 151 | 189 | 84 | 456 |
| No. Voted | 130 | 0 | 0 | 12 | 118 | 0 | 0 | 53 | 77 | 0 | 0 | 5 | 23 | 72 | 30 | 130 |
| % Voted | 29% | 0% | 0% | 41% | 28% | 0% | 0% | 26% | 30% | 0% | 0% | 16% | 15% | 38% | 36% | 29% |

MORGAN

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0313.01** | | | | | | | | | | | | | | | | |
| No. Registered | 623 | 0 | 0 | 593 | 21 | 2 | 7 | 285 | 338 | 0 | 0 | 39 | 154 | 207 | 223 | 623 |
| No. Voted | 274 | 0 | 0 | 268 | 4 | 0 | 2 | 134 | 140 | 0 | 0 | 2 | 36 | 108 | 128 | 274 |
| % Voted | 44% | 0% | 0% | 45% | 19% | 0% | 29% | 47% | 41% | | 0% | 5% | 23% | 52% | 57% | 44% |
| **0313.02** | | | | | | | | | | | | | | | | |
| No. Registered | 7 | 0 | 0 | 6 | 1 | 0 | 0 | 5 | 2 | 0 | 0 | 0 | 2 | 4 | 1 | 7 |
| No. Voted | 3 | 0 | 0 | 3 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 1 | 3 |
| % Voted | 43% | 0% | 0% | 50% | 0% | 0% | 0% | 20% | 100% | | 0% | 0% | 50% | 25% | 100% | 43% |
| **SUBTOTAL FOR MORGAN CO.DEPT OF H.RES** | | | | | | | | | | | | | | | | |
| No. Registered | 630 | 0 | 0 | 599 | 22 | 2 | 7 | 290 | 340 | 0 | 0 | 39 | 156 | 211 | 224 | 630 |
| No. Voted | 277 | 0 | 0 | 271 | 4 | 0 | 2 | 135 | 142 | 0 | 0 | 2 | 37 | 109 | 129 | 277 |
| % Voted | 44% | | | 45% | 18% | 0% | 29% | 47% | 42% | | 0% | 5% | 24% | 52% | 58% | 44% |
| **0314.01** | | | | | | | | | | | | | | | | |
| No. Registered | 596 | 0 | 0 | 567 | 19 | 3 | 7 | 286 | 310 | | 0 | 62 | 125 | 293 | 116 | 596 |
| No. Voted | 204 | 0 | 0 | 200 | 3 | 0 | 1 | 101 | 103 | | 0 | 4 | 22 | 118 | 60 | 204 |
| % Voted | 34% | 0% | 0% | 35% | 16% | 0% | 14% | 35% | 33% | | 0% | 6% | 18% | 40% | 52% | 34% |

Report Design Copyright © 2011 Election Systems and Software, Inc.

Report Design Copyright © 2011 Election Systems and Software, Inc.

MORGAN

Processed: 11/5/2011 1:26 PM
Printed: 11/5/2011 1:47 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
### Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0314.02** | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,029 | 0 | 0 | 954 | 52 | 11 | 12 | 501 | 528 | 0 | 0 | 94 | 218 | 535 | 182 | 1,029 |
| | No. Voted | 395 | 0 | 0 | 375 | 18 | 0 | 2 | 179 | 216 | 0 | 0 | 9 | 45 | 225 | 116 | 395 |
| | % Voted | 38% | 0% | 0% | 39% | 35% | 0% | 17% | 36% | 41% | | 10% | 21% | 42% | 64% | 38% | |
| **SUBTOTAL FOR ST ANDREWS PRESBYTERIAN** | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,625 | 0 | 0 | 1,521 | 71 | 14 | 19 | 787 | 838 | 0 | 0 | 156 | 343 | 828 | 298 | 1,625 |
| | No. Voted | 599 | 0 | 0 | 575 | 21 | 0 | 3 | 280 | 319 | 0 | 0 | 13 | 67 | 343 | 176 | 599 |
| | % Voted | 37% | 0% | 0% | 38% | 30% | 0% | 16% | 36% | 38% | | 8% | 20% | 42% | 59% | 37% | |
| **0315.01** | | | | | | | | | | | | | | | | | |
| | No. Registered | 816 | 0 | 0 | 721 | 76 | 11 | 8 | 376 | 440 | 0 | 0 | 50 | 164 | 340 | 262 | 816 |
| | No. Voted | 318 | 0 | 0 | 306 | 11 | 1 | 0 | 148 | 170 | 0 | 0 | 1 | 25 | 133 | 159 | 318 |
| | % Voted | 39% | 0% | 0% | 42% | 14% | 9% | 0% | 39% | 39% | | 2% | 15% | 39% | 61% | 39% | |
| **0315.02** | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,535 | 0 | 0 | 962 | 516 | 6 | 51 | 545 | 988 | 2 | 0 | 135 | 578 | 501 | 321 | 1,535 |
| | No. Voted | 268 | 0 | 0 | 200 | 59 | 1 | 8 | 108 | 160 | 0 | 0 | 4 | 62 | 100 | 102 | 268 |
| | % Voted | 17% | 0% | 0% | 21% | 11% | 17% | 16% | 20% | 16% | 0% | | 3% | 11% | 20% | 32% | 17% |
| **SUBTOTAL FOR FIRST BIBLE CHURCH** | | | | | | | | | | | | | | | | | |
| | No. Registered | 2,351 | 0 | 0 | 1,683 | 592 | 17 | 59 | 921 | 1,428 | 2 | 0 | 185 | 742 | 841 | 583 | 2,351 |
| | No. Voted | 586 | 0 | 0 | 506 | 70 | 2 | 8 | 256 | 330 | 0 | 0 | 5 | 87 | 233 | 261 | 586 |
| | % Voted | 25% | 0% | 0% | 30% | 12% | 12% | 14% | 28% | 23% | 0% | | 3% | 12% | 28% | 45% | 25% |

MORGAN

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0316.01** | | | | | | | | | | | | | | | | |
| No. Registered | 139 | 0 | 0 | 137 | 2 | 0 | 0 | 70 | 69 | 0 | 0 | 10 | 30 | 88 | 11 | 139 |
| No. Voted | 44 | 0 | 0 | 43 | 1 | 0 | 0 | 25 | 19 | 0 | 0 | 0 | 7 | 30 | 7 | 44 |
| % Voted | 32% | 0% | 0% | 31% | 50% | 0% | 0% | 36% | 28% | 0% | 0% | | 23% | 34% | 64% | 32% |
| **0316.02** | | | | | | | | | | | | | | | | |
| No. Registered | 1,978 | 0 | 0 | 1,785 | 132 | 8 | 53 | 939 | 1,039 | 0 | 0 | 156 | 578 | 955 | 289 | 1,978 |
| No. Voted | 690 | 0 | 0 | 659 | 22 | 0 | 9 | 341 | 349 | 0 | 0 | 10 | 112 | 393 | 175 | 690 |
| % Voted | 35% | 0% | 0% | 37% | 17% | 0% | 17% | 36% | 34% | 0% | 0% | 6% | 19% | 41% | 61% | 35% |
| **SUBTOTAL FOR   CEDAR RIDGE MIDDLE SCHO(** | | | | | | | | | | | | | | | | |
| No. Registered | 2,117 | 0 | 0 | 1,922 | 134 | 8 | 53 | 1,009 | 1,108 | 0 | 0 | 166 | 608 | 1,043 | 300 | 2,117 |
| No. Voted | 734 | 0 | 0 | 702 | 23 | 0 | 9 | 366 | 368 | 0 | 0 | 10 | 119 | 423 | 182 | 734 |
| % Voted | 35% | | | 37% | 17% | 0% | 17% | 36% | 33% | | 0% | 6% | 20% | 41% | 61% | 35% |
| **0317.01** | | | | | | | | | | | | | | | | |
| No. Registered | 17 | 0 | 0 | 16 | 1 | 0 | 0 | 9 | 8 | 0 | 0 | 1 | 5 | 7 | 4 | 17 |
| No. Voted | 7 | 0 | 0 | 7 | 0 | 0 | 0 | 4 | 3 | 0 | 0 | 0 | 1 | 4 | 2 | 7 |
| % Voted | 41% | 0% | 0% | 44% | 0% | 0% | 0% | 44% | 38% | 0% | 0% | 0% | 20% | 57% | 50% | 41% |

MORGAN

Percentage Voted Statistics Report
in DECATUR SPECIAL ELECTION
A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0317.02** | | | | | | | | | | | | | | | | |
| No. Registered | 514 | 0 | 0 | 429 | 65 | 5 | 15 | 232 | 282 | 0 | 0 | 29 | 158 | 236 | 91 | 514 |
| No. Voted | 118 | 0 | 0 | 111 | 6 | 0 | 1 | 56 | 62 | 0 | 0 | 1 | 22 | 62 | 33 | 118 |
| % Voted | 23% | 0% | 0% | 26% | 9% | 0% | 7% | 24% | 22% | 0% | 0% | 3% | 14% | 26% | 36% | 23% |
| **SUBTOTAL FOR DECATUR FIRE&RESCUE(C,B** | | | | | | | | | | | | | | | | |
| No. Registered | 531 | 0 | 0 | 445 | 66 | 5 | 15 | 241 | 290 | 0 | 0 | 30 | 163 | 243 | 95 | 531 |
| No. Voted | 125 | 0 | 0 | 118 | 6 | 0 | 1 | 60 | 65 | 0 | 0 | 1 | 23 | 66 | 35 | 125 |
| % Voted | 24% | | | 27% | 9% | 0% | 7% | 25% | 22% | | 0% | 3% | 14% | 27% | 37% | 24% |
| **0401.01** | | | | | | | | | | | | | | | | |
| No. Registered | 1,743 | 0 | 0 | 1,684 | 18 | 17 | 24 | 861 | 882 | 0 | 0 | 89 | 357 | 781 | 516 | 1,743 |
| No. Voted | 687 | 0 | 0 | 676 | 4 | 2 | 5 | 354 | 333 | 0 | 0 | 6 | 79 | 300 | 302 | 687 |
| % Voted | 39% | 0% | 0% | 40% | 22% | 12% | 21% | 41% | 38% | | 0% | 7% | 22% | 38% | 59% | 39% |
| **SUBTOTAL FOR DECATUR FIRE AND RESCUE** | | | | | | | | | | | | | | | | |
| No. Registered | 1,743 | 0 | 0 | 1,684 | 18 | 17 | 24 | 861 | 882 | 0 | 0 | 89 | 357 | 781 | 516 | 1,743 |
| No. Voted | 687 | 0 | 0 | 676 | 4 | 2 | 5 | 354 | 333 | 0 | 0 | 6 | 79 | 300 | 302 | 687 |
| % Voted | 39% | | | 40% | 22% | 12% | 21% | 41% | 38% | | 0% | 7% | 22% | 38% | 59% | 39% |

Report Design Copyright © 2011 Election Systems and Software, Inc.

Processed: 11/15/2011 1:26 PM
Printed: 11/15/2011 1:47 PM

MORGAN

## Percentage Voted Statistics Report
### in DECATUR SPECIAL ELECTION
#### A Jurisdiction Wide Breakdown of Statistics
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0402.01** | | | | | | | | | | | | | | | | |
| No. Registered | 1,048 | 0 | 0 | 983 | 50 | 2 | 13 | 483 | 565 | 0 | 0 | 63 | 330 | 416 | 239 | 1,048 |
| No. Voted | 318 | 0 | 0 | 315 | 3 | 0 | 0 | 154 | 164 | 0 | 0 | 4 | 57 | 146 | 111 | 318 |
| % Voted | 30% | 0% | | 32% | 6% | 0% | 0% | 32% | 29% | | 0% | 6% | 17% | 35% | 46% | 30% |
| **SUBTOTAL FOR** | | | | | | | | | | | | | | | OAK PARK MIDDLE SCHOOL |
| No. Registered | 1,048 | 0 | 0 | 983 | 50 | 2 | 13 | 483 | 565 | 0 | 0 | 63 | 330 | 416 | 239 | 1,048 |
| No. Voted | 318 | 0 | 0 | 315 | 3 | 0 | 0 | 154 | 164 | 0 | 0 | 4 | 57 | 146 | 111 | 318 |
| % Voted | 30% | 0% | | 32% | 6% | 0% | 0% | 32% | 29% | | 0% | 6% | 17% | 35% | 46% | 30% |
| **0403.01** | | | | | | | | | | | | | | | | |
| No. Registered | 2,438 | 0 | 0 | 2,379 | 25 | 14 | 20 | 1,158 | 1,280 | 0 | 0 | 164 | 625 | 1,052 | 597 | 2,438 |
| No. Voted | 1,101 | 0 | 0 | 1,090 | 6 | 1 | 4 | 549 | 552 | 0 | 0 | 13 | 191 | 517 | 380 | 1,101 |
| % Voted | 45% | 0% | | 46% | 24% | 7% | 20% | 47% | 43% | | 0% | 8% | 31% | 49% | 64% | 45% |
| **SUBTOTAL FOR** | | | | | | | | | | | | | | | T.C. ALMON RECREATION CEI |
| No. Registered | 2,438 | 0 | 0 | 2,379 | 25 | 14 | 20 | 1,158 | 1,280 | 0 | 0 | 164 | 625 | 1,052 | 597 | 2,438 |
| No. Voted | 1,101 | 0 | 0 | 1,090 | 6 | 1 | 4 | 549 | 552 | 0 | 0 | 13 | 191 | 517 | 380 | 1,101 |
| % Voted | 45% | 0% | | 46% | 24% | 7% | 20% | 47% | 43% | | 0% | 8% | 31% | 49% | 64% | 45% |
| **0501.01** | | | | | | | | | | | | | | | | |
| No. Registered | 2,280 | 0 | 0 | 2,215 | 32 | 1 | 32 | 1,080 | 1,200 | 0 | 0 | 185 | 653 | 1,005 | 437 | 2,280 |
| No. Voted | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 2 |
| % Voted | 0% | 0% | | 0% | 0% | 0% | 0% | 0% | 0% | | 0% | 1% | 0% | 0% | 0% | 0% |

CITY HALL, DECATUR, ALABAMA, SEPTEMBER 14, 1988-REGULAR RECESSED MEETING

The City Council of the City of Decatur reconvened in regular recessed session Monday, September 14, 1988 at 11:00 o'clock A.M. in the Council Chamber.

The meeting was called to order and Pledge of Allegiance to the United States Flag led by the President of the Council. The invocation was led by Councilman Counts.

On roll call the following members answered present: Council President Counts and Councilmembers Jack Allen, Russell Priest, P.D. Raths and Mary W. Roberts. Absent: None. City Clerk Gail Busbey and City Attorney Herman Marks were also present.

Council President Counts announced that the purpose of this meeting is to canvass the results of the municipal runoff election held September 13, 1988. The canvass of the votes cast on each voting machine at each voting center was read aloud by Council President Counts and the results tabulated by the City Council and the City Clerk.

The following Resolution was introduced in writing by Council President Counts:

### R E S O L U T I O N  NO. 88-130

WHEREAS, the runoff election for the City of Decatur, Alabama, was duly and legally held on September 13, 1988, as provided by law, and

WHEREAS, the municipal governing body of the City of Decatur met on this 14th Day of September, 1988, all members thereof being present, at 11:00 o'clock AM, and has canvassed the returns, and has ascertained and determined the number of voted received by each candidate, and

WHEREAS, the said municipal governing body has ascertained and determined the results of said election as follows:

# CITY COUNCIL

SEPTEMBER 14, 1988 - REGULAR RECESSED MEETING

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1.   That Collis Hansel Stevenson recieved a majority of the votes cast for the Office of Alderman (Councilman) District No. 1 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1988.

2.   That Murray E. Millwee received a majority of the votes cast for the office of Alderman (Councilman) District No. 5 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1988.

MOTION by Councilman Priest and seconded by Councilman Allen that Resolution No. 88-130 be adopted as

introduced.  Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts.

Nays: None.

The following Resolution was introduced in writing by Council President Counts:

### R E S O L U T I O N  NO. 88-131

BE IT RESOLVED by the City Council of the City of Decatur in the State of Alabama that the Mayor is authorized to purchase on behalf of the City of Decatur the following street right of way from Milton H. Compton and his wife Wylodean Compton for the sum of Five Thousand Dollars which is a fair and equitable amount.  The street right of way document reads as follows:

STREET RIGHT OF WAY

STATE OF ALABAMA

COUNTY OF MORGAN

KNOW ALL MEN BY THESE PRESENTS, THAT WE, MILTON H. COMPTON AND HIS WIFE WYLODEAN COMPTON, hereinafter, referred to as Grantors, for and in consideration of One Dollar ($1.00) cash to us in hand paid by the City of Decatur, a municipal corporation in Morgan County, Alabama, the receipt of which is hereby acknowledged, hereby grant, bargain, sell and convey unto the said City of Decatur, its successors and assigns, a permanent and perpetual right of way for a public street, including but not limited to, use hereof, for the erection and maintenance of telephone and power poles and lines thereon and sewer, gas, storm=m drainage and watermains thereunder and for other appropriate and related purposes over, under and across the following described property, situated in the NE¼ of the MW¼ of Section 31, T5S, R4W, City of Decatur, Morgan County, Alabama, to-wit:

Beginning at the westernmost corner of Lot 1 of the John Sandlin Subdivision as recorded in the Morgan County Probate Office at Page 69, Map Book 2, run thence in a southeasterly direction along the southerly boundary of Lot 1 a distance of 170 feet to a point, and said point being 10 feet from th existing westerly right of way margin of Austinville Road, SW, and being the true point of beginning of the right of way herein described; thence from the true point of beginning continue in a southeasterly direction along the southerly boundary of Lot 1 a distance of 10 feet to a point on the existing westerly right of way margin of Austinville Road, SE; thence run in a northeasterly direction along the said existing westerly right of way margin of Austinville Road, SW, a distance of 158.31 feet to a point; thence run along a curve to the left having a radius of 10 feet a distance of 22.72 feet (chord distance of 18.14 feet) to a point on the southerly right of way margin of Carridale Street, SW; thence run in a westerly direction along said southerly right of way margin of Carridale Street, SW, a distance of 77.69 feet to a point; thence run in a southwesterly direction along a curve to the right having a radius of 40 feet, a distance of 90.89 feet (Chord distance of 72.56 feet) to a point; thence run in a southwesterly direction parallel to and 10 feet from th existing right of way margin of Austinville Road, SW, a distance of 85.24 feet to the true point of beginning, and containing 0.0753 acres, more or less.

TO HAVE AND TO HOLD unto the Grantee, its successors and assigns forever.

And we covenant with the Grantee, its successors and assigns, that we are lawfully seized in fee simple of said premises, that they are free from all encumbrances, unless otherwise noted above; that we have good right to sell and convey the same as aforesaid, and that we will warrant and defend the same to the Grantee, its successors and assigns, forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, we have hereunto set our hand and seals this _____ day of _____, 19____.

_____ (SEAL)
Milton H. Compton

_____ (SEAL)
Wylodean Compton

State of Alabama
County of Morgan

I, the undersigned authority, a Notary Public in and for the said County in said State, hereby certify that Milton H. Compton and his wife Wylodean Compton, whose names are signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, they executed the same voluntarily on the day the same bears date.

# CITY COUNCIL

SEPTEMBER 14, 1988 - REGULAR RECESSED MEETING

GIVEN under my hand this _____ day of _____, 19____.

_____
Notary Public

MOTION by Councilman Raths and seconded by Councilwoman Roberts that Resolution No. 88-131 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None.

The following Ordinance was introduced in writing by Council President Counts:

ORDINANCE NO. 88-2770

Section 1.  That the Code of Alabama, is hereby amended by adding a section to be numbered Section 25-10.3, which said section reads as follows:

"Section 25-10.3.

There is hereby created a R-5 Residential District (single Family Patio Home) for those areas so designated by this chapter and the zoning map of the City of Decatur, Alabama, which R-5 Districts shall allow Single Family Patio Home residence subject to use regulations common to all "R" Districts as set forth in Section 25-10 hereof, and further subject to the following requirements and conditions:

1.  General Requirements:

a.  Each dwelling unit shall be constructed on its own lot.

b.  No dwelling or lot within a R-5 District shall have vehicle access to an existing major thoroughfare (e.g., "collector street" or higher classified street) as defined by the Zoning Ordinance or Comprehensive Plan, or a major thoroughfare as defined by future plans adopted by the Planning Commission of the City of Decatur.

c.  There shall be a minimum separation of thirteen (13) feet between structures on separate lots.

d.  All Building set back lines shall be indicated on final plat.

e.  Perimeter Setbacks:  (1) where R-5 lots adjoin ( in any manner of configuration) any other zoning district, these "perimeter" lots shall have a setback equal to, and not less than those zoning districts that are adjoined.  Where R-5 lot or lots adjoin more than one zoning district of a different classification, then the "greater" setback shall be used for that lot or lots.

(2)  Where R-5 lots adjoin ( in any manner or configuration)  a major thoroughfare (e.g. collector street or higher classification), then an additional twenty (20) foot setback shall be added to those setback requirements set forth in section 25-10.3, 2.D thru section 25-10.3 2.F, inclusive and shall be measured from the lot line.

2  Specific Requirements

| | |
|---|---|
| a.  Minimum lot area | 5000 square feet |
| b.  Maximum building area | 50% of lot area |
| c.  Minimum lot width at building line | 40 feet |
| d.  Minimum front yard setback | 20 feet |
|     (also see Perimeter Setbacks) | (1) E.) |
| e.  Minimum rear yard setback | 20 feet |
|     (also see Perimeter Setbacks | (1) E.) |
| f.  Minimum side yard setbacks | 0 feet one side |
|     (also see Perimeter Setbacks (1) H.) | 10 feet the other |
| g.  Maximum building height | 35 feet |
| h.  Off street parking | 2 spaces per dwelling unit |
| i.  Maximum Density | 7 dwelling units per gross acre |

j.  Uses prohibited:  Any use not permitted , or permitted on appeal, is prohibited

SECTION 2.  That Section 25-8 of the Code of Decatur, Alabama, 1956, is hereby amended by adding to the listing of districts therein, a district to be numbered "R-5", which district shall be described therein as follows:

"R-5".  Residential District (Single Family Patio Home)."

SECTION 3.  This ordinance shall take effect and be in force from and after the date of its adoption and publication as required by law.

ADOPTED this the _____ day of _____, 19____.

Thomas G. Counts, President of the Council

AUTHENTICATED

Gail Busbey, City Clerk

APPROVED this _____ day of _____, 19_____.

_____
Bill J. Dukes, Mayor

MOTION by Councilman Allen and seconded by Councilman Priest that the City Clerk be instructed to publish

300

# CITY COUNCIL

SEPTEMBER 14, 1988 - REGULAR RECESSED MEETING

the proposed Ordinance, along with the appropriate notice of public hearing thereon, as required by law. DISCUSSION: Councilman Raths stated that it was his opinion that the first version of the R-5 zoning, Ordinance 88-2755, was the better of the two. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest and Roberts. Nays: Councilman Raths.

Roy Coley and Lee Price, representing the Homebuilders Association of Decatur, told the Council that they were in favor of the R-5 zoning as originally proposed in Ordinance No. 88-2755. They asked the Council to amend the zoning ordinance to provide for patio home zoning.

There being no further business to come before the Council, the meeting was duly adjourned at 11:23 o'clock A.M.

These minutes read and approved this 19th day of September, 1988.

Thomas G. Counts, President of the Council

Jack Allen, Councilmember

Russell Priest, Councilmember

P. D. Raths, Councilmember

Mary W. Roberts, Councilmember

Authenticated:

Gail Busbey, City Clerk

# CITY COUNCIL

355

CITY HALL, DECATUR, ALABAMA, AUGUST 26, 1992 – REGULAR RECESSED MEETING

The City Council of the City of Decatur met in regular recessed session Wednesday, August 26, 1992 at 11:30 o'clock A.M. in the Council Chamber.

The meeting was called to order and the invocation led by the President Pro Tem of the Council.

On roll call, the following members answered present:  Council President Pro Tem Jack E. Allen and Councilmembers Shirley H. Hammond, Murray Millwee and Collis H. Stevenson. Absent:  Council President Thomas G. Counts.  Mayor Bill J. Dukes and City Clerk Gail Busbey were also present.

Council President Pro Tem Allen asked that the minutes reflect that Council President Counts is out of town.

Council President Pro Tem Allen stated that the purpose of this meeting is to canvass the results of the municipal election held August 25, 1992. The canvass of the votes cast on each machine at each voting center was read aloud by the Council President Pro Tem and the results tabulated by the City Council and the City Clerk.

**RECAPITULATION SHEET**

**City of Decatur, Alabama** — General Municipal Election, 25th Day of August, 1992

| District or Ward | Box No. | Voting Machine No. | Name of Precinct | Code No. | BILL J. DUKES | DUELL "D. J." HARRISON | GEORGE W. ALLEN, JR. | WILLIAM "BABO" MATTHEWS III | RUSSELL PRIEST | COLLIS STEVENSON | KENNY THEOANDERSON | SHIRLEY (JAKE) HAMMOND | CARTER B. TUTHILL | MORLEY JENKINS | JACK N. PATTERSON | JULIAN PRICE, JR. | GARLAND TERRY | JACK ALLEN | WILLIAM A. "Manny" MCLANES | W. E. "Eddie" TILLER | RAY COLLEY | MURRAY E. MILLWEE | JOHN MULLIGAN | RICHARD W. "Rick" WILEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3-1 | 1 | Morgan County Courthouse | 1 | 249 | 53 | | | | | 31 | 145 | 133 | | | | | | | | | | | |
| 1 | 3-2 | 1 | West Decatur Elementary School | 2 | 174 | 63 | 31 | 51 | 99 | 43 | | | | | | | | | | | | | | |
| 1 | 3-3 | 1 | Fire Station No. 4 | 3 | 109 | 89 | 24 | 21 | 71 | 27 | | | | | | | | | | | | | | |
| 2 | 3-4 | 1 | Decatur High School | 4 | 519 | 176 | | | | | 72 | 253 | 364 | | | | | | | | | | | |
| 2 | 3-5 | 1 | Somerville Road Elementary | 5 | 466 | 185 | | | | | 134 | 159 | 351 | | | | | | | | | | | |
| 4 | 3-6 | 1 | Woodmonde Elementary School | 6 | 771 | 218 | | | | | | | | | | | | 609 | 149 | 239 | | | | |
| 4 | 3-6 | 2 | Woodmonde Elementary School | 7 | | | | | | | | | | | | | | 418 | 184 | 152 | | | | |
| 4 | 3-7 | 1 | Aquadome Recreation Center | 8 | 538 | 206 | | | | | | | | | | | | 243 | 186 | 83 | | | | |
| 4 | 3-8 | 1 | Austinville Elementary School | 9 | 416 | 200 | | | | | | | | | | | | | | | | | | |
| 3 | 3-9 | 1 | The Captain Ford | 10 | 107 | 86 | | | | | | | | 81 | 114 | 56 | 40 | | | | 58 | 79 | 80 | 87 |
| 5 | 3-10 | 1 | Julian Harris Elementary School | 11 | 223 | 81 | | | | | | | | | | | | | | | 138 | 164 | 181 | 227 |
| 5 | 3-10 | 2 | Julian Harris Elementary School | 12 | 545 | 164 | | | | | | | | | | | | | | | | | | |
| 1 | 3-11 | 1 | Leadtown Elementary School | 13 | 463 | 159 | 53 | 216 | 223 | 136 | | | | | | | | | | | | | | |
| 1 | 3-11 | 2 | Leadtown Elementary School | 14 | 6 | 3 | 1 | 2 | 8 | 3 | | | | | | | | | | | | | | |
| 1 | 3-12 | 1 | Carbin Homes Community Center | 15 | 153 | 89 | 93 | 73 | 57 | 75 | | | | | | | | | | | | | | |
| 3 | 3-13 | 1 | Southland Plaza Mall | 16 | 336 | 67 | | | | | | | | 118 | 165 | 165 | 56 | | | | | | | |
| 4 | 3-14 | 1 | Chestnut Grove Elementary School | 17 | 627 | 208 | | | | | | | | | | | | | | | 148 | 157 | 269 | 190 |
| 4 | 3-14 | 2 | Chestnut Grove Elementary School | 18 | 337 | 103 | | | | | | | | | | | | | | | 73 | 98 | 138 | 83 |
| 3 | 3-15 | 1 | Fanners Homestead Elementary | 19 | 194 | 130 | | | | | | | | 88 | 41 | 75 | 151 | | | | | | | |
| 3 | 3-16 | 1 | Flint Elementary School | 20 | 197 | 93 | | | | | | | | 18 | 85 | 39 | 128 | | | | | | | |
| 3 | 3-1 | 1 | Head Teacher's E J Center | 21 | 433 | 129 | | | | | | | | 63 | 91 | 211 | 97 | | | | | | | |
| 3 | 4-1 | 1 | Walter Jackson Elementary School | 22 | 307 | 111 | | | | | 78 | 182 | 269 | | | | | | | | | | | |
| 3 | 4-2 | 1 | Eastwood Elementary School | 23 | 371 | 150 | | | | | | | | 195 | 147 | 409 | 217 | | | | | | | |
| 1 | 4-3 | 1 | Eastwood Elementary School | 24 | 231 | 113 | | | | | | | | 95 | 146 | 138 | 47 | | | | | | | |
| | 4-3 | 2 | Eastwood Elementary School | 25 | | | | | | | | | | | | | | | | | | | | |
| | | 1 | **TOTAL ABSENTEE VOTES** | | 1413 | 20 | 8 | 3 | 8 | 10 | 6 | 19 | 29 | 8 | 4 | 17 | 10 | 20 | 4 | 11 | 5 | | 11 | 8 |
| | | | **GRAND TOTAL** | | 1480 | 2716 | 130 | 364 | 461 | 233 | 319 | 787 | 1148 | 485 | 1433 | 1278 | 748 | 1281 | 523 | 485 | 442 | 494 | 827 | 595 |

The following Resolution was introduced in writing by Council President Pro Tem Allen:

### RESOLUTION NO. 92-118

WHEREAS, the general election for the City of Decatur, Alabama, was duly and legally held on August 25, 1992, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 26th day of August, 1992, a quorum thereof being present, at 11:30 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said City Council has ascertained and determined the results of said election as follows:

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1. That Bill J. Dukes received a majority of the votes cast for the office of Mayor and is hereby declared elected to that office for the term beginning on the first Monday in October, 1992.

2. That Carter B. Tutwiler received a majority of the votes cast for the office of Alderman (Councilman) District No. 2 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1992.

3. That Jack Allen received a majority of the votes cast for the office of Alderman (Councilman) District No. 4 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1992.

4. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 1, and that Russell Priest and William M. "Butch" Matthews, III received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 15, 1992 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

5. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 3, and that Julian Price, Jr. and Garland Terry received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 15, 1992 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

6. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 5, and that John Mullican and Richard W. "Rich" Wiley received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 15, 1992 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

Adopted this 26th day of August, 1992.

MOTION by Councilmember Millwee and seconded by Councilmember Hammond that Resolution No. 92-118 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Allen, Hammond, Millwee and Stevenson. Nays: None.

There being no further business to come before the Council, the meeting was duly adjourned at 12:05 o'clock P.M.

# CITY COUNCIL

357

AUGUST 26, 1992 – REGULAR RECESSED MEETING

These minutes read and approved this 14th day of September, 1992.

_____
Thomas G. Counts, President of the Council

_____
Jack Allen, Councilmember

_____
Shirley E. Hammond, Councilmember

_____
Murray Milwee, Councilmember

_____
Collis Stevenson, Councilmember

Authenticated:

_____
Gail Busbey, City Clerk

## CITY COUNCIL

CITY HALL, DECATUR, ALABAMA, AUGUST 28, 1996 – REGULAR RECESSED MEETING

The City Council of the City of Decatur met in regular session Wednesday, August 28, 1996 at 11:00 o'clock A.M. in the Council Chamber.

The meeting was called to order and the invocation led by the President of the Council.

On roll call, the following members answered present: Council President Jack Allen and Councilmembers William M. Matthews, Earl Morris, John Mullican and Carter B. Tutwiler. Absent: None. Mayor Julian Price, City Clerk Gail Busbey and City Attorney Herman Marks were also present.

Council President Allen stated that the purpose of this meeting is to canvass the results of the municipal election held August 28, 1996. The canvass of the votes cast on each machine at each voting center was read aloud by the Council President and the results tabulated by the City Council and the City Clerk.

City of Decatur, Alabama

RECAPITULATION SHEET

General Municipal Election
27th Day of August, 1996

**MAYOR**

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Robert (Bob) Harpe | Julian Price |
|---|---|---|---|---|---|
| 3 | 1 | 1 | Morgan Co. Courthouse | 74 | 251 |
| 3 | 2 | 1 | West Decatur Elem. | 142 | 117 |
| 3 | 3 | 1 | Decatur Utilities | 59 | 62 |
| 3 | 4 | 1 | Decatur High School | 228 | 406 |
| 3 | 5 | 1 | Somerville Road Elem. | 309 | 414 |
| 3 | 6 | 1 | Woodmeade Elementary | 253 | 182 |
| 3 | 6 | 2 | Woodmeade Elementary | 373 | 279 |
| 3 | 7 | 1 | Aquadome | 484 | 265 |
| 3 | 8 | 1 | Austinville Elementary | 186 | 140 |
| 3 | 8 | 2 | Austinville Elementary | 207 | 125 |
| 3 | 9 | 1 | American Legion | 58 | 93 |
| 3 | 10 | 1 | Julian Harris Elem. | 340 | 303 |
| 3 | 10 | 2 | Julian Harris Elem. | 422 | 360 |
| 3 | 11 | 1 | Benjamin Davis Elem. | 431 | 369 |
| 3 | 11 | 2 | Benjamin Davis Elem. | 28 | 25 |
| 3 | 12 | 1 | Cashin Homes | 164 | 149 |
| 3 | 13 | 1 | Dept. of Human Resources | 95 | 330 |
| 3 | 14 | 1 | Chestnut Grove Elem. | 269 | 425 |
| 3 | 14 | 2 | Chestnut Grove Elem. | 290 | 349 |
| 3 | 15 | 1 | Frances Nungester Elem. | 139 | 177 |
| 3 | 16 | 1 | Cedar Ridge Middle | 435 | 360 |
| 3 | 17 | 1 | Flint Elementary | 112 | 77 |
| 4 | 1 | 1 | Hood Tractor | 188 | 540 |
| 4 | 2 | 1 | Walter Jackson Elem. | 175 | 323 |
| 4 | 3 | 2 | Eastwood Elementary | 117 | 428 |
| 4 | 3 | 1 | Eastwood Elementary | 246 | 782 |
| | | | Absentee Votes | 119 | 156 |
| | | | | 5943 | 7487 |

CITY COUNCIL, DISTRICT NO. 1

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | William (Billy) Jackson | William (Butch) Matthews |
|---|---|---|---|---|---|
| 3 | 2 | 1 | West Decatur Elem. | 122 | 128 |
| 3 | 3 | 1 | Decatur Utilities | 57 | 62 |
| 3 | 11 | 1 | Benjamin Davis Elem. | 418 | 388 |
| 3 | 11 | 2 | Benjamin Davis Elem. | 24 | 29 |
| 3 | 12 | 1 | Cashin Homes | 225 | 95 |
| | | | Absentee Votes | 4 | 10 |
| | | | | 850 | 712 |

490         CITY COUNCIL

AUGUST 28, 1996   REGULAR RECESSED MEETING

CITY COUNCIL, DISTRICT NO. 2

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | MARK RAY | CARTER B. TUIWILER |
|---|---|---|---|---|---|
| 3 | 1 | 1 | Morgan Co. Courthouse | 177 | 141 |
| 3 | 4 | 1 | Decatur High School | 338 | 286 |
| 3 | 5 | 1 | Somerville Road Elem. | 360 | 345 |
| 4 | 2 | 1 | Walter Jackson Elem. | 212 | 281 |
| | | | Absentee Votes | 13 | 38 |
| | | | | 1100 | 1091 |

CITY COUNCIL — DISTRICT NO. 3

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | JAMES T. MACILVEEN | EARL MORRIS | JERRY OLSON | TRACY TUBBS | PATRICIA (PAT) WOLLER |
|---|---|---|---|---|---|---|---|---|
| 3 | 9 | 1 | American Legion | 3 | 47 | 4 | 27 | 66 |
| 3 | 13 | 1 | Dept. of Human Resources | 6 | 118 | 6 | 91 | 204 |
| 3 | 15 | 1 | Frances Nungester Elem. | 16 | 82 | 21 | 77 | 116 |
| 3 | 17 | 1 | Flint Elementary | 1 | 41 | 8 | 48 | 91 |
| 4 | 1 | 1 | Hood Tractor | 18 | 222 | 45 | 145 | 297 |
| 4 | 3 | 2 | Eastwood Elementary | 13 | 133 | 10 | 100 | 287 |
| 4 | 3 | 1 | Eastwood Elementary | 14 | 291 | 21 | 221 | 480 |
| | | | Absentee Votes | 2 | 21 | 1 | 9 | 39 |
| | | | | 73 | 955 | 116 | 718 | 1680 |

CITY COUNCIL — DISTRICT NO. 4

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Jack Allen | R.H. (Buddy) Barbee | Clay H. New |
|---|---|---|---|---|---|---|
| 3 | 6 | 1 | Woodmeade Elem. | 227 | 127 | 81 |
| 3 | 6 | 2 | Woodmeade Elem. | 370 | 155 | 125 |
| 3 | 7 | 1 | Aquadome | 425 | 198 | 120 |
| 3 | 8 | 1 | Austinville Elem. | 185 | 83 | 54 |
| 3 | 8 | 2 | Austinville Elem. | 178 | 85 | 63 |
| | | | Absentee Votes | 41 | 12 | 3 |
| | | | | 1426 | 660 | 446 |

CITY COUNCIL — DISTRICT NO. 5

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Phillip (Phil) Hastings | Robert (Mickey) Johnson | John Mullican | Richard (Rich) Wiley |
|---|---|---|---|---|---|---|---|
| 3 | 10 | 1 | Julian Harris Elem. | 300 | 79 | 195 | 63 |
| 3 | 10 | 2 | Julian Harris Elem. | 356 | 91 | 259 | 69 |
| 3 | 14 | 2 | Chestnut Grove Elem. | 289 | 94 | 271 | 36 |
| 3 | 14 | 1 | Chestnut Grove Elem. | 268 | 88 | 235 | 46 |
| 3 | 16 | 1 | Cedar Ridge Middle | 337 | 112 | 309 | 35 |
| | | | Absentee Votes | 40 | 9 | 24 | 7 |
| | | | | 1590 | 473 | 1293 | 256 |

BOARD OF EDUCATION — DISTRICT NO. 1

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Sandra Clack | Dorothy Gordon | Thomas (Tommy) Sykes |
|---|---|---|---|---|---|---|
| 3 | 2 | 1 | West Decatur Elem. | 97 | 28 | 126 |
| 3 | 3 | 1 | Decatur Utilities | 43 | 21 | 53 |
| 3 | 11 | 1 | Benjamin Davis Elem. | 361 | 81 | 357 |
| 3 | 11 | 2 | Benjamin Davis | 21 | 14 | 17 |
| 3 | 12 | 1 | Cashin Homes | 114 | 30 | 175 |
| | | | Absentee Votes | 4 | 1 | 9 |
| | | | | 640 | 175 | 737 |

BOARD OF EDUCATION — DISTRICT NO. 2

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Benton (Gil) Aldrich | Charles (Chuck) Browning | Phillip E. Meadows | Joseph W. Propst,II | Carol Sandlin |
|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 1 | Morgan Co. Courthouse | 68 | 14 | 14 | 72 | 124 |
| 3 | 4 | 1 | Decatur High School | 179 | 35 | 34 | 160 | 201 |
| 3 | 5 | 1 | Somerville Road Elem. | 221 | 37 | 28 | 169 | 241 |
| 4 | 2 | 1 | Walter Jackson Elem. | 106 | 43 | 20 | 160 | 153 |
| | | | Absentee Votes | 15 | 7 | 2 | 12 | 16 |
| | | | | 589 | 163 | 98 | 581 | 735 |

BOARD OF EDUCATION — DISTRICT NO. 3

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Lynn C. Fowler | Marilyn Mooneyham |
|---|---|---|---|---|---|
| 3 | 9 | 1 | American Legion | 109 | 37 |
| 3 | 13 | 1 | Dept. of Human Resources | 335 | 85 |
| 3 | 15 | 1 | Frances Nungester Elem. | 227 | 79 |
| 3 | 17 | 1 | Flint Elementary | 136 | 42 |
| 4 | 1 | 1 | Hood Tractor | 535 | 180 |
| 4 | 3 | 1 | Eastwood School | 454 | 86 |
| 4 | 3 | 2 | Eastwood School | 845 | 174 |
| | | | Absentee Votes | 62 | 10 |
| | | | | 2703 | 693 |

AUGUST 28, 1996   REGULAR RECESSED MEETING

### BOARD OF EDUCATION — DISTRICT NO. 4

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Berval Bennett | William R. (Randy) Holmes | Bobbie R. Meier |
|---|---|---|---|---|---|---|
| 3 | 6 | 1 | Woodmeade Elem. | 153 | 174 | 90 |
| 3 | 6 | 2 | Woodmeade Elem. | 226 | 251 | 144 |
| 3 | 7 | 1 | Aquadome | 319 | 295 | 102 |
| 3 | 8 | 1 | Austinville Elem. | 146 | 118 | 45 |
| 3 | 8 | 2 | Austinville Elem. | 149 | 119 | 37 |
|   |   |   | Absentee Votes | 24 | 16 | 15 |
|   |   |   |  | 1017 | 973 | 433 |

### BOARD OF EDUCATION — DISTRICT NO. 5

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | Charles E. Elliott | H.M. (Skip) Smith |
|---|---|---|---|---|---|
| 3 | 10 | 1 | Julian Harris Elem. | 459 | 155 |
| 3 | 10 | 2 | Julian Harris Elem. | 550 | 200 |
| 3 | 14 | 2 | Chestnut Grove Elem. | 440 | 238 |
| 3 | 14 | 1 | Chestnut Grove Elem. | 406 | 219 |
| 3 | 16 | 1 | Cedar Ridge Middle | 484 | 290 |
|   |   |   | Absentee Votes | 48 | 29 |
|   |   |   |  | 2387 | 1131 |

The following Resolution was introduced in writing by Council President Allen:

### R E S O L U T I O N  NO. 96-251

WHEREAS, the general election for the City of Decatur, Alabama, was duly and legally held on August 27, 1996, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 28th day of August, 1996, a quorum thereof being present, at 11:00 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said City Council has ascertained and determined the results of said election as follows:

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1.   That Julian Price received a majority of the votes cast for the office of Mayor and is hereby declared elected to that office for the term beginning on the first Monday in October, 1996.

2.   That William (Billy) Jackson received a majority of the votes cast for the office of Alderman (Councilman) District No. 1 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996.

3.   That Mark Ray received a majority of the votes cast for the office of Alderman (Councilman) District No. 2 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996.

4.   That Jack Allen received a majority of the votes cast for the office of Alderman (Councilman) District No. 4 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996.

5.   That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 3, and that Patricia (Pat) Woller and Earl Morris received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 17, 1996 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

6.   That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 5, and that Phillip (Phil) Hastings and John Mullican received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 17, 1996 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

7.   That no candidate received a majority of the votes cast for the office of Board of Education Member, District No. 1, and that Thomas (Tommy) Sykes and Sandra Clack received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 17, 1996 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

8.   That no candidate received a majority of the votes cast for the office of Board of Education Member, District No. 2, and that Carol Sandlin and Belton (Gil) Aldrich received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 17, 1996 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

9.   That Lynn C. Fowler received a majority of the votes cast for the office of Board of Education Member District No. 3 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996.

10.   That no candidate received a majority of the votes cast for the office of Board of Education Member, District No. 4, and that Berval Bennett and William R. (Randy) Holmes received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 17, 1996 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

11.   That Charles E. Elliott received a majority of the votes cast for the office of Board of Education Member District No. 5 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996

Adopted this 28th day of August, 1996.

MOTION by Councilmember Matthews and seconded by Councilmember Morris that Resolution No. 96-251 be adopted as introduced.

DISCUSSION:   Council President Allen congratulated the Councilmembers-elect and offered the assistance and support of the present Council in the transitional period. Roll call was as follows: Ayes: Councilmembers Allen, Matthews, Morris and Mullican. Nays: None. Councilmember Tutwiler recused himself from voting, citing his personal interest in the election results.

Councilmember Tutwiler, citing the difference of only nine votes deciding the outcome of the election of the Councilmember representing District Two, requested retesting of the vote tabulating machines and a recount of the votes cast for the candidates for that office, based upon Sec. 17-24-4 and Sec. 17-24-7 of the Code of Alabama, 1975 and Sec. 3.18 and Sec. 3.19 of the Procedures for Electronic Vote Counting-Vote Counting Systems adopted pursuant thereto. He asked that the City Clerk proceed with the machine retesting and the recount of the votes as soon as possible.

The following Resolution was introduced in writing by Council President Allen:

### R E S O L U T I O N  NO. 96-252

BE IT RESOLVED by the City Council of the City of Decatur, in the State of Alabama, that under the provisions of Section 17-24-7 of the Code of Alabama, 1975 and of Sections 3.18 and 3.19 of the Procedures for Electronic Vote Counting-Vote Counting Systems adopted pursuant thereto, Carter B. Tutwiler, a candidate for the office of City Council District 2, has requested a recount of the ballots cast for that office in the general municipal election held August 27, 1996 and the retesting of the precinct ballot counters on which said ballots were cast; and

BE IT FURTHER RESOLVED that the costs of retesting precinct ballot counters and recounting the ballots cast shall be paid by Carter B. Tutwiler; and

BE IT FURTHER RESOLVED that the City Clerk, Gail Busbey, is hereby authorized and directed to proceed with the retesting of precinct ballot counters and recounting of ballots as expeditiously as possible and to keep the costs of same at a minimum, as directed by the above-mentioned procedures.

ADOPTED this 28th day of August, 1996.

MOTION by Councilmember Morris and seconded by Councilmember Mullican that Resolution No. 96-252 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Allen, Matthews, Morris, Mullican and Tutwiler. Nays: None. Council President declared

# CITY COUNCIL

AUGUST 28, 1996 - REGULAR RECESSED MEETING

Resolution No. 96-252 adopted and directed City Clerk Gail Busbey to proceed with the machine retesting and the vote recount as expeditiously as possible.

Mayor Price congratulated the Councilmembers-elect and said that he was looking forward to working together.

There being no further business to come before the Council, the meeting was duly adjourned at 11:35 o'clock A.M.

These minutes read and approved September 9, 1996.

_____
Jack E. Allen, President of the Council

_____
William M. Matthews, III, Councilmember

_____
Earl Morris, Councilmember

_____
John Mullican, Councilmember

_____
Carter B. Tutwiler, Councilmember

Authenticated:

_____
Gail Busbey, City Clerk

**50**                              CITY COUNCIL

CITY HALL, DECATUR, ALABAMA, SEPTEMBER 18, 1996 - REGULAR RECESSED MEETING

The City Council of the City of Decatur met in regular recessed session Wednesday, September 18, 1996 at 11:30 o'clock A.M. in the Council Chamber.

The meeting was called to order and the invocation led by the President of the Council.

On roll call, the following members answered present:  Council President Jack Allen and Councilmembers William M. Matthews, Earl Morris, John Mullican and Carter B. Tutwiler. Absent:  None.  Mayor Julian Price, City Clerk Gail Busbey and City Attorney Herman Marks were also present.

Minutes of the regular meeting of September 16, 1996 were approved by unanimous consent.

Council President Allen stated that the purpose of this meeting is to canvass the results of the municipal runoff election held September 17, 1996.  The canvass of the votes cast on each machine at each voting center was read aloud by the Council President and the results tabulated by the City Council and the City Clerk.

RECAPITULATION SHEET

| Precinct No. | Box No. | Voting Machine No. | Name of Precinct | FOR CITY COUNCIL DIST. NO. 5 | | FOR CITY COUNCIL DIST. NO. 1 | | FOR MEMBER BOARD OF EDUCATION DIST. NO. 2 | | FOR MEMBER BOARD OF EDUCATION DIST. NO. 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Phillip (Phil) Hastings | John Mullican | Sandra Clark | Thomas (Tommy) Sykes | Benton (Gil) Aldrich | Carol Gandlin | Berval Bennett | William R. (Randy) Holmes | |
| 3 | 1 | 1 | Morgan Co. Courthouse | | | | | 65 | 80 | | | 145 |
| 3 | 2 | 1 | West Decatur Elem. | | | 53 | 73 | | | | | 125 |
| 3 | 3 | 1 | Decatur Utilities Aud. | | | 17 | 26 | | | | | 43 |
| 3 | 4 | 1 | Decatur High School | | | | | 145 | 171 | | | 316 |
| 3 | 5 | 1 | Sommerville Rd School | | | | | 161 | 154 | | | 315 |
| 3 | 6 | 1 | Woodamede School | | | | | | | 269 | 92 | 361 |
| 3 | 6 | 2 | Woodamede School | | | | | | | 139 | 65 | 204 |
| 3 | 7 | 1 | Aquaducac Rec. Center | | | | | | | 270 | 101 | 371 |
| 3 | 8 | 1 | Austinville School | | | | | | | 78 | 23 | 101 |
| 3 | 8 | 2 | Austinville School | | | | | | | 162 | 47 | 209 |
| 3 | 10 | 1 | Julian Harris School | 161 | 122 | | | | | | | 283 |
| 3 | 10 | 2 | Julian Harris School | 493 | 354 | | | | | | | 847 |
| 3 | 11 | 1 | Benjamin Davis School | | | 258 | 293 | | | | | 551 |
| 3 | 11 | 2 | Benjamin Davis School | | | | | | | | | |
| 3 | 12 | 1 | Cashin Rosen Center | | | 73 | 172 | | | | | 245 |
| 3 | 14 | 1 | Chestnut Grove School | 296 | 298 | | | | | | | 594 |
| 3 | 14 | 2 | Chestnut Grove School | 208 | 212 | | | | | | | 412 |
| 3 | 16 | 1 | Cedar Ridge School | 347 | 342 | | | | | | | 698 |
| 4 | 2 | 1 | Walter Jackson School | | | | | 101 | 109 | | | 210 |
| | | | TOTAL ABSENTEE VOTES | 1497 | 1327 | 400 | 564 | 472 | 514 | 988 | 328 | 4010 |
| | | | | 34 | 21 | 3 | 12 | 14 | 14 | 18 | 5 | 120 |
| | | | TOTAL VOTES | 1531 | 1348 | 403 | 576 | 486 | 528 | 926 | 333 | 6130 |

The following Resolution was introduced in writing by Council President Allen:

R E S O L U T I O N  NO. 96-278

WHEREAS, the general municipal runoff election for the City of Decatur, Alabama, was duly and legally held on September 17, 1996, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 18th day of September, 1996, a quorum thereof being present, at 11:30 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said City Council has ascertained and determined the results of said election as follows:

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

# CITY COUNCIL

SEPTEMBER 18, 1996 - REGULAR RECESSED MEETING

1. That Phil Hastings received a majority of the votes cast for the office of Alderman (Councilman) District No. 5 and is hereby declared elected to that office for the term beginning on the first Monday in October, 1996.

2. That Tommy Sykes received a majority of the votes cast for the office of Board of Education District No. 1 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996.

3. That Carol Sandlin received a majority of the votes cast for the office of Board of Education District No. 2 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996.

4. That Berval Bennett received a majority of the votes cast for the office of Board of Education District No. 4 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1996.

Adopted this 18th day of September, 1996.

MOTION by Councilmember Morris and seconded by Councilmember Tutwiler that Resolution No. 96-278 be adopted as introduced.

DISCUSSION: Council President Allen congratulated Councilmember-elect Hastings and offered the assistance and support of the present Council in the transitional period.

Roll call was as follows: Ayes: Councilmembers Allen, Matthews, Morris, Mullican and Tutwiler. Nays: None. Council President Allen declared Resolution No. 96-278 adopted.

Bids were taken, pursuant to the bid law, for Landscaping at Rhodes Ferry Park as a part of the Decatur Riverwalk-Phase I:

BIDDERS CHECKLIST
REQUIRED SUBMITTALS WITH BID PACKAGE
DECATUR RIVERWALK - PHASE I (LANDSCAPE PACKAGE)

Bid Date: September 10, 1996
Bid Time: 2 p.m.

| | GREEN EARTH ENVIRONMENTAL DESIGN | DECATUR LANDSCAPING | NURSERY & GREENHOUSE | PINEY CREEK INC | GRIMES LANDSCAPING |
|---|---|---|---|---|---|
| BASE BID | $55,813.66 | | $37,975.00 | | |

The following Resolution was introduced in writing by Council President Allen:

R E S O L U T I O N NO. 96-279

BE IT RESOLVED by the City Council of the City of Decatur, in the State of Alabama, that it appearing that the bid of Decatur Nursery, Decatur, Alabama, is the lowest and best bid for the Decatur Riverwalk-Phase I, (Landscape Package) improvements at Rhodes Ferry Park, Decatur, Alabama, in accordance with the plans and specifications prepared by Barge, Waggoner, Sumner and Cannon, Inc., Nashville, Tennessee, and from evidence submitted it appears to the City Council that such contractor is qualified and able to execute the work, the Mayor is hereby authorized to execute formal contract with said bidder and the City Clerk is authorized to affix the seal of the City to such contact and to attest the same, such being a unit price contract with $37,975.00 as the amount of the Base Bid. Said project to be paid for with $8,641.60 of Federal Surface Transportation Program funds, $2,160.40 of city matching General funds, and $27,173.00 of TVA grant funds, all subject to the approval and recommendation of the Alabama Department of Transportation.

ADOPTED this the 18th day of September, 1996.

MOTION by Councilmember Tutwiler and seconded by Councilmember Morris that Resolution No. 96-279 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Allen, Matthews, Morris, Mullican and Tutwiler. Nays: None. Council President declared Resolution No. 96-279 adopted.

The following Resolution was introduced in writing by Council President Allen:

R E S O L U T I O N  NO.  96-280

WHEREAS, the City of Decatur has been the recipient of Section 9 Transit funds from the Alabama Department of Transportation (ADOT) for the operation of a Decatur Urbanized Area transit system; and

WHEREAS, the Community Action and Community Development Agency of North Alabama. Inc., has been the contract operator of said transit system and said contract shall expire September 30, 1996 and shall not be renewed; and

WHEREAS, the Community Action and Community Development Agency of North Alabama has paid the 20% matching share to purchase eleven (11) vehicles; and

WHEREAS, the City of Decatur, by agreement dated March 19. 1996, did agree to reimburse the contractor 20% of the current agreed upon value of said vehicles upon termination of said contract.

NOW THEREFORE BE IT RESOLVED, by the City Council of the City of Decatur, Alabama, that the FY-96 Community Development Transit Budget and the General Fund Budget are hereby amended as follows:

Community Development Expense:                              New Budget

   004-610-590-95-001  Motor Vehicles                       $57,879.00
General Fund Transfer:
   001-046-571-42-001  Community Development fund/Urban Transit  $57,879.00

NOW THEREFORE BE IT ALSO RESOLVED, by the City Council of the City of Decatur, Alabama, that the Community Action and Community Development Agency of North Alabama. Inc., be reimbursed the sum of $52,879.00, said amount being 20% of the current value ($264,403.00) of said vehicles.

ADOPTED this the 18th day of September, 1996.

MOTION by Councilmember Tutwiler and seconded by Councilmember Morris that Resolution No. 96-280 be tabled to allow the Council to determine whether the City of Decatur or Morgan County should be reimbursing Community Action for these vehicles. Roll call was as follows: Ayes; Councilmembers Allen, Matthews, Morris, Mullican and Tutwiler. Nays; None. Council President declared Resolution No. 96-280 tabled.

This being the date, time and place set for public hearing on the revocation of the Restaurant Retail Liquor License of Edward P. Morrison, d/b/a Lil' Ed's at 1313 Point Mallard Parkway. Council President Allen asked if anyone present wished to be heard in opposition to or in favor of the proposed license revocation.

No one spoke in opposition to the proposed license revocation.

Revenue Examiner Ronne Harvell stated that the only records that he has been able to obtain has been a checking account summary, which indicates the use of separate sets of books. Based upon these sketchy records, it appears that the taxes paid to the City have been $6372 short, not counting the amounts incurred since the last report filed. He also stated that the restaurant portion of the business has been sub-let for more than half the time this business has been in operation and no taxes have been paid on food sales.

City Clerk Gail Busbey asked the Council to consider increasing the tax bond for this business, since the present bond will only protect the City from loss of tax revenues up to $5000.

MOTION by Councilmember Tutwiler and seconded by Councilmember Morris that the Restaurant Retail Liquor License of Lil' Ed's be suspended as of September 30 if Mr. Morris has not met the following conditions by that date: payment of all taxes due the City of Decatur to date; filing of an application with the Board of Zoning Adjustment for a parking variance (subject also to said variance being approved by the Board of Zoning Adjustment by October 15, 1996 and Mr. Morrison's subsequent compliance with the terms of

any such variance). Roll call was as follows: Ayes: Councilmembers Allen, Matthews,
Morris, Mullican and Tutwiler. Nays: None. Council President Allen instructed the
Revenue Department to inform Mr. Morrison of this pending license suspension.

Council President Allen declared a vacancy to exist on the Board of Examinations and
Appeals for the Construction Industries to fill the unexpired term of Roy Coley, said term
expiring October, 1997. He called for nominations to fill the vacancy.

Councilmember Matthews placed into nomination the name of Steve Lovelace for
appointment to the Board of Examinations and Appeals for the Construction Industries to
fill the unexpired term of Roy Coley, said term expiring October, 1997. There being no
further nominations, Council President Allen called for a vote, with the following members
voting in favor of the appointment of Mr. Lovelace: Councilmembers Allen, Matthews,
Morris, Mullican and Tutwiler. Council President Allen declared Steve Lovelace duly
elected as a member of the Board of Examinations and Appeals for the Construction
Industries, his term to expire October, 1997.

Council President Allen declared a vacancy to exist on the Board of Examinations and
Appeals for the Construction Industries due to the expiration of the term of Billy Reeves.
He called for nominations to fill the vacancy.

Councilmember Matthews placed into nomination the name of Billy Reeves for re-
appointment to the Board of Examinations and Appeals for the Construction Industries for a
term expiring October, 1999. There being no further nominations, Council President Allen
called for a vote, with the following members voting in favor of the appointment of Mr.
Reeves: Councilmembers Allen, Matthews, Morris, Mullican and Tutwiler. Council President
Allen declared Billy Reeves duly re-elected as a member of the Board of Examinations and
Appeals for the Construction Industries, his term to expire October, 1999.

Council President Allen declared a vacancy to exist on the Board of Examinations and
Appeals for the Construction Industries due to the expiration of the term of Tommy
Hartselle. He called for nominations to fill the vacancy.

Councilmember Matthews placed into nomination the name of Bailey Cook for appointment
to the Board of Examinations and Appeals for the Construction Industries for a term
expiring October, 1999. There being no further nominations, Council President Allen
called for a vote, with the following members voting in favor of the appointment of Mr.
Cook: Councilmembers Matthews, Morris, Mullican and Tutwiler. Councilmember Allen
recused himself from voting, citing a personal relationship with the nominee. Council
President Allen declared Bailey Cook duly elected as a member of the Board of Examinations
and Appeals for the Construction Industries, his term to expire October, 1999.

Mayor Price expressed his appreciation to City Clerk Gail Busbey for the many weeks
that she has worked more than double her regular work schedule in order to sure that the
municipal general and runoff elections were held in strict compliance with applicable laws
and he congratulated her on how smoothly the elections went, without the many problems
that have plagued many municipalities during this election cycle.

City Clerk Gail Busbey thanked the Police, Maintenance, Building, Finance, Garage and
Revenue Departments for the assistance that they have rendered during the elections,
particularly Herman Marks, Jeff Clark, Ray Nixon and Flint School Election Inspector
Rosemary Haynes for the help that they gave to the City Clerk's Office and/or voters that
sometimes extended into their personal time. She complimented the Decatur Post Office and

**54**

## CITY COUNCIL

SEPTEMBER 18, 1996 – REGULAR RECESSED MEETING

Decatur Daily employees for their willingness to help her meet the many deadlines involved in mailings and publications.  Ms. Busbey also praised her staff for the exceptional support and assistance that they provided, in addition to their usual excellent performance of their daily duties.

There being no further business to come before the Council, the meeting was duly adjourned at 12:35 o'clock A.M.

These minutes read and approved September 23, 1996.


_____
Jack E. Allen, President of the Council



_____
William M. Matthews, III, Councilmember



_____
Earl Morris, Councilmember


_____
John Mullican, Councilmember


_____
Carter B. Tutwiler, Councilmember


Authenticated:


_____
Gail Busbey, City Council

CITY HALL, DECATUR, ALABAMA, SEPTEMBER 13, 2000-REGULAR RECESSED MEETING

The City Council of the City of Decatur, Alabama, reconvened in regular recessed session Wednesday, September 13, 2000 at 11:00 o'clock A.M. in the Council Chamber at City Hall.

The meeting was called to order by Council President Allen. The invocation and the Pledge of Allegiance to the United States Flag were led by Councilmember Ray.

On roll call, the following members answered present: Councilmembers Jack Allen, Phil Hastings, William Jackson, Mark Ray and Patricia Woller. Absent: None. Mayor Julian Price, City Clerk Gail Busbey and City Attorney Herman Marks were also present.

Council President Allen opened the envelopes containing the official results of the General Municipal Runoff Election held September 12, 2000 and declared the results from each precinct aloud.

The following Resolution was introduced in writing by Council President Allen:

R E S O L U T I O N  NO.  00-285

WHEREAS, the runoff election for the City of Decatur, Alabama, was duly and legally held on September 12, 2000, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 13th day of September, 2000, a quorum thereof being present, at 11:00 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said City Council has ascertained and determined the results of said election as follows:

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1. That Lynn Fowler received a majority of the votes cast for the office of Mayor and is hereby declared elected to that office for the term beginning on the first Monday in October, 2000.

2. That Dot Montgomery received a majority of the votes cast for the office of Alderman (Councilman) District No. 2 and is hereby declared elected to that office for the term beginning on the first Monday in October, 2000.

3. That Ronny Russell received a majority of the votes cast for the office of Alderman (Councilman) District No. 4 and is hereby declared elected to that office for the term beginning on the first Monday in October, 2000.

5. That Dwight Jett received a majority of the votes cast for the office of Board of Education District No. 4 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 2000.

Adopted this 12th day of September, 2000

MOTION by Councilmember Woller and seconded by Councilmember Hastings that Resolution No. 00-285 be adopted as introduced. Roll call was as follows:

Ayes: Councilmembers Allen, Hastings, Jackson, Ray and Woller. Nays: None.

**SEPTEMBER 13, 2000 – REGULAR RECESSED MEETING**

Council President Allen declared Resolution No. 00-285 had achieved passage.

The following Resolution was introduced in writing by Council President Pro Tem Woller:

R E S O L U T I O N  NO.  00-286

BE IT RESOLVED by the City Council of the City of Decatur, Alabama that the Mayor is authorized to make application for a $500,000 FEMA Hazard Mitigation Grant to cover the project cost of the City of Decatur Comprehensive Drainage Plan, said $500,000 including a match of $125,000 by the City of Decatur, and to make such assurances and sign such documents as required to do so.

ADOPTED this the 13th day of September.

Authenticated:

_____
City Clerk

MOTION by Councilmember Woller and seconded by Councilmember Hastings that Resolution No. 00-286 be adopted as introduced.

DISCUSSION: Councilmember Woller stated that this is a comprehensive plan for the City, rather than the piecemeal process that has taken place in the past.

Roll call was as follows:

Ayes: Councilmembers Allen, Hastings, Jackson, Ray and Woller. Nays: None.

Council President Allen declared Resolution No. 00-286 had achieved passage.

SEPTEMBER 13, 2000 – REGULAR RECESSED MEETING

The following Resolution was introduced in writing by Councilmember Hastings:

CITY OF DECATUR
COMPETITIVE BID SUMMARY SHEET

PROJECT:                                           REQUEST NO.  00-036

PC's, Monitors, Printers                           DATE  September 12, 2000

| BIDDERS INVITED TO BID | | TOTAL |
|---|---|---|
| American Laser<br>1407 Memorial Pkwy, NW #1<br>Huntsville, AL  35801 | | |
| Argcey Computer Corporation<br>Attn: Sue Bosanko          CC<br>27280 Haggerty Road<br>Suite C21<br>Farmington Hills, MI  48331 | 1.<br>2.<br>3. | 34,815.00<br>12,460.00<br>3,900.00 |
| Barnard Corporation<br>Attn: John barnard<br>P.O. Box 249<br>Brownsboro, AL 35741 | 1.<br>2.<br>3. | NB<br>NB<br>5,200.00 |
| Gulf Coast Computer Services<br>P.O. Box 1050<br>Daphne, AL  36526 | | |
| IBM<br>Attn: Michael Henriques<br>105 Moatfield Dr.<br>North York, Ontario  M3B3R1 | | |
| Independent Computer Services, Inc.<br>Attn: Jeanne E. Baughman      CC<br>P.O. Box 443<br>Florence, AL  35631-0443 | 1.<br>2.<br>3. | 34,026.00<br>11,956.00<br>NB |
| Key Solutions, Inc.<br>Attn: Eric Bauer<br>4 Interstate Access Road<br>Wilder, KY  41076 | 1.<br>2.<br>3. | NB<br>NB<br>4,700.00 |
| Lexmark<br>Attn: Kent Rose<br>400 South Union<br>Suite 130<br>Montgomery, AL  36104 | | |
| Pomeroy Computer Resources<br>Attn: Walter Weingarten        BB<br>124 Summit Parkway<br>Birmingham, AL  35209 | 1.<br>2.<br>3. | 33,686.00<br>11,760.00<br>NB |
| Source Technologies, Inc.<br>Attn: Greg Kidd<br>1 Chase Corporate Dr.<br>Suite 490<br>Birmingham, AL  35244 | 1.<br>2.<br>3. | NB<br>12,026.00<br>NB |
| Spectrum Information Systems<br>114 Castle Drive<br>Madison, AL  35758 | | |
| Varsity Computing, Inc.<br>P.O. Box 2023<br>Decatur, AL  35602 | 1.<br>2.<br>3. | 34,095.00<br>12,278.00<br>10,140.00 |

R E S O L U T I O N  NO.  00-287

BE IT RESOLVED by the City Council of the City of Decatur, in the State of
Alabama, that the bid of Argcey Computer Corporation, for furnishing and
delivering (4) IBM Twin-Ax and Parallel Interfaces, for various departments, be
accepted in the amount of $3,900.00.  The Purchasing Agent is hereby authorized
to issue the appropriate purchase order.

Adopted this 13th day of September, 2000.

SEPTEMBER 13, 2000 - REGULAR RECESSED MEETING

MOTION by Councilmember Hastings and seconded by Councilmember Ray that Resolution No.

00-287 be adopted as introduced.  Roll call was as follows:

Ayes:  Councilmembers Allen, Hastings, Jackson, Ray and Woller.  Nays:  None.

Council President Allen declared Resolution No. 00-287 had achieved passage.

The following Resolution was introduced in writing by Councilmember Jackson:

R E S O L U T I O N  NO.  00-288

BE IT RESOLVED by the City Council of the City of Decatur, in the State of Alabama, that the bid of Pomeroy Computer Resources, for furnishing and delivering (14) Lexmark Printers, for various departments, be accepted in the amount of $11,760.00.  The Purchasing Agent is hereby authorized to issue the appropriate purchase order.

Adopted this 13th day of September, 2000.

MOTION by Councilmember Jackson and seconded by Councilmember Woller that Resolution No.

00-288 be adopted as introduced.  Roll call was as follows:

Ayes:  Councilmembers Allen, Hastings, Jackson, Ray and Woller.  Nays:  None.

Council President Allen declared Resolution No. 00-288 had achieved passage.

The following Resolution was introduced in writing by Councilmember Ray:

R E S O L U T I O N  NO.  00-289

BE IT RESOLVED by the City Council of the City of Decatur, in the State of Alabama, that the bid of Varsity Computing, for furnishing and delivering (18) IBM Personal Computers, (13) 17-inch monitors, (5) flat panel monitors for various departments, be accepted in the amount of $34,095.00.  The Purchasing Agent is hereby authorized to issue the appropriate purchase order.

Adopted this 13th day of September, 2000.

MOTION by Councilmember Ray and seconded by Councilmember Hastings that Resolution No.

00-289 be adopted as introduced.  Roll call was as follows:

Ayes:  Councilmembers Allen, Hastings, Jackson, Ray and Woller.  Nays:  None.

Council President Allen declared Resolution No. 00-289 had achieved passage.

SEPTEMBER 13, 2000 – REGULAR RECESSED MEETING

There being no further business to come before the Council, the meeting was duly adjourned at 11:37 o'clock A.M.

These minutes read and approved September 18, 2000.

_____
Jack Allen, Council President

_____
Phil Hastings, Councilmember

_____
William Jackson, Councilmember

_____
Mark Ray, Councilmember

_____
Patricia Woller, Councilmember

AUTHENTICATED:

_____
Gail Busbey, City Clerk

# CITY COUNCIL

CITY HALL, DECATUR, ALABAMA, AUGUST 25, 2004-REGULAR RECESSED MEETING

The City Council of the City of Decatur, Alabama reconvened in regular session Wednesday, August 25, 2004 at 11:00 A.M. in the Council Chamber at City Hall.

The meeting was called to order by Council President Pro Tem Phil Hastings.

The invocation and the Pledge of Allegiance to the United States Flag were led by Councilmember Jackson.

On roll call the following members answered present:  Councilmembers Phil Hastings, William Jackson, Dorothy Montgomery and Ronny Russell.  Absent:  Council President Woller.  Mayor Lynn C. Fowler, Clerk Gail Busbey and City Attorney Herman Marks were also present.

The Council canvassed the results of the Municipal General Election held Tuesday, August 24, 2004:

# CITY COUNCIL

## AUGUST 25, 2004–REGULAR RECESSED MEETING

| | Anderson | Fowler | Johnson | Kyle | Robbach | Smith | Baker | Jackson | Bolding | Montgomery | Payne | Bolinger | Carlton | Harmon | Tawe | Duke | McBride | Garrett | Kobina | Russell | Irons | Johnson | Metzger | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan County Courthouse | 50 | 127 | 1 | 91 | 5 | 9 | | | 165 | 101 | 14 | | | | | | | | | | | | | 564.00 |
| West Decatur School | 135 | 60 | 3 | 54 | 2 | 17 | 48 | 221 | | | | | | | | | | | | | | | | 540.00 |
| Aquadome Recreation Ctr. | 124 | 56 | 5 | 105 | 4 | 28 | 60 | 256 | | | | | | | | | | | | | | | | 638.00 |
| Decatur High School | 99 | 178 | 2 | 188 | 6 | 48 | | | 290 | 179 | 48 | | | | | | | | | | | | | 1039 |
| Somerville Road School | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | 0.00 |
| Somerville Road School #2 | 179 | 208 | 4 | 222 | 12 | 28 | | | 336 | 247 | 63 | | | | | | | | | | | | | 1297.00 |
| Woodmeade School | 81 | 41 | 1 | 65 | 6 | 15 | | | | | | | | | | | | 50 | 54 | 124 | | | | 378.00 |
| Woodmeade School #2 | 160 | 161 | 9 | 189 | 15 | 43 | | | | | | | | | | | | 72 | 107 | 399 | | | | 790.00 |
| Decatur Utilities Auditorium | 151 | 73 | 2 | 107 | 8 | 24 | | | | | | | | | | | | 28 | 81 | 268 | | | | 1185.00 |
| Austinville School | 192 | 88 | 10 | 104 | 13 | 30 | | | | | | | | | | | | 55 | 79 | 322 | | | | 923.00 |
| Austinville School # 2 | 177 | 85 | 9 | 147 | 19 | 47 | | | | | | | | | | | | 55 | 123 | 300 | | | | 962.00 |
| American Legion Building | 31 | 40 | 3 | 54 | 1 | 10 | | | | | | 12 | 31 | 54 | 42 | | | | | | | | | 415.00 |
| Julian Harris School | 242 | 152 | 8 | 199 | 52 | 68 | | | | | | | | | | | | | | | 240 | 196 | 279 | 1434.00 |
| Julian Harris School # 2 | 39 | 14 | 14 | 46 | 0 | 8 | 17 | 90 | | | | | | | | | | | | | 230 | 205 | 284 | 1406.00 |
| Benjamin Davis School | 203 | 106 | 9 | 244 | 5 | 28 | 120 | 476 | | | | | | | | | | | | | | | | 214.00 |
| Benjamin Davis School # 2 | 109 | 49 | 2 | 32 | 13 | 13 | 37 | 170 | | | | | | | | | | | | | | | | 1193.00 |
| Cedrin Homes Center | 92 | 199 | 3 | 79 | 3 | 13 | | | | | | | | | | 72 | 65 | | | | | | | 413.00 |
| Dept. Human Resources | 165 | 163 | 4 | 134 | 4 | 24 | | | 185 | 152 | 14 | | | | | | | | | | | | | 700.00 |
| Chestnut Grove School | 57 | 77 | 7 | 81 | 7 | 13 | | | | | | | | | | | | | | | 143 | 179 | 180 | 982.00 |
| Chestnut Grove School # 2 | 194 | 179 | 6 | 252 | 28 | 62 | | | | | | 76 | 212 | 333 | 74 | | | | | | | | | 466.00 |
| Frances Nungester School | 301 | 237 | 15 | 249 | 30 | 80 | | | 246 | 125 | 41 | | | | | 446 | 253 | | | | | | | 2115.00 |
| Cedar Ridge School | 48 | 43 | 1 | 71 | 4 | 10 | | | | | | 12 | 66 | 267 | 31 | 382 | 434 | | | | | | | 1925.00 |
| Police & Fire Training Ctr. | 141 | 257 | 9 | 283 | 13 | 61 | | | | | | 203 | 291 | 297 | 35 | | | | | | | | | 500.00 |
| Fire Station No. 8 | 75 | 103 | 2 | 181 | 6 | 17 | | | | | | 65 | 313 | 241 | 44 | 514 | 128 | | | | | | | 2462.00 |
| Walter Jackson School | 81 | 372 | 2 | 172 | 6 | 15 | | | | | | 42 | 349 | 289 | 43 | 595 | 168 | | | | | | | 832.00 |
| Eastwood School | 92 | 371 | 3 | 240 | 3 | 15 | | | | | | | | | | | | | | | 267 | 229 | 421 | 1919.00 |
| Eastwood School # 2 | 47 | 94 | 3 | 54 | 2 | 8 | | | | | | 5 | 17 | 24 | 6 | 32 | 25 | | | | | | | 2179.00 |
| Absentee Box | | | | | | | 0 | 47 | 16 | 16 | 1 | 5 | | | | | | 4 | 3 | 19 | 15 | 13 | 14 | 486.00 |
| TOTALS | 3448 | 3830 | 130 | 3841 | 319 | 769 | 292 | 1202 | 1242 | 822 | 181 | 385 | 1279 | 1322 | 257 | 2120 | 1133 | 244 | 427 | 1420 | 949 | 901 | 1242 | 27805.00 |

AUGUST 25, 2004-REGULAR RECESSED MEETING

The following Resolution was introduced in writing by Council President Woller:

R E S O L U T I O N  NO. 04-294

WHEREAS, the general election for the City of Decatur, Alabama, was duly and legally held on August 24, 2004, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 25th day of August, 2004, a quorum thereof being present, at 11:00 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said City Council has ascertained and determined the results of said election as follows:

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1. That Billy Jackson received a majority of the votes cast for the office of Alderman (Councilman) District No. 1 and is hereby declared elected to that office for the term beginning on the first Monday in October, 2004.

2. That David Bolding received a majority of the votes cast for the office of Alderman (Councilman) District No. 2 and is hereby declared elected to that office for the term beginning on the first Monday in October, 2004.

3. That Ronny Russell received a majority of the votes cast for the office of Alderman (Councilman) District No. 4 and is hereby declared elected to that office for the term beginning on the first Monday in October, 2004.

4. That Karen Duke received a majority of the votes cast for the office of Board of Education District No. 3 and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 2004.

5. That no candidate received a majority of the votes cast for the office of Mayor, and that Don Kyle and Lynn C. Fowler received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 14, 2004 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

6. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 3, and that Gary Hammon and Joe Carton received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 14, 2004 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

7. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 5, and that Ray Metzger and Charles Irons received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 14, 2004 pursuant to the requirements of Section 11-46-20 et. seq. of the Alabama Code of 1975, as amended.

Adopted this 25th day of August, 2004

MOTION by Councilmember Montgomery and seconded by Councilmember Jackson that Resolution No. 04-294 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Hastings, Jackson, Montgomery and Russell. Nays: None. Council President Pro Tem Hastings declared Resolution No. 04-294 achieved passage.

Mayor Fowler congratulated all candidates and thanked the staff of the City Clerk's Office for their many hours of extra work in managing the election.

CITY HALL, DECATUR, ALABAMA, SEPTEMBER 15, 2004-REGULAR RECESSED MEETING

    The City Council of the City of Decatur, Alabama reconvened in regular session Wednesday, September 15, 2004 at 11:00 A.M. in the Council Chamber at City Hall.

    The meeting was called to order by Council President Woller.

    The invocation and the Pledge of Allegiance to the United States Flag were led by Herman Marks.

    On roll call the following members answered present:  Councilmembers Patricia C. Woller, Phil Hastings, William Jackson, Dorothy Montgomery and Ronny Russell.  Absent: None.  Clerk Gail Busbey and City Attorney Herman Marks were also present.

    The Council canvassed the results of the Municipal Runoff Election held Tuesday, September 15, 2004:

SEPTEMBER 15, 2004-REGULAR RECESSED MEETING

The following Resolution was introduced in writing by Council President Woller:

R E S O L U T I O N  NO.  04-333

WHEREAS, the runoff election for the City of Decatur, Alabama, was duly and legally held on September 14, 2004, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 15th day of September, 2004, a quorum thereof being present, at 11:00 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said City Council has ascertained and determined the results of said election as follows:

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1.  That Don Kyle received a majority of the votes cast for the office of Mayor and is hereby declared elected to that office for the term beginning on the first Monday in October, 2004.

2.  That Gary Hammon received a majority of the votes cast for the office of Alderman (Councilman) District No. 3 and is hereby declared elected to that office for the term beginning on the first Monday in October, 2004.

3.  That Ray Metzger received a majority of the votes cast for the office of Alderman (Councilman) District No. 5 and is hereby declared elected to that office for the term beginning on the first Monday in October, 2004.

Adopted this 15th day of September, 2004

MOTION by Councilmember Montgomery and seconded by Councilmember Jackson that Resolution No. 04-333 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Woller, Hastings, Jackson, Montgomery and Russell. Nays: None. Council President Woller declared Resolution No. 04-333 achieved passage.

Councilmember Hastings passed along information from the EMA on the weather forecast and predicted path and timing of Hurricane Ivan.

SEPTEMBER 15, 2004-REGULAR RECESSED MEETING

There being no further business to come before the Council, the meeting was duly adjourned at 11:20 a.m.

These minutes read and approved this 20th day of September, 2004.


_____
Patricia Woller, Council President


_____
Phil Hastings, Councilmember


_____
William Jackson, Councilmember


_____
Dorothy Montgomery, Councilmember


_____
Ronny Russell, Councilmember

AUTHENTICATED:


_____
Gail Busbey, City Clerk

CITY HALL, DECATUR, ALABAMA, SEPTEMBER 2, 2008 - SPECIAL CALLED MEETING

Pursuant to the call of the President of the Council, the City Council of the City of Decatur convened in special called session Tuesday, September 2, 2008 at 11:20 A.M. in the Council Chambers.

The meeting was called to order by Council President Billy Jackson. The Invocation was led by City Attorney Herman Marks. The Pledge of Allegiance to the United States Flag was led by Council President Jackson.

On roll call the following members answered present: Councilmembers Billy Jackson, David Bolding, Gary Hammon and Ronny Russell. City Attorney Herman Marks and City Clerk Betty Marshall were also present.

Each member of the Council executed the following waiver of notice and consent of the holding of said meeting:

We, the undersigned members of the City Council of the City of Decatur, Alabama, hereby waive notice of the calling of a Special Meeting of the City Council of the City of Decatur, to be held in the Council Chamber at the City Hall at 11:30 A.M. on September 2, 2008, and do consent that said meeting be held and that any and all business coming before said meeting may be transacted and that any and all action taken by the City Council at said meeting shall be valid, legal and binding.

Dated and signed at Decatur, Alabama, this 2nd day of September, 2008.

/s/ Billy Jackson
President of the Council

/s/ David Bolding
Councilmember

/s/ Gary Hammon
Councilmember

/s/ Ronny Russell
Councilmember

Council President Jackson opened the envelopes containing the official results of the General Municipal Election held August 26, 2008 and declared the results from each precinct aloud.

The following Resolution was introduced in writing by Council President Jackson:

RESOLUTION NO. 08-215

WHEREAS, the general election for the City of Decatur, Alabama, was duly and legally held on August 26, 2008, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 2nd day of September, 2008, a quorum thereof being present, at 11 :30 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said City Council has ascertained and determined the results of said election, and

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1. That Don Stanford received a majority of the votes cast for the office of Mayor, and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

2. That Ronny Russell received a majority of the votes cast for the office of Alderman (Councilman) District No. 4 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

3. That Greg Reeves received a majority of the votes cast for the office of Alderman (Councilman) District No. 5 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

4. That Karen Duke received a majority of the votes cast for the office of Board of Education District No. 3 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

5. That Donnie Lane received a majority of the votes cast for the office of Board of Education District No. 5 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

6. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 2, and that David C. Bolding and Roger Anders received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to Code of Alabama, 1975, Section 11-46-20, et. seq. as amended.

7. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 3, and that Gary Hammon and Joel T. Gilliam received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to Code of Alabama, 1975, Section 11-46-20, et. seq. as amended.

8. That no candidate received a majority of the votes cast for the office of Board of Education District No. 1, and that Michele Gray King and Doris A. Baker received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to Code of Alabama, 1975, Section 11-46-20, et. seq. as amended.

9. That no candidate received a majority of the votes cast for the office of Board of Education District No. 2, and that Joe Propst and Gil Aldrich received the most and second most votes cast for that office. Therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, October 7, 2008, pursuant to Code of Alabama, 1975, Section 11-46-20, et. seq. as amended.

Adopted this 2nd day of September, 2008.

MOTION by Councilmember Hammon and seconded by Councilmember Russell that Resolution No. 08-215 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers, Jackson, Bolding, Hammon and Russell. Nays: None. Council President Jackson declared Resolution No. 08-215 had achieved passage.

CITY HALL, DECATUR, ALABAMA, OCTOBER 14, 2008 - RECONVENED MEETING

The City Council of the City of Decatur reconvened in regular recessed session Tuesday, October 14, 2008 at 11:30 A.M. in the Council Chambers.

The meeting was called to order by Council President Billy Jackson.

On roll call the following members answered present: Councilmembers Billy Jackson, Gary Hammon, Greg Reeves and Ronny Russell. City Attorney Herman Marks and City Clerk Betty Marshall were also present.

Council President Jackson opened the envelopes containing the official results of the Municipal Runoff Election held October 7, 2008 and declared the results from each precinct aloud.

The following Resolution was introduced in writing by Council President Jackson:

R E S O L U T I O N  NO. 08-268

WHEREAS, the runoff election for the City of Decatur, Alabama, was duly and legally held on October 7, 2008, as provided by law, and

WHEREAS, the City Council of the City of Decatur met on this 14th day of October, 2008, a quorum thereof being present, at 11:30 o'clock A.M. and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and the results of said election, and

NOW, THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1. That Roger Anders received a majority of the votes cast for the office of Alderman (Councilman) District No. 2 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

2. That Gary Hammon received a majority of the votes cast for the office of Alderman (Councilman) District No. 3 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

3. That Michelle Gray King received a majority of the votes cast for the office of Board of Education District No. 1 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

4. That Joe Propst received a majority of the votes cast for the office of Board of Education District No. 2 and is hereby declared elected to that office for the term beginning on the first Monday in November, 2008.

Adopted this 14th day of October, 2008.

MOTION by Councilmember Russell and seconded by Councilmember Hammon that Resolution No. 08-268 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers, Jackson, Hammon, Reeves and Russell. Nays: None. Council President Jackson declared Resolution No. 08-268 had achieved passage.

(<u>CITY HALL, DECATUR, ALABAMA, AUGUST 24, 1988 - REGULAR RECESSED MEETING</u>

The City Council of the City of Decatur reconvened in regular recessed session Monday, August 4, 1988 at 11:00 o'clock A.M. in the Council Chamber.

The meeting was called to order and Pledge of Allegiance to the United States Flag led by the President of the Council. The invocation was led by Councilman Counts.

On roll call the following members answered present: Council President Counts and Councilmembers Jack Allen, Russell Priest, P.D. Raths and Mary W. Roberts. Absent: None. Mayor Bill J. Dukes, City Clerk Gail Busbey and City Attorney Herman Marks were also present.

Council President Counts announced that the purpose of this meeting is to canvass the results of the municipal election held August 23, 1988. The canvass of the votes cast on each voting machine at each voting center was read aloud by Council President Counts and the results tabulated by the City Council and the City Clerk.

The following Resolution was introduced in writing by Council President Counts:

R E S O L U T I O N  NO. 88-119

WHEREAS, the general election for the City of Decatur, Alabama, was duly and legally held on August 23, 1988, as provided by law, and

WHEREAS, the municipal governing body of the City met on this 24th day of August, 1988, all members thereof being present, at 11:00 o'clock A.M., and has canvassed the returns, and has ascertained and determined the number of votes received by each candidate, and

WHEREAS, the said municipal governing body has ascertained and determined the results of said election as follows:

NOW THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama, as follows:

1. That Bill J. Dukes received a majority of the votes cast for Office of the Mayor and is hereby declared duly elected to that office for the term beginning on the first Monday in October, 1988.

2. That Shirley Eaken Hammond received a majority of the votes cast for the office of Alderman (Councilman) District No.2 and is hereby declared duly elected to that office for the term beginning on the first Monday inOctober, 1988.

3. That no candidate received a majority of the votes cast for the office of Alderman (Councilman) District No. 1, and that Collis Hansel Stevenson and Russell Lee Priest received the most and second most votes cast for that office, therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 13, 1988 pursuant to the requirements of Section 11-46-20 et. seq.. of the Alabama Code of 1975, as amended.

4. That no candidate received a majority of th votes cast for the Office of Alderman (Councilman) District No. 5 and that Jewel R. McWhorter and Murray E. Millwee received the most and second most votes cast for that office, therefore, a runoff election between said candidates is hereby ordered to be held on Tuesday, September 13, 1988 pursuant to the requirements of Section 11-46-20 et.seq. of the Alabama Code of 1975, as amended.

Adopted this 24th day of August, 1988.

MOTION by Councilman Raths and seconded by Councilwoman Roberts that Resolution No. 88-119 be adopted as introduced.  Roll call was as follows:  Ayes:  Councilmembers Counts, Allen, Priest, Raths and Roberts.  Nays: None.

The following Resolution was introduced in writing by Council President Counts:

## R E S O L U T I O N  NO. 88-118

WHEREAS, THe City of Decatur entered into a contract with the North-central Alabama Regional Council of Government (NARCOG) which provided for NARCOG to perform certain administrative services relative to the Community Development Block Grant (CDBG) float loan, to be used for the expansion of General Electric's Decatur plant, and

WHEREAS, It has been brought to the attention of the City of Decatur and NARCOG that certain terms and conditions should be made a part of the aforementioned contract, and

WHEREAS, These terms and conditions are attached hereto, and identified as Exhibit A, and

NOW THEREFORE BE IT RESOLVED, by the City Council of the City of Decatur, that the December 1, 1987, contract be amended to include the terms and conditions attached hereto, and identified as Exhibit A.

/s/ Gail Busbey                                    /s/ Thomas G. Counts

EXHIBIT A

PART II - TERMS AND CONDITIONS

1. Termination of Contract for Cause

If, through any cause, the Consultant shall fail to fulfill in timely and proper manner his obligations under this Contract, or if the Consultant shall violate any of the covenants, agreements or stipulations of this Contract, the City shall thereupon have the right to terminate this Contract by giving written notice to the Consultant of such termination and specifying the effective date thereof, at least five days before the effective date of such termination. In such event, all finished or unfinished documents, date, studies, surveys, drawings, maps, models, photographs, and reports prepared by the Consultant underthis COntract shall, at the option of the City, become its property and the Consultant shall be entitled to receive just and equitable compensation for any work satisfactorily completed hereunder.

Notwithstanding the above, the Consultant shall not be relieved of liability to the City for Damages sustained by the City by virtue of any breach of the Contract by the Consultant, and the City may withhold any payments to the Consultant for the purpose of set-off until such time as the exact amount of damages due the City from the Consultant is determined.

2. Termination for Convenience of the City

The City may terminate this contract at any time by giving at least ten (10) days notice in writing to the Consultant. If the Contract is terminated by the City as provided herein, the COnsultant will be paid for the time provided and expenses incurred up to the termination date. If this Contract is terminated due to the fault of the Consultant, Paragraph 1 hereof relative to termination shall apply.

3. Changes

The City may, from time to time, request changes in the scope of services of the Consultant to be performed hereunder. Such changes, including any increase or decrease in the amount of the Consultants compensation, which are mutually agreed upon by and between the City and the Consultant, shall be incorporated in written amendments to this Contract.

4. Personal

A.   The Consultant represents that he has, or will secure at his own expense, all personnel required in performing the services under this Contract.  Such personnel shall not be employees of or have any contractual relationship with the City.

B.   All of the services required hereunder will be performed by the Consultant or under his supervision and all personnel engaged in the work shall be fully qualified and shall be authorized or permitted under State and local law to perform such services.

C.   None of the work or services covered by this Contract shall be subcontracted without the prior approval of the City.  Any work or services subcontracted hereunder shall be specified by written contract or agreement and shall be subject to each provision of this Contract.

5. Assignability

The Consultant shall not assign any interest on this Contract, and shall not transfer any interest in the same (whether by assignment or novation), without the prior written consent of the City thereto: provided, however, that claims for money by the Consultant from the City under this Contract may be assigned to a bank, trust company, or other financial institution without such approval.  Written notice of any such assignment or transfer shall be furnished promptly to the City.

6. Reports and Information

The Consultant, at such times and in such forms as the City may require, shall furnish the City such periodic reports as it may request pertaining to the work or services undertaken pursuant to this Contract, the cost and obligations incurred or to be incurred in connection therewith, and any other matters covered by this Contract.

7. Findings Confidential

All of the reports, information, data, etc., prepared or assembled by the Consultant under this Contract are confidential and the Consultant agrees that they shall not be made available to any individual or organization without the prior written approval of the City
8. Copyright

No reports, maps or other documents produced in whole or in part under this Contract shall be the subject of an application for copyright by or on behalf of the Consultant.

9. Compliance with Local Laws

The consultant shall comply with all applicable laws, ordinances and codes of the State and local governments, and the Consultant shall hold the City Harmless with respect to any damages arising from any actions committed in performing any of the work embraced by this Contract.

10. Access to Records

The Consultant shall maintain accounts and records,i;including personnel, property and financial records, adequate to identify and account for all costs pertaining to the Contract and such other records as may be deemed necessary by the City to assure proper accounting for all project funds, both CDBG and non-CDBG shares.  These records will be made available for audit purposes to the City or any authorized representative, and will be retained for three years after the expiration of this contract unless permission to destroy them is granted by the City.

11. Title VI Civil RIghts Act of 1964

Under Title VI of the Civil Rights Act of 1964, no person shall, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance.

12. Section 109 of the Housing and Community Development Act of 1974

No person in the United States shall on the ground of race, color, national origin, or sex be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity funded in whole or in part from funds made available under this title.

13. Conflict of Interest Clauses

Interest of Members of a City.

No member of the governing body of the City and no other officer,employee or agent of the City who exercises any functions or responsibilities in connection with the planning and carrying out of the program, shall have any personal financial interest, direct or indirect, in this Contract; and the COnsultant shall take appropriate steps to assure compliance.

Interest of Other Local Public Officials.

No member of the governing body of the locality an no other public official of such locality, who exercises any functions or responsibilities in connection with the planning and carrying out of the program, shall have any personal financial interest, indirect or direct, in this contract; and the Consultant shall take appropriate steps to assure compliance.

Interest of Other Local Public Officials

No member of the governing body of the locality and no other public official of such locality, who exercises any functions or responsibilities in connection with the planning and carrying out of the program, shall have any personal financial interest, direct or indirect, in this Contract; and the consultant shall take steps to assure compliance.

Interest of Consultant and Employees

The Consultant convenants that he presents has no interest and shall not acquire interest, in the study area of any parcels therein or any other interest which would conflict in any manner or degree with the performance of his services hereunder. The Consultant further covenants that in the performance of this Contract, no person having any such interest shall be employed.

"Section 3" Compliance in the Provision of Training, Employment and Business Opportunities

A.  The work to be performed under this Contract is on a project assisted under a program providing direct Federal Financial assistance from the Department of Housing and Urban Development and is subject to the requirements of Section 3 of the Housing and Urban Development Act of 1968, as amended, 12 USC 1701u. Section 3 requires that to the greatest extent feasible opportunities for training and employment be given lower income residents of the project area and contracts for work in connection with the project be awarded to business concerns which are located in, or owned in substantial part by persons residing in the area of the project.

B.  The parties of this Contract will comply with the provisions of said Section 3 and the regulations issued pursuant thereto by the Secretary of Housing and Urban Development set forth in 24 CFR Part 135, and all applicable rules and orders of the Department issued hereunder prior to the execution of this Contract.  The parties to this Contract certify and agree that they are under no contractual or other disability which would prevent them from complying with these regulations.

C.  The Consultant will sent to each labor organization or representative of workers with which he has a collective bargaining agreement or other contract or understanding, if any a notice advising the said labor organization or worker's representative of his commitments under this Section 3 clause and shall post copies of this notice in conspicuous places available to employees and applicants for employment or training.

D.  The Consultant will include this Section 3 clause in every subcontract for work in connection with the project and will, at the direction of the applicant for or recipient of Federal financial assistance, take appropriate action pursuant to the subcontract upon a finding that the subcontractor is in violation of regulations issued by the Secretary of Housing and Urban Development, 24 CFR Part 135.  The Consultant will not subcontract with any subcontractor where it has notice or knowledge that the latter has been found in violation of regulations under 24 CFR Part 135 and will not let any subcontract unless the subcontractor has first provided it with a preliminary state ment of ability to comply with the requirements o these regulations.

E.  Compliance with the provisions of Section 3, the regulations set forth in 24 CFR Part 135, and all applicable rules and orders of the Department issued hereunder prior to the execution of the contract, shall be a condition of the Federal financial assistance provided to the project, binding upon the applicant or recipient for such assistance, its successors and assigns.  Failure to fulfill these requirements shall subject the applicant or recipient, its contractors or subcontractors, its successors and assigns to those sanctions specified by the grant or loan agreement or contract through which Federal assistance is provided, and to such sanctions as are specified by 24 CFR Part 135.

Executive Order 11246 Section 202 Equal Opportunity Clause (Contracts above $10,000)

During the performance of this contract, the consultant agrees as follows:

A.  The consultant will not discriminate against any employee or applicant for employment because of race, creed, sex, color or national origin.  The Consultant will take affirmative action to ensure that applicants are employed and that employees are treated during employment,without regard to their race, creed, sex, color or national origin.  SUch action shall include, but not be limited to , the following:  employment, upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection of training, including apprenticeship.  The Consultant agrees to pose in conspicuous places, available to employees and applicant for employment, notice to be provided by the City setting forth the provisions of this non-discrimination clause.

B.  The Consultant will, in all solicitation or advertisements for employees placed by or on behalf of the Consultant, state that all qualified applicants will receive consideration for employment without regard to race, creed, color, sex or national origin.

C.  The Consultant will cause the foregoing provisions to be inserted in all subcontracts for any work covered by this Contract so that such provision will be binding upon each subcontractor, provided that the foregoing provisions shall not apply to contracts or subcontracts for standard commercial supplies or raw materials.

D.  The Consultant will comply with all provisions of Executive Order 11246 of September 24, 1965, and of the rules, regulations and relevant orders of the Secretary of Labor.

E.  The Consultant will furnish all information and reports required by Executive Order 11246 of September 24,1965, and by the rules, regulations and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records and accounts by the City's Department of Housing and Community Development and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations and orders.

F.  In the event of the Consultant's noncompliance with the non-compliance clause of this Contract or with any of such rules, regulations or orders, this Contracts may be canceled,

# CITY COUNCIL

AUGUST 24, 1988 – REGULAR RECESSED MEETING

terminated or suspended in whole or in part and the COnsultant may be declared ineligible for further government contracts in accordance with procedured authorized in Executive Order 11246 of September 24, 1965, or by rule, regulation or order of the Secretary of Labor, or as otherwise provided by law.

G.  The Consultant will include the provisions of paragraphs (a) through (g) in every subcontract or purchase order unless exempt by rules, regulations or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order 11246 of Sept. 24, 1965, so that such provisions will be binding upon each subcontractor or vendor.  The Consultant will take such action with respect to any subcontract or purchase order as the City's Department of Housing and Community Development may direct as a means of enforcing such provisions including sanctions for noncompliance; provided,however, that in th event the Consultant becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a subcontractor or vendor as a result of such direction by the City's Housing and Community Development, the Consultant may request the United States to enter such litigation to protect the interest of the United States.

Special Equal Opportunity Provisions (Applicable to Federally assisted construction contracts and related subcontracts $10,000 and under)

Three paragraph Equal Opportunity Clause for activities and contracts not  subject to Executive Order 11246, as amended.

During the performance of this Contract,the Consultant agrees as follows:

1.  The Consultant shall not discriminate against any employee or applicant for employment because of race, color religion, sex, or national origin.  The Consultant shall take effirmative action to ensure that applicants for employment are employed, and that employees are treated during employment, without regard to their race, color, religion, sex or national origin.  Such action shall include, but not be limited to, the following; employment, upgrading, demotion or transfer; recruiting or recruitment advertisement; layoff or termination,rates of pay or other forms of compensation; and  selection for training, including apprenticeship.

2.  The Consultant shall post in conspicuous places, available to employees and applicants for employment, notice to be provided by Contracting Officer setting forth the provisions of this non-discrimination clause.  The Consultant shall state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

3.  Consultant shall incorporate foregoing requirements in all subcontracts.

Section 3 Plan Format  (for contracts $10,000 and above)

_____agrees to implement the following specific affirmative action steps directed at increasing the utilization of low income residents and businesses within the City of _____.

A.  To ascertain from the locality's CDBG program official the exact boundaries of the Section 3 covered project area and where advantageous, seek the assistance of local officials in preparing and implementing the affirmative action plan.

B.  To attempt to recruit from within the city the necessary number of lower income residents through; local advertising media, signs, placed at the proposed site for the project, and community organizations an public or private institutions operating within or serving the project are such as Service Employment and Redevelopment (SER), Opportunities Industrialization Center (OIC), Urban League, Concentrated Employment Program Hometown plan, or the US Employment Service.

C.  To maintain a list of all lower income area residents who have applied either on their own or on referral from any source, and to employ such person, if otherwise eligible and if a vacancy exists.

D.  To insert his Section 3 Plan in all bid documents, and to require all bidders on subcontracts to submit a Section 3 affirmative action plan including utilization goals and the specific steps planned to accomplish these goals.

E.  To insure that subcontracts which are typically let on a negotiated rather than a bid basis in areas other than Section 3 covered project areas, are also let on a negotiated basis, whenever feasible, when let in a Section 3 covered project area.

F.  To formally contract unions, subcontractors and trade associates to secure their cooperation for this program.

G.  To insure that all appropriate project area business concerns are notified of pending subcontractual opportunities.

H.  To maintain records, including copies of correspondence, memoranda, etc., which document that all of the above affirmative action steps have been taken.

I. To appoint or recruit an executive official of the company or agency as Equal Opportunity Officer to coordinate the implementation of this Section 3 plan.
J.  To list all projected workforce needs for all phases of this project by occupation, trade, skill level and number of positions.

As officers and representatives of _____, we, the undersigned have read and fully

agree to this Affirmative Action Plan, and become a part to the full implementation of this program.

/s/ Bill Dukes

Rehabilitation Act of 1973, Section 540 Handicapped (if $2,500 or over)

Affirmative Action for Handicapped Workers

A. The Consultant will not discriminate against any employee or applicant for employment because of physical or mental handicap in regard to any position for which the employee or applicant for employment is qualified. The Consultant agrees to take affirmative action to employ, advance in employment and otherwise threat qualified Handicapped individuals without descrimination based upon their physical or mental handicap in all employment practices.

B. The Consultant agrees to comply with the rules, regulations and relevant orders of the Secretary of Labor issued pursuant to the Act.

C. In the event of the Consultant's noncompliance with the requirements of this clause, actions for noncompliance may be taken in accordance with the rules, regulations and relevant orders of the Secretary of Labor issued pursuant to the Act.

D. The Consultant agrees to post in conspicuous places, available to employees and applicants for employment, notices in a form to be prescribed by the Director, provided by or through the contracting officer.Such notices shall state the Consultant's obligation under th law to take affirmative action to employ and advance in employment qualified handicapped employees and applicants for employment and the rights of applicants and employees.

E. The Consultant will notify each labor union or representative of workers with which it has a collective bargaining agreement or the contract understanding, that the Consultant is bound by the terms of Section 503 of the Rehabilitation Act of 1973, and is. committed to take affirmative action to employ and advance in employment physically and mentally handicapped individuals.

F. The Consultant will include the provisions of this clause in ever subcontract or purchase order of $2,500 or more unless exempted by rules, regulations or orders of the Secretary issued pursuant to Section 503 of the Act, so that such provisions will be binding upon each subcontractor or vendor. The Consultant will take such action with respect to any subcontract or purchase order as the Director of the Office of Federal Contract COmpliance Programs may direct to enforce such provisions, including action for noncompliance.

Age Discrimination Act of 1975. (for contracts over $2,000)

No person in the United States shall, on the basis of age, be excluded from participation in, be denied the benefits of, or be subjected to discrimination receiving Federal financial assistance.

MOTION by Councilman Allen and seconded by Councilman Raths that Resolution No. 88-118 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None.

Bids were taken, pursuant to the bid law, for 600 gallons antifreeze:

| | |
|---|---|
| Campbell & Sons Oil Co. | $ 4,434.00 |
| J & J Oil Co. | 4,500.00 |
| Alabama Oil Co. | 4,710.00 |
| Schmidt Oil Co. | NO BID |

MOTION by Councilman Allen and seconded by Councilman Patterson that the low bid of Campbell & Sons Oil Co. be accepted in the amount of $4,434 and that the Purchasing Agent be authorized to issue the appropriate purchase order. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None.

The following Ordinance was introduced in writing by Council President Counts:

ORDINANCE No. 88-2756

BE IT ORDAINED by the City Council of the City of Decatur, in the State of Alabama as follows:

Section 1. That the real estate described on Exhibit A attached hereto was purchased jointly by the City of Decatur and Morgan County for industrial development purposes, each of said governmental entitles owning an undivided one-half interest therein; that said real property is not needed for public or municipal purposes and said City of Decatur and Morgan County have an offer for sale of said property to Early Services, Inc., a corporation, at and for total purchase price of $24,111.00; and that the Mayor be and he is hereby authorized to execute on behalf of the City of Decatur a deed to Early Services, Inc., a corporation, conveying the City's one-half interest in said property and the City Clerk is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to deliver said deed to the grantee upon payment of the consideration therefore.

# CITY COUNCIL

AUGUST 24, 1988 - REGULAR RECESSED MEETING

ADOPTED this the 24th day of August, 1988

Authenticated:

/s/ Gail Busbey

APPROVED this the 24th day of August, 1988.

/s/ Bill Dukes

EXHIBIT A

A portion of Unit A-7-D of Certificate to Subdivide No. 1236-86 as approved by the Decatur City Planning Commission and as recorded in the Morgan Probate Office in Book 1190, at Page 290, and more specifically described as beginning at a railroad spike at the NW corner of Section 8, T6S, R4W, Decatur,Morgan County, Alabama, and run thence S 89°25'16" E along the N boundary of Section 8 a distance of 50.00 feet to an iron pin on the east right of way margin of Central Parkway; thence N 0°39'35" W along the e right of way margin of Central Parkway a distance of 173.03 feet to an iron pin on the south right of way margin of Pride Street; thence S 89°47'51" E along said south right of way margin of Pride Street a distance of 464.81 feet to an iron pin on the west right of way margin of a right of way for ingress and egress; thence S 12°16'59" E along the west right of way of said right of say for ingress and egress a distance 449.64 feet to an iron pin; thence S 89°47'51" E a distance of 51.21 feet to an iron pin; thence S 12°16'59" E a distance of 51.21 feet to an iron pin and the true point of beginning of the tract herein described; thence from the true point of beginning S 89°25'20" E a distance of 723.72 feet to an iron pin on the westerly right of way margin of CSX Transportation, Inc., thence S 8°06'34" E along the westerly right of way margin of CSX Transportation, Inc. a distance of 147.93 feet to an iron pin; thence N 89°25'20" W a distance of 712.67 feet to an iron pin; thence N 12°16'59" W a distance of 150 feet to the true point of beginning, lying and being with the NE¼ of the NW¼ and the NW¼ of the NW¼ of Section 8, T6S, R4W, Decatur,Morgan County, Alabama, and containing 2.4111 acres, more or less, and subject to an easement ten (10) feet wide for drainage, utilities and telecommunications purposes evenly off the north boundary thereof; and subject to an easement sixty (60) feet wide for drainage, utilities and telecommunications purposes evenly off the easterly boundary thereof.

MOTION by Councilman Raths and seconded by Councilwoman Roberts that unanimous consent be given for immediate consideration of Ordinance No. 88-2756. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None

MOTION by Councilman Raths and seconded by Councilwoman Roberts that Ordinance No. 88-2756 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None

The following Ordinance was introduced in writing by Council President Counts:

## ORDINANCE No. 88-2757

BE IT ORDAINED by the City Council of the City of Decatur, in the State of Alabama as follows:

Section 1. That the real estate described on Exhibit A attached hereto was purchased jointly by the City of Decatur and Morgan County for industrial development purposes, each of said governmental entitles owning an undivided one-half interest therein; that said real property is not needed for public or municipal purposes and said City of Decatur and Morgan County have an offer for sale of said property to J J's Heating and Air Conditioning, a corporation, at and for total purchase price of $18,234.00; and that the Mayor be and he is hereby authorized to execute on behalf of the City of Decatur a deed to J J's Heating & Air Conditioning, a corporation, conveying the City's one-half interest in said property and the City Clerk is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to deliver said deed to the grantee upon payment of the consideration therefore.

ADOPTED this the 24th day of August, 1988

Authenticated:

/s/ Gail Busbey

APPROVED this the 24th day of August, 1988.

/s/ Bill Dukes

EXHIBIT A

A portion of Unit A-7-D of Certificate to Subdivide No. 1236-86 as approved by the Decatur City Planning Commission and as recorded in the Morgan Probate Office in Book 1190, at Page 290, and more specifically described as beginning at a railroad spike at the NW corner of Section 8, T6S, R4W, Decatur,Morgan County, Alabama, and run thence S 89°25'16" E along the N boundary of Section 8 a distance of 50.00 feet to an iron pin on the east right of way margin of Central Parkway; thence N 0°39'35" W along the e right of way margin of Central Parkway a distance of 173.03 feet to an iron pin on the south right of way margin of Pride Street; thence S 89°47'51" E along said south right of way margin of Pride Street a distance of 464.81 feet to an iron pin on the west right of way margin of a right of way for ingress and egress; thence S 12°16'59" E

along the west right of way of said right of say for ingress and egress a distance 449.64 feet to an iron pin; thence S 89°47'51" E a distance of 51.21 feet to an iron pin; thence S 12°16'59" E a distance of 51.21 feet to an iron pin and the true point of beginning of the tract herein described; thence from the true point of beginning S 89°25'20" E a distance of 712.67 feet to an iron pin on the westerly right of way margin of CSX Transportation, Inc., thence S 8°06'34" E along the westerly right of way margin of CSX Transportation, Inc. a distance of 147.93 feet to an iron pin; thence N 89°25'20" W a distance of 712.67 feet to an iron pin; thence N 12°16'59" W a distance of 115 feet to the true point of beginning, lying and being with the NE¼ of the NW¼ and the NW¼ of the NW¼ of Section 8, T6S, R4W, Decatur,Morgan County, Alabama, and containing 1.8234 acres, more or less, and subject to an easement ten (10) feet wide for drainage, utilities and telecommunications purposes evenly off the north boundary thereof; and subject to an easement sixty (60) feet wide for drainage, utilities and telecommunications purposes evenly off the easterly boundary thereof.

MOTION by Councilman Raths and seconded by Councilman Priest that unanimous consent be given for immediate consideration of Ordinance No. 88-2757. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None

MOTION by Councilman Raths and seconded by Councilman Priest that Ordinance No. 88-2757 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None

The following Ordinance was introduced in writing by Council President Counts:

### ORDINANCE No. 88-2758

BE IT ORDAINED by the City Council of the City of Decatur, in the State of Alabama as follows:

Section 1. That the real estate described on Exhibit A attached hereto was purchased jointly by the City of Decatur and Morgan County for industrial development purposes, each of said governmental entitles owning an undivided one-half interest therein; that said real property is not needed for public or municipal purposes and said City of Decatur and Morgan County have an offer for sale of said property to Wayne Waldrop, at and for total purchase price of $22,877.00, and that the Mayor be and he is hereby authorized to execute on behalf of the City of Decatur a deed to Wayne Waldrop, conveying the City's one-half interest in said property and the City Clerk is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to deliver said deed to the grantee upon payment of the consideration therefore.

ADOPTED this the 24th day of August, 1988

Authenticated:

/s/ Gail Busbey

APPROVED this the 24th day of August, 1988.

/s/ Bill Dukes

EXHIBIT A

A portion of Unit A-7-D of Certificate to Subdivide No. 1236-86 as approved by the Decatur City Planning Commission and as recorded in the Morgan Probate Office in Book 1190, at Page 290, and more specifically described as beginning at a railroad spike at the NW corner of Section 8, T6S, R4W, Decatur,Morgan County, Alabama, and run thence S 89°25'16" E along the N boundary of Section 8 a distance of 50.00 feet to an iron pin on the east right of way margin of Central Parkway; thence N 0°39'35" W along the e right of way margin of Central Parkway a distance of 173.03 feet to an iron pin on the south right of way margin of Pride Street; thence S 89°47'51" E along said south right of way margin of Pride Street a distance of 464.81 feet to an iron pin on the west right of way margin of a right of way for ingress and egress; thence S 12°16'59" E along the west right of way of said right of say for ingress and egress a distance 449.64 feet to an iron pin; thence S 89°47'51" E a distance of 51.21 feet to an iron pin; thence S 12°16'59" E a distance of 51.21 feet to an iron pin and the true point of beginning of the tract herein described; thence from the true point of beginning S 89°25'20" E a distance of 723.72 feet to an iron pin on the westerly right of way margin of CSX Transportation, Inc., thence S 8°06'34" E along the westerly right of way margin of CSX Transportation, Inc. a distance of 147.93 feet to an iron pin; thence N 89°25'20" W a distance of 712.67 feet to an iron pin; thence N 12°16'59" W a distance of 150 feet to the true point of beginning, lying and being with the NE¼ of the NW¼ and the NW¼ of the NW¼ of Section 8, T6S, R4W, Decatur,Morgan County, Alabama, and containing 2.2817 acres, more or less, and subject to an easement ten (10) feet wide for drainage, utilities and telecommunications purposes evenly off the north boundary thereof; and subject to an easement sixty (60) feet wide for drainage, utilities and telecommunications purposes evenly off the easterly boundary thereof.

MOTION by Councilman Priest and seconded by Councilman Allen that unanimous consent be given for immediate consideration of Ordinance No. 88-2758. Roll call was as follows: Ayes: Councilmembers Counts, Allen, Priest, Raths and Roberts. Nays: None

# CITY COUNCIL

AUGUST 24, 1988 - REGULAR RECESSED MEETING

MOTION by Councilman Priest and seconded by Councilman Allen that Ordinance No. 88-2758 be adopted as introduced.  Roll call was as follows: Ayes:  Councilmembers Counts, Allen, Priest, Raths and Roberts.
Nays:  None

The following Ordinance was introduced in writing by Council President Counts:

### ORDINANCE No. 88-2759

BE IT ORDAINED by the City Council of the City of Decatur, in the State of Alabama as follows:

Section 1.  That the real estate described on Exhibit A attached hereto was purchased jointly by the City of Decatur and Morgan County for industrial development purposes, each of said governmental entitles owning an undivided one-half interest therein; that said real property is not needed for public or municipal purposes and said City of Decatur and Morgan County have an offer for sale of said property to Greg W. Hughes, at and for total purchase price of $24,020.00; and that the Mayor be and he is hereby authorized to execute on behalf of the City of Decatur a deed to Greg W. Hughes, conveying the City's one-half interest in said property and the City Clerk is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to affix the seal of the City of Decatur to such deed and attest the same and the Mayor is hereby authorized to deliver said deed to the grantee upon payment of the consideration therefore.

ADOPTED this the 24th day of August, 1988

Authenticated:

/s/ Gail Busbey

APPROVED this the 24th day of August, 1988.

/s/ Bill Dukes

EXHIBIT A

A portion of Unit A-7-D of Certificate to Subdivide No. 1236-86 as approved by the Decatur City Planning Commission and as recorded in the Morgan Probate Office in Book 1190, at Page 290, and more specifically described as beginning at a railroad spike at the NW corner of Section 8, T6S, R4W, Decatur,Morgan County, Alabama, and run thence S 89°25'16" E  along the N boundary of Section 8 a distance of 50.00 feet to an iron pin on the east right of way margin of Central Parkway; thence N 0°39'35" W along the e e right of way margin of Central Parkway a distance of 173.03 feet to an iron pin on the south right of way margin of Pride Street; thence S 89°47'51" E along said south right of way margin of Pride Street a distance of 464.81 feet to an iron pin on the west right of way margin of a right of way for ingress and egress; thence S 12°16'59" E along the west right of way of said right of say for ingress and egress a distance 449.64 feet to an iron pin; thence S 89°47'51" E a distance of 51.21 feet to an iron pin; thence S 12°16'59" E a distance of 51.21 feet to an iron pin and the true point of beginning of the tract herein described; thence from the true point of beginning S 89°25'20" E a distance of 723.72 feet to an iron pin on the westerly right of way margin of CSX Transportation, Inc., thence S 8°06'34" E along the westerly right of way margin of CSX Transportation, Inc. a distance of 147.93 feet to an iron pin; thence N 89°25'20" W a distance of 712.67 feet to an iron pin; thence N 12°16'59" W a distance of 150 feet to the true point of beginning, lying and being with the NE¼ of the NW¼ and the NW¼ of the NW¼ of Section 8. T6S, R4W, Decatur,Morgan County, Alabama, and containing 2.4020 acres, more or less, and subject to an easement ten (10) feet wide for drainage, utilities and telecommunications purposes evenly off the north boundary thereof; and subject to an easement sixty (60) feet wide for drainage, utilities and telecommunications purposes evenly off the easterly boundary thereof.

MOTION by Councilman Allen and seconded by Councilman Priest that unanimous consent be given for immediate consideration of Ordinance No. 88-2759.  Roll call was as follows:  Ayes:  Councilmembers Counts, Allen, Priest, Raths and Roberts.  Nays:  None

MOTION by Councilman Allen and seconded by Councilman Priest that Ordinance No. 88-2759 be adopted as introduced.  Roll call was as follows: Ayes:  Councilmembers Counts, Allen, Priest, Raths and Roberts.
Nays:  None

There being no further business to come before the Council, the meeting was duly adjourned at 11:25 o'clock A.M.

These minutes read and approved this 12th day of September, 1988.

Thomas G. Counts, President of the Council

Jack Allen, Councilmember

Russell Priest, Councilmember

P.D. Raths, Councilmember

Mary W. Roberts, Councilmember

Authenticated:

Gail Bugbey, City Clerk

MORGAN

# VR Statistics Cross Reference Report

**Cross Reference Report For Precinct**
**A Breakdown Of Race Within Gender**
Includes Registrants With Status Of: ACTIVE, INACTIVE

Processed: 01/18/2012 4:14 PM
Printed: 01/18/2012 4:14 PM

| Number of Registrants Jurisdiction | WHITE | BLACK | ASIAN | AMERICAN INDIAN | HISPANIC | OTHER | Grand Total |
|---|---|---|---|---|---|---|---|
| **AMERICAN LEGION POST 15 (0309)** | | | | | | | |
| FEMALE | 128 | 42 | | 1 | 1 | 2 | 174 |
| MALE | 104 | 25 | 1 | | 3 | | 133 |
| SubTotal | 232 | 67 | 1 | 1 | 4 | 2 | 307 |
| **AQUADOME RECREATION CENTER (0303)** | | | | | | | |
| **CARRIE MATTHEWS REC. CENTER (0311)** | | | | | | | |
| FEMALE | 276 | 276 | | 6 | 27 | 4 | 589 |
| MALE | 245 | 146 | | 2 | 15 | 3 | 411 |
| SubTotal | 521 | 422 | 0 | 8 | 42 | 7 | 1000 |
| **CEDAR RIDGE MIDDLE SCHOOL (0316)** | | | | | | | |
| FEMALE | 92 | 1101 | | 2 | 10 | 9 | 1214 |
| MALE | 77 | 748 | 1 | 1 | 11 | 3 | 841 |
| UNKNOWN | | | | | 1 | | 1 |
| SubTotal | 169 | 1849 | 1 | 3 | 22 | 12 | 2056 |
| **DECATUR BAPTIST CHURCH (0310)** | | | | | | | |
| FEMALE | 1005 | 82 | 4 | 3 | 13 | 5 | 1112 |
| MALE | 927 | 54 | 4 | 8 | 16 | 7 | 1016 |
| SubTotal | 1932 | 136 | 8 | 11 | 29 | 12 | 2128 |
| FEMALE | 2245 | 398 | 10 | 13 | 35 | 16 | 2717 |
| MALE | 1770 | 236 | 11 | 9 | 30 | 10 | 2066 |
| SubTotal | 4015 | 634 | 21 | 22 | 65 | 26 | 4783 |

MORGAN

# VR Statistics Cross Reference Report

## Cross Reference Report For Precinct
### A Breakdown Of Race Within Gender
Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Race | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Jurisdiction | WHITE | BLACK | ASIAN | AMERICAN INDIAN | HISPANIC | OTHER | Grand Total | |
| **DECATUR FIRE AND RESCUE #8 (0401)** | | | | | | | | |
| FEMALE | 855 | 10 | 10 | 3 | 4 | 4 | 886 | |
| MALE | 837 | 8 | 7 | 4 | 5 | 4 | 865 | |
| SubTotal | 1692 | 18 | 17 | 7 | 9 | 8 | 1751 | |
| **DECATUR FIRE&RESCUE(C.B 2-1) (0317)** | | | | | | | | |
| FEMALE | 247 | 35 | | 2 | 3 | 3 | 290 | |
| MALE | 199 | 31 | 3 | 3 | 2 | 1 | 6 | 242 |
| SubTotal | 446 | 66 | | 5 | 5 | 4 | 6 | 532 |
| **DECATUR UTILITIES AUDITORIUM (0307)** | | | | | | | | |
| FEMALE | 396 | 63 | | 4 | 2 | 2 | 466 | |
| MALE | 294 | 42 | 1 | 1 | 2 | 2 | 5 | 346 |
| SubTotal | 689 | 105 | 1 | 6 | 4 | 7 | 812 | |
| **FIRST BAPTIST CHR AUSTINVILLE (0308)** | | | | | | | | |
| FEMALE | 1436 | 327 | 8 | 7 | 27 | 12 | 1817 | |
| MALE | 1004 | 154 | 6 | 5 | 29 | 9 | 1206 | |
| SubTotal | 2440 | 481 | 13 | 12 | 56 | 21 | 3023 | |
| **FIRST BIBLE CHURCH (0315)** | | | | | | | | |
| FEMALE | 1001 | 392 | 14 | 4 | 15 | 10 | 1436 | |
| MALE | 687 | 201 | 4 | 7 | 16 | 7 | 922 | |
| UNKNOWN | | 2 | | | | | 2 | |
| SubTotal | 1688 | 595 | 18 | 11 | 31 | 17 | 2360 | |

MORGAN

# VR Statistics Cross Reference Report

## Cross Reference Report For Precinct
## A Breakdown Of Race Within Gender
Includes Registrants With Status Of: ACTIVE, INACTIVE

Processed: 01/18/2012 4:14 PM
Printed: 01/18/2012 4:14 PM

| Number of Registrants / Jurisdiction | | Race — WHITE | BLACK | ASIAN | AMERICAN INDIAN | HISPANIC | OTHER | Grand Total |
|---|---|---|---|---|---|---|---|---|
| FORT DECATUR RECREATION CENTER (0304) | FEMALE | 651 | 56 | 2 | 4 | 7 | 6 | 726 |
| | MALE | 532 | 35 | 4 | 5 | 3 | 6 | 585 |
| | SubTotal | 1183 | 91 | 6 | 9 | 10 | 12 | 1311 |
| MORGAN CO.DEPT OF H.RESOURCES (0313) | FEMALE | 327 | 13 | | 2 | 2 | | 342 |
| | MALE | 274 | 9 | | 2 | 2 | 1 | 290 |
| | SubTotal | 601 | 22 | | 4 | 4 | 1 | 632 |
| MORGAN COUNTY COURTHOUSE (0301) | FEMALE | 356 | 16 | | 4 | 4 | 1 | 377 |
| | MALE | 248 | 18 | | 1 | 1 | 1 | 271 |
| | SubTotal | 604 | 34 | | 5 | 5 | 2 | 648 |
| OAK PARK MIDDLE SCHOOL (0402) | FEMALE | 527 | 30 | 1 | 4 | 2 | 2 | 566 |
| | MALE | 459 | 20 | 1 | 1 | 4 | | 485 |
| | SubTotal | 986 | 50 | 2 | 5 | 6 | 2 | 1051 |
| SOMERVILLE ROAD ELEMENTARY (0305) | FEMALE | 795 | 270 | 30 | 2 | 8 | 29 | 1113 |
| | MALE | 563 | 124 | 20 | 1 | 7 | 23 | 722 |
| | SubTotal | 1358 | 394 | 50 | 2 | 15 | 52 | 1835 |
| ST ANDREWS PRESBYTERIAN CHURCH (0314) | FEMALE | 787 | 32 | 9 | 2 | 6 | 3 | 839 |

MORGAN

Processed: 01/18/2012 4:14 PM
Printed: 01/18/2012 4:14 PM

# VR Statistics Cross Reference Report

**Cross Reference Report For Precinct**
**A Breakdown Of Race Within Gender**
**Includes Registrants With Status Of: ACTIVE, INACTIVE**

Number of Registrants

| Jurisdiction | Race | | | | | | |
|---|---|---|---|---|---|---|---|
| | WHITE | BLACK | ASIAN | AMERICAN INDIAN | HISPANIC | OTHER | Grand Total |
| **ST ANDREWS PRESBYTERIAN CHURCH (0314)** | | | | | | | |
| MALE | 732 | 39 | | 5 | 2 | 5 | 785 |
| SubTotal | 1519 | 71 | 14 | 8 | 4 | 8 | 1624 |
| **T.C. ALMON RECREATION CENTER (0403)** | | | | | | | |
| FEMALE | 1248 | 13 | 8 | 2 | 4 | 6 | 1281 |
| MALE | 1131 | 12 | 6 | 3 | 3 | 2 | 1157 |
| SubTotal | 2379 | 25 | 14 | 5 | 7 | 8 | 2438 |
| **TURNER SURLES COMM. CENTER (0312)** | | | | | | | |
| FEMALE | 17 | 237 | | | | | 255 |
| MALE | 12 | 188 | | | 1 | | 201 |
| SubTotal | 29 | 425 | 0 | 0 | 1 | 1 | 456 |
| **WEST DECATUR ELEMENTARY (0302)** | | | | | | | |
| FEMALE | 151 | 270 | 1 | 1 | 8 | 2 | 433 |
| MALE | 107 | 186 | 4 | 4 | 13 | 1 | 311 |
| SubTotal | 258 | 456 | 5 | 1 | 21 | 3 | 744 |
| **WESTMEADE BAPTIST CHURCH (0306)** | | | | | | | |
| FEMALE | 735 | 237 | 4 | 2 | 13 | 5 | 996 |
| MALE | 625 | 158 | 4 | 6 | 14 | 4 | 811 |
| SubTotal | 1360 | 395 | 8 | 8 | 27 | 9 | 1807 |
| **Grand Total** | 24100 | 6336 | 140 | 145 | 396 | 180 | 31298 |

MORGAN

VR Statistics Cross Reference Report

Cross Reference Report For Precinct
A Breakdown Of Race Within Gender
Includes Registrants With Status Of: ACTIVE, INACTIVE

Processed: 01/18/2012 4:14 PM
Printed: 01/18/2012 4:14 PM

MORGAN

# VR Statistics Cross Reference Report

## Cross Reference Report For Districts
## A Breakdown Of Gender Within Race
Includes Registrants With Status Of: ACTIVE, INACTIVE, NOT ELIGIBLE,
NOT REGISTERED, REMOVABLE, SUSPENSE

Number of Registrants

| Political Subdivision | Gender | | | |
|---|---|---|---|---|
| | FEMALE | MALE | UNKNOWN | Grand Total |
| DECATUR CITY CODE 06 (CD06) | | | | |
| WHITE | 28473 | 24766 | | 53239 |
| BLACK | 6004 | 4269 | 2 | 10275 |
| ASIAN | 103 | 96 | | 199 |
| AMERICAN INDIAN | 114 | 94 | | 208 |
| HISPANIC | 262 | 239 | 1 | 502 |
| OTHER | 119 | 102 | | 221 |
| SubTotal | 35075 | 29566 | 3 | 64644 |
| Grand Total | 35075 | 29566 | 3 | 64644 |

Processed: 01/18/2012 4:08 PM
Printed: 01/18/2012 4:09 PM

# EXHIBIT 18
# CONTACTS FOR DECATUR, AL

| NAME | TITLE | PHONE | ADDRESS |
|---|---|---|---|
| Mr. William Jackson (Billy) | Minority City Councilman | (256)351-8277 (h) (256)990-8277 (Cell) | 1203 2nd St. SW Decatur, AL 35601 |
| Ms. Michelle Gray King | Minority School Board Member | 256-355-4379 | 302 Fourth Ave. NE Decatur, Al. 35601 |
| Don Stanford | Mayor | (256) 341-4502 | City of Decatur PO Box 488 Decatur, AL 35603 |
| Collis Stevenson | Other minority contacts | (256)350-3751 | 908 West Moulton St. Decatur, AL 35601 |
| Butch Mathews | Other minority contacts | (256)355-0465 | 222 13th Ave. Decatur, AL 35601 |
| Herman Marks | City Attorney | (256)341-4510 | City of Decatur PO Box 488 Decatur, AL 35603 |
| Wallace C. Terry | Community Planning and Economic Development Director | (256)341-4505 | City of Decatur PO Box 488 Decatur, AL 35603 |
| Karen Smith | Planner City of Decatur | (256)341-4720 | City of Decatur PO Box 488 Decatur, AL 35603 |

\\codvault\users\kjsmith\karen\redistricting\2011\first justice submission material\CONTACTS FOR DECATUR.docx