FILED
2015 Oct-28  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 18
# CONTACTS FOR DECATUR, AL

| NAME | TITLE | PHONE | ADDRESS |
|---|---|---|---|
| Mr. William Jackson (Billy) | Minority City Councilman | (256)351-8277 (h) (256)990-8277 (Cell) | 1203 2nd St. SW Decatur, AL 35601 |
| Ms. Michelle Gray King | Minority School Board Member | 256-355-4379 | 302 Fourth Ave. NE Decatur, Al. 35601 |
| Don Stanford | Mayor | (256) 341-4502 | City of Decatur PO Box 488 Decatur, AL 35603 |
| Collis Stevenson | Other minority contacts | (256)350-3751 | 908 West Moulton St. Decatur, AL 35601 |
| Butch Mathews | Other minority contacts | (256)355-0465 | 222 13th Ave. Decatur, AL 35601 |
| Herman Marks | City Attorney | (256)341-4510 | City of Decatur PO Box 488 Decatur, AL 35603 |
| Wallace C. Terry | Community Planning and Economic Development Director | (256)341-4505 | City of Decatur PO Box 488 Decatur, AL 35603 |
| Karen Smith | Planner City of Decatur | (256)341-4720 | City of Decatur PO Box 488 Decatur, AL 35603 |