FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA




A Grand City on a CHARMING SCALE

**Office of the Mayor**
*Don Stanford, Mayor*

RE: Submission under Sections 5 of the Voting Rights Act of 1965
Expedited Consideration Requested

Dear Sir:

Pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. §1973c, we submit for preclearance by the Attorney General of the United States a proposed plan to implement the Council Manager form of government for the City of Decatur Alabama based on the Council Manager Act of 1982 (Section 11-43A-1, et seq. Code of Alabama). The amendments provide for the redistricting of the city into three Council Districts of nearly equal size and two at large elected positions. The first at large position would be the Mayor and the second would be the Councilman at large. The remaining three Council people would be elected by district. This plan would also impact the school board.

A resolution selecting the plan was passed by the Decatur City Council September 19, 2011 at a City Council Meeting which started at 10:00 am. Resolution 11-271 passed by a vote of 3 to 1. Four members of the City Council were present, and Councilman Ronny Russell was absent due to a death in the family. Mr. William Jackson (Billy), an African-American councilman, was present and voted against Resolution 271-11. The Resolution was adopted September 19, 2011.

In compliance with 28 C.F. R. § 51.27 (2001), we submit the following information to the Attorney General:

| | | |
|---|---|---|
| 1 | Explanation of the Changes to the Voting Districts | Attached as Exhibit 1 |
| 2 | Proposed Redistricting Plan Demographics | Attached as Exhibit 2 |
| 3 | Decatur's Redistricting Procedures | Attached as Exhibit 3 |
| 4 | Historic Decatur, AL Voting District Demographics | Attached as Exhibit 4 |
| 5 | Certificate of Probate Judge | Attached as Exhibit 5 |
| 6 | Proclamation of the Mayor of Decatur | Attached as Exhibit 6 |
| 7 | Results of the Special Municipal Election | Attached at Exhibit 7 |
| 8 | Copy Code of Alabama Section 11-43A-1, et seq | Attached as Exhibit 8 |
| 9 | Current District with 2010 Census information | Attached as Exhibit 9 |






Office of the Mayor
*Don Stanford, Mayor*

| | | |
|---|---|---|
| 10 | Proposed 3 District Plan 45 % Minority in District 1 | Attached as Exhibit 10 |
| 11 | Proposed 3 District Plan 51% Minority in District 1 | Attached as Exhibit 11 |
| 12 | Proposed 3 District Plan 55 % Minority in District 1 | Attached as Exhibit 12 |
| 13 | Proposed 3 District Plan 60% Minority in District 1 | Attached as Exhibit 13 |
| 14 | Proposed 3 District Plan 40 % Minority in District 1 | Attached as Exhibit 14 |
| 15 | Proposed 3 District Plan Three Substantially Equal Districts | Attached as Exhibit 15 |
| 16 | Decatur City Council Resolution 11-271 | Attached as Exhibit 16 |
| 17 | Current Precinct Demographics with 2010 Census Information Decatur, AL | Attached as Exhibit 17 |
| 18 | Proposed Precinct Demographics with 2010 Census Information Decatur, AL | Attached as Exhibit 18 |
| 19 | Morgan County Resolution changing the Voting Place for Precinct 3-8 from Wilson Morgan Park to Austinville First Baptist Church | Attached as Exhibit 19 |
| 20 | Decatur Daily Articles about proposed District Plans and Public Hearings | Attached as Exhibit 20 |
| 21 | City Council and agendas of Public Hearings held about the Proposed Redistricting Plans | Attached as Exhibit 21 |
| 22 | A map showing the current and proposed | Attached as Exhibit 22 |

Decatur City Hall 402 Lee Street, NE Post Office Box 488 Decatur, AL 35602-0488
Phone (256) 341-4502 Fax (256) 341-4504 www.DecaturAlabamaUSA.com




A Grand City on a CHARMING SCALE

**Office of the Mayor**
*Don Stanford, Mayor*

| | | |
|---|---|---|
| | districts | |
| 23 | A map showing the current and proposed Precincts | Attached as Exhibit 23 |
| 24 | Person making submission | Karen J. Smith, Planner, City of Decatur |
| 25 | Submitting Authority | Mayor Don Stanford |
| 26 | Location of Submitting Authority | Decatur, AL |
| 27 | Body responsible for change | Decatur City Council |
| 28 | Date adopted | September 19, 2011 |
| 29 | Minority contacts and incumbents | William (Billy) Jackson, Councilman<br><br>Michelle Grey King, Board of Education Representative<br>Contact list as Exhibit 24 |

For further information please contact Mayor Don Stanford by telephone at (256)341-4502 or electronic mail a dstanford@decatur-al.gov.

Sincerely,

Don Stanford, Mayor

**FedEx Express** *US Airbill*

del. Oct 20, 2011

FedEx Tracking Number 8630 3160 7420

Form ID No. 0215

MUR43

**Sender's Copy**

**1 From** *Please print and press hard.*

Date

Sender's FedEx Account Number 1247-5833-5

Sender's Name

Phone (256) 341-4720

Company CITY PLANNING DEPT

Address 308 CAIN ST NE

Dept./Floor/Suite/Room

City DECATUR State AL ZIP 35601-1955

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name Chief Voting Section Phone ( )

Company Department of Justice; Civil Rights Division

Recipient's Address 950 Pennsylvania Ave NW
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address Room 7254 - NWB
To request a package be held at a specific FedEx location, print FedEx address here.

City Washington State DC ZIP 20530

0367401186

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [X] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation:

** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [ ] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRF

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.