FILED
2015 Oct-28  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 1**
**EXPLANATION OF CHANGES IN DECATUR, AL. CITY COUNCIL DISTRICTS**

1. If the City of Decatur remains with the five voting districts our goal would be to redistribute and "equalize" population of the municipal voting districts based upon the population changes and shifts in the City of Decatur between 2000 and 2010. Decatur has since the establishment of district elections in 1988 tried to maintain a deviation of plus or minus five percent of the ideal district size of the total population divided by five.  Decatur's population increased from 53,929 to 55,683 during the decade.  The 2010 ideal district size is 12,525.  Currently, District 2 is 1.02% below this ideal district size, District 3 is 5.5% above and District 4 is 5.65% above.  District 1, the minority majority district, is now 27.29 % below the ideal district size and District 5 is 17.15 % above.  The municipal voting districts need to be redrawn to equalize this as much as possible.  (See Exhibit 2 PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION)

2. Further, the goal would be to meet the minority district (Decatur's District 1) requirements as closely as possible without "retrogressing" or insuring that the racial percentage of District 1 is favorable.  (Please refer to Criteria 2 Decatur Criteria for Redistricting contained in Exhibit No. 3 DECATUR'S REDISTRICTING PROCEDURES).  Due to the migration of the minority population from District 1 throughout the city, the district's population size keeps becoming more disproportionate relative to the other districts.  This makes it very difficult to maintain the 60% minority majority in District 1 and meet the equal district size requirements of the Constitution.  In 1990 District 1 was 14.28% below the ideal district size and approximately 17% smaller than the other 4 districts.  In 2000, it was 17.82 % below the ideal district size and approximately 21% smaller than the other four districts.  (Please refer to Exhibit 4 HISTORIC DECATUR, AL VOTING DISTRICT DEMOGRAPHICS) While the minority percentage of the other four districts has increased from an average 2.54 percent minority in districts 2, 3, 4, and 5 in 1988 to an average 16.18% in 2010.  The minority population of the City of Decatur is 12,525 or 22% of our population.   It would appear that the City of Decatur is becoming a much more diverse and integrated community.

3. However, based on a petition of certain citizens on April 13, 2010 a special election was held to so that the question of the adoption of the Council-Manager form of government could be submitted to the qualified voters of the City of Decatur, Alabama.  (Please see Exhibits 5 and 6 which were attachments 1 and 2 from a submission dated 2/4/2010 and included here)   The results of that election were that 5000 voted in favor of changing the form of government and 4478 were opposed to the change.  (Please see Exhibit 7 Special Municipal Election Sheet) The election was held under the Council Manager Act of 1982 a state law which was pre-cleared at that time.  (Please see Exhibit 5 COPY FROM CODE OF ALABAMA) This act is very specific in its language with respect to the

establishment of the voting districts.  Section 11-43A-9  states that "……Before such election the governing body of the municipality shall cause the municipality to be divided into three districts containing as nearly an equal number of people as possible…..".  In order for the city to respond to the will of the people and establish the Council Manager form of government the city will need to be divided into three substantially equal districts.  The city considered six different proposals for a three district plan.  (Please see Exhibits 9-15 PROPOSED DISTRICT PLANS COMPARED TO STANDARDS) The only proposed plan that established districts that contained an as equal number as possible was called Three Substantially Equal Districts.  This plan that meets the requirements of the Council Manager Act of 1982 was selected by the City Council to be submitted to the Justice Department for pre-clearance.  (PLEASE SEE EXHIBIT 16 CITY COUNCIL RESOLUTION 11-271) The minority population of District 1 in this plan is 37.31%.  Five other plans were presented to the City Council for consideration, these plans had District 1 with a 60%, 55%, 51%, 45%, and 40% minority population, however none of these plans distributed the population as equally as possible with the 60% plan being 51% below the ideal district size and the 51% plan being 41% below.  (Please See Exhibit 2 PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION)

The following changes will be required to implement the new form of government and the proposed district plan.  (Please see Exhibits 17 AND 18 PRECINCTS WITH DEMOGRAPHICS)

| Change | Explanation |
| --- | --- |
| The City will now be divided into three districts of substantially equal population | This meets the requirements of the Council Manager Act of 1982 |
| Precincts 3-11, 3-12, 3-3 will remain in District 1<br>3-11, will move from District 2 to District 1, 3-6, 3-7, and 3-8 will move from District 4 to District 1. | Most of these precincts and voting places will be undisturbed. The voters that are located currently voting in 3-8 that are south of the Beltline will be moved to 3-14 and be in District 3. This area is bounded by the Beltline and Modaus Rd. on the north, Danville Rd. on the west, Stoneriver Rd., Battlement Rd., Oak Lea Rd., Sweetbriar Rd., and Way Thru the Woods on the south, and Leighsdale and Spring Ave. on the East. |

| Change | Explanation |
|---|---|
| Precincts 3-1, 3-13, 3-17, 3-4, 3-5, 3-9, 4-1, 4-2, and 4-3 will all be in District 2.  A portion of 3-15 will be added to 3-17 and a portion of 3-15 will be added to 3-9 the rest of 3-15 will be in District 3 | Most of these voting place and precincts will be undisturbed.  There are two sections of Precinct 3-15 that will be moved out of the precinct as follows: an area bounded by Beltline Rd. on the north, Sandlin Rd. on the west, Cedar Lake Rd. on the South and Central Parkway on the east will go to precinct 3-9; and an area bounded by Bird Springs Rd on the north, the city limits on the west and south and Norris Mill Rd. on the east will be moved to precinct 3-17 |
| Precincts 3-10, 3-14 (with the addition of the area mentioned above from Precinct 3-8), 3-15 (with the areas mentioned above from District 2) and 3-16 will all be in District 3. | Precincts 3-10, and 3-16 will be undisturbed and continue at the same voting place, Precinct 3-15 will lose the following areas an area bounded by Beltline Rd. on the north, Sandlin Rd. on the west, Cedar Lake Rd. on the South and Central Parkway on the east will go to precinct 3-9 and an area bounded by Bird Springs rd on the North, the city limits on the west and south and Norris Mill Rd. on the east will be moved to precinct 3-17.  Precinct 3-14 will gain an area from precinct 8 the area is bounded by the Beltline and Modaus Rd. on the north, Danville Rd. on the west, Stoneriver Rd., Battlement Rd., Oak Lea Rd., Sweetbriar Rd., and Way Thru the Woods on the south, and Leighsdale and Spring Ave. on the East. |
| Change the voting place for Precinct 3-8 from Wilson Morgan Park to Austinville First Methodist Church | The Morgan County Commission and the Judge of Probate have requested this because the facility being used was inadequate.  Please see Exhibit 19 County Commission Resolution. |

4. The changes to actual precincts and voting places is minimal.  Any changes to voting places or precinct boundaries require County Commission concurrence and U.S. Justice Department approval.