# EXHIBIT 2-
# PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IDEAL DISTRICT SIZE 5 DISTRICTS | 11136.6 | | | | | | | | | | |
| IDEAL DISTRICT SIZE 3 DISTRICTS | 18561 | | | | | | | | | | |

| CURRENT DISTRICTS WITH 2010 DATA ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
| District 1 | 8098 | 4859 | 60.00 | -3039 | -27.29 | 3239 | 5743 | 1526 | 26.57 | 3444 | 59.97 |
| District 2 | 11023 | 1777 | 16.12 | -114 | -1.02 | 9246 | 8637 | 6631 | 76.77 | 1193 | 13.81 |
| District 3 | 11749 | 1801 | 15.33 | 612 | 5.50 | 9948 | 8984 | 7343 | 81.73 | 1099 | 12.23 |
| District 4 | 11766 | 2304 | 19.58 | 629 | 5.65 | 9462 | 8978 | 6163 | 68.65 | 1492 | 16.62 |
| District 5 | 13047 | 1784 | 13.67 | 1910 | 17.15 | 11263 | 9914 | 8254 | 83.26 | 1236 | 12.47 |
| TOTAL | 55683 | 12525 | 125 | -2 | | 43158 | 42256 | 29917 | | 8464 | |

| 60% MINORITY IN DISTRICT 1 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 9109 | 5249 | 57.62 | -9452 | -50.92 | 3860 | 6476 | 1925 | 29.73 | 3694 | 57.04 |
| District 2 | 23091 | 3326 | 14.40 | 4530 | 24.41 | 19765 | 17830 | 13756 | 77.15 | 2164 | 12.14 |
| District 3 | 23483 | 3950 | 16.82 | 4922 | 26.52 | 19533 | 17950 | 14236 | 79.31 | 2606 | 14.52 |
| TOTAL | 55683 | 12525 | | 0 | | 43158 | 42256 | 29917 | 186 | 8464 | |

1
PREPARED BY THE DECATUR PLANNING DEPARTMENT

# EXHIBIT 2-
# PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IDEAL DISTRICT SIZE 5 DISTRICTS | 11136.6 | | | | | | | | | | |
| IDEAL DISTRICT SIZE 3 DISTRICTS | 18561 | | | | | | | | | | |

### 55% MINORITY IN DISTRICT 1

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 10075 | 5527 | 54.86 | -8486 | -45.72 | 4548 | 7209 | 2437 | 33.80 | 3876 | 53.77 |
| District 2 | 23091 | 3326 | 14.40 | 4530 | 24.41 | 19765 | 17830 | 13756 | 77.15 | 2164 | 12.14 |
| District 3 | 22517 | 3672 | 16.31 | 3956 | 21.31 | 18845 | 17217 | 13724 | 79.71 | 2424 | 14.08 |
| TOTAL | 55683 | 12525 | 86 | 0 | | 43158 | 42256 | 29917 | | 8464 | |

### 51% MINORITY IN DISTRICT 1

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 11007 | 5643 | 51.27 | -7554 | -40.70 | 5364 | 7961 | 3050 | 38.31 | 3952 | 49.64 |
| District 2 | 23091 | 3326 | 14.40 | 4530 | 24.41 | 19765 | 17830 | 13756 | 77.15 | 2164 | 12.14 |
| District 3 | 21585 | 3556 | 16.47 | 3024 | 16.29 | 18029 | 16465 | 13111 | 79.63 | 2348 | 14.26 |
| TOTAL | 55683 | 12525 | 82 | 0 | | 43158 | 42256 | 29917 | | 8464 | |

PREPARED BY THE DECATUR PLANNING DEPARTMENT

# EXHIBIT 2-
# PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IDEAL DISTRICT SIZE 5 DISTRICTS | 11136.6 | | | | | | | | | | |
| IDEAL DISTRICT SIZE 3 DISTRICTS | 18561 | | | | | | | | | | |
| **45% MINORITY IN DISTRICT 1** ||||||||||||
| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 13082 | 5931 | 45.34 | -5479 | -29.52 | 7151 | 9613 | 4304 | 44.77 | 4152 | 43.19 |
| District 2 | 21078 | 3007 | 14.27 | 2517 | 13.56 | 18071 | 16232 | 12715 | 78.33 | 1940 | 11.95 |
| District 3 | 21523 | 3587 | 16.67 | 2962 | 15.96 | 17936 | 16411 | 12898 | 78.59 | 2372 | 14.45 |
| TOTAL | 55683 | 12525 | | 0 | | 43158 | 42256 | 29917 | | 8464 | |
| **40% MINORITY IN DISTRICT 1** ||||||||||||
| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 16043 | 6430 | 40.08 | -2518 | -13.57 | 9613 | 11756 | 5596 | 47.60 | 4453 | 37.88 |
| District 2 | 20514 | 3147 | 15.34 | 1953 | 10.52 | 17367 | 15870 | 12587 | 79.31 | 2027 | 12.77 |
| District 3 | 19126 | 2948 | 15.41 | 565 | 3.04 | 16178 | 14630 | 11734 | 80.21 | 1984 | 13.56 |
| TOTAL | 55683 | 12525 | | 0 | | 43158 | 42256 | 29917 | | 8464 | |

# EXHIBIT 2-
# PROPOSED REDISTRICTING PLAN DEMOGRAPHICS WITH 2010 CENSUS INFORMATION AND VOTING AGE POPULATION

| IDEAL DISTRICT SIZE 5 DISTRICTS | 11136.6 |
|---|---|
| IDEAL DISTRICT SIZE 3 DISTRICTS | 18561 |

### 3 SUBSTANTIALLY EQUAL DISTRICTS

| NAME | TOTAL | BLACK | BLACK % | TOTAL DEVIATION | TOTAL DEVIATION % | NON BLACK | TOTAL 18 AND OVER | WHITE OVER 18 | WHITE OVER 18 % | BLACK OVER 18 | BLACK OVER 18 % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unassigned | 0 | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| District 1 | 18296 | 6827 | 37.31 | -265 | -1.43 | 11469 | 13519 | 6768 | 50.06 | 4726 | 34.96 |
| District 2 | 18968 | 2598 | 13.70 | 407 | 2.19 | 16370 | 14734 | 11888 | 80.68 | 1702 | 11.55 |
| District 3 | 18419 | 3100 | 16.83 | -142 | -0.77 | 15319 | 14003 | 11261 | 80.42 | 2036 | 14.54 |
| TOTAL | 55683 | 12525 | | 0 | 0 | 43158 | 42256 | 29917 | | 8464 | |

4

PREPARED BY THE DECATUR PLANNING DEPARTMENT