# EXHIBIT 3
# Decatur's Redistricting Procedures

Meetings of the City Council are open to the public and all redistricting plans submitted at Council meetings will be made available to the public for review.

Minutes of all City Council meetings are maintained in the City Clerk's Office and available for public inspection.

In order to actively seek public participation and maximize public input, the Council will hold two public information sessions.  The meetings will be Monday, August 29 at 6:00 pm and Monday, September 12 at 6:00 pm both meetings will be held during City Council meetings in the City Council Chambers located on the first floor of City Hall at 402 Lee St. NE.

All interested persons are encouraged to appear before the Council and give their comments regarding the redistricting of city voting districts.  Opportunity will be given to provide input for the redistricting.

Unless otherwise scheduled and notice thereof given, all public information sessions will be a part of City Council meetings.

**PUBLIC ACCESS**

The City seeks active and informed public participation in all activities relating to redistricting.  The proposed plans will be available for review in the City Clerk's Office, the City Planning Department and available on line at the city's web site http://www.decaturalabamausa.com/.

Any proposal to be submitted to the Council, must be submitted to the Planning Department in duplicate two working days prior to the public information session

# EXHIBIT 3
# Decatur's Redistricting Procedures

(August 24 before 5:00 pm for the August 29 meeting or September 9 before 5:00 pm for the September 12 meeting).

All redistricting plans must:

- a. be clearly depicted on maps which follow 2010 census geographic boundaries (showing all 2010 census tracts, voting precincts, and census blocks in the City) and include all land annexed into the City from 1/1/00 through the annexation cut-off date, which will be established at a later time

- b. be accompanied by statistical sheet listing

    - i. total population of each proposed district;

    - ii. deviation from the Ideal District Population (10% or 5% + or – is allowed )for each proposed district, stated as a percentage and number of persons,

    - iii. minority population of each proposed district;

    - iv. a listing or depiction (map showing boundaries) of the census geography (i.e. specific census tracts, voting precincts, and census blocks) and parcels of annexed land making up each proposed district.

- c. Stand as a complete city-wide plan for redistricting or, if presenting a partial plan, as an amendment it must fit seamlessly back into the plan.

# EXHIBIT 3
# Decatur's Redistricting Procedures

    d.    Must comply with the policies adopted by the Council and contain a detailed explanation of the manner in which such compliance is achieved on a city-wide basis, with said explanation to be provided on a policy-by-policy basis.

Comments or suggestions must be presented to the Council by any individual, citizen, group or organization by submission in writing at a public information session. A five minute oral presentation may also accompany the written presentation. All submissions brought to the Council will be filed in duplicate with the City Clerk after presentation to the City Council at a Public Information Meeting and made available in the same manner as other public records.

**Municipal Policies for Development of Districts**

(1) The City of Decatur shall be divided into three (3) single-member districts.

(2) Pursuant to the equal protection clause of the fourteenth amendment to the United States Constitution, districts will be drawn to achieve "substantial equality of population among the various districts."

    (a) Minimizing population deviation among districts should be established as high priority in the drawing of districts.

    (b) Generally, deviations from the ideal population should be justifiable as a result of the promotion of a Municipal Policy. The Ideal District Population is the arithmetic result of dividing the number of districts into the total population of the City.

# EXHIBIT 3
# Decatur's Redistricting Procedures

    (c) The relative population deviation for any one single-member district should not exceed 10% (plus or minus five percent (5%)) of the Ideal District Population.

    (d) Any individual or organization submitting a proposed redistricting plan must submit a detailed explanation of how the deviation in the proposed plan furthers municipal policies or is necessitated by census geography.

(2) All districts will be composed of contiguous and, to the extent reasonably possible, compact territory, using the center lines of streets or alleys or other well defined natural or manmade landmarks as boundaries.

(3) The integrity of neighborhoods and communities of interest shall be respected to the extent possible.  For purposes of these guidelines, a community of interest is defined as an area with recognized similarities of interest, including, without limitation, geographic, governmental, regional, social, cultural, racial, ethnic, or historic interests.  It is inevitable that some neighborhoods and interests be recognized and that others will not; however, proposed redistricting plans should attempt to accommodate and preserve all neighborhoods and communities of interest most to the extent they are felt by the citizens of the community to be cohesive communities.

(4) The proposed redistricting plans should respect the cores of existing districts.

(5) District boundaries in proposed redistricting plans should recognize and follow local voting precinct boundaries.

# EXHIBIT 3
# Decatur's Redistricting Procedures

(6) Criteria based upon race must be considered to the extent required for compliance with the Voting Rights Act. Proposed redistricting plans are subject to the provisions of the Voting Rights Act and must not have the purpose or effect of;

   (a) Denying or abridging the right to vote on account of race or color or because a person is a member of a language minority group, or

   (b) Impeding the opportunities of minority groups protected by the Voting Rights Act to participate in the political process and elect representatives of their choice on an equal basis with other voters.

(7) Proposed redistricting plans are subject to the preclearance procedures established in Section 5 of the Voting Rights Act and must satisfy the nonretrogression standard contained therein.

(8) A redistricting plan requiring less change to current districts in order to balance population and comply with the criteria set forth herein will be generally preferred over plans which require more change to achieve such balance and compliance, so long as other municipal policies are not jeopardized.

(9) Proposed redistricting plans should avoid contests between incumbents where possible and where other municipal policies are not jeopardized.