Case 5:14-cv-00540-AKK   Document 59-17   Filed 10/28/15   Page 1 of 1

Exhibit 5

FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE PROBATE COURT OF MORGAN COUNTY, ALABAMA

IN THE MATTER OF: THE PETITION OF GARY VOKETZ AND OTHERS FOR AN ELECTION IN THE CITY OF DECATUR, ALABAMA AS TO THE ADOPTION OF THE COUNCIL-MANAGER FORM OF GOVERNMENT FOR SAID MUNICIPALITY

### CERTIFICATE OF PROBATE JUDGE

TO THE HONORABLE DON STANFORD, AS MAYOR OF THE CITY OF DECATUR, ALABAMA:

I, Greg Cain, Judge of Probate of Morgan County, Alabama, do hereby certify that on January 8, 2010, there was presented to me as Probate Judge a petition signed by Gary Voketz and others purporting to be signed by at least ten percent of the number of the qualified voters who voted in the last general municipal election held in Decatur, Alabama requesting that the question of the adoption of the council-manager form of government for such municipality be submitted to the qualified voters thereof, and that, pursuant to law, I examined such petition and determined and hereby certify to you that such petition is signed by 1,100 qualified voters; that 10,192 qualified voters voted in the last general municipal election held in Decatur, Alabama and that, therefore, such petition is signed by the requisite number of voters to require an election.

ORDERED, DONE AND CERTIFIED this 25 day of January, 2010.

_____
Greg Cain, Judge of Probate, Morgan County, Alabama