Case 5:14-cv-00540-AKK   Document 59-18   Filed 10/28/15   Page 1 of 2

Exhibit 6

FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATE

STATE OF ALABAMA           )
                           )   CITY OF DECATUR
COUNTIES OF MORGAN AND LIMESTONE   )

    I, Betty Marshall, City Clerk of the City of Decatur, Alabama, hereby certify that the attached is a true and correct copy of a Proclamation of the Mayor of Don Stanford, Mayor of the City of Decatur, read aloud at a regular meeting of the City Council of the City of Decatur, held on the 1st day of February, 2010, as the same appears in the records on file in the Office of the City Clerk.

    WITNESS my signature as City Clerk under the seal of the City of Decatur, Alabama, this 1st day of February, 2010.

*Betty Marshall*
Betty Marshall, CMC

# PROCLAMATION

Pursuant to the provisions of Section 11-43A-2 of the Code of Alabama 1975, the Probate Judge of Morgan County Alabama has certified to me as Mayor that more than 10 percent of the number of qualified voters who voted in the last general municipal election held in Decatur have signed a petition asking that the question of the adoption of the council-manager form of government for Decatur be submitted to the qualified voters thereof. As a result an election is mandatorily required under the provisions of the Council- Manager Act of 1982.

Pursuant to the provisions of Section 11-43A-3 of the Code of Alabama 1975, I hereby proclaim that the question of the adoption of the council-manager form of government for the City of Decatur under the provisions of Article 1 of Chapter 43A of Title 11 of the Code of Alabama 1975 be submitted to Decatur qualified voters at a special election to be held on Tuesday April 13, 2010 during normal voting hours (7 a.m. to 7 p.m.) at the established voting centers.

At such election the question to be submitted shall be printed in plain, prominent type on separate ballots and shall read as follows:

"Shall the council- manager form of government as provided by the Council - Manager Act of 1982 be adopted for the municipality of Decatur?

Yes_____          No_____"

The holding of this special election and the date of the holding of this special election are subject to being pre-cleared by the U.S. Department of Justice, Civil Rights Division.

PROCLAIMED this 1st day of February 2010.

_____ Mayor