Case 5:14-cv-00540-AKK   Document 59-19   Filed 10/28/15   Page 1 of 2

Exhibit 7

FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

4/13/2010 Special Municipal Election-Recap. Sheet

| | | Question No. 1 YES | Question No. 1 NO | Question No. 2 YES | Question No. 2 NO | TOTAL Ballots 4/13/2010 |
|---|---|---|---|---|---|---|
| | Question No. 1. "Shall the council-manager form of government as provided by the Council Manager Act of 1982 be adopted for the municipality of Decatur, Alabama? Question No. 2. "May alcoholic beverages be sold after 12:00 p.m. on Sunday in the corporate boundaries of Decatur, Alabama, lying with Morgan County, Alabama? | | | | | |
| 3-1 | Morgan Co. Courthouse | 131 | 82 | 169 | 46 | 217 |
| 3-2 | West Decatur Elementary | 51 | 111 | 113 | 49 | 162 |
| 3-3 | Aquadome Recreation Center | 102 | 123 | 149 | 76 | 225 |
| 3-4 | Decatur High School | 248 | 168 | 308 | 115 | 423 |
| 3-5 | Somerville Road Elem. School | 256 | 195 | 283 | 175 | 458 |
| 3-5 | Somerville Road Elem. School | 14 | 14 | 19 | 10 | 29 |
| 3-6 | Woodmeade Elem. School | 193 | 151 | 215 | 134 | 351 |
| 3-6 | Woodmeade Elem. School | 106 | 113 | 131 | 92 | 223 |
| 3-7 | Decatur Utilities Auditorium | 125 | 117 | 111 | 134 | 247 |
| 3-8 | Austinville Elem. School | 152 | 172 | 183 | 143 | 326 |
| 3-8 | Austinville Elem. School | 202 | 213 | 240 | 176 | 418 |
| 3-9 | American Legion Building | 42 | 48 | 50 | 41 | 91 |
| 3-10 | Julian Harris Elem. School | 463 | 409 | 542 | 346 | 888 |
| 3-10 | Julian Harris Elem. School | 210 | 206 | 239 | 181 | 421 |
| 3-11 | Benjamin Davis Elem. School | 3 | 8 | 6 | 5 | 11 |
| 3-11 | Benjamin Davis Elem. School | 56 | 336 | 316 | 79 | 395 |
| 3-12 | Turner Surles Community Center | 17 | 115 | 119 | 13 | 133 |
| 3-13 | Morgan Co. Dept. of Human Res. | 160 | 108 | 180 | 89 | 270 |
| 3-14 | Chestnut Grove Elem. School | 333 | 278 | 347 | 267 | 616 |
| 3-15 | Frances Nungester Elem. School | 320 | 255 | 366 | 213 | 579 |
| 3-15 | Frances Nungester Elem. School | 0 | 0 | 0 | 0 | 0 |
| 3-16 | Cedar Ridge Middle School | 0 | 0 | 0 | 0 | 0 |
| 3-16 | Cedar Ridge Middle School | 345 | 370 | 376 | 347 | 724 |
| 3-17 | Fire & Rescue Training Center | 47 | 78 | 68 | 61 | 129 |
| 4-1 | Fire Station No. 8 | 452 | 214 | 471 | 201 | 673 |
| 4-2 | Walter Jackson Elem. School | 180 | 139 | 219 | 104 | 324 |
| 4-3 | Eastwood Elem. School | 226 | 106 | 222 | 111 | 333 |
| 4-3 | Eastwood Elem. School | 462 | 293 | 511 | 249 | 764 |
| | Absentee Box | 100 | 53 | 99 | 54 | 153 |
| | TOTALS | 4996 | 4475 | 6052 | 3511 | 9583 |
| | | | | | | |
| | PROVISIONAL BALLOTS | | | | | |
| 3-2 | West Decatur Elementary | | 1 | 1 | | |
| 3-4 | Decatur High School | 1 | | 1 | | |
| 3-10 | Julian Harris Elem. School | 2 | | 1 | 1 | |
| 3-16 | Cedar Ridge Middle School | 1 | | 1 | | |
| 4-1 | Fire Station No. 8 | | 1 | | 1 | |
| 4-3 | Eastwood Elem. School | | 1 | 1 | | |
| | | | | | | |
| | TOTAL VOTES | 5000 | 4478 | 6057 | 3513 | |

4/13/2010 Special Municipal Election-Recap. Sheet

|  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | 0.53 | 0.47 |  | 0.63 | 0.37 |  |
|  |  |  | 9471 |  |  | 9563 |  |  |