FILED
2015 Oct-28 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 14 - PROPOSED THREE DISTRICT PLAN 40% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| PREVIOUSLY ADOPTED STANDARD | COMMENTS ABOUT SPECIFIC PROPOSAL |
|---|---|
| Redistribution of population (based on 2000 census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or – 5%) city wide. | District 1 is still 14% below the ideal district size while only 40% minority |
| Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote. | In this plan District 1 is only 40% minority. District 2 is 10.52% minority and district 3 is 3.04%. This plan keeps the minority representative as one of five voting members of the City Council and School Board. This plan maintains a 40% concentration of black residents in district 1. |
| All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries. | Met |
| District boundaries follow as closely as possible: existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams. | The proposed plan follows census block boundaries |
| Adjustments to existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline. Based on 2000 Census, the districts should have 18,561 in population (the "ideal district population".) | The districts are not equal in this proposal. District 1 is 13.57% below the ideal districts size while district 2 is 10.52% above and district 3 our current growth area is 3.04% above. |

# EXHIBIT 14 - PROPOSED THREE DISTRICT PLAN 40% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| The cores of existing districts should be maintained; contests between incumbents should be avoided where possible. | The citizens voted to change our form of government from a strong elected mayoral form to a Council Manager form with the at large elected mayor functioning as the head of the council. According to state law this form of government has five elected officials two elected at large (Mayor who runs the council meetings and sets the agenda and the Councilman at-large who assumes the mayors responsibilities when he is unavailable) and three council members elected by district. This made maintaining the exact same core areas difficult, however the three districts are combinations of districts two and three to create District 2 and Districts 4 and 5 to create district 3. This kept most traditional neighborhoods intact and in fact reunited some areas for example all of the Westmeade Subdivisions are now in one district as is all of Point Mallard. |
| Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above) | Precincts impacted if we want to keep all precincts within individual voting districts. 3-7, 3-6, 3-8 and 3-15 |
| If deviation of any district population size greater than + or – 5%, may be permitted in an effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above. | Please see all of the above comments |
| Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census. (District 5) | Precinct 3-10 may need to be split |

# EXHIBIT 14 - PROPOSED THREE DISTRICT PLAN 40% MINORITY IN DISTRICT 1 COMPARED TO STANDARD

| | |
|---|---|
| Coordination with Morgan County Commission, and the Morgan County Board of Registrars. Any changes in voting places or precinct boundaries require County Commission approval and U.S. Justice Department approval. | This will be addressed – I think a meeting with them as soon as we finish meeting with City Council and City School Board members would be helpful. |
| The Redistricting Plan will be developed and presented to the City Council by the Planning Department. Proposals for redistricting must be submitted in duplicate to the Planning Department and must be clearly depicted on maps following 2000 census boundaries (census tracts, census blocks and City voting precincts) and must include: the total population of each district; the deviation from the ideal district population stated as a percentage and population; minority population of each district. | We have used a four week deadline for these submissions in the past I think we may want to consider two this time. |

