

FILED
 2015 Oct-28  AM 10:20
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF DECATUR, ALABAMA, a municipal corporation, THE CITY COUNCIL OF DECATUR, DON KYLE, ROGER ANDERS, BILLY JACKSON, GARY HAMMON, CHARLES KIRBY, and CHUCK ARD, in both their individual and official capacities,<br><br>    Defendants.<br><br>and<br><br>AL ROBINSON, DORIS A. BAKER, DR. SAMUEL T. KING, and ANNIE R. PRIEST,<br><br>    Intervenor-Defendants | CASE NO. 5:14-CV-540-AKK |

NOTICE OF RESPONSE TO PLAINTIFF'S REQUEST
FOR PRE-DISCOVERY DISCLOSURES (Volume 3 of 3 Volumes)

On September 24, 2015, counsel for plaintiff requested pre-discovery disclosure of documents relating to districting plans of the City of Decatur involving five districts and utilizing results of the 2010 census. The request also seeks maps

and population summary reports.

      Defendants City of Decatur, Alabama, City Council of Decatur, Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby, and Chuck Ard hereby provide notice of the filing and service of the materials responsive to plaintiff's request as set forth the index attached to this notice.  Due to the volume of materials being filed and produced, the materials are filed in three separate volumes (as set forth in the index attached to this notice).  Plaintiff's request for pre-discovery disclosure of documents is the first item filed in Volume 1.

                                      s/ George W. Royer, Jr.
                                      George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue,  Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@lfsp.com

                                      s/ James U. Blacksher
                                      James U. Blacksher

P.O. Box 636
Birmingham, AL 35201
Phone: 205-591-7238 / Fax: 866-845-4395
jblacksher@ns.sympatico.ca

Attorneys for Defendants City of Decatur, Alabama,
City Council of Decatur, Don Kyle, Roger Anders,
Billy Jackson, Gary Hammon, Charles Kirby, and
Chuck Ard

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

Carl A. Cole, III
Russ Prickett
The Cole Law Firm
P.O. Box 2064
Decatur, Alabama 35602
Carl@CarlColeLaw.com

Edward Still
429 Green Springs Hwy, Ste. 161-304
Birmingham AL 35209
still@votelaw.com

on this the 28th day of October, 2015.

s/ George W. Royer, Jr.
George W. Royer, Jr.

Pre-Discovery Disclosures Index
Volume 3 of 3 Volumes

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 15 Proposed Three District Plan Substantially Equal

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 16 City Council Resolution 11-271

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 17 Current Precinct Demographics and Census Data

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 18 Proposed Precincts with Demographics and Map

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 19 County Commission Resolution

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 20 Decatur Daily Article

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 21 City Council Materials

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 22 Districts Map

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 22 Precincts Map

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 23 Precincts Map 1

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 23 Precincts Map 2

DOJ Submission, Three District Plan (Part 2 of 2 Parts): Exhibit 24 Contacts for Decatur

Documents from Probate Judge: District Cross Reference Report

Documents from Probate Judge: Precinct Cross Reference Report

Documents from Probate Judge: April 13, 2010, Election Results

Documents from Probate Judge: Copy of Decatur City Voters Demographics 2012 Election

Documents from Probate Judge: Probate Judge Order January 25, 2010

Documents from Probate Judge: Results of Special Election

Documents Concerning DOJ Submissions: Options Given to City Council Between Three District Submission and Five District Submission

Documents Concerning DOJ Submissions: People Talked to During Redistricting

Documents Concerning DOJ Submissions: 2000 Policy

Documents Concerning DOJ Submissions: Request to DOJ for Past Preclearance Letters

Documents Concerning DOJ Submissions: Plan Demographics Three Districts for CC Meetings