Exhibit 16

FILED
 2015 Oct-28 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# CERTIFICATE

STATE OF ALABAMA ) 
                                                                                )    CITY OF DECATUR
COUNTIES OF MORGAN AND LIMESTONE )

I, Stephanie Simon, Assistant City Clerk of the City of Decatur, Alabama, hereby certify that the attached is a true and correct copy of Resolution 11-271 adopted by the City Council of the City of Decatur, Alabama at a regular meeting held thereof on the 19th day of September, 2011, as the same appears in the records on file in the Office of the City Clerk.

WITNESS my signature as Assistant City Clerk under the seal of the City of Decatur, Alabama, this 28th day of September, 2011.

_Stephanie Simon_
Stephanie Simon, CMC

RESOLUTION NO. 11-271

WHEREAS, pursuant to a petition of qualified voters filed under the provisions of the Council Manager Act of 1982 duly adopted by the Alabama Legislature, an election was held in Decatur as to whether to change the form of government to a council-manager form of government;

WHEREAS, the result of the election was to approve the change of government to a council-manager form of government;

WHEREAS, the City Council has diligently reviewed various potential three single member voting district plans dictated by the provisions of the Council Manager Act of 1982, that requires the three single member districts and two at large elected council members, and received input from the general public through public meetings;

WHEREAS, the provisions of the Council Manager Act of 1982 require that each of the three single member districts contain as nearly an equal number of people as possible;

THEREFORE, BE IT RESOLVED by the City Council of the City of Decatur, Alabama after consideration of public input and review of the various three single member voting district plans prepared by the Planning Department under the guidelines of State Law that the Mayor is authorized to submit on behalf of the City of Decatur as a Section 5 submission under the Voting Rights Act to the appropriate division of the Department of Justice the Voting District Plan labeled and presented as the "Three Substantially Equal Districts" Plan.

ADOPTED this 19th day of September 2011.