PREPARED BY THE CITY PLANNING DEPARTMENT

## EXHIBIT 17
## CURRENT PRECINCT DEMOGRAPHICS
## WITH 2010 CENSUS INFORMATION DECATUR, AL

| NAME | TOTAL | WHITE | PERCENT WHITE | BLACK | PERCENT BLACK | TOTAL 18 AND OVER | TOTAL WHITE 18 AND OVER | PERCENT WHITE 18 AND OVER | TOTAL BLACK 18 AND OVER | PERCENT BLACK 18 AND OVER |
|---|---|---|---|---|---|---|---|---|---|---|
| Precinct 3-1 | 1209 | 1046 | 86.52% | 109 | 9.02% | 1094 | 947 | 86.56% | 104 | 9.51% |
| Precinct 3-2 | 1352 | 424 | 31.36% | 759 | 56.14% | 929 | 315 | 33.91% | 504 | 54.25% |
| Precinct 3-3 | 2639 | 1064 | 40.32% | 888 | 33.65% | 1778 | 827 | 46.51% | 541 | 30.43% |
| Precinct 3-4 | 2767 | 2027 | 73.26% | 424 | 15.32% | 2263 | 1744 | 77.07% | 331 | 14.63% |
| Precinct 3-5 | 4273 | 2542 | 59.49% | 963 | 22.54% | 3085 | 2052 | 66.52% | 579 | 18.77% |
| Precinct 3-6 | 3078 | 1894 | 61.53% | 777 | 25.24% | 2343 | 1575 | 67.22% | 513 | 21.90% |
| Precinct 3-7 | 1610 | 1124 | 69.81% | 249 | 15.47% | 1294 | 979 | 75.66% | 172 | 13.29% |
| Precinct 3-8 | 7079 | 4390 | 62.01% | 1278 | 18.05% | 5342 | 3609 | 67.56% | 807 | 15.11% |
| Precinct 3-9 | 863 | 459 | 53.19% | 207 | 23.99% | 613 | 369 | 60.20% | 124 | 20.23% |
| Precinct 3-10 | 8184 | 6235 | 76.19% | 1492 | 18.23% | 6227 | 4902 | 78.72% | 1024 | 16.44% |
| Precinct 3-11 | 3592 | 425 | 11.83% | 2773 | 77.20% | 2618 | 327 | 12.49% | 2045 | 78.11% |
| Precinct 3-12 | 514 | 66 | 12.84% | 439 | 85.41% | 417 | 57 | 13.67% | 354 | 84.89% |
| Precinct 3-13 | 978 | 824 | 84.25% | 96 | 9.82% | 759 | 671 | 88.41% | 54 | 7.11% |
| Precinct 3-14 | 2165 | 1958 | 90.44% | 117 | 5.40% | 1661 | 1513 | 91.09% | 89 | 5.36% |
| Precinct 3-15 | 4582 | 2802 | 61.15% | 1359 | 29.66% | 3458 | 2359 | 68.22% | 819 | 23.68% |
| Precinct 3-16 | 2810 | 2519 | 89.64% | 184 | 6.55% | 2115 | 1918 | 90.69% | 131 | 6.19% |
| Precinct 3-17 | 899 | 699 | 77.75% | 131 | 14.57% | 727 | 585 | 80.47% | 91 | 12.52% |
| Precinct 4-1 | 2061 | 1977 | 95.92% | 26 | 1.26% | 1671 | 1612 | 96.47% | 18 | 1.08% |
| Precinct 4-2 | 1796 | 1464 | 81.51% | 185 | 10.30% | 1436 | 1217 | 84.75% | 125 | 8.70% |
| Precinct 4-3 | 3232 | 3099 | 95.88% | 69 | 2.13% | 2426 | 2339 | 96.41% | 39 | 1.61% |

EXHIBIT 17