FILED

2015 Oct-28  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

PREPARED BY THE CITY PLANNING DEPARTMENT

# EXHIBIT 18
## PROPOSED PRECINCTS WITH DEMOGRAPHICS

| NAME | TOTAL | WHITE | PERCENT WHITE | BLACK | PERCENT BLACK | TOTAL OVER 18 | WHITE OVER 18 | PERCENT WHITE OVER 18 | BLACK OVER 18 | PERCENT BLACK OVER 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Precinct 3-11 | 3592 | 425 | 11.83% | 2773 | 77.20% | 2618 | 327 | 12.49% | 2045 | 78.11% |
| Precinct 3-12 | 514 | 66 | 12.84% | 439 | 85.41% | 417 | 57 | 13.67% | 354 | 84.89% |
| Precinct 3-2 | 1352 | 424 | 31.36% | 759 | 56.14% | 929 | 315 | 33.91% | 504 | 54.25% |
| Precinct 3-3 | 2639 | 1064 | 40.32% | 888 | 33.65% | 1778 | 827 | 46.51% | 541 | 30.43% |
| Precinct 3-6 | 3078 | 1894 | 61.53% | 777 | 25.24% | 2343 | 1575 | 67.22% | 513 | 21.90% |
| Precinct 3-7 | 1610 | 1124 | 69.81% | 249 | 15.47% | 1294 | 979 | 75.66% | 172 | 13.29% |
| Precinct 3-8 REMAINDER (3-14) | 5511 | 3268 | 59.30% | 942 | 17.09% | 4140 | 2688 | 64.93% | 597 | 14.42% |
| TOTAL DISTRICT 1 | 18296 | 8265 | 45.17% | 6827 | 37.31% | 13519 | 6768 | 50.06% | 4726 | 34.96% |
| Precinct 3-1 | 1209 | 1046 | 86.52% | 109 | 9.02% | 1094 | 947 | 86.56% | 104 | 9.51% |
| Precinct 3-13 | 978 | 824 | 84.25% | 96 | 9.82% | 759 | 671 | 88.41% | 54 | 7.11% |
| Precinct 3-17 REMAINDER (3-15) | 885 | 685 | 77.40% | 131 | 14.80% | 715 | 573 | 80.14% | 91 | 12.73% |
| Precinct 3-4 | 2767 | 2027 | 73.26% | 424 | 15.32% | 2263 | 1744 | 77.07% | 331 | 14.63% |
| Precinct 3-5 | 4273 | 2542 | 59.49% | 963 | 22.54% | 3085 | 2052 | 66.52% | 579 | 18.77% |
| Precinct 3-9 REMAINDER (3-15) | 1767 | 874 | 49.46% | 595 | 33.67% | 1285 | 733 | 57.04% | 361 | 28.09% |
| Precinct 4-1 | 2061 | 1977 | 95.92% | 26 | 1.26% | 1671 | 1612 | 96.47% | 18 | 1.08% |
| Precinct 4-2 | 1796 | 1464 | 81.51% | 185 | 10.30% | 1436 | 1217 | 84.75% | 125 | 8.70% |
| Precinct 4-3 | 3232 | 3099 | 95.88% | 69 | 2.13% | 2426 | 2339 | 96.41% | 39 | 1.61% |
| TOTAL DISTRICT 2 | 18968 | 14538 | 76.64% | 2598 | 13.70% | 14734 | 11888 | 80.68% | 1702 | 11.55% |
| Precinct 3-10 | 8184 | 6235 | 76.19% | 1492 | 18.23% | 6227 | 4902 | 78.72% | 1024 | 16.44% |
| Precinct 3-14 WITH ADDITION (3-8) | 3733 | 3080 | 82.51% | 453 | 12.14% | 2863 | 2434 | 85.02% | 299 | 10.44% |
| Precinct 3-15 WITH ADDITION (3-17) / REMAINDER (3-9) | 3692 | 2401 | 65.03% | 971 | 26.30% | 2798 | 2007 | 71.73% | 582 | 20.80% |
| Precinct 3-16 | 2810 | 2519 | 89.64% | 184 | 6.55% | 2115 | 1918 | 90.69% | 131 | 6.19% |
| TOTAL DISTRICT 3 | 18419 | 14235 | 77.28% | 3100 | 16.83% | 14003 | 11261 | 80.42% | 2036 | 14.54% |
| | 55683 | | | | | | | | | |



EXHIBIT 18