FILED
2015 Oct-28 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

Book 58, Page 313

Exhibit 19

# RESOLUTION

BE IT RESOLVED by the Morgan County Commission of Morgan County, Alabama, that the County Commission hereby authorized and directed per the recommendation of Probate Judge Greg Cain, to make the following changes in voting places and to authorize the Chairman, the Chief Administrative Officer or the County Attorney to seek pre-clearance of such changes under Section 5 of the Voting Rights Act of 1965:

**CONFIRMED CHANGES:**

3-8   Wilson Morgan Park (Old) – First Baptist Church Austinville (New)
              521 Austinville Rd. SW Decatur

10-1  Ryan School (Old) –      Ryan Baptist Church. (New)
                                11136 Hwy 67E Joppa

THIS THE 13TH DAY OF SEPTEMBER 2011.