Case 5:14-cv-00540-AKK Document 60-6 Filed 10/28/15 Page 1 of 18
Decatur redistricting: 5 plans - Decaturdaily.com
Exhibit 20
FILED
2015-Oct-28 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA



8/16/11 | 11 comments

# Decatur redistricting: 5 plans

## 2 proposals would mean end of black majority in District 1; hearings to seek public input

**By Tiffeny Owens**

Five redistricting plans were unveiled to the Decatur City Council on Monday, with two of them re-configuring District 1 from a majority-black district to a plurality-black district.

Based on 2010 U.S. Census data, each plan reorganizes the five current districts into three council districts — a requirement under the council-manager form of government voters approved last year. Each option has different percentages for a majority-black or plurality-black district: 60 percent, 55 percent, 51 percent, 45 percent and 37 percent.

The proposals represent the city's efforts to implement the new form of government while complying with the federal Voting Rights Act of 1965. The law requires municipalities to consider the impact changes to voting procedures have on minorities and the ability of those elected candidates to impact policy, said Herman Marks, Decatur's city attorney.

In 2010, Decatur residents voted 5,004 to 4,475 to switch from a mayor-council system to a council-manager form of government for next term.

Under the system, a professional city manger, instead of an elected mayor, is in charge of administrative affairs. The council can hire or fire that manager with a majority vote.

The city would elect three council members by district and two at large. The at-large members would be recognized as the mayor and assistant mayor for ceremonial purposes.

The most potentially controversial of the options would create districts of equal population — i.e. one man, one vote.

Under that structure, the city could be split with roughly 18,000 people in each of the three districts. But it would dilute District 1's black majority, which sat at 60 percent in 2010, to a 37 percent plurality.

District 1 Councilman Billy Jackson said the change could systematically silence the voice of his predominately black constituents.



"It's absolutely imperative we have minority representation in this city," Jackson said. "I understand people are dissatisfied with their local government as it is, but to change it so that it impacts minority representation ... I think the Justice Department will have to intervene to maintain minority representation as it is."

The city will solicit input on the redistricting plans at two public meetings. Then the council will have to agree on one plan to submit to the Department of Justice for approval. The DOJ has 60 days to respond, which puts Decatur in a time crunch to have the new district in place for the 2012 municipal elections.

"We're going to ask the Justice Department to expedite the review so we can hopefully have the new districts ready for the August (2012) elections," said Karen Smith, Decatur's city planner.

If the DOJ rejects the recommendation, the city must revert to the current districts, which, in effect, would nullify voters' request for a new form of government.

Finding the balance between minority representation (trends show District 1 residents dispersing south into the city) and districts of equal populations is a fight against math, city officials said.

"You can't turn 12,000 into 18,000," Smith said in reference to the total number Decatur's black residents. "We want to do everything we can to ensure minority representation while at the same do our best to implement what the voters wanted with this new form of government."

The redistricting plans are available online at the city's website, www.decaturalabamausa.com, at the city clerk's office and the planning department. The council has set the special public meetings for 6 p.m. on Aug. 29 and Sept. 12 at Decatur City Hall.

Residents who wish to comment on the plans must submit a proposal in writing to the planning department at least two days prior, before 5 p.m., to the public meetings. Those who make written submissions also can speak at the public meetings.

**Attachments**

Decatur's five proposed district maps.
application/pdf, 1.4 MB

A demographic breakdown of each plan.
application/pdf, 1.6 MB

 E-mail this   Print this

## Comments

**11** comments on this item                    Remove scrollbar

On 8/16/11 at 04:38 AM, JOSEPHINE from Danville wrote:
Sounds like the DOJ will have a decision to make.

**Report inappropriate comments**

On 8/16/11 at 08:22 AM, **JAMES from** wrote:

I am so sick of this minority bull, I thought the whole idea of this was EVERYONE being equal. You don't have the White College Fund like the Negro College Fund, you don't have WET like BET. They want to be equal but still have the special treatment. It's time to GET OVER IT

**Report inappropriate comments**

On 8/16/11 at 08:42 AM, **Northwest Resident from** wrote:

Billy, you are correct sir. We cannot loose our voting voice! We must have minority representation in this city

**Post a comment**

Post comment

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service

**BUY HERE**

Home | My account | Log out | Mobile | Subscribe



All   Local News   Yello

TN VALLEY SEARCH:

THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN Valley Contests | Classifieds | Autos |

68° Sunny    Decatur, Ala. | Friday, September 30, 2011 | Last Update:

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

9/4/11 | 3 comments

SHARE

# Uphill battle for Decatur redistricting

### Change of city government faces state, federal hurdles

**By Tiffeny Owens**

Although Decatur voters sent a message that they want their city professionally managed, officials now face an uphill battle implementing the request, hamstrung by state and federal requirements.

The City Council will decide Sept. 19 on a redistricting plan that merges 2010 Census data with a council-city manager governance structure to submit to the U.S. Department of Justice for approval. Officials agree that getting the federal agency's preclearance is the biggest obstacle.

Decatur has to adhere to the three-person council setup required by the state's Council Manager Act of 1982, which voters approved in the April 2010 referendum. Therein lies the issue: None of the five redistricting options the city has come up with reorganizes the current five council districts into three relatively equal populations while preserving minority representation.

Without a majority black district, any plan submitted to the Justice Department likely will be rejected.

"It's an issue of an intergovernmental power play," said Cynthia Bowling, director of Auburn University's Public Administration doctorate program. "Alabama doesn't have home rule, which means it won't allow a city like Decatur to choose the district situation for a city-manager form of government that works best for Decatur."

In the run-up to the referendum vote, it was pointed out that voting for a new form of city government may be an exercise of futility. That's because apparently no mathematical equation exists that allows the concept of "one man, one vote" and a minority-majority district to coexist in the River City.

Since at-large council districts were eliminated in 1988, District 1 has maintained around a 60-percent black majority. However, U.S. Census data shows that during the past 20 years, black residents, historically concentrated in the Northwest quadrant, have migrated to the southwest and southeast parts of town. Drawing district lines creating a black majority is more difficult; the only way to maintain a black majority district is to make it significantly smaller than other districts. One redistricting option shows a District 1 that holds onto its 60-percent black majority, but with just 9,109 residents. In contrast, District 2 and 3 would have around 23,000 residents each, with black populations of 14 and 17 percent, respectively.

"I just don't think the Justice Department is going to go for that because it violates the 1962 U.S. Supreme Court case of Baker v. Carr, which established the one person, one vote concept," Bowling said.



On the other hand, three equal districts, with roughly 18,000 residents each, dilutes District 1's black population to 37 percent.

"That's not going to work either because that drastically affects those minority residents' opportunity to elect their own representative," Bowling said. "That has a retrogressive impact."

But Gary Voketz, the retired city planner who spearheaded Decatur's city-manager movement, said the city manager form of government gives all residents more political clout. He reasons that the two at-large positions on the council, which would be occupied by the mayor and mayor pro tem, gives each resident an opportunity to vote for three seats, rather than just the one in their district.

"Under the current system, you only have access to one official," Voketz said. "To me, it's giving the voter more of a voice on the council, being able to vote for three of the five positions."

Voketz acknowledged the city was "in a bind" having to comply with the Voting Rights Act of 1965 while implementing the "only city-manager form of government available to Decatur." But he maintains his support for a professionally run city.

"I hope the city submits the plan they think the Justice Department will accept, even if that means having a smaller District 1 and two larger districts," he said.

City Council President Gary Hammon said he favors the plan where there's "even distribution" across three districts.

When evaluating redistricting plans, the Justice Department doesn't use any predetermined or fixed demographic percentages as guidance. However, election history, voting patterns within the jurisdiction, voter registration and turnout information are considered in the assessment process.

Xochitl Hinojosa of the Justice Department's civil rights division declined to speak about Decatur's redistricting plans last week, but she said the standard that's applied is how a redistricting plan would affect minorities' ability to elect the preferred candidate of their choice and the ability of that official to affect policy.

The Justice Department would have 60 days to respond to Decatur's submission. If approved, the new districts would be implemented ahead of the August 2012 elections. If rejected, Decatur would have to maintain its five-district arrangement.

### Public hearing

The Decatur City Council will hold a second public hearing on redistricting at 6 p.m. Sept. 12. Those who submit written comments or questions to the city's planning department by 5 p.m. Friday will be given priority at the hearing. Council members will vote on a plan on Sept. 19.



E-mail this   Print this

### Comments

3 comments on this item                                                  Remove scrollbar

On 9/4/11 at 01:11 AM, **Jerry from** wrote:
Who cares what City Council President Gary Hammond says? He's usually lying.

http://www.decaturdaily.com/stories/Uphill-battle-for-Decatur-redistricting,84569?content...    9/30/2011

**Report inappropriate comments**

On 9/4/11 at 10:45 AM, **Jack from** wrote:

Well where is the white district, where's the hispanic district? This is the biggest form of racism as I've ever heard of. We should all be for the betterment of Decatur, not just an individual preference. I have never heard of a minority majority.

**Report inappropriate comments**

On 9/5/11 at 09:53 AM, **Tony from** wrote:

"Without a majority black district . . .". Why is this necessary? We are ALL citizens of Decatur. Why does skin

**Post a comment**

Post comment



Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service



Home | My account | Log out | Mobile | Subscribe

**DecaturDaily.com**
THE INDEPENDENT VOICE OF THE TENNESSEE VALLEY SINCE 1912

TN VALLEY SEARCH:

All  Local News  Yello

TN Valley Contests | Classifieds | Autos |

68° Sunny    Decatur, Ala. | Friday, September 30, 2011 | Last Update:

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

9/6/11
**NEW TODAY**

## Redistricting may be hot topic for community meeting

Decatur's District 1 residents will hold their monthly community meeting tonight at Turner Surles Community Resource Center.

The meeting begins at 7 p.m. Residents are expected to discuss the city's five proposed redistricting plans, two of which reduce District 1's black majority to a plurality, among other concerns in the district.

The community meeting comes ahead of a second public hearing on redistricting at City Hall at 6 p.m. Monday. Decatur is trying to implement the new council-city manager form of government with 2010 census data by reorganizing the current five council districts into three.

TIFFENY OWENS

Post a Comment    E-mail this    Print this

**Post a comment**

Post comment



Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service



9/11/11

## Second Decatur redistricting hearing Monday

Decatur residents will get one last chance to comment on five proposed city council redistricting plans Monday night.

The public hearing will be the last item on the council's agenda for the 6 p.m. meeting. The plans up for discussio reorganize the current five districts into three districts, which is required under the council-manager form of government voters approved in 2010. The redistricting plans also take 2010 U.S. Census data into account.

Each of the five plans put a different percentage of black residents in District 1: 60 percent, 55 percent, 51 percent, 45 percent and 37 percent. The city must submit a district plan to the U.S. Department of Justice for approval. Officials want to implement new council districts in time for the August 2012 municipal elections.

TIFFENY OWENS

E-mail this    Print this

**Post a comment**

Post comment





Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service





Home | My account | Log out | Mobile | Subscribe

68° Sunny | Decatur, Ala. | Friday, September 30, 2011 | Last Update:

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

9/19/11 | 12 comments

SHARE

**NEW TODAY**

# District 1 not majority black in plan OK'd by council

The Decatur City Council approved a controversial plan to divide the city's current five districts into three of "substantially equal populations," eliminating District 1's black majority.

The council voted 3-1 today to submit the three-district plan, which complies with the council-manager form of government voters approved in 2010 and implements 2010 U.S. Census data, to the U.S. Justice Department for pre-clearance. Councilman Billy Jackson voted no, and Councilman Ronny Russell was not present.

The plan approved today would reduce District 1's black population from its current 60 percent majority to a 37 percent plurality, meaning it would remain the biggest demographic in that district.

The Justice Department has 60 days to respond to the plan. If approved, the city could implement the three-district plan for the August 2012 municipal elections. If rejected, the city would have to revert to its current five council districts.

The council-manager form of government would also include two at-large council positions which would be held by a mayor and a mayor pro tem. A professional city manager would handle the city's administrative affairs while the mayor's role would be mostly ceremonial.

TIFFENY OWENS



Daily photo by John Godbe

District 1 Councilman Billy Jackson voted against the plan that would eliminate the black majority in his district.

BUY THIS PHOTO





**E-mail this**  **Print this**

## Comments

**12** comments on this item                                              Remove scrollbar

On 9/19/11 at 11:10 AM, **Tony from** wrote:

Does this mean the Mayor's salary gets a "ceremonial" reduction??

**Report inappropriate comments**

On 9/19/11 at 11:23 AM, **Northwest Resident from** wrote:

This is an OUTRAGE!! How can a city suppress a portion of people like this? You can guarantee i'll be contacting the TV news stations to bring some public awarness to this.

**Report inappropriate comments**

On 9/19/11 at 11:48 AM, **First from** wrote:

What's the matter Northwest? Don't like being treated equally?

## Post a comment

Post comment

FOR $129 A YEAR YOU COULD GET:

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service

Home | My account | Log out | Mobile | Subscribe



All | Local News | Yello

TN VALLEY SEARCH: 

TN Valley Contests | Classifieds | Autos |

67° Sunny    Decatur, Ala. | Friday, September 30, 2011 | Last Update:

Home | Local News | Other News | Sports | Living | Business | Opinion | Multimed

9/20/11 | 2 comments

SHARE

## Decatur OKs 3-district plan

### Proposal that drew strongest ire from Dist. 1 heads to Justice Dept.

**By Tiffeny Owens**

The Decatur City Council agreed to submit the redistricting plan that drew the most ire from District 1 residents but complies with the council-manager governing structure Decatur voters approved in 2010.

With a 3-1 vote Monday, the plan that would evenly divide the city's population into three districts — and by doing so, dilute District 1's 60 percent black majority to 37 percent of the population — now goes to the U.S. Department of Justice for pre-clearance in compliance with the Voting Rights Act of 1965.

Councilman Billy Jackson, who opposes bringing in a city manager, was the lone "no" vote Monday. Councilman Ronny Russell was out of town for a relative's funeral and did not attend the meeting.

The decision wasn't a surprise to Bill Birdsong, a representative of the Concerned Citizens of Decatur. The group spoke against the redistricting plans at two public hearings.

"We still oppose the plans, and our hope is that the Justice Department will make a speedy determination and send it back to Decatur," Birdsong said.

"We expect it to fail, and we stand ready to do whatever we can to ensure citizens of District 1 are not disenfranchised."

District 1, represented by Jackson, is the only one in the city that has a minority majority, but it's also the smalles district in population.

Jackson said he voted against the three "substantially equal" district plan because he wanted to make it clear to the Justice Department where he stood on the issue of redistricting and its impact on minority voters.

"I understand why the city has to submit a plan, but I personally can't support any of them because they don't address the need of minority representation for our city," Jackson said. "If someone is unhappy with the job someone is doing (under the present administration), they can elect someone else in the upcoming elections. But people need to research their candidates and their voting records first, and make their decisions based on that."

Council President Gary Hammon said he voted for the plan because it follows the law Decatur voters approved in council-manger form of government.

"I don't think there was another option other than to submit a plan that met the law's requirements of three nearl equal districts," Hammon said. "That was the law voters signed a petition for and voted for."

Case 5:14-cv-00540-AKK Document 60-6 Filed 10/28/15 Page 17 of 18
Decatur OKs 3-district plan - Decaturdaily.com
Page 2 of 3



### 'One man, one vote'

Hammon supports the principal of "one man, one vote" required by the city manager form of government. "One man, one vote" means residents' votes count equally because all districts have equal populations.

Under the current districts, District 1 votes carry slightly more weight than the other districts. Using the city's voting age population figures, for every one District 2 vote a District 1 vote counts as 1.4, while a District 5 vote counts as .83. A vote in District 3 and 4 count as .95.

In April 2010, Decatur voted 5,004 to 4,475 to replace the mayor with a city manager under the state's Council Manager Act of 1982.

### Reorganization

The change requires the city to reorganize its current five districts into three of equal populations, with two at-large council positions to be held by a mayor and mayor pro tem. A professional city manager, e.g. a person who has obtained a degree in public administration, would handle daily administrative duties while the mayor would function much like a council president, leading meetings and setting the agenda.

Decatur resident Gary Voketz, a retired city planner, spearheaded the city manager movement by collecting enough signatures to get the issue on the ballot. Voketz said he had mixed feelings about Monday's council decision, but he felt sure the vote was a political move to block the voters' call for change.

"I think they selected a plan they know could most likely be rejected by the Justice Department," Voketz said. "The council has been against having a city manager all along. If this plan is rejected, basically the federal government will be telling voters 'Hey, you're stuck with what you've got' even if they don't like and voted to change it."

If the Justice Department approved the plan, however, "it would be the biggest thrill," Voketz said.

The Justice Department has 60 days to respond to the city's plan. If rejected, the city must revert to its current districts. If approved, the districts could be in place for the August 2012 elections. While the city awaits the Justice Department's response, it will combine 2010 census data with the current five districts to re-submit, which in essence, would nullify voters request to change their form of government.

### Attachments

The 45% minority plan based on the 2010 census.
application/pdf, 367 KB

The 51% minority plan based on the 2010 census.
application/pdf, 384 KB

The 55% minority plan based on the 2010 census.
application/pdf, 385 KB

The 60% minority plan based on the 2010 census.
application/pdf, 385 KB

The city will submit this plan that includes districts with substantially equal populations.
application/pdf, 368 KB

  

E-mail this   Print this

## Comments

**2** comments on this item                                            Remove scrollbar

On 9/20/11 at 05:51 AM, **L from** wrote:

If someone is unhappy with the job someone is doing (under the present administration), they can elect someone else in the upcoming elections. But people need to research their candidates and their voting records first, and make their decisions based on that."

Billy, thas how you got Don Kyle kicked out by having everyone in your district back our current mayor. Maybe they should not listen to you this time, maybe its time your district elect someone else.

**Report inappropriate comments**

On 9/20/11 at 09:23 AM, **MICHAEL E from** wrote:

It is Billy jackson's fault in the 1st place that we are where we are at now.

And now you wanna cry Billy; give me a break. You did this so whatever happens you deserve it.

## Post a comment

Post comment



Paying your bills has never been so easy.

Contents of this site are all Copyright © 2011, The Decatur Daily. All rights reserved. Powered By: Cre

Use of this site signifies your agreement to the Terms of Service

http://www.decaturdaily.com/stories/Decatur-OKs-3-district-plan,85275?content_source=    9/30/2011