Exhibit 21

FILED
2015-Oct-28  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# A G E N D A

**Special Called City Council Meeting**
**City Council Chambers**
**August 29, 2011**
**6:00 PM**

1. Call meeting to order:

2. Invocation:

3. Pledge of Allegiance:

4. Roll Call:

5. Approve minutes of regular meetings of August 1 and 15, 2011 and work sessions of July 25 and 27 and August 1 and 15, 2011

6. Approve payment of July, 2011 bills

7. RESOLUTION NO. <u>11-208</u>:          Approval of Hazard Mitigation Plan

8. RESOLUTION NO. <u>11-209</u>:          Approval of street improvements on Highway 31 at Blackwater Development

9. PUBLIC HEARING:          Discussion on proposed voting district changes


THE NEXT REGULAR COUNCIL MEETING WILL BE SEPTEMBER 12, 2011 AT 6:00 P.M.   THE AGENDA WORK SESSION WILL BE HELD SEPTEMBER 12, 2011 AT 5:00 P.M. ON THE 7TH FLOOR OF CITY HALL.

---

WORK SESSION AGENDA
SEPTEMBER 12, 2011 5:00 P.M.

1. Review September 12, 2011 Council Meeting Agenda

2. Departmental Report to the Mayor and Council

3. New Business:

4. Public Comment:

<u>C E R T I F I C A T E</u>

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | CITY OF DECATUR |
| COUNTIES OF MORGAN AND LIMESTONE | ) | |

    I, Stephanie Simon, Assistant City Clerk of the City of Decatur, Alabama, hereby certify that the attached is a true and correct copy of August 29, 2011 Special Called City Council meeting minutes approved by the City Council of the City of Decatur, Alabama at a regular meeting held thereof on the 3rd day of October, 2011, as the same appears in the records on file in the Office of the City Clerk.

    WITNESS my signature as Assistant City Clerk under the seal of the City of Decatur, Alabama, this 10th day of October, 2011.

                                _____
                                  Stephanie Simon, CMC

## CITY HALL, DECATUR, ALABAMA, AUGUST 29, 2011-SPECIAL CALLED COUNCIL MEETING

The City Council of the City of Decatur, Alabama met in a special called Council meeting Monday, August 29, 2011, at 6:00 P.M. in the Council Chamber at City Hall.

The meeting was called to order by Council President Gary Hammon.

The invocation and Pledge of Allegiance to the United States Flag was led by Reverend Bill Birdsong.

On roll call the following members answered present: Councilmembers Gary Hammon, Roger Anders, Billy Jackson, and Greg Reeves. Councilmember Ronny Russell arrived at 6:06 PM. Mayor Don Stanford, City Attorney Herman Marks and Assistant City Clerk Stephanie Simon were also present.

**(INSERT MEETING WAVIER)**

There being no corrections, the minutes of the regular meetings of August 1 and 15, 2011 and work sessions of July 25 and 27 and August 1 and 15, 2011 were approved.

Council President Hammon asked for the approval of the July, 2011 bills. MOTION by Councilmember Anders and seconded by Councilmember Reeves that the July 2011 bills be approved. Roll call was as follows: Ayes: Hammon, Anders, Jackson, and Reeves. Nays: None. Council President Hammon declared that July, 2011 Bills were approved.

**(INSERT BILLS)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-239: Authorize Mayor/Apply FEMA Fire Act Grant/ $343,572.29)**

Allen Stover, Community Development representative, told the Council that the grant funds would be used for traffic preemption devices installed at the most sensitive thoroughfares. Mr. Stover said the match was $8,000 more than anticipated but there were additional funds available for the match.

Chief Johnson told the Council the devices would cover 39 intersections making them safer and have faster response times.

MOTION by Councilmember Jackson and seconded by Councilmember Reeves that Resolution No. 11-239 be adopted as introduced.

DISCUSSION: Councilmember Anders asked if any of the match funds would be solicited from others.

Mr. Stover said the full match funds would come from the City.

Chief Johnson told the Council that Madison has had this system for three years and have had no issues.

Roll call was as follows: Ayes: Hammon, Anders, Jackson and Reeves. Nays: None. Council President Hammon declared Resolution No. 11-239 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-208: Adopt Morgan County Multi-Hazard Mitigation Plan)**

City Attorney Herman Marks told the Council this plan is reviewed every five years according to FEMA and this Resolution was for bookkeeping purposes. MOTION by Councilmember Anders and seconded by Councilmember Reeves that Resolution No. 11-208 be adopted as introduced.

Roll call was as follows: Ayes: Hammon, Anders, Jackson, Reeves and Russell.  Nays: None.  Council President Hammon declared Resolution No. 11-208 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-209: HWY 31 street improvements/Blackwater Dev site)**

Wally Terry, Economic & Community Development Director, told the Council there are changes from the original design but would not impact the cost.  Mr. Terry said the street improvements would begin summer 2012.

DISCUSSION: Councilmember Jackson was concerned about the closures of the crossovers and the heavier traffic that will be in the area.

Mr. Terry said the improvements would be safer than what we currently have according to Skipper and ALDOT.

MOTION by Councilmember Reeves and seconded by Councilmember Anders that Resolution No. 11-209 be adopted as introduced.

Roll call was as follows: Ayes: Hammon, Anders, Jackson, Reeves and Russell.  Nays: None.  Council President Hammon declared Resolution No. 11-209 had achieved passage.

Council President Hammon began the public hearing on proposed voting district changes stating a five minute time limit to speak and he would start with those who had turned in requests.

Karen Smith, Planning Department representative, gave a presentation on the proposed district plans.

Doris Baker, 405 5th Ave SW, spoke in opposition to the district changes.

Reverend Bill Birdsong, 2911 Wimberly, spoke in opposition to the district changes.

Willie Reynolds, 1503 Puckett Ave SW, representing the NAACP spoke in opposition to the district changes.

Ernestine Elliott spoke in opposition to the district changes.

James Hill, 701 Walnut St. NW, spoke in opposition to the district changes.

Charles Young, 412 14th AV NW, spoke in opposition to the district changes.

Kim Ross, Cherry St NW, spoke in opposition to the district changes.

Tim Green, 2220 Magnolia, spoke in opposition to the district changes.

Council President Hammon said a plan would have to be sent to the Department of Justice.  The next Public Hearing on the district changes would be September 12, 2011 and the Council would vote September 19, 2011 on which plan to submit to the Department of Justice.

Council President Hammon asked City Attorney Herman Marks to speak on the Sweetwater proposal.

Mr. Marks told the Council the $1.2 million letter of credit from Genesis LLC and Mitchell Frazier Farms was the final offer and the non binding letter of intent to move forward needed to be voted on by Wednesday, August 31, 2011.

DISCUSSION: Councilmember Jackson asked Mr. Terry if the $1.2 million was actually city dollars.

Mr. Frazier responded they are bond fund money.

Wally Terry, Director of Economic and Community Affairs, stated there are two $1.2 million being discussed.  The letter of credit from Mr. Frazier would be $1.2 million and the City's potential bond reserve would be $1.2 million.

Councilmember Anders said he would like to continue forward with the proposal.

Councilmembers Jackson, Russell and Reeves could not support the proposal.

There being no further business to come before the Council, the meeting adjourned at 7:29 o'clock PM.

These minutes read and approved this 3rd day of October, 2011.

<u>A G E N D A</u>
City Council Meeting
September 12, 2011
6:00 P.M.

1.  Call meeting to order

2.  Invocation:

3.  Pledge of Allegiance:

4.  Roll Call:

5.  Approve minutes of Special Called meeting of August 29, 2011, and work sessions of August 24 and 31, 2011

6.  Set PUBLIC HEARING:          Abatement of unsafe conditions
                                 525 11th Ave. NW
                                 Lewis G. Robinson

                                 <u>October 3, 2011 @ 6:00 PM</u>

7.  Set PUBLIC HEARING:          Abatement of unsafe conditions
                                 1918 Montgomery St SW
                                 Stonecrest Income & Opportunity Fund

                                 <u>October 3, 2011 @ 6:00 PM</u>

8.  Set PUBLIC HEARING:          Abatement of unsafe conditions
                                 1920 Montgomery St. SW
                                 Stonecrest Income & Opportunity Fund

                                 <u>October 3, 2011 @ 6:00 PM</u>

9.  Set PUBLIC HEARING:          Rezoning Request 1258-11
                                 Property located at the corner of Spring Ave SW and
                                 Sims St SW from an R-2 Single Family Residential
                                 District to a B-6 Business Office District

    <u>ORDINANCE NO. 11-4080:</u>          <u>November 7, 2011 @6:00 PM</u>

10. PUBLIC HEARING:                    Rezoning Request 1255-11
                                       1.15 acres located along Hamaker St. SW, south of
                                       Mill Rd SW, and west of Old Hwy 31 South from I-D
                                       Institutional District to R-1 Single Family Residential
                                       District

     ORDINANCE NO. 11-4077             PLANNING COMMISSION RECOMMENDS APPROVAL


11. PUBLIC HEARING:                    Zoning Request 1256-11
                                       8 acres located at northeast corner of Beltline Rd and
                                       Gordon Terry Pkwy and south of Trinity Lane to an M-
                                       1A Expressway Commercial District

     ORDINANCE NO. 11-4078             PLANNING COMMISSION RECOMMENDS APPROVAL


12. PUBLIC HEARING:                    Zoning Request 1257-11
                                       .47 acres located east side of Joe Davis Dr, north of
                                       Deer Springs Rd and west of Old Hwy 31 south to an
                                       AG-1 Agricultural District

     ORDINANCE NO. 11-4079             PLANNING COMMISSION RECOMMENDS APPROVAL


13. RESOLUTION NO. 11-210:             Assess $399.80 against 301 Bobwhite Dr. SW, for
                                       cost of abatement of nuisance

14. RESOLUTION NO. 11-211:             Assess $379.82 against 410 Memorial Dr. SW, for
                                       cost of abatement of nuisance

15. RESOLUTION NO. 11-212:             Assess $379.82 against 504 Leslie St. SW, for cost of
                                       abatement of nuisance

16. RESOLUTION NO. 11-213:             Assess $379.82 against 1010 9th Ave. SE, for cost of
                                       abatement of nuisance

17. RESOLUTION NO. 11-214:             Assess $379.82 against 1604 Runnymead St. SW, for
                                       cost of abatement of nuisance

18. RESOLUTION NO. 11-215:             Assess $379.82 against 1911 Betty St. SW, for cost
                                       of abatement of nuisance

19. RESOLUTION NO. 11-216:             Assess $399.80 against 2033 Morgan Ave. SW, for
                                       cost of abatement of nuisance

20. RESOLUTION NO. 11-217:     Assess $399.80 against 3506 Choctaw Dr. SE, for cost of abatement of nuisance

21. RESOLUTION NO. 11-218:     Assess $399.80 against 1005 6th Ave. SW, for cost of abatement of nuisance

22. RESOLUTION NO. 11-219:     Assess $379.82 against 2201 Westbury Ct. SW, for cost of abatement of nuisance

23. RESOLUTION NO. 11-220:     Assess $399.80 against 1709 Wilshire Ave. SW, for cost of abatement of nuisance

24. RESOLUTION NO. 11-221:     Assess $399.80 against 1900 Enolam Blvd SE, for cost of abatement of nuisance

25. RESOLUTION NO. 11-222:     Assess $379.82 against 1219 Broadus Ave. SE, for cost of abatement of nuisance

26. RESOLUTION NO. 11-223:     Assess $379.82 against 914 Routon Dr. SW, for cost of abatement of nuisance

27. RESOLUTION NO. 11-224:     Assess $379.82 against 1206 Grant St. SE, for cost of abatement of nuisance

28. RESOLUTION NO. 11-225:     Assess $379.82 against 1205 Arbor Ave. SW, for cost of abatement of nuisance

29. RESOLUTION NO. 11-226:     Assess $379.82 against 110 5th Ave NW, for cost of abatement of nuisance

30. RESOLUTION NO. 11-227:     Assess $399.80 against 1209 19th Ave SE, for cost of abatement of nuisance

31. RESOLUTION NO. 11-228:     Assess $399.80 against 1507 Tower St. SE, for cost of abatement of nuisance

32. RESOLUTION NO. 11-229:     Award bid to Superior Landscaping for $34,855.08 per year lawn maintenance

33. RESOLUTION NO. 11-230:     Approve signatories for the Jail Commissary Account

34. RESOLUTION NO. 11-231:     Approve Decatur Utilities Board to make investment decisions for Water Revenue Warrant funds

35. BOARD APPOINTMENT:                 Library Board
                                       District 5
                                       Term Expiring 6/30/2015

36. RESOLUTION NO. <u>11-232</u>:       Vacation Request No. 466-11
                                       Vacate portion of 7th Ave SE right of way, located
                                       south of 9th St SE and east side of 7th Ave SE

37. PUBLIC HEARING:                    Transfer
                                       Off-Premise Beer & Wine License
                                       SVS, Inc. d/b/a Shell Food Mart
                                       1814 6th Ave SE
                                       Decatur, AL  35601

    <u>RESOLUTION NO. 11-233</u>

38. PUBLIC HEARING:                    Special Event Alcohol License
                                       Alabama Wild Life Federation
                                       Wild Game Cook-off
                                       802 Wilson St NW (Ingalls Harbor)
                                       October 4, 2011

    <u>RESOLUTION NO. 11-234</u>

39. PUBLIC HEARING:                    Special Event Alcohol License
                                       Teresa Ruggiere d/b/a
                                       Ruggiere A Gallery
                                       211 A Second Ave SE
                                       September 16-17, 2011

    <u>RESOLUTION NO. 11-235</u>

40. RESOLUTION NO. <u>11-236</u>:       Amend General Fund minimum reserve policy

41. RESOLUTION NO. <u>11-237</u>:       Amend Heritage Trust Fund for Park & Rec roof &
                                       HVAC replacements

42. RESOLUTION NO. <u>11-238</u>:       Amend FY'11 budgets

43. PUBLIC HEARING:                    Discussion on proposed voting district changes

THE NEXT REGULAR COUNCIL MEETING WILL BE SEPTEMBER 19, 2011 AT 10:00 A.M.
THE AGENDA WORK SESSION WILL BE HELD SEPTEMBER 19, 2011 AT 9:00 A.M. ON
THE 7TH FLOOR OF CITY HALL.

WORK SESSION AGENDA
SEPTEMBER 12, 2011
5:00 PM

1.  Review September 12, 2011 Council Meeting Agenda

2.   Departmental Report to the Mayor and Council

3.  New Business:

4.  Public Comment:

CERTIFICATE

STATE OF ALABAMA                    )
                                    )      CITY OF DECATUR
COUNTIES OF MORGAN AND LIMESTONE    )

I, Stephanie Simon, Assistant City Clerk of the City of Decatur, Alabama, hereby certify that the attached is a true and correct copy of September 12, 2011 City Council meeting minutes approved by the City Council of the City of Decatur, Alabama at a regular meeting held thereof on the 3rd day of October, 2011, as the same appears in the records on file in the Office of the City Clerk.

WITNESS my signature as Assistant City Clerk under the seal of the City of Decatur, Alabama, this 10th day of October, 2011.

Stephanie Simon, CMC

## CITY HALL, DECATUR, ALABAMA, SEPTEMBER 12, 2011- REGULAR MEETING

The City Council of the City of Decatur, Alabama met in a regular session Monday, September 12, 2011, at 6:00 P.M. in the Council Chamber at City Hall.

The meeting was called to order by Council President Gary Hammon.

The invocation was led by Reverend Bill Birdsong.

The Pledge of Allegiance to the United States Flag was let by Council President Hammon.

On roll call the following members answered present: Councilmembers Gary Hammon, Roger Anders, Billy Jackson, and Ronny Russell.   Mayor Don Stanford, City Attorney Herman Marks and Assistant City Clerk Stephanie Simon were also present.

There being no corrections, the minutes of the work sessions of August 24 and 31, 2011 were approved.

Council President Hammon introduced visitors Jacob and Josh Arndt from Troop 42 who were working on their Citizenship badge.

Council President Hammon announced a Public Hearing for the abatement of unsafe conditions at 525 11th Ave NW would be set for October 3, 2011 at 6:00 PM.

Council President Hammon announced a Public Hearing for the abatement of unsafe conditions at 1918 Montgomery St. SW would be set for October 3, 2011 at 6:00 PM.

Council President Hammon announced a Public Hearing for the abatement of unsafe conditions at 1920 Montgomery St. SW would be set for October 3, 2011 at 6:00 PM.

The following Ordinance was introduced in writing by Council President Hammon for Public Hearing on November 7, 2011 at 6:00 o'clock P.M.:

**(ORDINANCE NO. 11-4080: Rezoning Request 1258-11)**

This being the date time and place set for public hearing on Ordinance No. 11-4077, introduced August 15, 2011 Council President Hammon asked if anyone present wished to be heard in opposition to or in favor of the proposed amendment.

**(ORDINANCE NO. 11-4077: Rezoning Request 1255-11)**

No one spoke in opposition to or in favor of the proposed amendment.

Karen Smith, Planning Department Representative stated the Planning Commission recommended approval and it was in compliance with the City's long range plan.

MOTION by Councilmember Anders and seconded by Councilmember Jackson that Ordinance No. 11-4077 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays:  None. Council President Hammon declared Ordinance No. 11-4077 had achieved passage.

This being the date time and place set for public hearing on Ordinance No. 11-4078, introduced August 15, 2011 Council President Hammon asked if anyone present wished to be heard in opposition to or in favor of the proposed amendment.

**(ORDINANCE NO. 11-4078: Zoning Request 1256-11)**

No one spoke in opposition to or in favor of the proposed amendment.

Karen Smith, Planning Department representative, told the Council the property was being zoned M1A because it is located on the Beltline and the Planning Commission recommended approval

MOTION by Councilmember Russell and seconded by Councilmember Anders that Ordinance No. 11-4078 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays:  None. Council President Hammon declared Ordinance No. 11-4078 had achieved passage.

This being the date time and place set for public hearing on Ordinance No. 11-4079, introduced August 15, 2011 Council President Hammon asked if anyone present wished to be heard in opposition to or in favor of the proposed amendment.

**(ORDINANCE NO. 11-4079: Rezoning request 1257-11)**

No one spoke in opposition to or in favor of the proposed amendment.

Karen Smith, Planning Department Representative, stated the Planning Commission recommended approval.

MOTION by Councilmember Anders and seconded by Councilmember Russell that Ordinance No. 11-4079 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays:  None. Council President Hammon declared Ordinance No. 11-4079 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-210: Abatement of Nuisance/Assess Costs/ 301 Bobwhite Dr. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-211: Abatement of Nuisance/Assess Costs/410 Memorial Dr. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-212: Abatement of Nuisance/Assess Costs/504 Leslie St. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-213: Abatement of Nuisance/Assess Cost/1010 9th Ave. SE)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-214: Abatement of Nuisance/Assess Costs/1604 Runnymead St. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-215: Abatement of Nuisance/Assess Costs/1911 Betty St. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-216: Abatement of Nuisance/Assess Costs/2033 Morgan Ave. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-217: Abatement of Nuisance/Assess Costs/3506 Choctaw Dr. SE)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-218: Abatement of Nuisance/Assess Costs/1005 6th Ave SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-219: Abatement of Nuisance/Assess Costs/2201 Westbury Ct. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-220: Abatement of Nuisance/Assess Costs/1709 Wilshire Ave SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-221: Abatement of Nuisance/Assess Costs/1900 Enolam Blvd SE)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-222: Abatement of Nuisance/Assess Costs/1219 Broadus Ave. SE)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-223: Abatement of Nuisance/Assess Costs/914 Routon Dr. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-224: Abatement of Nuisance/Assess Costs/1206 Grant St. SE)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-225: Abatement of Nuisance/Assess Costs/1205 Arbor Ave. SW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-226: Abatement of Nuisance/Assess Costs/110 5th Ave. NW)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-227: Abatement of Nuisance/Assess Costs/1209 19th Ave SE)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-228: Abatement of Nuisance/Assess Costs/1507 Tower St. SE)**

Community Development representative David Lee told the Council these were routine abatements.

MOTION by Councilmember Jackson and seconded by Councilmember Anders that Resolutions No. 11-210 thru 11-228 be adopted as introduced.  Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays:  None.  Council President Hammon declared Resolutions No. 11-210 thru 11-228 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-229: Award bid/Superior Landscaping/$34,855.08/year)**

Jeff Fussell, Purchasing Agent, told the Council this Resolution would release Craft's, our current contractor, from the contract and award the contract to Superior Landscaping.  Mr. Fussell recommended approval.

MOTION by Councilmember Anders and seconded by Councilmember Russell that Resolution No. 11-229 be adopted as introduced.  Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Russell.  Nays: None.  Council President Hammon declared Resolution No. 11-229 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-230: Jail Commissary Account/Signatories)**

Police Chief Taylor stated this Resolution gives certain staff access to this account.

MOTION by councilmember Anders and seconded by Councilmember Russell that Resolution No. 11-230 be adopted as introduced.  Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays: None. Council President Hammon declared Resolution No. 11-230 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-231: MUB/Water Revenue Warrant funds)**

Steve Pirkle, DU Finance Manager, stated the funds are currently drawing little to no interest and this Resolution would allow the Board to make recommendations for the funds to be invested.

MOTION by Councilmember Anders and seconded by Councilmember Russell that Resolution No. 11-231 be adopted as introduced.

DISCUSSION: Councilmember Anders asked Mr. Marks if this was ok.

Mr. Marks stated this was ok to allow the Board to make recommendations for the funds.

Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays: None.  Council President Hammon declared Resolution No. 11-231 had achieved passage.

The President of the Council stated that a vacancy exists on the Library Board District 5. He called for nominations to fill the vacancy.

Councilmember Anders placed into nomination the name of Dr. Samuel Timothy King for reappointment to the Board. There being no further nominations, the Council President called for a vote with the following voting in favor of Mr. King:  Councilmembers Hammon, Anders, Jackson and Russell. Nays:  None.   The President of the Council declared that Dr. Samuel King had been duly re-elected as a member of the Library Board with a term to expire 6/30/2015.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-232: Vac Req 466-11/Southside Baptist Church)**

Karen Smith, Planning Department representative, told the Council the Planning Commission recommended approval.

MOTION by Councilmember Anders and seconded by Councilmember Russell that Resolution No. 11-232 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Russell.  Nays: None.  Council President Hammon declared Resolution No. 11-232 had achieved passage.

This being the date, time and place set for public hearing on the application of SVS, Inc. d/b/a/ Shell Food Mart, for the transfer of Off Premise Retail Beer and Wine License at 1814 6th Ave. SE, the Council President asked if anyone present wished to be heard in opposition to or in favor of the application.

No one spoke in favor of or in opposition to the application.

Tina Boyles, Revenue Department representative, told the Council that approval is recommended.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-233: Alcohol/ SVS, Inc. d/b/a Shell Food Mart)**

MOTION by Councilmember Anders and seconded by Councilmember Jackson that Resolution No. 11-233 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Russell.  Nays:  None.  Council President Hammon declared Resolution No. 11-233 had achieved passage.

This being the date, time and place set for public hearing on the application of Alabama Wild Life Federation, for Special Event License at 802 Wilson Street, the Council President asked if anyone present wished to be heard in opposition to or in favor of the application.

No one spoke in favor of or in opposition to the application.

Tina Boyles, Revenue Department representative, told the Council that approval is recommended, subject to the approval of the Building, Fire, Health and Revenue Departments.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-234: Special event alcohol license/Wild Game Cook-Off/Alabama Wild Life Federation)**

MOTION by Councilmember Jackson and seconded by Councilmember Anders that Resolution No. 11-234 be adopted as introduced.  Roll call was as follows: Ayes:

Councilmembers Hammon, Anders, Jackson and Russell. Nays: None. Council President Hammon declared Resolution No. 11-234 had achieved passage.

This being the date, time and place set for public hearing on the application of Teresa Ruggiere d/b/a Ruggiere A Gallery, for Special Event License at 211 A Second Ave. SE, the Council President asked if anyone present wished to be heard in opposition to or in favor of the application.

No one spoke in favor of or in opposition to the application.

Tina Boyles, Revenue Department representative, told the Council that approval is recommended, subject to the approval of the Building, Fire, Health and Revenue Departments.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-235: Special event alcohol license/Teresa Ruggiere/ Ruggiere A Gallery)**

MOTION by Councilmember Anders and seconded by Councilmember Russell that Resolution No. 11-235 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays: None. Council President Hammon declared Resolution No. 11-235 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-236: General Fund/Amend Reserve Policy)**

Linda McKinney, Finance Supervisor, told the Council that GASB changed the description of fund balances and this Resolution, per the auditors request only changes the verbiage to match GASB's description.

DISCUSSION: Councilmember Jackson said he understood that only verbiage was being changed but could not support the Resolution because of the previous change of having 3 months expenses go from 15% to 10%.

Ms. McKinney said it is only verbiage and that the City's bond rating was reaffirmed after going through a bond issue this year.

MOTION by Councilmember Anders and seconded by Councilmember Jackson that Resolution No. 11-236 be adopted as introduced.

Roll call was as follows: Ayes: Councilmembers Hammon and Anders. Nays: Jackson and Russell. Council President Hammon declared Resolution No. 11-236 had failed passage by a vote of two to two.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-237: Park & Rec/Heritage Trust Fund/HVAC replacements)**

Linda McKinney, Finance Supervisor, said there was $345,000 unbudgeted in the Heritage Trust Fund and an additional $174,594 that was not budgeted needed to be added to the Heritage Trust Fund.

DISCUSSION: Councilmember Anders stated he would still like to see a prioritized 5 year capital projects plan on the City as a whole and not by departments.

MOTION by Councilmember Jackson and seconded by Councilmember Anders that Resolution No. 11-237 be adopted as introduced. Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Russell. Nays: None. Council President Hammon declared Resolution No. 11-237 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-238:  Amend FY '11 budgets)**

Linda McKinney, Finance Supervisor, told the Council this was basic housekeeping on the FY 2011 General Fund, Heritage Trust Fund, Landfill Fund and School Fund budgets. MOTION by Councilmember Anders and seconded by Councilmember Jackson that Resolution No. 11-238 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Russell.  Nays: None.  Council President Hammon declared Resolution No.11-238 had achieved passage.

Council President Hammon stated this being the date, time and place for Public Hearing on district plans would begin.

Karen Smith, Planning Department representative, reviewed the reasons for change in the voting districts and the district plans that could be sent to the Department of Justice.

Don Kyle, 1806 21st Ave. SE, spoke in opposition to the plans.  He stated the City is obligated by the election to present one of the 3 district plans to the Department of Justice.

Reverend Bill Birdsong, 2911 Wimberly Dr. SW, spoke in opposition to the plans.
**(INSERT LETTER)**
DISCUSSION: Reverend Birdsong asked about the letter he sent to Mr. Hammon concerning the district plans because he did not receive a response.
DISCUSSION:  City Attorney Herman Marks stated a letter was returned by mail on the day his letter was received.
DISCUSSION: Council President Hammon told Rev. Birdsong he would be happy for Dr. Donald Outland to sit down with him and Karen Smith to review the data and come up with an alternate plan.

Doris Baker, 405 5th Ave. SW, spoke in opposition to the plans.

Karen Smith, Planning Department representative, stated if the Department of Justice does not pre clear the plan then the City would revert back to the five district plan in 2008 because of time limitation.

Councilmember Jackson stated that the plans do not address the one man one vote and the Department of Justice also requires a three district plan to be presented. Councilmember Jackson stated he does not believe the Department of Justice will approve any of the plans.


There being no further business to come before the Council, the meeting was adjourned at 7:00 P.M.


These minutes read and approved this 3rd day of October, 2011.

A G E N D A
City Council Meeting
September 19, 2011
10:00 A.M.

1.  Call meeting to order

2.  Invocation:

3.  Pledge of Allegiance:

4.  Roll Call:

5.  Approve payment of August, 2011 bills

6.  RESOLUTION NO. 11-240:      Award bid to Carcel & G Construction, for grading, drainage, base, paving & utilities for the Seville Project in the amount of $491,238

7.  RESOLUTION NO. 11-241:      Award bid to B & B Landscaping for furnishing & delivering hardwood and pine mulch for Park & Rec in the amount of 27.63/sq yd brown hardwood mulch and 23.33/sq yd for brown pine mulch

8.  RESOLUTION NO. 11-242:      Award bid to Perry Company for electrical services for the City of Decatur

9.  RESOLUTION NO. 11-243:      Award bid to Smith Services for HVAC maintenance and repair for the City of Decatur

10. RESOLUTION NO. 11-244:      Award bid to Spruce Pine Materials, for furnishing and delivering drainage plane materials for the Landfill in the amount of $8.65/cubic yd

11. RESOLUTION NO. 11-245:      Award bid to LSC Environmental Products for furnishing & delivering alternative daily cover for the Landfill $28.75/bag (900 bag truckload)

12. RESOLUTION NO. 11-246:      Award bid to Osborne Grave Service for opening/closing of graves for Decatur City Cemetery at $270/grave

13. RESOLUTION NO. <u>11-247:</u>      Amend FY 2011 Budgets

14. RESOLUTION NO. <u>11-248</u>:      Authorize Mayor to sign Memorandum of Understanding with Community Action for Single Family Housing Development at The Seville.

15. Redistricting Plan Decision

THE NEXT REGULAR COUNCIL MEETING WILL BE OCOTBER 3, 2011 AT 6:00 P.M. THE AGENDA WORK SESSION WILL BE HELD SEPTEMBER 26, 2011 AT 5:00 P.M. ON THE 7TH FLOOR OF CITY HALL.

---

WORK SESSION AGENDA
<u>SEPTEMBER 19, 2011 9:00 A.M.</u>

1. Review September 19, 2011 Council Meeting Agenda

2. Departmental Report to the Mayor and Council

3. New Business:

4. Public Comment:

**WORK SESSION AGENDA**
<u>**SEPTEMBER 19, 2011 6:00 P.M.**</u>

1. Review 2012 Budget

WORK SESSION AGENDA
<u>SEPTEMBER 26, 2011 5:00 P.M.</u>

1. Review October 3, 2011 Council Meeting Agenda

2. Departmental Report to the Mayor and Council

3. New Business:

4. Public Comment:

# C E R T I F I C A T E

STATE OF ALABAMA                              )
                                             )   CITY OF DECATUR
COUNTIES OF MORGAN AND LIMESTONE             )

I, Stephanie Simon, Assistant City Clerk of the City of Decatur, Alabama, hereby certify that the attached is a true and correct copy of September 19, 2011 City Council meeting minutes approved by the City Council of the City of Decatur, Alabama at a regular meeting held thereof on the 3rd day of October, 2011, as the same appears in the records on file in the Office of the City Clerk.

WITNESS my signature as Assistant City Clerk under the seal of the City of Decatur, Alabama, this 10th day of October, 2011.

Stephanie Simon, CMC

## CITY HALL, DECATUR, ALABAMA, SEPTEMBER 19, 2011- REGULAR MEETING

The City Council of the City of Decatur, Alabama met in a regular session Monday, September 19, 2011, at 10:00 A.M. in the Council Chamber at City Hall.

The meeting was called to order by Council President Gary Hammon.

The invocation and Pledge of Allegiance to the United States Flag was led by Council President Hammon.

On roll call the following members answered present: Councilmembers Gary Hammon, Roger Anders, Billy Jackson, and Greg Reeves.  Councilmember Ronny Russell was absent due to a death in the family.  Mayor Don Stanford, City Attorney Herman Marks and Assistant City Clerk Stephanie Simon were also present.

Council President Hammon asked for the approval of the August, 2011 bills. MOTION by Councilmember Anders and seconded by Councilmember Reeves that the August, 2011 bills be approved. Roll call was as follows: Ayes: Hammon, Anders, Jackson, and Reeves. Nays:  None.  Council President Hammon declared that the August, 2011 bills were approved.

**(INSERT BILLS)**

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-240: Award bid/Carcel & G Const/Seville Project $491.238)**

Jeff Fussell, Purchasing Agent, said he received four responsive bids and recommended approval.

DISCUSSION:  Allen Stover, Community Development representative, asked the Council to consider Item #14 Resolution No. 11-248 along with the bid of Carcel & G Construction because they go hand in hand.

DISCUSSION: Council President Hammon asked if they had to be passed together by law or just that both would need to be passed.

Mr. Stover said both would need to be passed in order to proceed with the project. MOTION by Councilmember Jackson and seconded by Councilmember Reeves that Resolution No. 11-240 be adopted as introduced.  Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None. Council President Hammon declared Resolution No. 11-240 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-241: Award bid/B & B Landscaping/mulch for Park & Rec)**

Jeff Fussell, Purchasing Agent, said he only received this bid and it was the same price as 2008 and recommended approval.

MOTION by Councilmember Anders and seconded by Councilmember Reeves that Resolution No. 11-241 be adopted as introduced.  Roll call was as follows: Ayes:

Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None. Council President Hammon declared Resolution No. 11-241 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-242: Award bid/Perry Company/electrical services)**

Jeff Fussell, Purchasing Agent, said this is an annual contract and recommended approval.

MOTION by Councilmember Reeves and seconded by Councilmember Anders that Resolution No. 11-242 be adopted as introduced.  Roll call was as follows: Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None.  Council President Hammon declared Resolution No. 11-242 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-243: Award bid/Smith Services/HVAC maintenance)**

Jeff Fussell, Purchasing Agent, said this was a fair bid and recommended approval.

MOTION by Councilmember Reeves and seconded by Councilmember Anders that Resolution No. 11-243 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None.  Council President Hammon declared Resolution No. 11-243 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-244: Award bid/Spruce Pine Materials/ furnish & deliver drainage plane/Landfill/$8.65 cubic yd.)**

Rickey Terry, Landfill Director, stated this was aggregate that would be used on Cell 14 and recommended approval.

MOTION by Councilmember Anders and seconded by Councilmember Reeves that Resolution No. 11-244 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None.  Council President Hammon declared Resolution No. 11-244 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-245: Award bid/LSC Environmental Products/furnish & deliver/alternative daily cover/Landfill/$28.75 a bag)**

Rickey Terry, Landfill Director, stated there was a conflict in the bid information received and recommended approval to LSC even though they were 1 cent higher. MOTION by Councilmember Anders and seconded by Councilmember Reeves that Resolution No. 11-245 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None.  Council President Hammon declared Resolution No.  11-245 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-246: Award bid/Osborne Grave Services/opening & closing/City cemetery/$270 per grave)**

Jeff Fussell, Purchasing Agent, stated this was the only bid received and recommended approval.

MOTION by Councilmember Reeves and seconded by Councilmember Anders that Resolution No. 11-246 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None.  Council President Hammon declared Resolution No.  11-246 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-247: Amend FY '11 Budgets)**

Linda McKinney, Finance Supervisor, stated there were changes in the budgets because of recent storms and also high utility costs.

MOTION by Councilmember Reeves and seconded by Councilmember Anders that Resolution No. 11-247 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None.  Council President Hammon declared Resolution No.11-247 had achieved passage.

The following Resolution was introduced in writing by Council President Hammon:

**(RESOLUTION NO. 11-248: Authorize Mayor/MOU/Community Action/The Seville)**

Allen Stover, Community Development representative, stated the Memorandum of Understanding would allow the Community Action Agency to develop a CBDO to construct housing at The Seville.

Fred Harvey, CFO Community Action Agency, thanked the Council for considering the project and asked if there were any questions he needed to answer.

DISCUSSION: Councilmember Jackson thanked Mr. Harvey and Allen for their work on this project.

MOTION by Councilmember Jackson and seconded by Councilmember Anders that Resolution No. 11-248 be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders, Jackson and Reeves.  Nays: None.  Council President Hammon declared Resolution No. 11-248 had achieved passage.

The following Resolution was introduced in writing and read by Council President Hammon:

**(RESOLUTION NO. 11-271: Voting Districts/3 Substantially Equal Plan/DOJ)**

MOTION by Councilmember Reeves and seconded by Councilmember Anders that Resolution No. 11-271be adopted as introduced.  Roll call was as follows:  Ayes: Councilmembers Hammon, Anders and Reeves.  Nays: Councilmember Jackson.

DISCUSSION:  Councilmember Jackson stated he could not support this plan.

Councilmember Jackson stated those involved had done exactly what they were supposed to do and he understood a plan had to be submitted. Council President Hammon declared Resolution No. 11-271 had achieved passage by a vote of three to one.

There being no further business to come before the Council, the meeting adjourned at 10:20 o'clock A.M.

These minutes read and approved this 3rd day of October, 2011.