FILED
2015-05-06 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA



EXHIBIT22

Legend

◖ schoolboardaddresses

△ counciladdresses

▭ Morgan_tract10

▭ DecaturDistricts

   <all other values>

**substantially_equal_districts**

**NAME**

▭ District 1

▭ District 2

▭ District 3

▭ Unassigned

— street911

City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this ma...
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, EITHER EX...