FILED
2015 Oct-28 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA
