FILED
U.S. DISTRICT COURT
N.D. OF ALABAMA



# EXHIBIT23

**Legend**

schoolboardaddresses
counciladdresses

**PROPOSED PRECINCTS**

<all other values>

**NAME**

- Precinct 3-1
- Precinct 3-10
- Precinct 3-11
- Precinct 3-12
- Precinct 3-13
- Precinct 3-14
- Precinct 3-15
- Precinct 3-16
- Precinct 3-17
- Precinct 3-2
- Precinct 3-3
- Precinct 3-4
- Precinct 3-5
- Precinct 3-6
- Precinct 3-7
- Precinct 3-8
- Precinct 3-9
- Precinct 4-1
- Precinct 4-2
- Precinct 4-3
- voteprec2010
- Morgan_tract10
- street911

City of Decatur Planning Department

Note: Every reasonable effort has been made to assure the accuracy of this map.
THIS MAP IS PROVIDED WITHOUT WARRANTY OF ANY KIND, EITHER EXP