FILED

2015 Oct-28  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

MORGAN

Processed: 03/07/2014 10:01 AM
Printed: 03/07/2014 10:49 AM

# VR Statistics Cross Reference Report

## Cross Reference Report For Districts
## A Breakdown Of Age Within Race
### Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| Political Subdivision | 18 to 24 | 25 to 44 | 45 to 65 | 66 to .. | Grand Total |
| DECATUR CITY DISTRICT 01 (CD01) | | | | | |
| WHITE | 93 | 412 | 560 | 446 | **1511** |
| BLACK | 384 | 1332 | 1362 | 477 | **3555** |
| ASIAN | 1 | 6 | 5 | | **12** |
| AMERICAN INDIAN | | 10 | 6 | | **16** |
| HISPANIC | 33 | 66 | 30 | 5 | **134** |
| OTHER | 13 | 20 | 8 | 2 | **43** |
| **SubTotal** | **524** | **1846** | **1971** | **930** | **5271** |
| DECATUR CITY DISTRICT 02 (CD02) | | | | | |
| WHITE | 282 | 1337 | 1977 | 1453 | **5049** |
| BLACK | 92 | 284 | 239 | 42 | **657** |
| ASIAN | 1 | 8 | 6 | 4 | **19** |
| AMERICAN INDIAN | 8 | 18 | 10 | 3 | **39** |
| HISPANIC | 33 | 34 | 23 | 5 | **95** |
| OTHER | 10 | 19 | 9 | 1 | **39** |
| **SubTotal** | **426** | **1700** | **2264** | **1508** | **5898** |
| DECATUR CITY DISTRICT 03 (CD03) | | | | | |
| WHITE | 406 | 1367 | 2577 | 1893 | **6243** |
| BLACK | 102 | 399 | 272 | 72 | **845** |
| ASIAN | 3 | 17 | 23 | 8 | **51** |
| AMERICAN INDIAN | 3 | 16 | 10 | 4 | **33** |
| HISPANIC | 15 | 19 | 24 | 5 | **63** |
| OTHER | 4 | 33 | 8 | 6 | **51** |

MORGAN

Processed: 03/07/2014 10:01 AM
Printed: 03/07/2014 10:43 AM

## VR Statistics Cross Reference Report

**Cross Reference Report For Districts**
**A Breakdown Of Age Within Race**
Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| **Political Subdivision** | **18 to 24** | **25 to 44** | **45 to 65** | **66 to ..** | **Grand Total** |
| DECATUR CITY DISTRICT 03 (CD03) | | | | | |
| Other | | 1 | | | 1 |
| **SubTotal** | **533** | **1852** | **2914** | **1988** | **7287** |
| DECATUR CITY DISTRICT 04 (CD04) | | | | | |
| WHITE | 221 | 1051 | 1460 | 1430 | **4162** |
| BLACK | 119 | 465 | 341 | 80 | **1005** |
| ASIAN | 3 | 9 | 4 | 1 | **17** |
| AMERICAN INDIAN | 1 | 15 | 8 | 1 | **25** |
| HISPANIC | 29 | 49 | 35 | 10 | **123** |
| OTHER | 7 | 26 | 11 | 3 | **47** |
| **SubTotal** | **380** | **1615** | **1859** | **1525** | **5379** |
| DECATUR CITY DISTRICT 05 (CD05) | | | | | |
| WHITE | 444 | 1772 | 2827 | 1298 | **6341** |
| BLACK | 84 | 348 | 315 | 51 | **798** |
| ASIAN | 3 | 13 | 29 | 3 | **48** |
| AMERICAN INDIAN | 7 | 18 | 17 | | **42** |
| HISPANIC | 15 | 39 | 25 | 4 | **83** |
| OTHER | 13 | 25 | 14 | 5 | **57** |
| **SubTotal** | **566** | **2215** | **3227** | **1361** | **7369** |
| **Grand Total** | **2429** | **9228** | **12235** | **7312** | **31204** |

MORGAN

Processed: 03/07/2014 10:01 AM
Printed: 03/07/2014 10:43 AM

# VR Statistics Cross Reference Report

## Cross Reference Report For Districts
## A Breakdown Of Age Within Race
### Includes Registrants With Status Of: ACTIVE, INACTIVE

Report Design Copyright © 2013 Election Systems and Software, Inc.