FILED
 2015 Oct-28  AM 10:20
Processed: 03/07/2014 10:07 AM
U.S. DISTRICT COURT
Printed: 03/07/2014 10:40 AM
N.D. OF ALABAMA

MORGAN

# VR Statistics Cross Reference Report

## Cross Reference Report For Precinct
## A Breakdown Of Age Within Race
### Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| **Political Subdivision** | 18 to 24 | 25 to 44 | 45 to 65 | 66 to .. | **Grand Total** |
| AMERICAN LEGION POST 15 (0309) | | | | | |
| WHITE | 39 | 177 | 276 | 163 | **655** |
| BLACK | 17 | 59 | 44 | 18 | **138** |
| ASIAN | | 3 | 1 | 1 | **5** |
| AMERICAN INDIAN | | 5 | 3 | 1 | **9** |
| HISPANIC | 2 | 4 | 1 | 1 | **8** |
| OTHER | 1 | 8 | 1 | 2 | **12** |
| **SubTotal** | **59** | **256** | **326** | **186** | **827** |
| AQUADOME RECREATION CENTER (0303) | | | | | |
| WHITE | 77 | 344 | 495 | 398 | **1314** |
| BLACK | 184 | 530 | 487 | 97 | **1298** |
| ASIAN | 1 | 4 | 5 | | **10** |
| AMERICAN INDIAN | | 9 | 5 | | **14** |
| HISPANIC | 26 | 57 | 22 | 4 | **109** |
| OTHER | 9 | 11 | 6 | 1 | **27** |
| **SubTotal** | **297** | **955** | **1020** | **500** | **2772** |
| AUSTINVILLE CHURCH OF CHRIST (0314) | | | | | |
| WHITE | 231 | 618 | 1350 | 512 | **2711** |
| BLACK | 17 | 67 | 89 | 18 | **191** |
| ASIAN | 1 | 6 | 16 | 2 | **25** |
| AMERICAN INDIAN | 3 | 7 | 7 | | **17** |
| HISPANIC | 4 | 11 | 11 | 1 | **27** |
| OTHER | 6 | 8 | 6 | 2 | **22** |
| **SubTotal** | **262** | **717** | **1479** | **535** | **2993** |

MORGAN

Processed: 03/07/2014 10:07 AM
Printed: 03/07/2014 10:44 AM

# VR Statistics Cross Reference Report

### Cross Reference Report For Precinct
### A Breakdown Of Age Within Race
#### Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| Political Subdivision | 18 to 24 | 25 to 44 | 45 to 65 | 66 to .. | Grand Total |
| CARRIE MATTHEWS REC. CENTER (0311) | | | | | |
| WHITE | 10 | 64 | 55 | 38 | **167** |
| BLACK | 169 | 651 | 704 | 314 | **1838** |
| ASIAN | | 2 | | | **2** |
| AMERICAN INDIAN | | 1 | 1 | | **2** |
| HISPANIC | 7 | 8 | 8 | 1 | **24** |
| OTHER | 4 | 7 | 2 | 1 | **14** |
| **SubTotal** | **190** | **733** | **770** | **354** | **2047** |
| DECATUR BAPTIST CHURCH (0310) | | | | | |
| WHITE | 213 | 1154 | 1477 | 786 | **3630** |
| BLACK | 67 | 281 | 226 | 33 | **607** |
| ASIAN | 2 | 7 | 13 | 1 | **23** |
| AMERICAN INDIAN | 4 | 11 | 10 | | **25** |
| HISPANIC | 11 | 28 | 14 | 3 | **56** |
| OTHER | 7 | 17 | 8 | 3 | **35** |
| **SubTotal** | **304** | **1498** | **1748** | **826** | **4376** |
| DECATUR FIRE AND RESCUE #8 (0401) | | | | | |
| WHITE | 87 | 320 | 712 | 545 | **1664** |
| BLACK | | 7 | 10 | 3 | **20** |
| ASIAN | 2 | 4 | 9 | 1 | **16** |
| AMERICAN INDIAN | | 1 | 5 | 2 | **8** |
| HISPANIC | | 2 | 5 | 1 | **8** |
| OTHER | | 3 | 4 | 2 | **9** |
| **SubTotal** | **89** | **337** | **745** | **554** | **1725** |

MORGAN

Processed: 03/07/2014 10:07 AM
Printed: 03/07/2014 10:44 AM

# VR Statistics Cross Reference Report

## Cross Reference Report For Precinct
## A Breakdown Of Age Within Race
### Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| Political Subdivision | 18 to 24 | 25 to 44 | 45 to 65 | 66 to .. | Grand Total |
| DECATUR UTILITIES AUDITORIUM (0307) | | | | | |
| WHITE | 20 | 151 | 213 | 231 | **615** |
| BLACK | 8 | 33 | 44 | 9 | **94** |
| ASIAN | 1 | | | | **1** |
| AMERICAN INDIAN | | 5 | 2 | | **7** |
| HISPANIC | 1 | 2 | 4 | | **7** |
| OTHER | | 4 | 3 | 1 | **8** |
| **SubTotal** | **30** | **195** | **266** | **241** | **732** |
| FIRST BAPTIST CHR AUSTINVILLE (0308) | | | | | |
| WHITE | 151 | 636 | 916 | 878 | **2581** |
| BLACK | 93 | 351 | 213 | 50 | **707** |
| ASIAN | 1 | 7 | 3 | 1 | **12** |
| AMERICAN INDIAN | 1 | 8 | 4 | 1 | **14** |
| HISPANIC | 23 | 35 | 28 | 6 | **92** |
| OTHER | 5 | 18 | 6 | 2 | **31** |
| **SubTotal** | **274** | **1055** | **1170** | **938** | **3437** |
| FIRST BIBLE CHURCH (0315) | | | | | |
| WHITE | 140 | 490 | 800 | 692 | **2122** |
| BLACK | 84 | 326 | 211 | 51 | **672** |
| ASIAN | 1 | 6 | 9 | 2 | **18** |
| AMERICAN INDIAN | 1 | 8 | 2 | 1 | **12** |
| HISPANIC | 12 | 13 | 13 | 3 | **41** |
| OTHER | 3 | 17 | 2 | 2 | **24** |

MORGAN

# VR Statistics Cross Reference Report

## Cross Reference Report For Precinct
## A Breakdown Of Age Within Race
### Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| Political Subdivision | 18 to 24 | 25 to 44 | 45 to 65 | 66 to .. | Grand Total |
| FIRST BIBLE CHURCH (0315) | | | | | |
| Other | | 1 | | | 1 |
| SubTotal | 241 | 861 | 1037 | 751 | 2890 |
| FORT DECATUR RECREATION CENTER (0304) | | | | | |
| WHITE | 139 | 601 | 930 | 675 | 2345 |
| BLACK | 72 | 217 | 188 | 26 | 503 |
| ASIAN | 1 | 3 | 3 | 3 | 10 |
| AMERICAN INDIAN | 6 | 7 | 5 | 2 | 20 |
| HISPANIC | 27 | 26 | 18 | 4 | 75 |
| OTHER | 6 | 13 | 6 | 1 | 26 |
| SubTotal | 251 | 867 | 1150 | 711 | 2979 |
| MORGAN COUNTY COURTHOUSE (0301) | | | | | |
| WHITE | 24 | 129 | 235 | 220 | 608 |
| BLACK | | 5 | 13 | 9 | 27 |
| ASIAN | | 1 | 1 | | 2 |
| AMERICAN INDIAN | 1 | 4 | 2 | | 7 |
| HISPANIC | 1 | | 1 | | 2 |
| OTHER | 1 | 2 | 1 | | 4 |
| SubTotal | 27 | 141 | 253 | 229 | 650 |
| OAK PARK BAPTIST CHURCH (0402) | | | | | |
| WHITE | 119 | 607 | 812 | 558 | 2096 |
| BLACK | 20 | 62 | 38 | 6 | 126 |
| ASIAN | | 4 | 2 | 1 | 7 |
| AMERICAN INDIAN | 1 | 7 | 3 | 1 | 12 |

MORGAN

## VR Statistics Cross Reference Report

### Cross Reference Report For Precinct
### A Breakdown Of Age Within Race
Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| Political Subdivision | 18 to 24 | 25 to 44 | 45 to 65 | 66 to .. | Grand Total |
| OAK PARK BAPTIST CHURCH (0402) | | | | | |
| HISPANIC | 5 | 8 | 4 | 1 | 18 |
| OTHER | 3 | 4 | 2 | | 9 |
| **SubTotal** | **148** | **692** | **861** | **567** | **2268** |
| T.C. ALMON RECREATION CENTER (0403) | | | | | |
| WHITE | 140 | 380 | 788 | 493 | 1801 |
| BLACK | 1 | 7 | 7 | | 15 |
| ASIAN | | 4 | 4 | 4 | 12 |
| AMERICAN INDIAN | 2 | 2 | | | 4 |
| HISPANIC | 1 | | 5 | | 6 |
| OTHER | | 5 | 1 | | 6 |
| **SubTotal** | **144** | **398** | **805** | **497** | **1844** |
| TURNER SURLES COMM. CENTER (0312) | | | | | |
| WHITE | 6 | 4 | 10 | 10 | 30 |
| BLACK | 31 | 151 | 171 | 66 | 419 |
| HISPANIC | | 1 | | | 1 |
| OTHER | | 2 | | | 2 |
| **SubTotal** | **37** | **158** | **181** | **76** | **452** |
| WESTMEADE BAPTIST CHURCH (0306) | | | | | |
| WHITE | 50 | 264 | 331 | 321 | 966 |
| BLACK | 18 | 81 | 84 | 21 | 204 |
| ASIAN | 1 | 2 | 1 | | 4 |
| AMERICAN INDIAN | | 2 | 2 | | 4 |
| HISPANIC | 5 | 12 | 3 | 4 | 24 |

MORGAN

Processed: 03/07/2014 10:07 AM
Printed: 03/07/2014 10:44 AM

## VR Statistics Cross Reference Report

### Cross Reference Report For Precinct
### A Breakdown Of Age Within Race
Includes Registrants With Status Of: ACTIVE, INACTIVE

| Number of Registrants | Age Group | | | | |
|---|---|---|---|---|---|
| Political Subdivision | 18 to 24 | 25 to 44 | 45 to 65 | 66 to .. | Grand Total |
| WESTMEADE BAPTIST CHURCH (0306) | | | | | |
| OTHER | 2 | 4 | 2 | | 8 |
| SubTotal | 76 | 365 | 423 | 346 | 1210 |
| Grand Total | 2429 | 9228 | 12234 | 7311 | 31202 |