| MU06 | 33,251 |
|---|---|
| **AMERICAN LEGION BUILDING POST 15** | **324** |
| Asian | 2 |
|   Female | 1 |
|   Male | 1 |
| American Indian | 2 |
|   Female | 2 |
| Black | 64 |
|   Female | 38 |
|   Male | 26 |
| Hispanic | 3 |
|   Female | 2 |
|   Male | 1 |
| Other | 4 |
|   Male | 4 |
| White | 249 |
|   Female | 135 |
|   Male | 114 |

| AQUADOME RECREATION CENTER | 1,151 |
|---|---:|
| American Indian | 9 |
|   Female | 7 |
|   Male | 2 |
| Black | 505 |
|   Female | 325 |
|   Male | 180 |
| Hispanic | 62 |
|   Female | 39 |
|   Male | 23 |
| Other | 8 |
|   Female | 4 |
|   Male | 4 |
| White | 567 |
|   Female | 308 |
|   Male | 259 |

| CARRIE MATTHEWS REC. CENTER | 2,659 |
|---|---|
| Asian | 2 |
|    Male | 2 |
| American Indian | 5 |
|    Female | 2 |
|    Male | 3 |
| Black | 2,094 |
|    Female | 1,259 |
|    Male | 835 |
| Hispanic | 38 |
|    Female | 17 |
|    Male | 20 |
|    U | 1 |
| Other | 19 |
|    Female | 13 |
|    Male | 6 |
| White | 501 |
|    Female | 266 |
|    Male | 235 |

| CEDAR RIDGE MIDDLE SCHOOL | 2,221 |
|---|---:|
| Asian | 12 |
|    Female | 8 |
|    Male | 4 |
| American Indian | 13 |
|    Female | 4 |
|    Male | 9 |
| Black | 148 |
|    Female | 86 |
|    Male | 62 |
| Hispanic | 30 |
|    Female | 12 |
|    Male | 18 |
| Other | 14 |
|    Female | 6 |
|    Male | 8 |
| White | 2,004 |
|    Female | 1,038 |
|    Male | 966 |

| DEC FIRE/RESC (OLD FLINT ELEM SCH) | 555 |
|---|---|
| Asian | 3 |
|    Female | 1 |
|    Male | 2 |
| American Indian | 7 |
|    Female | 4 |
|    Male | 3 |
| Black | 76 |
|    Female | 41 |
|    Male | 35 |
| Hispanic | 6 |
|    Female | 4 |
|    Male | 2 |
| Other | 8 |
|    Female | 1 |
|    Male | 7 |
| White | 455 |
|    Female | 247 |
|    Male | 208 |

| DECATUR BAPTIST CHURCH | 4,592 |
|---|---|
| Asian | 21 |
|   Female | 8 |
|   Male | 13 |
| American Indian | 22 |
|   Female | 12 |
|   Male | 10 |
| Black | 616 |
|   Female | 376 |
|   Male | 240 |
| Hispanic | 63 |
|   Female | 30 |
|   Male | 33 |
| Other | 34 |
|   Female | 18 |
|   Male | 16 |
| White | 3,836 |
|   Female | 2,097 |
|   Male | 1,739 |

| DECATUR FIRE & RESCUE STATION #8 | 1,843 |
|---|---:|
| Asian | 18 |
|    Female | 11 |
|    Male | 7 |
| American Indian | 8 |
|    Female | 4 |
|    Male | 4 |
| Black | 20 |
|    Female | 11 |
|    Male | 9 |
| Hispanic | 9 |
|    Female | 4 |
|    Male | 5 |
| Other | 11 |
|    Female | 5 |
|    Male | 6 |
| White | 1,777 |
|    Female | 899 |
|    Male | 878 |

| **DECATUR UTILITIES AUDITORIUM** | **771** |
|---|---:|
| Asian | 1 |
|     Male | 1 |
| American Indian | 6 |
|     Female | 4 |
|     Male | 2 |
| Black | 95 |
|     Female | 54 |
|     Male | 41 |
| Hispanic | 6 |
|     Female | 4 |
|     Male | 2 |
| Other | 8 |
|     Female | 3 |
|     Male | 5 |
| White | 655 |
|     Female | 374 |
|     Male | 281 |

| FIRST BAPTIST CHURCH AUSTINVILLE | 3,677 |
|---|---|
| Asian | 14 |
|   Female | 9 |
|   Male | 5 |
| American Indian | 13 |
|   Female | 7 |
|   Male | 6 |
| Black | 703 |
|   Female | 476 |
|   Male | 227 |
| Hispanic | 90 |
|   Female | 48 |
|   Male | 42 |
| Other | 31 |
|   Female | 18 |
|   Male | 13 |
| White | 2,826 |
|   Female | 1,640 |
|   Male | 1,186 |

| FIRST BIBLE CHURCH | 3,084 |
|---|---|
| Asian | 22 |
|   Female | 16 |
|   Male | 6 |
| American Indian | 13 |
|   Female | 6 |
|   Male | 7 |
| Black | 702 |
|   Female | 467 |
|   Male | 234 |
|   U | 1 |
| Hispanic | 43 |
|   Female | 27 |
|   Male | 16 |
| Other | 26 |
|   Female | 13 |
|   Male | 13 |
| White | 2,278 |
|   Female | 1,324 |
|   Male | 954 |

| **FORT DECATUR RECREATION CENTER** | **1,367** |
|---|---:|
| Asian | 7 |
|   Female | 3 |
|   Male | 4 |
| American Indian | 11 |
|   Female | 5 |
|   Male | 6 |
| Black | 98 |
|   Female | 59 |
|   Male | 39 |
| Hispanic | 18 |
|   Female | 11 |
|   Male | 7 |
| Other | 12 |
|   Female | 5 |
|   Male | 7 |
| White | 1,221 |
|   Female | 679 |
|   Male | 542 |

| MORGAN COUNTY COURTHOUSE | 717 |
|---|---|
| Asian | 2 |
|   Female | 1 |
|   Male | 1 |
| American Indian | 7 |
|   Female | 5 |
|   Male | 2 |
| Black | 34 |
|   Female | 16 |
|   Male | 18 |
| Hispanic | 2 |
|   Male | 2 |
| Other | 2 |
|   Female | 1 |
|   Male | 1 |
| White | 670 |
|   Female | 396 |
|   Male | 274 |

| MORGAN COUNTY D.H.R. | 660 |
|---|---|
| Asian | 2 |
|    Male | 2 |
| American Indian | 3 |
|    Female | 1 |
|    Male | 2 |
| Black | 24 |
|    Female | 14 |
|    Male | 10 |
| Hispanic | 3 |
|    Male | 3 |
| Other | 1 |
|    Male | 1 |
| White | 627 |
|    Female | 341 |
|    Male | 286 |

| **OAK PARK MIDDLE SCHOOL** | **1,722** |
|---|---:|
| Asian | 4 |
|    Female | 2 |
|    Male | 2 |
| American Indian | 9 |
|    Female | 8 |
|    Male | 1 |
| Black | 95 |
|    Female | 68 |
|    Male | 27 |
| Hispanic | 12 |
|    Female | 5 |
|    Male | 7 |
| Other | 8 |
|    Female | 5 |
|    Male | 3 |
| White | 1,594 |
|    Female | 874 |
|    Male | 720 |

| SOMERVILLE ROAD ELEMENTARY SCHOOL | 1,923 |
|---|---:|
| Asian | 4 |
|    Female | 4 |
| American Indian | 14 |
|    Female | 7 |
|    Male | 7 |
| Black | 433 |
|    Female | 298 |
|    Male | 135 |
| Hispanic | 63 |
|    Female | 40 |
|    Male | 23 |
| Other | 20 |
|    Female | 14 |
|    Male | 6 |
| White | 1,389 |
|    Female | 804 |
|    Male | 585 |

| ST ANDREW PRESBYTERIAN CHURCH | 977 |
|---|---|
| Asian | 12 |
|   Female | 8 |
|   Male | 4 |
| American Indian | 6 |
|   Female | 4 |
|   Male | 2 |
| Black | 54 |
|   Female | 24 |
|   Male | 30 |
| Hispanic | 1 |
|   Male | 1 |
| Other | 7 |
|   Female | 3 |
|   Male | 4 |
| White | 897 |
|   Female | 463 |
|   Male | 434 |

| T.C. ALMON RECREATION CENTER | 1,945 |
|---|---:|
| Asian | 12 |
|    Female | 7 |
|    Male | 5 |
| American Indian | 3 |
|    Female | 1 |
|    Male | 2 |
| Black | 18 |
|    Female | 7 |
|    Male | 11 |
| Hispanic | 6 |
|    Female | 3 |
|    Male | 3 |
| Other | 7 |
|    Female | 4 |
|    Male | 3 |
| White | 1,898 |
|    Female | 985 |
|    Male | 914 |

| TURNER SURLES COMM. RESOURCE CENTER | 476 |
|---|---|
| Black | 442 |
|   Female | 245 |
|   Male | 197 |
| Hispanic | 1 |
|   Female | 1 |
| Other | 2 |
|   Male | 2 |
| White | 31 |
|   Female | 18 |
|   Male | 13 |

| WEST DECATUR ELEMENTARY SCHOOL | 1,258 |
|---|---:|
| Asian | 10 |
|   Female | 5 |
|   Male | 5 |
| American Indian | 2 |
|   Female | 1 |
|   Male | 1 |
| Black | 700 |
|   Female | 412 |
|   Male | 288 |
| Hispanic | 29 |
|   Female | 13 |
|   Male | 16 |
| Other | 8 |
|   Female | 7 |
|   Male | 1 |
| White | 509 |
|   Female | 285 |
|   Male | 224 |

| **WESTMEADE BAPTIST CHURCH** | **1,329** |
|---|---:|
| Asian | 3 |
|    Female | 1 |
|    Male | 2 |
| American Indian | 7 |
|    Female | 3 |
|    Male | 4 |
| Black | 207 |
|    Female | 130 |
|    Male | 77 |
| Hispanic | 25 |
|    Female | 12 |
|    Male | 13 |
| Other | 8 |
|    Female | 6 |
|    Male | 2 |
| White | 1,079 |
|    Female | 627 |
|    Male | 452 |