FILED
2015 Oct-28  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Percentage Voted Statistics Report

## A Breakdown of Statistics within Precinct
## in DECATUR SPECIAL ELECTION

Includes Registrants with Status of: ACTIVE, INACTIVE

MORGAN

Processed: 06/03/2010 3:21 PM

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | <18 | 18-24 | 25-44 | 45-65 | >65 | |
| **0315.01** | | | | | | | | | | | | | | | | |
| No. Registered | 801 | 0 | 0 | 718 | 66 | 12 | 5 | 373 | 428 | 2 | 0 | 52 | 148 | 343 | 258 | 801 |
| No. Voted | 323 | 0 | 0 | 311 | 11 | 1 | 0 | 151 | 172 | 0 | 0 | 3 | 23 | 141 | 156 | 323 |
| % Voted | 40% | 0% | 0% | 43% | 17% | 8% | 0% | 40% | 40% | 0% | 0% | 6% | 16% | 41% | 60% | 40% |
| **0315.02** | | | | | | | | | | | | | | | | |
| No. Registered | 1,536 | 0 | 0 | 962 | 521 | 4 | 49 | 549 | 985 | 2 | 0 | 164 | 593 | 482 | 297 | 1,536 |
| No. Voted | 269 | 0 | 0 | 202 | 58 | 1 | 8 | 112 | 157 | 0 | 0 | 5 | 67 | 109 | 88 | 269 |
| % Voted | 18% | 0% | 0% | 21% | 11% | 25% | 16% | 20% | 16% | 0% | 0% | 3% | 11% | 23% | 30% | 18% |
| **SUBTOTAL FOR FIRST BIBLE CHURCH** | | | | | | | | | | | | | | | | |
| No. Registered | 2,337 | 0 | 0 | 1,680 | 587 | 16 | 54 | 922 | 1,413 | 2 | 0 | 216 | 741 | 825 | 555 | 2,337 |
| No. Voted | 592 | 0 | 0 | 513 | 69 | 2 | 8 | 263 | 329 | 0 | 0 | 8 | 90 | 250 | 244 | 592 |
| % Voted | 25% | 0% | 0% | 31% | 12% | 13% | 15% | 29% | 23% | 0% | 0% | 4% | 12% | 30% | 44% | 25% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 2,337 | 0 | 0 | 1,680 | 587 | 16 | 54 | 922 | 1,413 | 2 | 0 | 216 | 741 | 825 | 555 | 2,337 |
| No. Voted | 592 | 0 | 0 | 513 | 69 | 2 | 8 | 263 | 329 | 0 | 0 | 8 | 90 | 250 | 244 | 592 |
| % Voted | 25% | 0% | 0% | 31% | 12% | 13% | 15% | 29% | 23% | 0% | 0% | 4% | 12% | 30% | 44% | 25% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

Processed: 06/03/2010 3:21 PM

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0316.01** | | | | | | | | | | | | | | | | |
| No. Registered | 163 | 0 | 0 | 157 | 2 | 0 | 4 | 84 | 79 | 0 | 0 | 14 | 37 | 99 | 13 | 163 |
| No. Voted | 53 | 0 | 0 | 50 | 1 | 0 | 2 | 29 | 24 | 0 | 0 | 0 | 7 | 36 | 10 | 53 |
| % Voted | 33% | 0% | 0% | 32% | 50% | 0% | 50% | 35% | 30% | | 0% | 0% | 19% | 36% | 77% | 33% |
| **0316.02** | | | | | | | | | | | | | | | | |
| No. Registered | 1,896 | 0 | 0 | 1,714 | 123 | 9 | 50 | 900 | 996 | 0 | 0 | 160 | 573 | 905 | 258 | 1,896 |
| No. Voted | 684 | 0 | 0 | 654 | 22 | 0 | 8 | 344 | 340 | 0 | 0 | 12 | 125 | 395 | 152 | 684 |
| % Voted | 36% | 0% | 0% | 38% | 18% | 0% | 16% | 38% | 34% | | 0% | 8% | 22% | 44% | 59% | 36% |
| **SUBTOTAL FOR CEDAR RIDGE MIDDLE SCHOOL** | | | | | | | | | | | | | | | | |
| No. Registered | 2,059 | 0 | 0 | 1,871 | 125 | 9 | 54 | 984 | 1,075 | 0 | 0 | 174 | 610 | 1,004 | 271 | 2,059 |
| No. Voted | 737 | 0 | 0 | 704 | 23 | 0 | 10 | 373 | 364 | 0 | 0 | 12 | 132 | 431 | 162 | 737 |
| % Voted | 36% | 0% | 0% | 38% | 18% | 0% | 19% | 38% | 34% | | 0% | 7% | 22% | 43% | 60% | 36% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 2,059 | 0 | 0 | 1,871 | 125 | 9 | 54 | 984 | 1,075 | 0 | 0 | 174 | 610 | 1,004 | 271 | 2,059 |
| No. Voted | 737 | 0 | 0 | 704 | 23 | 0 | 10 | 373 | 364 | 0 | 0 | 12 | 132 | 431 | 162 | 737 |
| % Voted | 36% | 0% | 0% | 38% | 18% | 0% | 19% | 38% | 34% | 0% | 0% | 7% | 22% | 43% | 60% | 36% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | <18 | 18-24 | 25-44 | 45-65 | > 66 | |
| **0317.01** | | | | | | | | | | | | | | | | |
| No. Registered | 17 | 0 | 0 | 15 | 2 | 0 | 0 | 9 | 8 | 0 | 0 | 1 | 7 | 5 | 4 | 17 |
| No. Voted | 7 | 0 | 0 | 7 | 0 | 0 | 0 | 4 | 3 | 0 | 0 | 0 | 1 | 4 | 2 | 7 |
| % Voted | 41% | 0% | 0% | 47% | 0% | 0% | 0% | 44% | 38% | | 0% | 0% | 14% | 80% | 50% | 41% |
| **0317.02** | | | | | | | | | | | | | | | | |
| No. Registered | 504 | 0 | 0 | 426 | 58 | 6 | 14 | 226 | 278 | 0 | 0 | 32 | 157 | 234 | 81 | 504 |
| No. Voted | 121 | 0 | 0 | 116 | 4 | 0 | 1 | 56 | 65 | 0 | 0 | 3 | 22 | 66 | 30 | 121 |
| % Voted | 24% | 0% | 0% | 27% | 7% | 0% | 7% | 25% | 23% | | 0% | 9% | 14% | 28% | 37% | 24% |
| **SUBTOTAL FOR  DECATUR FIRE&RESCUE(C,B** | | | | | | | | | | | | | | | | |
| No. Registered | 521 | 0 | | 441 | 60 | 6 | 14 | 235 | 286 | 0 | 0 | 33 | 164 | 239 | 85 | 521 |
| No. Voted | 128 | 0 | | 123 | 4 | 0 | 1 | 60 | 68 | 0 | 0 | 3 | 23 | 70 | 32 | 128 |
| % Voted | 25% | 0% | | 28% | 7% | 0% | 7% | 26% | 24% | | 0% | 9% | 14% | 29% | 38% | 25% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 521 | 0 | 0 | 441 | 60 | 6 | 14 | 235 | 286 | 0 | 0 | 33 | 164 | 239 | 85 | 521 |
| No. Voted | 128 | 0 | 0 | 123 | 4 | 0 | 1 | 60 | 68 | 0 | 0 | 3 | 23 | 70 | 32 | 128 |
| % Voted | 25% | 0% | 0% | 28% | 7% | 0% | 7% | 26% | 24% | | 0% | 9% | 14% | 29% | 38% | 25% |

MORGAN

Processed: 06/03/2010 3:21 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | <18 | 18-24 | 25-44 | 45-65 | >65 | |
| **0401.01** | | | | | | | | | | | | | | | | | |
| No. Registered | | 1,719 | 0 | 0 | 1,664 | 15 | 16 | 24 | 854 | 865 | 0 | 0 | 90 | 373 | 793 | 463 | 1,719 |
| No. Voted | | 695 | 0 | 0 | 684 | 4 | 2 | 5 | 360 | 335 | 0 | 0 | 8 | 91 | 335 | 261 | 695 |
| % Voted | | 40% | 0% | 0% | 41% | 27% | 13% | 21% | 42% | 39% | 0% | 0% | 9% | 24% | 42% | 56% | 40% |
| **SUBTOTAL FOR DECATUR FIRE AND RESCUE** | | | | | | | | | | | | | | | | | |
| No. Registered | | 1,719 | 0 | 0 | 1,664 | 15 | 16 | 24 | 854 | 865 | 0 | 0 | 90 | 373 | 793 | 463 | 1,719 |
| No. Voted | | 695 | 0 | 0 | 684 | 4 | 2 | 5 | 360 | 335 | 0 | 0 | 8 | 91 | 335 | 261 | 695 |
| % Voted | | 40% | 0% | 0% | 41% | 27% | 13% | 21% | 42% | 39% | 0% | 0% | 9% | 24% | 42% | 56% | 40% |
| **TOTAL** | | | | | | | | | | | | | | | | | |
| No. Registered | | 1,719 | 0 | 0 | 1,664 | 15 | 16 | 24 | 854 | 865 | 0 | 0 | 90 | 373 | 793 | 463 | 1,719 |
| No. Voted | | 695 | 0 | 0 | 684 | 4 | 2 | 5 | 360 | 335 | 0 | 0 | 8 | 91 | 335 | 261 | 695 |
| % Voted | | 40% | 0% | 0% | 41% | 27% | 13% | 21% | 42% | 39% | 0% | 0% | 9% | 24% | 42% | 56% | 40% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

Processed: 06/03/2010 3:22 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0402.01** | | | | | | | | | | | | | | | | |
| No. Registered | 1,049 | 0 | 0 | 989 | 45 | 2 | 13 | 482 | 567 | 0 | 0 | 71 | 353 | 393 | 232 | 1,049 |
| No. Voted | 327 | 0 | 0 | 324 | 3 | 0 | 0 | 157 | 170 | 0 | 0 | 6 | 65 | 152 | 104 | 327 |
| % Voted | 31% | 0% | 0% | 33% | 7% | 0% | 0% | 33% | 30% | 0% | 0% | 8% | 18% | 39% | 45% | 31% |
| **SUBTOTAL FOR   OAK PARK MIDDLE SCHOOL** | | | | | | | | | | | | | | | | |
| No. Registered | 1,049 | 0 | 0 | 989 | 45 | 2 | 13 | 482 | 567 | 0 | 0 | 71 | 353 | 393 | 232 | 1,049 |
| No. Voted | 327 | 0 | 0 | 324 | 3 | 0 | 0 | 157 | 170 | 0 | 0 | 6 | 65 | 152 | 104 | 327 |
| % Voted | 31% | | 0% | 33% | 7% | 0% | 0% | 33% | 30% | | 0% | 8% | 18% | 39% | 45% | 31% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 1,049 | 0 | 0 | 989 | 45 | 2 | 13 | 482 | 567 | 0 | 0 | 71 | 353 | 393 | 232 | 1,049 |
| No. Voted | 327 | 0 | 0 | 324 | 3 | 0 | 0 | 157 | 170 | 0 | 0 | 6 | 65 | 152 | 104 | 327 |
| % Voted | 31% | 0% | 0% | 33% | 7% | 0% | 0% | 33% | 30% | 0% | 0% | 8% | 18% | 39% | 45% | 31% |

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0403.01** | | | | | | | | | | | | | | | | |
| No. Registered | 2,438 | 0 | 0 | 2,380 | 26 | 13 | 19 | 1,160 | 1,278 | 0 | 0 | 178 | 643 | 1,023 | 594 | 2,438 |
| No. Voted | 1,117 | 0 | 0 | 1,105 | 6 | 1 | 5 | 561 | 556 | 0 | 0 | 20 | 214 | 517 | 366 | 1,117 |
| % Voted | 46% | 0% | 0% | 46% | 23% | 8% | 26% | 48% | 44% | | 0% | 11% | 33% | 51% | 62% | 46% |
| **SUBTOTAL FOR T.C. ALMON RECREATION CE** | | | | | | | | | | | | | | | | |
| No. Registered | 2,438 | 0 | 0 | 2,380 | 26 | 13 | 19 | 1,160 | 1,278 | 0 | 0 | 178 | 643 | 1,023 | 594 | 2,438 |
| No. Voted | 1,117 | 0 | 0 | 1,105 | 6 | 1 | 5 | 561 | 556 | 0 | 0 | 20 | 214 | 517 | 366 | 1,117 |
| % Voted | 46% | 0% | 0% | 46% | 23% | 8% | 26% | 48% | 44% | | 0% | 11% | 33% | 51% | 62% | 46% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 2,438 | 0 | 0 | 2,380 | 26 | 13 | 19 | 1,160 | 1,278 | 0 | 0 | 178 | 643 | 1,023 | 594 | 2,438 |
| No. Voted | 1,117 | 0 | 0 | 1,105 | 6 | 1 | 5 | 561 | 556 | 0 | 0 | 20 | 214 | 517 | 366 | 1,117 |
| % Voted | 46% | 0% | 0% | 46% | 23% | 8% | 26% | 48% | 44% | | 0% | 11% | 33% | 51% | 62% | 46% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

Processed: 06/03/2010 3:06 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
## A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0301.01** | | | | | | | | | | | | | | | | |
| No. Registered | 650 | 0 | 0 | 608 | 33 | 1 | 8 | 274 | 376 | 0 | 0 | 34 | 176 | 267 | 173 | 650 |
| No. Voted | 222 | 0 | 0 | 214 | 5 | 0 | 3 | 102 | 120 | 0 | 0 | 5 | 48 | 111 | 58 | 222 |
| % Voted | 34% | 0% | 0% | 35% | 15% | 0% | 38% | 37% | 32% | 0% | 0% | 15% | 27% | 42% | 34% | 34% |
| **SUBTOTAL FOR MORGAN COUNTY COURTHOU** | | | | | | | | | | | | | | | | |
| No. Registered | 650 | 0 | 0 | 608 | 33 | 1 | 8 | 274 | 376 | 0 | 0 | 34 | 176 | 267 | 173 | 650 |
| No. Voted | 222 | 0 | 0 | 214 | 5 | 0 | 3 | 102 | 120 | 0 | 0 | 5 | 48 | 111 | 58 | 222 |
| % Voted | 34% | | 0% | 35% | 15% | 0% | 38% | 37% | 32% | 0% | 0% | 15% | 27% | 42% | 34% | 34% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 650 | 0 | 0 | 608 | 33 | 1 | 8 | 274 | 376 | 0 | 0 | 34 | 176 | 267 | 173 | 650 |
| No. Voted | 222 | 0 | 0 | 214 | 5 | 0 | 3 | 102 | 120 | 0 | 0 | 5 | 48 | 111 | 58 | 222 |
| % Voted | 34% | 0% | 0% | 35% | 15% | 0% | 0% | 37% | 32% | 0% | 0% | 15% | 27% | 42% | 34% | 34% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0302.01** | | | | | | | | | | | | | | | | |
| No. Registered | 731 | 0 | 0 | 261 | 443 | 2 | 25 | 297 | 434 | 0 | 0 | 74 | 268 | 286 | 103 | 731 |
| No. Voted | 165 | 0 | 0 | 66 | 98 | 0 | 1 | 76 | 89 | 0 | 0 | 4 | 38 | 81 | 42 | 165 |
| % Voted | 23% | 0% | 0% | 25% | 22% | 0% | 4% | 26% | 21% | 0% | 0% | 5% | 14% | 28% | 41% | 23% |
| **SUBTOTAL FOR   WEST DECATUR ELEMENTAR** | | | | | | | | | | | | | | | | |
| No. Registered | 731 | 0 | 0 | 261 | 443 | 2 | 25 | 297 | 434 | 0 | 0 | 74 | 268 | 286 | 103 | 731 |
| No. Voted | 165 | 0 | 0 | 66 | 98 | 0 | 1 | 76 | 89 | 0 | 0 | 4 | 38 | 81 | 42 | 165 |
| % Voted | 23% | 0% | 0% | 25% | 22% | 0% | 4% | 26% | 21% | 0% | 0% | 5% | 14% | 28% | 41% | 23% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 731 | 0 | 0 | 261 | 443 | 2 | 25 | 297 | 434 | 0 | 0 | 74 | 268 | 286 | 103 | 731 |
| No. Voted | 165 | 0 | 0 | 66 | 98 | 0 | 1 | 76 | 89 | 0 | 0 | 4 | 38 | 81 | 42 | 165 |
| % Voted | 23% | 0% | 0% | 25% | 22% | 0% | 4% | 26% | 21% | 0% | 0% | 5% | 14% | 28% | 41% | 23% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0303.01** | | | | | | | | | | | | | | | | |
| No. Registered | 997 | 0 | 0 | 533 | 413 | 0 | 51 | 417 | 580 | 0 | 0 | 105 | 374 | 314 | 204 | 997 |
| No. Voted | 224 | 0 | 0 | 141 | 82 | 0 | 1 | 102 | 122 | 0 | 0 | 6 | 46 | 100 | 72 | 224 |
| % Voted | 22% | 0% | 0% | 26% | 20% | 0% | 2% | 24% | 21% | 0% | 0% | 6% | 12% | 32% | 35% | 22% |
| **SUBTOTAL FOR AQUADOME RECREATION CE** | | | | | | | | | | | | | | | | |
| No. Registered | 997 | 0 | 0 | 533 | 413 | 0 | 51 | 417 | 580 | 0 | 0 | 105 | 374 | 314 | 204 | 997 |
| No. Voted | 224 | 0 | 0 | 141 | 82 | 0 | 1 | 102 | 122 | 0 | 0 | 6 | 46 | 100 | 72 | 224 |
| % Voted | 22% | 0% | 0% | 26% | 20% | 0% | 2% | 24% | 21% | 0% | 0% | 6% | 12% | 32% | 35% | 22% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 997 | 0 | 0 | 533 | 413 | 0 | 51 | 417 | 580 | 0 | 0 | 105 | 374 | 314 | 204 | 997 |
| No. Voted | 224 | 0 | 0 | 141 | 82 | 0 | 1 | 102 | 122 | 0 | 0 | 6 | 46 | 100 | 72 | 224 |
| % Voted | 22% | 0% | 0% | 26% | 20% | 0% | 2% | 24% | 21% | 0% | 0% | 6% | 12% | 32% | 35% | 22% |

MORGAN

Processed: 06/03/2010 3:14 PM

## Percentage Voted Statistics Report
### in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
### Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| 0304.01 | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,291 | 0 | 0 | 1,174 | 80 | 5 | 32 | 568 | 723 | 0 | 0 | 98 | 427 | 522 | 244 | 1,291 |
| | No. Voted | 424 | 0 | 0 | 409 | 9 | 1 | 5 | 195 | 229 | 0 | 0 | 14 | 94 | 214 | 102 | 424 |
| | % Voted | 33% | 0% | 0% | 35% | 11% | 20% | 16% | 34% | 32% | | 0% | 14% | 22% | 41% | 42% | 33% |
| SUBTOTAL FOR | FORT DECATUR RECREATION | | | | | | | | | | | | | | | | |
| | No. Registered | 1,291 | 0 | 0 | 1,174 | 80 | 5 | 32 | 568 | 723 | 0 | 0 | 98 | 427 | 522 | 244 | 1,291 |
| | No. Voted | 424 | 0 | 0 | 409 | 9 | 1 | 5 | 195 | 229 | 0 | 0 | 14 | 94 | 214 | 102 | 424 |
| | % Voted | 33% | 0% | 0% | 35% | 11% | 20% | 16% | 34% | 32% | | 0% | 14% | 22% | 41% | 42% | 33% |
| TOTAL | | | | | | | | | | | | | | | | | |
| | No. Registered | 1,291 | 0 | 0 | 1,174 | 80 | 5 | 32 | 568 | 723 | 0 | 0 | 98 | 427 | 522 | 244 | 1,291 |
| | No. Voted | 424 | 0 | 0 | 409 | 9 | 1 | 5 | 195 | 229 | 0 | 0 | 14 | 94 | 214 | 102 | 424 |
| | % Voted | 33% | 0% | 0% | 35% | 11% | 20% | 16% | 34% | 32% | | 0% | 14% | 22% | 41% | 42% | 33% |

MORGAN

Processed: 06/03/2010 3:14 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **C305.04** | | | | | | | | | | | | | | | | |
| No. Registered | 1,494 | 0 | 0 | 1,058 | 368 | 1 | 67 | 591 | 903 | 0 | 0 | 132 | 442 | 511 | 409 | 1,494 |
| No. Voted | 398 | 0 | 0 | 346 | 48 | 0 | 4 | 170 | 228 | 0 | 0 | 7 | 67 | 133 | 191 | 398 |
| % Voted | 27% | 0% | 0% | 33% | 13% | 0% | 6% | 29% | 25% | 0% | 0% | 5% | 15% | 26% | 47% | 27% |
| **SUBTOTAL FOR SOMERVILLE ROAD ELEMENT** | | | | | | | | | | | | | | | | |
| No. Registered | 1,825 | 0 | 0 | 1,368 | 383 | 2 | 72 | 735 | 1,090 | 0 | 0 | 156 | 539 | 639 | 491 | 1,825 |
| No. Voted | 496 | 0 | 0 | 441 | 50 | 0 | 5 | 211 | 285 | 0 | 0 | 7 | 85 | 177 | 227 | 496 |
| % Voted | 27% | 0% | 0% | 32% | 13% | 0% | 7% | 29% | 26% | 0% | 0% | 4% | 16% | 28% | 46% | 27% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 1,825 | 0 | 0 | 1,368 | 383 | 2 | 72 | 735 | 1,090 | 0 | 0 | 156 | 539 | 639 | 491 | 1,825 |
| No. Voted | 496 | 0 | 0 | 441 | 50 | 0 | 5 | 211 | 285 | 0 | 0 | 7 | 85 | 177 | 227 | 496 |
| % Voted | 27% | 0% | 0% | 32% | 13% | 0% | 7% | 29% | 26% | 0% | 0% | 4% | 16% | 28% | 46% | 27% |

MORGAN

Processed: 06/03/2010 3:14 PM

## Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
## A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0305.02** | | | | | | | | | | | | | | | | |
| No. Registered | 330 | 0 | 0 | 309 | 15 | 1 | 5 | 143 | 187 | 0 | 0 | 24 | 97 | 128 | 81 | 330 |
| No. Voted | 97 | 0 | 0 | 94 | 2 | 0 | 1 | 40 | 57 | 0 | 0 | 0 | 18 | 44 | 35 | 97 |
| % Voted | 29% | 0% | 0% | 30% | 13% | 0% | 20% | 28% | 30% | | 0% | 0% | 19% | 34% | 43% | 29% |
| **0305.03** | | | | | | | | | | | | | | | | |
| No. Registered | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| No. Voted | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| % Voted | 100% | 0% | 0% | 100% | 0% | 0% | 0% | 100% | | | 0% | 0% | 0% | 0% | 100% | 100% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

Processed: 06/03/2010 3:15 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
## A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0306.01** | | | | | | | | | | | | | | | | | |
| No. Registered | | 1,819 | 0 | 0 | 1,407 | 362 | 8 | 42 | 818 | 1,001 | 0 | 0 | 136 | 542 | 700 | 441 | 1,819 |
| No. Voted | | 587 | 0 | 0 | 501 | 80 | 1 | 5 | 289 | 298 | 0 | 0 | 7 | 100 | 264 | 216 | 587 |
| % Voted | | 32% | 0% | 0% | 36% | 22% | 13% | 12% | 35% | 30% | | 0% | 5% | 18% | 38% | 49% | 32% |
| **SUBTOTAL FOR** | **WESTMEADE BAPTIST CHUR** | | | | | | | | | | | | | | | | |
| No. Registered | | 1,819 | 0 | 0 | 1,407 | 362 | 8 | 42 | 818 | 1,001 | 0 | 0 | 136 | 542 | 700 | 441 | 1,819 |
| No. Voted | | 587 | 0 | 0 | 501 | 80 | 1 | 5 | 289 | 298 | 0 | 0 | 7 | 100 | 264 | 216 | 587 |
| % Voted | | 32% | 0% | 0% | 36% | 22% | 13% | 12% | 35% | 30% | | 0% | 5% | 18% | 38% | 49% | 32% |
| **TOTAL** | | | | | | | | | | | | | | | | | |
| No. Registered | | 1,819 | 0 | 0 | 1,407 | 362 | 8 | 42 | 818 | 1,001 | 0 | 0 | 136 | 542 | 700 | 441 | 1,819 |
| No. Voted | | 587 | 0 | 0 | 501 | 80 | 1 | 5 | 289 | 298 | 0 | 0 | 7 | 100 | 264 | 216 | 587 |
| % Voted | | 32% | 0% | 0% | 36% | 22% | 13% | 12% | 35% | 30% | | 0% | 5% | 18% | 38% | 49% | 32% |

MORGAN

Processed: 06/03/2010 3:17 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0307.01** | | | | | | | | | | | | | | | | |
| No. Registered | 820 | 0 | 0 | 703 | 100 | 1 | 16 | 354 | 466 | 0 | 0 | 52 | 187 | 294 | 287 | 820 |
| No. Voted | 254 | 0 | 0 | 243 | 9 | 0 | 2 | 122 | 132 | 0 | 0 | 2 | 30 | 88 | 134 | 254 |
| % Voted | 31% | 0% | 0% | 35% | 9% | 0% | 13% | 34% | 28% | 0% | 0% | 4% | 16% | 30% | 47% | 31% |
| **SUBTOTAL FOR DECATUR UTILITIES AUDITOR** | | | | | | | | | | | | | | | | |
| No. Registered | 820 | 0 | 0 | 703 | 100 | 1 | 16 | 354 | 466 | 0 | 0 | 52 | 187 | 294 | 287 | 820 |
| No. Voted | 254 | 0 | 0 | 243 | 9 | 0 | 2 | 122 | 132 | 0 | 0 | 2 | 30 | 88 | 134 | 254 |
| % Voted | 31% | 0% | 0% | 35% | 9% | 0% | 13% | 34% | 28% | | 0% | 4% | 16% | 30% | 47% | 31% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 820 | 0 | 0 | 703 | 100 | 1 | 16 | 354 | 466 | 0 | 0 | 52 | 187 | 294 | 287 | 820 |
| No. Voted | 254 | 0 | 0 | 243 | 9 | 0 | 2 | 122 | 132 | 0 | 0 | 2 | 30 | 88 | 134 | 254 |
| % Voted | 31% | 0% | 0% | 35% | 9% | 0% | 13% | 34% | 28% | 0% | 0% | 4% | 16% | 30% | 47% | 31% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

Processed: 06/03/2010 3:17 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0308.01** | | | | | | | | | | | | | | | | |
| No. Registered | 3,048 | 0 | 0 | 2,469 | 479 | 13 | 87 | 1,228 | 1,820 | 0 | 0 | 231 | 926 | 1,080 | 811 | 3,048 |
| No. Voted | 745 | 0 | 0 | 686 | 51 | 2 | 6 | 338 | 407 | 0 | 0 | 19 | 122 | 318 | 286 | 745 |
| % Voted | 24% | 0% | 0% | 28% | 11% | 15% | 7% | 28% | 22% | | 0% | 8% | 13% | 29% | 35% | 24% |
| **SUBTOTAL FOR   WILSON MORGAN PARK** | | | | | | | | | | | | | | | | |
| No. Registered | 3,048 | 0 | 0 | 2,469 | 479 | 13 | 87 | 1,228 | 1,820 | 0 | 0 | 231 | 926 | 1,080 | 811 | 3,048 |
| No. Voted | 745 | 0 | 0 | 686 | 51 | 2 | 6 | 338 | 407 | 0 | 0 | 19 | 122 | 318 | 286 | 745 |
| % Voted | 24% | 0% | 0% | 28% | 11% | 15% | 7% | 28% | 22% | | 0% | 8% | 13% | 29% | 35% | 24% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 3,048 | 0 | 0 | 2,469 | 479 | 13 | 87 | 1,228 | 1,820 | 0 | 0 | 231 | 926 | 1,080 | 811 | 3,048 |
| No. Voted | 745 | 0 | 0 | 686 | 51 | 2 | 6 | 338 | 407 | 0 | 0 | 19 | 122 | 318 | 286 | 745 |
| % Voted | 24% | 0% | 0% | 28% | 11% | 15% | 7% | 28% | 22% | | 0% | 8% | 13% | 29% | 35% | 24% |

MORGAN

Processed: 06/03/2010 3:17 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0309.01** | | | | | | | | | | | | | | | | |
| No. Registered | 236 | 0 | 0 | 205 | 26 | 0 | 5 | 103 | 133 | 0 | 0 | 15 | 77 | 89 | 55 | 236 |
| No. Voted | 74 | 0 | 0 | 70 | 4 | 0 | 0 | 37 | 37 | 0 | 0 | 1 | 13 | 28 | 32 | 74 |
| % Voted | 31% | 0% | 0% | 34% | 15% | 0% | 0% | 36% | 28% | | 0% | 7% | 17% | 31% | 58% | 31% |
| **0309.02** | | | | | | | | | | | | | | | | |
| No. Registered | 80 | 0 | 0 | 34 | 43 | 2 | 1 | 31 | 49 | 0 | 0 | 5 | 28 | 19 | 28 | 80 |
| No. Voted | 14 | 0 | 0 | 7 | 7 | 0 | 0 | 5 | 9 | 0 | 0 | 0 | 2 | 7 | 5 | 14 |
| % Voted | 18% | 0% | 0% | 21% | 16% | 0% | 0% | 16% | 18% | | 0% | 0% | 7% | 37% | 18% | 18% |
| **SUBTOTAL FOR AMERICAN LEGION POST 15** | | | | | | | | | | | | | | | | |
| No. Registered | 316 | 0 | 0 | 239 | 69 | 2 | 6 | 134 | 182 | 0 | 0 | 20 | 105 | 108 | 83 | 316 |
| No. Voted | 88 | 0 | 0 | 77 | 11 | 0 | 0 | 42 | 46 | 0 | 0 | 1 | 15 | 35 | 37 | 88 |
| % Voted | 28% | 0% | 0% | 32% | 16% | 0% | 0% | 31% | 25% | 0% | 0% | 5% | 14% | 32% | 45% | 28% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 316 | 0 | 0 | 239 | 69 | 2 | 6 | 134 | 182 | 0 | 0 | 20 | 105 | 108 | 83 | 316 |
| No. Voted | 88 | 0 | 0 | 77 | 11 | 0 | 0 | 42 | 46 | 0 | 0 | 1 | 15 | 35 | 37 | 88 |
| % Voted | 28% | 0% | 0% | 32% | 16% | 0% | 0% | 31% | 25% | 0% | 0% | 5% | 14% | 32% | 45% | 28% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

Processed: 06/03/2010 3:18 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0310.01** | | | | | | | | | | | | | | | | |
| No. Registered | 911 | 0 | 0 | 745 | 133 | 4 | 29 | 414 | 497 | 0 | 0 | 62 | 359 | 366 | 124 | 911 |
| No. Voted | 276 | 0 | 0 | 232 | 39 | 1 | 4 | 136 | 140 | 0 | 0 | 8 | 88 | 125 | 55 | 276 |
| % Voted | 30% | 0% | 0% | 31% | 29% | 25% | 14% | 33% | 28% | | 0% | 13% | 25% | 34% | 44% | 30% |
| **0310.02** | | | | | | | | | | | | | | | | |
| No. Registered | 3,789 | 0 | 0 | 3,216 | 473 | 18 | 82 | 1,624 | 2,165 | 0 | 0 | 317 | 1,335 | 1,481 | 656 | 3,789 |
| No. Voted | 1,054 | 0 | 0 | 964 | 79 | 1 | 10 | 472 | 582 | 0 | 0 | 20 | 265 | 508 | 261 | 1,054 |
| % Voted | 28% | 0% | 0% | 30% | 17% | 6% | 12% | 29% | 27% | | 0% | 6% | 20% | 34% | 40% | 28% |
| **SUBTOTAL FOR DECATUR BAPTIST CHURCH** | | | | | | | | | | | | | | | | |
| No. Registered | 4,700 | 0 | 0 | 3,961 | 606 | 22 | 111 | 2,038 | 2,662 | 0 | 0 | 379 | 1,694 | 1,847 | 780 | 4,700 |
| No. Voted | 1,330 | 0 | 0 | 1,196 | 118 | 2 | 14 | 608 | 722 | 0 | 0 | 28 | 353 | 633 | 316 | 1,330 |
| % Voted | 28% | 0% | 0% | 30% | 19% | 9% | 13% | 30% | 27% | | 0% | 7% | 21% | 34% | 41% | 28% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 4,700 | 0 | 0 | 3,961 | 606 | 22 | 111 | 2,038 | 2,662 | 0 | 0 | 379 | 1,694 | 1,847 | 780 | 4,700 |
| No. Voted | 1,330 | 0 | 0 | 1,196 | 118 | 2 | 14 | 608 | 722 | 0 | 0 | 28 | 353 | 633 | 316 | 1,330 |
| % Voted | 28% | 0% | 0% | 30% | 19% | 9% | 13% | 30% | 27% | 0% | 0% | 7% | 21% | 34% | 41% | 28% |

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0311.01** | | | | | | | | | | | | | | | | |
| No. Registered | 5 | 0 | 0 | 3 | 1 | 0 | 1 | 3 | 2 | 0 | 0 | 0 | 4 | 1 | 0 | 5 |
| No. Voted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Voted | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **0311.02** | | | | | | | | | | | | | | | | |
| No. Registered | 2,084 | 0 | 0 | 169 | 1,879 | 1 | 35 | 851 | 1,232 | 1 | 0 | 220 | 730 | 785 | 349 | 2,084 |
| No. Voted | 0 | 0 | 0 | 28 | 384 | 0 | 2 | 173 | 241 | 0 | 0 | 14 | 96 | 213 | 91 | 414 |
| % Voted | 20% | 0% | 0% | 17% | 20% | 0% | 6% | 20% | 20% | 0% | 0% | 6% | 13% | 27% | 26% | 20% |
| **SUBTOTAL FOR CARRIE MATHEWS REC. CEN** | | | | | | | | | | | | | | | | |
| No. Registered | 2,089 | 0 | 0 | 172 | 1,880 | 1 | 36 | 854 | 1,234 | 1 | 0 | 220 | 734 | 786 | 349 | 2,089 |
| No. Voted | 414 | 0 | 0 | 28 | 384 | 0 | 2 | 173 | 241 | 0 | 0 | 14 | 96 | 213 | 91 | 414 |
| % Voted | 20% | 0% | 0% | 16% | 20% | 0% | 6% | 20% | 20% | 0% | 0% | 6% | 13% | 27% | 26% | 20% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 2,089 | 0 | 0 | 172 | 1,880 | 1 | 36 | 854 | 1,234 | 1 | 0 | 220 | 734 | 786 | 349 | 2,089 |
| No. Voted | 414 | 0 | 0 | 28 | 384 | 0 | 2 | 173 | 241 | 0 | 0 | 14 | 96 | 213 | 91 | 414 |
| % Voted | 20% | 0% | 0% | 16% | 20% | 0% | 6% | 20% | 20% | 0% | 0% | 6% | 13% | 27% | 26% | 20% |

MORGAN

Processed: 06/03/2010 3:19 PM

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
## A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | Race | | | | Gender | | | Age Range | | | | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0312.01** | | | | | | | | | | | | | | | | |
| No. Registered | 442 | 0 | 0 | 29 | 411 | 0 | 2 | 196 | 246 | 0 | 0 | 38 | 141 | 183 | 80 | 442 |
| No. Voted | 131 | 0 | 0 | 13 | 118 | 0 | 0 | 53 | 78 | 0 | 0 | 5 | 23 | 73 | 30 | 131 |
| % Voted | 30% | 0% | 0% | 45% | 29% | 0% | 0% | 27% | 32% | 0% | 0% | 13% | 16% | 40% | 38% | 30% |
| **SUBTOTAL FOR TURNER SURLES COMM. CEN** | | | | | | | | | | | | | | | | |
| No. Registered | 442 | 0 | 0 | 29 | 411 | 0 | 2 | 196 | 246 | 0 | 0 | 38 | 141 | 183 | 80 | 442 |
| No. Voted | 131 | 0 | 0 | 13 | 118 | 0 | 0 | 53 | 78 | 0 | 0 | 5 | 23 | 73 | 30 | 131 |
| % Voted | 30% | 0% | 0% | 45% | 29% | 0% | 0% | 27% | 32% | 0% | 0% | 13% | 16% | 40% | 38% | 30% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 442 | 0 | 0 | 29 | 411 | 0 | 2 | 196 | 246 | 0 | 0 | 38 | 141 | 183 | 80 | 442 |
| No. Voted | 131 | 0 | 0 | 13 | 118 | 0 | 0 | 53 | 78 | 0 | 0 | 5 | 23 | 73 | 30 | 131 |
| % Voted | 30% | 0% | 0% | 45% | 29% | 0% | 0% | 27% | 32% | 0% | 0% | 13% | 16% | 40% | 38% | 30% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | PND | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNA | Other | | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0313.01** | | | | | | | | | | | | | | | | | |
| No. Registered | 636 | 0 | 0 | | 606 | 20 | 4 | 6 | 294 | 342 | 0 | 0 | 48 | 147 | 222 | 219 | 636 |
| No. Voted | 281 | 0 | 0 | | 275 | 4 | 0 | 2 | 136 | 145 | 0 | 0 | 2 | 38 | 118 | 123 | 281 |
| % Voted | 44% | 0% | 0% | | 45% | 20% | 0% | 33% | 46% | 42% | 0% | 0% | 4% | 26% | 53% | 56% | 44% |
| **0313.02** | | | | | | | | | | | | | | | | | |
| No. Registered | 7 | 0 | 0 | | 6 | 1 | 0 | 0 | 5 | 2 | 0 | 0 | 0 | 2 | 5 | 0 | 7 |
| No. Voted | 3 | 0 | 0 | | 3 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 2 | 0 | 3 |
| % Voted | 43% | 0% | 0% | | 50% | 0% | 0% | 0% | 20% | 100% | 0% | 0% | 0% | 50% | 40% | 0% | 43% |
| **SUBTOTAL FOR   MORGAN CO.DEPT OF H.RESl** | | | | | | | | | | | | | | | | | |
| No. Registered | 643 | 0 | 0 | | 612 | 21 | 4 | 6 | 299 | 344 | 0 | 0 | 48 | 149 | 227 | 219 | 643 |
| No. Voted | 284 | 0 | 0 | | 278 | 4 | 0 | 2 | 137 | 147 | 0 | 0 | 2 | 39 | 120 | 123 | 284 |
| % Voted | 44% | 0% | 0% | | 45% | 19% | 0% | 33% | 46% | 43% | 0% | 0% | 4% | 26% | 53% | 56% | 44% |
| **TOTAL** | | | | | | | | | | | | | | | | | |
| No. Registered | 643 | 0 | 0 | | 612 | 21 | 4 | 6 | 299 | 344 | 0 | 0 | 48 | 149 | 227 | 219 | 643 |
| No. Voted | 284 | 0 | 0 | | 278 | 4 | 0 | 2 | 137 | 147 | 0 | 0 | 2 | 39 | 120 | 123 | 284 |
| % Voted | 44% | 0% | 0% | | 45% | 19% | 0% | 33% | 46% | 43% | 0% | 0% | 4% | 26% | 53% | 56% | 44% |

Report Design Copyright © 2010 Election Systems and Software, Inc.

Processed: 06/03/2010 3:20 PM

MORGAN

# Percentage Voted Statistics Report
## in DECATUR SPECIAL ELECTION
### A Breakdown of Statistics within Precinct
Includes Registrants with Status of: ACTIVE, INACTIVE

| Pol. Subdivision | Party Affiliation | | | Race | | | | Gender | | | Age Range | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PND | UNA | Other | W | B | A | Other | Male | Female | Unkn | < 18 | 18-24 | 25-44 | 45-65 | > 65 | |
| **0314.01** | | | | | | | | | | | | | | | | |
| No. Registered | 582 | 0 | 0 | 558 | 16 | 3 | 5 | 280 | 302 | 0 | 0 | 60 | 127 | 280 | 115 | 582 |
| No. Voted | 208 | 0 | 0 | 204 | 3 | 0 | 1 | 102 | 106 | 0 | 0 | 4 | 28 | 117 | 59 | 208 |
| % Voted | 36% | 0% | 0% | 37% | 19% | 0% | 20% | 36% | 35% | | 0% | 7% | 22% | 42% | 51% | 36% |
| **0314.02** | | | | | | | | | | | | | | | | |
| No. Registered | 1,029 | 0 | 0 | 956 | 48 | 11 | 14 | 501 | 528 | 0 | 0 | 96 | 230 | 539 | 164 | 1,029 |
| No. Voted | 407 | 0 | 0 | 386 | 18 | 0 | 3 | 188 | 219 | 0 | 0 | 11 | 50 | 242 | 104 | 407 |
| % Voted | 40% | 0% | 0% | 40% | 38% | 0% | 21% | 38% | 41% | | 0% | 11% | 22% | 45% | 63% | 40% |
| **SUBTOTAL FOR ST ANDREWS PRESBYTERIAN** | | | | | | | | | | | | | | | | |
| No. Registered | 1,611 | 0 | 0 | 1,514 | 64 | 14 | 19 | 781 | 830 | 0 | 0 | 156 | 357 | 819 | 279 | 1,611 |
| No. Voted | 615 | 0 | 0 | 590 | 21 | 0 | 4 | 290 | 325 | 0 | 0 | 15 | 78 | 359 | 163 | 615 |
| % Voted | 38% | | | 39% | 33% | 0% | 21% | 37% | 39% | | 0% | 10% | 22% | 44% | 58% | 38% |
| **TOTAL** | | | | | | | | | | | | | | | | |
| No. Registered | 1,611 | 0 | 0 | 1,514 | 64 | 14 | 19 | 781 | 830 | 0 | 0 | 156 | 357 | 819 | 279 | 1,611 |
| No. Voted | 615 | 0 | 0 | 590 | 21 | 0 | 4 | 290 | 325 | 0 | 0 | 15 | 78 | 359 | 163 | 615 |
| % Voted | 38% | 0% | 0% | 39% | 33% | 0% | 0% | 37% | 39% | 0% | 0% | 10% | 22% | 44% | 58% | 38% |

Report Design Copyright © 2010 Election Systems and Software, Inc.