Respond to the Justice Department request with an enumerated list that corresponds to the letter with all the material we can put our hand on quickly.  This will also include the information they are asking for that was already sent.  The problem with this is time.  We do not have the time to play this game with the justice department.  Ideally we could pull together as much as we can of the information and send it in a week with some areas showing information unavailable.  They would probably use their full sixty days to respond which puts us a mid April before we even submit the five district plans and mid June for sixty days from that.  We must have districts in place in time for the August 28th election by May 28th 2012.  Poll locations must be established March 31st 2012.  However, it does put the decision to dismiss the results of the election into the hands of a higher authority than the City.


Withdraw the current request because it is mathematically impossible to create a three district plan that divides the population equally and is not retrogressive in nature.  The ideal district size is 18,561 and according to the 2010 census there are 12,525 black residents in Decatur.  This is 67% of 18,561.  The only way to create a majority minority district would be if everyone one of the 12,525 lived in the same area.  We are pleased to report that our city has become more diverse since the late 80's and our minority residents do not all live in any one particular part of town.  It is impossible to create a district that is anywhere close to the ideal district size and maintain a majority of minority residents if the district size is the 18,561 that the three district plan would require.