People talked to during redistricting

Department of Justice (DC)

Stefanie Celendine

202-514-6087


Al. Attorney General

Misty Fairbanks
mfairbanks@ago.state.al.us

334-242-7305 (main line)
334-353-8674  (direct)

Reapportionment Office

Bonnie Shanholtzer

334-242-7941