FILED
2015 Oct-28  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Criteria for Redistricting the City of Decatur

The City of Decatur is divided into single-member districts, the boundaries of which are adjusted decennially based upon the most recent census figures for population. The adjustments are based upon the following criteria:

1. Redistribution of population (based on 2000 census) to create districts of essentially equal population with a total deviation of district size by population of 10% (+ or – 5%) city wide.

2. Delineation of one district with a concentration of minority population to a degree that would reasonably insure the election of a minority (e.g. 65%). However avoiding the concentration of a minority group into one overwhelming majority  (e.g. 80%), and avoiding the splitting of small percentages of a minority group into large majority districts, thus, submerging the minority vote.

3. All districts will be composed of contiguous and, to the extent possible, compact territory, using the center lines of streets or alleys or other well-defined natural or manmade landmarks as boundaries.

4. District boundaries follow as closely as possible:  existing "voting precincts" lines; Census tracts*; major thorough fares or railroads; and natural lines such as rivers or streams.

5. Adjustments are being made to the existing Council District boundaries based upon criteria (1 and 2 above) and where there has been most population growth and decline.  Based on 2000 Census, the districts should have 10,785 in population (the "ideal district population".)

6. The cores of existing districts should be maintained; contests between incumbents should be avoided where possible.

7. Great effort should be taken not to split existing precinct boundaries (voting places) unless absolutely necessary to meet the above criteria, (particularly items 1 and 2 above)

8. If deviation of any district population size greater than + or – 5%, may be permitted in an  effort to keep existing voting places and precincts intact to avoid voter reassignment and confusion, and /or established neighborhood boundaries, and to meet criteria, in particular items 1 and 2 above.

9.  Creating new voting (places) precincts for convenience of voter and / or where there has been most growth since 1990 census.  (District 5)

10. Coordination with Morgan County Commission , and the Morgan County Board of Registrars.  Any changes in voting places or precinct boundaries

## Criteria for Redistricting the City of Decatur

.