AUG/25/2011/THU 01:04 PM DOJ/CRT/VOTING    FAX No. 2023073961    P. 001/006
Case 5:14-cv-00540-AKK   Document 60-23   Filed 10/28/15   Page 1 of 7
FILED
2015 Oct-28 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA



**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

# FAX Transmittal Sheet

**Date:** August 25, 2011

**To:**
- **Name:** Karen J. Smith
- **Organization:** Planning Department, City of Decatur, Alabama
- **FAX No:** 256-341-4727
- **Off. Phone:** 256-341-4720

**From:**
- **Name:** Suzanne Stafford
- **FAX No:** 202-307-3961
- **Off. Phone:** 202-514-6197

**Subject:** This responds to your amended August 23, 2011 request for records. Please feel free to contact me if you have any questions.

Suzanne Stafford
Civil Rights Analyst

**Number of pages transmitted (including this sheet):** 6

```
Date: 08/25/2011      Submission Tracking and Processing System (STAPS)    Page: 1 of 2
Time: 08:40 AM           Past and Current Submissions Report - Public

Selected Report Date: 01/01/1980 TO 08/25/2011   Selected   AL
Selected Staff :                                 Jurisdiction:
Selected First Due Out Date:                                 DECATUR
```

STATE:         AL
COUNTY:        MORGAN
SUBJURISDICTION: DECATUR
*******************************
Sub Number: 1987-1687   (S 5703-5707)
*******************************

| Change Type | Description Code | Act/Ord | Act/Ord Date | Date Of Action | Action Code |
|---|---|---|---|---|---|
| **OPEN: None** | | | | | |
| **CLOSED:** | | | | | |
| Districting | | | | 08/12/1987 | Sub |
| Change Comments: | | | | 08/14/1987 | Add info recd |
| | | | | 10/13/1987 | No obj |

STATE:         AL
COUNTY:        MORGAN
SUBJURISDICTION: DECATUR
*******************************
Sub Number: 1992-0135
*******************************

| Change Type | Description Code | Act/Ord | Act/Ord Date | Date Of Action | Action Code |
|---|---|---|---|---|---|
| **OPEN: None** | | | | | |
| **CLOSED:** | | | | | |
| Redist | Council | | | 01/14/1992 | Sub |
| Change Comments: | | | | 03/16/1992 | No obj |

```
Date: 08/25/2011          Submission Tracking and Processing System (STAPS)    Page: 2 of 2
Time: 08:40 AM                  Past and Current Submissions Report - Public

Selected Report Date: 01/01/1980  TO  08/25/2011    Selected  AL
Selected Staff :                                    Jurisdiction:
Selected First Due Out Date:                                    DECATUR
```

STATE:           AL
COUNTY:          MORGAN
SUBJURISDICTION: DECATUR
****************************
Sub Number: 2004-0003
******************************

| Change Type | Description Code | Act/Ord | Act/Ord Date | Date Of Action | Action Code |
|---|---|---|---|---|---|
| OPEN: None | | | | | |
| CLOSED: | | | | | |
| Redist | Council | | | 01/05/2004 | Sub |
| Change Comments: 2003 | | | | 02/25/2004 | No obj |

WBR:MAP:TGL:sw:dvs
DJ 166-012-3
S5216-5219
S5703-5707; S7210
S5706-5711

October 13, 1987

David R. Boyd, Esq.
Balch & Bingham
P. O. Box 78
Montgomery, Alabama 36101

Dear Mr. Boyd:

This refers to the change in method of election from at large to single-member districts; a districting plan; an implementation schedule; realignment of voting precincts; and ten annexations (Ordinance Nos. 87-2643A, 87-2644A, 87-2652, 87-2656, 87-2660, 87-2661, 87-2662, 87-2676, 87-2677, and 87-2678) to the City of Decatur in Morgan County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973c. We received your submissions on August 11, 12, and 14, 1987.

The Attorney General does not interpose any objections to the changes in question. However, we feel a responsibility to point out that Section 5 of the Voting Rights Act expressly provides that the failure of the Attorney General to object does not bar any subsequent judicial action to enjoin the enforcement of such changes. See Section 51.41 of the Procedures for the Administration of Section 5 (52 Fed. Reg. 496 (1987)).

Sincerely,

Wm. Bradford Reynolds
Assistant Attorney General
Civil Rights Division

By:

Gerald W. Jones
Chief, Voting Section

cc: Honorable Bill J. Dukes
    Mayor

cc: Pubic File

RORY C. HOOXNGA

JRD:MAX:JRW:lr
DJ 166-012-3
82-0138

March 16, 1992

Honorable Bill J. Dukes
Mayor
P. O. Box 488
Decatur, Alabama 35602

Dear Mayor Dukes:

This refers to the 1991 redistricting plan, the realignment of voting precincts, two polling place changes, and the establishment of two additional voting precincts and two polling places for the City of Decatur in Morgan County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. 1973c. We received your submission on January 14, 1992.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. See the Procedures for the Administration of Section 5 (28 C.F.R. 51.41).

Sincerely,

John R. Dunne
Assistant Attorney General
Civil Rights Division

By:

Gerald W. Jones
Chief, Voting Section

cc: Public File



U.S. Department of Just~

Civil Rights Division

JDR:RPL:TGL:par
DJ 166-012-3
2004-0003
2004-0004
2004-0351

*Voting Section - NWB.*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*

February 25, 2004

The Honorable Lynn C. Fowler
Mayor
P.O. Box 488
Decatur, Alabama  35602

William E. Shinn, Jr., Esq.
Harris, Caddell & Shanks
P.O. Box 2688
Decatur, Alabama  35602-2688

Dear Mayor Fowler and Mr. Shinn:

    This refers to the 2003 redistricting plan for the Decatur School District in Limestone and Morgan Counties; the 2003 redistricting plan, the realignment of voting precincts, and the polling place changes for the City of Decatur in Morgan County; and the realignment of voting precincts and the polling place change for Morgan County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submissions on January 5 and 29, 2004.

    The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. In addition, as authorized by Section 5, we reserve the right to reexamine these submissions if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period. See Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41).

                                            Sincerely,

                                            Joseph D. Rich
                                            Chief, Voting Section



**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

# FAX Transmittal Sheet

**Date:** August 25, 2011

|| || |||| ||