| NAME | TOTAL | BLACK | 40 % MINORITY PERCENT BLACK | DIFFERENCE FROM IDEAL DISTRICT SIZE | PERCENT DIFFERENCE FROM IDEAL |
|---|---|---|---|---|---|
| District 1 | 16043 | 6430 | 40% | -2518 | -13.57% |
| District 2 | 20514 | 3147 | 15% | 1953 | 10.52% |
| District 3 | 19126 | 2948 | 15% | 565 | 3.04% |
| TOTAL | 55683 | 12525 | | | |
| IDEAL DISTRICT SIZE | 18561 | | | | |

NONBLACK

       9613
      17367
      16178
      43158