# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **GARY VOKETZ,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO: |
| | ) 5:14-cv-00540 |
| v. | ) |
| | ) Assigned To:  AKK |
| **THE CITY OF DECATUR, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 29th day of March, 2017, in favor of defendants.

Respectfully submitted,

*/s/ Russ Prickett*
CHARLES R. PRICKETT
Attorney for Plaintiff

OF COUNSEL:
THE COLE LAW FIRM, LLC
P.O. Box 2064
Decatur, AL 35602
P: (256) 353-0550
F: (256) 353-0552
Russ@CarlColeLaw.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            /s/ Charles R. Prickett
                                            Of Counsel