FILED
2018 Nov-15 PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2018

Sharon Harris
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 17-11941-DD
Case Style: Gary Voketz v. City of Decatur, Alabama, et al
District Court Docket No: 5:14-cv-00540-AKK

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

Case 5:14-cv-00540-AKK   Document 79   Filed 11/15/18   Page 2 of 2

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit
_____

No. 17-11941
_____

District Court Docket No.
5:14-cv-00540-AKK

GARY VOKETZ,
for himself and on behalf of the citizens of Decatur, Alabama, and the State of Alabama,

                Plaintiff - Appellant,

versus

DECATUR, ALABAMA, CITY OF,
the; a municipal corporation,
CITY COUNCIL OF DECATUR, THE,
DON KYLE,
ROGER ANDERS,
BILLY JACKSON, et al.,

                Defendants - Appellees,

AL ROBINSON,
DORIS A. BAKER,
DR. SAMUEL T. KING,
ANNIE R. PRIEST,

                Intervenors Defendants - Appellees.
_____

Appeal from the United States District Court for the
Northern District of Alabama
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 13, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE 11/15/2018**