FILED
2019 Oct-10 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# APPENDIX A

ACT #2018-____569____

1  HB147

2  188464-3

3  By Representative Faulkner

4  RFD: County and Municipal Government

5  First Read: 09-JAN-18



MAR 28 2018
RECEIVED
GOVERNOR'S OFFICE

HB147

1
2  ENROLLED, An Act,
3           To add Section 11-43A-1.1 to the Code of Alabama
4  1975, the Council-Manager Act of 1982; to authorize certain
5  municipalities having the mayor-council form of government to
6  adopt alternate forms of organization for the council-manager
7  form of government and to provide for the election of the
8  members of the council; and to amend Section 11-43A-16, Code
9  of Alabama 1975, to further provide for the election of a
10 mayor pro tempore and for the filling of vacancies in the
11 office of mayor and members of the council, and to amend
12 Sections 11-43A-8, 11-43A-9, 11-43A-14, and 11-43A-32 of the
13 Code of Alabama 1975, to conform to this act and to further
14 specify exceptions to the number of members on the
15 council-manager form of government under existing law.
16 BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
17          Section 1. Section 11-43A-1.1 is added to the Code
18 of Alabama 1975, to read as follows:
19          §11-43A-1.1
20          Notwithstanding any other provision of this article,
21 any Class 4, 5, 6, 7, or 8 municipality having the
22 mayor-council form of government, by resolution of the
23 council, may provide for the adoption of the council-manager
24 form of government under this article having a council
25 composed of either five or seven members. One member shall be

1  the mayor elected at large, who shall be a voting member of
2  the council. Either four or six members shall be council
3  members elected either at large or from single-member
4  districts, as the resolution shall provide. If a municipality
5  has single-member districts for the election of council
6  members when the council-manager form of government is adopted
7  in the municipality, the municipality shall continue with
8  either four or six council members elected from single-member
9  districts and the mayor shall be elected at large. After the
10 adoption of the resolution by the council, the adoption of the
11 council-manager form of government shall be governed by this
12 article, except to the extent of any direct conflict in this
13 article concerning the number and election of members of the
14 council and as subject to the resolution of the council
15 providing for the adoption of the council-manager form of
16 government.
17      Section 2. Sections 11-43A-8, 11-43A-9, 11-43A-14,
18 11-43A-16, and 11-43A-32 of the Code of Alabama 1975, are
19 amended to read as follows:
20      "§11-43A-8.
21      "(a) The governing body provided for herein shall be
22 known collectively as the "Council of the City (Town) of _____
23 (name of city or town to be inserted)" and shall have the
24 powers and duties hereinafter provided. Except as hereinafter
25 provided and as otherwise provided for in Section 11-43A-1.1,

HB147

1   the council shall have five members. One member shall be the
2   mayor, elected by the voters at large, to preside over the
3   deliberations of the council. One member shall be a council
4   member elected by the voters at large. Three members shall be
5   council members elected by the voters from each of three
6   single-member districts. The council first elected shall
7   qualify and take office on the first Monday in October
8   following the date of the next ensuing municipal election held
9   for the election of members of a municipal governing body
10  during a general municipal election year.
11              "(b) In Class 6 cities the municipal governing body,
12  by resolution, may elect to have the council composed and
13  elected as above prescribed or to have the alternate form as
14  hereinafter prescribed. If the municipal governing body, by
15  resolution, elects to have the alternate form, it shall
16  immediately notify the judge of probate, who shall have the
17  ballots for the election, authorized in section 11-43A-3,
18  prepared to pose the question of the adoption of the alternate
19  form of government authorized in this section. The council
20  shall have nine members. One member shall be the mayor, who
21  shall be a voting member, elected by the voters at large, to
22  preside over the deliberations of the council. Eight members
23  shall be council members elected by the voters, two from each
24  of four dual-member districts. The council first elected shall
25  qualify and take office on the first Monday in October in an

1   even-numbered year designated by the municipal governing body
2   unless the election approving the change in the form of
3   government was held in 1983, in which case such council shall
4   qualify and take office on the first Monday in October 1986.
5       "(c) Subsequent to the seating of the initial
6   council, the next council shall be elected at an election to
7   be held in accordance with provisions of the general municipal
8   election laws.
9       "§11-43A-9.
10      "(a) In all cities to which this section applies,
11  except Class 6 cities wherein the municipal governing body has
12  elected to have a nine-member council, as authorized in
13  Section 11-43A-8, the election for the first officers of the
14  municipality shall be held on the same date as the date of
15  election for the next ensuing general municipal election.
16  ~~Before~~ Except as otherwise provided for in Section 11-43A-1.1,
17  ~~such~~ the election of the governing body of the municipality
18  shall cause the municipality to be divided into three
19  districts containing as nearly an equal number of people as
20  possible. Candidates shall qualify in the manner prescribed in
21  the general municipal election laws and shall have the
22  qualifications and eligibility set forth therein. Each
23  candidate shall announce that he or she is to become a
24  candidate for mayor, or councilman-at-large, or if he or she
25  desires to become a candidate for one of the three district

HB147

posts, either district post 1, district post 2, or district post 3. A candidate for a district position shall reside in his or her district. Each voter in the election may cast one vote for a candidate for mayor, one vote for a councilman-at-large, and one vote for the candidate from the district in which he or she resides. Any candidate receiving a majority of the total votes cast for mayor, councilman-at-large, district post 1, district post 2, and district post 3 shall be elected. In the event no candidate receives a majority for a place on the council there shall be a runoff election for such place held in the manner prescribed by the general municipal election laws. The councilmen elected shall take office as herein provided. Each councilman shall hold office for four years and shall serve until his or her successor shall have been elected and qualified.

"(b) In Class 6 cities wherein the municipal governing body has elected to have a nine-member council as authorized in Section 11-43A-8, the election for the first officers of the municipality shall be held on the same date as the date of election for the next ensuing general municipal election. Before such election the governing body of the municipality shall cause the municipality to be divided into four districts containing as nearly an equal number of people as possible. Candidates shall qualify in the manner prescribed in the general municipal election laws and shall have the

\

HB147

qualifications and eligibility set forth therein. Each candidate shall announce that he or she is to become a candidate for mayor, or if he or she desires to become a candidate for one of the eight district posts, either district 1 post 1, district 1 post 2, district 2 post 1, district 2 post 2, district 3 post 1, district 3 post 2, district 4 post 1, or district 4 post 2. A candidate for a district position shall reside in his or her district. The municipal governing body shall have the authority by ordinance to establish geographic boundaries of approximately equal population for each of the two posts in any or all of the four districts. The ordinance of the city required by the preceding sentence shall be adopted no later than 75 days prior to the date of the election with respect to which the establishment of districts is to be effective. In establishing any such posts within a district, the city shall not be required to comply with Section 11-43A-33 except with respect to elections held subsequent to the publication of a federal census or population subsequent to the 1990 federal census of population. Each voter in the election may cast one vote for a candidate for mayor and one vote for a candidate for each of the two posts for the district in which he or she resides unless the municipal governing body has designated geographic boundaries for the two posts in a district. If the governing body has designated by ordinance geographic post boundaries

HB147

for a district, then each voter within that district may cast one vote for a candidate for the post position within the district geographic boundaries where he or she resides. Any candidate receiving a majority of the total votes cast for mayor, or for a district post shall be elected. In the event no candidate receives a majority for a place on the council there shall be a runoff election for such place held in the manner prescribed by the general municipal election laws. The councilmen elected shall take office as herein provided. Councilmen elected hereunder, each, shall hold office for four years and shall serve until his or her successor shall have been elected and qualified.

"§11-43A-14.

"(a) At every such election all ballots to be used by the voters shall be printed and prepared by the municipality and shall contain the names of all candidates seeking election to the office of mayor, ~~councilman-at-large, or one of the three district council seats except that in all Class 6 cities wherein the municipal governing body has elected to have a nine member council as authorized in Section 11-43A-8, supra, the ballot shall contain the names of all candidates seeking election to the office of mayor, or to each post in one of the four council districts.~~ or to a position as a member of the council.

1  "(b) The ballot shall conform, as nearly as can be,
2  to the ballot prescribed in the general municipal election
3  laws and the election shall be conducted as nearly as can be
4  as prescribed by such laws.
5  "§11-43A-16.
6  "(a) The mayor shall preside at the meetings of the
7  council and shall be recognized as the head of the municipal
8  government for all ceremonial purposes and by the Governor for
9  purpose of military law, but shall have no other
10 administrative duties.
11  "(b) In all cities to which this section applies,
12 except Class 6 cities wherein the municipal governing body has
13 elected to have a nine-member council, as authorized in
14 Section 11-43A-8, and except in municipalities organized under
15 Section 11-43A-1.1, the councilman-at-large shall be assistant
16 mayor and shall act as mayor during the absence or disability
17 of the mayor. Any vacancy in the office of the mayor shall be
18 filled by the councilman-at-large. In such the Class 6 cities
19 and municipalities organized under Section 11-43A-1.1, a mayor
20 pro tem tempore shall be elected from the membership by a
21 majority vote of the council at its first meeting following
22 its election. The mayor pro tem tempore shall act as mayor
23 during the absence or disability of the mayor. Any vacancy in
24 the office of the mayor shall be filled by the mayor pro tem
25 tempore. Any vacancies on the council, except that of the

    office of mayor, shall be filled by the council at the next regular meeting of the council following the date of the vacancy. The election of a new councilman shall require the affirmative vote of at least three members in all cities to which this section applies, except <u>in</u> Class 6 cities wherein the municipal governing body has elected to have a nine-member council, as authorized in Section 11-43A-8, and in ~~such~~ <u>the</u> Class 6 cities ~~such~~ <u>the</u> election shall require the affirmative vote of five members <u>and in municipalities organized under Section 11-43A-1.1, the election shall require an affirmative vote of a majority of the elected members of the council</u>. A vacancy in one of the district council seats shall be filled by a person who shall reside within the district from whence the vacancy arose.

    "~~(b)~~ <u>(c)</u> Notwithstanding subsection ~~(a)~~ <u>(b)</u>, in Class 7 municipalities that have adopted a council-manager form of government consisting of a mayor and four council members elected at-large, the council, at its first meeting <u>after election</u>, by majority vote, shall elect a mayor pro tempore from its membership. The mayor pro tempore shall preside during the absence or disability of the mayor. Any vacancy in the office of the mayor shall be filled by the mayor pro tempore. Any vacancy on the council, except for the office of mayor, shall be filled by the council at its next regular

1  meeting following the vacancy. An affirmative vote of the
2  council is required to fill the vacancy.
3      "§11-43A-32.
4      "(a) ~~There~~ Except as otherwise provided for in
5  Section 11-43A-1.1 and subject to subsection (b), there shall
6  be established three council districts to be designated
7  respectively as district post 1, district post 2, and district
8  post 3, and in such Class 6 cities, there shall be established
9  four council districts with eight district posts to be
10 designated district 1 post 1, district 1 post 2, district 2
11 post 1, district 2 post 2, district 3 post 1, district 3 post
12 2, district 4 post 1, and district 4 post 2. Such districts
13 shall have, as nearly as is reasonable, the same population.
14 The designation and boundaries of the initial council
15 districts shall be specifically described and set forth. In
16 all cities to which this section applies, except the
17 above-described Class 6 cities, the two at-large posts on the
18 council shall be designated as mayor and councilman-at-large;
19 and in such Class 6 cities the one at-large post on the
20 council shall be designated as mayor.
21     "(b) This section shall not apply to a Class 6
22 municipality with a nine-member council authorized pursuant to
23 Section 11-43A-8 or a Class 7 municipality with a five-member
24 council elected at-large authorized pursuant to Section
25 11-43A-3.3."

HB147

1         Section 3. This act shall become effective on the
2 first day of the third month following its passage and
3 approval by the Governor, or its otherwise becoming law.

HB147

1
2
3          _____Mac McCutcheon_____
4                 Speaker of the House of Representatives

5          _____Del Mar_____
6              President and Presiding Officer of the Senate

7                       House of Representatives
8          I hereby certify that the within Act originated in
9    and was passed by the House 08-MAR-18, as amended.
10
11                              Jeff Woodard
12                              Clerk
13

14         _____
15
16    Senate              28-MAR-18                    Passed
17

APPROVED  4-6-18
TIME  235 pm
Kay Ivey
GOVERNOR

Alabama Secretary Of State
Act Num....: 2018-569
Bill Num...: H-147
Recv'd 04/06/18   03:58pmKCW

**SENATE ACTION**
(Continued)

DATE: 3-28-18   RD 3 at length
PASSED ☑   PASSED AS AMENDED ☐
YEAS 26   NAYS 1   [signature]
And was ordered returned forthwith to the House.
PATRICK HARRIS, Secretary

DATE: _____, 20__
INDEFINITELY POSTPONED   YEAS ___ NAYS ___

DATE: _____, 20__
RECONSIDERED   YEAS ___ NAYS ___

**CONFERENCE COMMITTEE**

Senate Conferees _____

This bill having been referred to the Committee on Rules pursuant to Senate Rule 23 is reported to the Senate for assignment to the Committee on:

This ___ day of _____, 20__

_____, Chairperson

Date: _____  Rereferred _____

Committee: _____