FILED
2019 Oct-10 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# APPENDIX B

ACT #2019- 360

1  HB286

2  196488-2

3  By Representatives Faulkner, Ellis, Harbison, Gaston,

4  McMillan, Weaver and Faust

5  RFD: County and Municipal Government

6  First Read: 21-MAR-19



HB286

1
2   ENROLLED, An Act,
3           Relating to the council-manager form of government;
4   to amend Section 11-43A-1.1 of the Code of Alabama 1975, as
5   added by Act 2018-569 of the 2018 Regular Session, to further
6   provide for the procedures for the change in the form of
7   government of a municipality from the mayor-council form of
8   government to the council-manager form of government; and to
9   amend Sections 11-43A-7 and 11-43A-8 of the Code of Alabama
10  1975, as amended by Act 2018-569 of the 2018 Regular Session,
11  to further provide when the change takes place.
12  BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
13          Section 1. Section 11-43A-1.1 of the Code of Alabama
14  1975, as added by Act 2018-569 of the 2018 Regular Session, is
15  amended to read as follows:
16          "§11-43A-1.1.
17          "Notwithstanding any other provision of this
18  article, <u>after the judge of probate has certified to the mayor
19  or other chief executive officer of the municipality the
20  sufficiency of a petition asking that the question of the
21  adoption of the council-manager form of government be
22  submitted to the qualified voters of the municipality,</u> any
23  Class 4, 5, 6, 7, or 8 municipality having the mayor-council
24  form of government, by resolution of the council, may provide
25  for the ~~adoption of the council-manager form of government~~

1  ~~under this article having a~~ council in a municipality
2  proposing to adopt the council-manager form of government to
3  be composed of either five or seven members~~.~~ as follows: One
4  member shall be the mayor elected at large, who shall be a
5  voting member of the council~~. Either~~ and either four or six
6  members shall be council members elected either at large or
7  from single-member districts, as the resolution shall provide.
8  If a municipality has single-member districts for the election
9  of council members when the council-manager form of government
10 is adopted in the municipality, the municipality shall
11 continue with either four or six council members elected from
12 single-member districts and the mayor shall be elected at
13 large. ~~After the adoption of the resolution by the council,~~
14 The question on the ballot shall indicate the composition of
15 the mayor and council should the council-manager form of
16 government be adopted. If the adoption of the council-manager
17 form of government is approved as provided in Section
18 11-43A-6, the municipality shall be governed by this article,
19 except to the extent of any direct conflict in this article
20 concerning the number and election of members of the council
21 as provided in this section. ~~and as subject to the resolution~~
22 ~~of the council providing for the adoption of the~~
23 ~~council-manager form of government.~~"

HB286

1    Section 2. Section 11-43A-7 and Section 11-43A-8 of
2    the Code of Alabama 1975, as amended by Act 2018-569 of the
3    2018 Regular Session, are amended to read as follows:
4    "§11-43A-7.
5    "The change in the form of government shall take
6    place on the first Monday in ~~October~~ November following the
7    date of the next ensuing municipal election for the election
8    of members of the governing body held by the municipality
9    during a general municipal election year as established by
10   Section 11-46-21, except in Class 6 cities wherein the
11   municipal governing body has elected to have a nine-member
12   council as authorized in Section 11-43A-8; and in such cities
13   the change in the form of government may take place on the
14   first Monday in ~~October~~ November in any even-numbered year,
15   designated therefor by the municipal governing body unless the
16   election approving such change was held in 1983, in which case
17   the change shall take place on the first Monday in October
18   1986.
19   "§11-43A-8.
20   "(a) The governing body provided for herein shall be
21   known collectively as the "Council of the City (Town) of \_\_\_\_\_
22   (name of city or town to be inserted)" and shall have the
23   powers and duties hereinafter provided. Except as hereinafter
24   provided and as otherwise provided for in Section 11-43A-1.1,
25   the council shall have five members. One member shall be the

mayor, elected by the voters at large, to preside over the deliberations of the council. One member shall be a council member elected by the voters at large. Three members shall be council members elected by the voters from each of three single-member districts. The council first elected shall qualify and take office on the first Monday in ~~October~~ <u>November</u> following the date of the next ensuing municipal election held for the election of members of a municipal governing body during a general municipal election year.

"(b) In Class 6 cities the municipal governing body, by resolution, may elect to have the council composed and elected as above prescribed or to have the alternate form as hereinafter prescribed. If the municipal governing body, by resolution, elects to have the alternate form, it shall immediately notify the judge of probate, who shall have the ballots for the election, authorized in Section 11-43A-3, prepared to pose the question of the adoption of the alternate form of government authorized in this section. The council shall have nine members. One member shall be the mayor, who shall be a voting member, elected by the voters at large, to preside over the deliberations of the council. Eight members shall be council members elected by the voters, two from each of four dual-member districts. The council first elected shall qualify and take office on the first Monday in October in an even-numbered year designated by the municipal governing body

HB286

1 unless the election approving the change in the form of
2 government was held in 1983, in which case such council shall
3 qualify and take office on the first Monday in October 1986.
4 "(c) Subsequent to the seating of the initial
5 council, the next council shall be elected at an election to
6 be held in accordance with provisions of the general municipal
7 election laws."
8 Section 3. This act shall become effective
9 immediately following its passage and approval by the
10 Governor, or its otherwise becoming law.

HB286

1
2

3  _____*Mac McCutcheon*_____
4           Speaker of the House of Representatives

5  _____*[signature]*_____
6         President and Presiding Officer of the Senate

7                  House of Representatives
8      I hereby certify that the within Act originated in
9  and was passed by the House 25-APR-19.
10
11                        Jeff Woodard
12                        Clerk
13

14  _____
15
16   Senate          28-MAY-19              Passed
17

APPROVED ___6/4/19_____

TIME _____4:32pm_____

_____*Kay Ivey*_____
        GOVERNOR

Alabama Secretary Of State
Act Num....: 2019-360
Bill Num...: H-286

Recv'd 06/05/19   11:15amSLF

Page 6

## SENATE ACTION

**RECONSIDERED** YEAS ___ NAYS ___

**DATE:** ___
**RD 1 RFD** 4-2-5

This Bill was referred to the Standing Committee of the Senate on ___ GA ___ and was acted upon by such Committee in session and is by order of the Committee returned therefrom with a favorable report w/amd(s) ___ w/sub ___ w/eng sub ___

by a vote of yeas ___ nays ___ abstain ___ this ___ day of May, 20 19, ___ Chairperson

**DATE:** ___ 20 ___
**RF** ___ **RD 2 CAL**

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill.

HB ___
YEAS ___ NAYS ___

PATRICK HARRIS, Secretary

**DATE:** ___   **RD 3 at length** ___
**PASSED** ___ **PASSED AS AMENDED** ___

YEAS ___ NAYS ___
And was ordered returned forthwith to the House.

PATRICK HARRIS, Secretary

**DATE:** ___ 20 ___
**INDEFINITELY POSTPONED** YEAS ___ NAYS ___

## HOUSE ACTION

Clerk ___ GA ___

**DATE:** 3-21 2019
**RD 1 RFD** C+MG

### REPORT OF STANDING COMMITTEE

This bill having been referred by the House to its standing committee on C+MG was acted upon by such committee in session, and returned therefrom to the House with the recommendation that it be Passed. w/amend(s) ___ w/sub ___ this 11th day of April, 20 19, ___ Chairperson

**DATE:** 4-11 2019
**RF** ___ **RD 2 CAL**

**DATE:** ___ 20 ___
**RE-REFERRED** ___ **RE-COMMITTED** ___

Committee ___

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill.

HB 286
YEAS 100 NAYS 1

JEFF WOODARD

**SPONSOR** | **DIST. NO.**
Ellis | 96
Amy Harbor 12 | 28
Lester KG | 29
___ | 30
___ | 31
Nancy 44 | 32
Faust 24 | 33
| 34
| 35
| 36
| 37
| 38
| 39
| 40
| 41
| 42
| 43
| 44
| 45
| 46
| 47
| 48
| 49
| 50
| 51
| 52
| 53