

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY VOKETZ, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CITY OF DECATUR, ALABAMA, et al., | ) |
| | ) CASE NO. 5:14-CV-540-AKK |
| Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| AL ROBINSON, et al., | ) |
| | ) |
| Intervenor-Defendants | ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON MOOTNESS OF AMENDED COMPLAINT

Defendants City of Decatur, the Defendant designated as the "the City Council of Decatur," and Don Kyle, Roger Anders, Billy Jackson, Gary Hammon, Charles Kirby and Chuck Ard, in their individual capacities, and defendants Tab Bowling, Billy Jackson, Kristi Hill, Paige Bibbee, Charles Kirby and Chuck Ard, in their official capacities,[1] move the Court for summary judgment in their favor, because all

---

[1] Mayor Tab Bowling and Councilpersons Kristi Hill and Paige Bibbee have taken office since the filing of the plaintiff's amended complaint in this case and have been automatically substituted in their official capacities as parties to this action pursuant to Rule 25(d), Fed R. Civ. P.

of Plaintiff's claims in the amended complaint are now moot. As grounds for their motion, said defendants state as follows:

    1. In its opinion reversing this Court's summary judgment based on Section 5 of the Voting Rights Act, the Eleventh Circuit emphasized that state law might pose an obstacle to the prospective implemental of the 2010 referendum. The Court stated: "It may be that Section 2 of the Voting Rights Act, the Constitution, *or state law* could impose some obstacle that prevents Defendants from implementing the 2010 referendum now. We do not know the answer to that question. What we do know is that Section 5 does not stand in the way." Id. at 910 (emphasis added).

    2. Plaintiff Voketz's amended complaint filed in this action on September 22, 2014, (Doc. 31), asks this Court to require the City of Decatur to enforce the results of the referendum election held in April 2010 under the Council-Manager Act of 1982, either by ordering the City to use the three single-member and two at-large Council seats required by the unamended CMA or by ordering the City to adopt some number of single-member districts that would comply with federal law.

    3. However, the CMA has been amended since the filing of Voketz's amended complaint. Amendments to the CMA in 2018 (Act No. 2018-569), and 2019 (Act No. 2019-360), codified at Ala. Code § 11-43A-1.1, now prohibit the City of Decatur from adopting the council-manager form of government until voters have

approved the change in a referendum election in which the ballot specifies either four or six single-member Council districts, as determined by resolution of the City Council.

4. The 2010 referendum election ballot did not comply with the amended CMA. For reasons set out more fully in the brief supporting this motion for summary judgment, the validity of the 2010 referendum election is a necessary predicate for all of Plaintiff's claims in his amended complaint, and this action should be dismissed.

5. This motion is supported by Exhibits A, B and C attached hereto.

s/ George W. Royer, Jr.<br>George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: gwr@LanierFord.com

s/ James U. Blacksher<br>James U. Blacksher

P.O. Box 636
Birmingham, AL 35201
Phone: 205-591-7238 / Fax: 866-845-4395
jblacksher@ns.sympatico.ca

Attorneys for Defendants City of Decatur, Alabama,
City Council of Decatur, Don Kyle, Roger Anders,
Billy Jackson, Gary Hammon, Charles Kirby, and
Chuck Ard

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

> Carl A. Cole, III
> Russ Prickett
> The Cole Law Firm
> P.O. Box 2064
> Decatur, Alabama 35602
> Carl@CarlColeLaw.com
> russ@carlcolelaw.com
>
> Edward Still
> 429 Green Springs Hwy, Ste. 161-304
> Birmingham AL 35209
> still@votelaw.com

on this the 24th   day of February, 2020.

s/ George W. Royer, Jr.
George W. Royer, Jr.
