FILED

2020 Feb-24  PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ACT #2018-_____ **569**

1    HB147

2    188464-3

3    By Representative Faulkner

4    RFD: County and Municipal Government

5    First Read: 09-JAN-18



HB147

1

2  ENROLLED, An Act,

3          To add Section 11-43A-1.1 to the Code of Alabama

4  1975, the Council-Manager Act of 1982; to authorize certain

5  municipalities having the mayor-council form of government to

6  adopt alternate forms of organization for the council-manager

7  form of government and to provide for the election of the

8  members of the council; and to amend Section 11-43A-16, Code

9  of Alabama 1975, to further provide for the election of a

10 mayor pro tempore and for the filling of vacancies in the

11 office of mayor and members of the council, and to amend

12 Sections 11-43A-8, 11-43A-9, 11-43A-14, and 11-43A-32 of the

13 Code of Alabama 1975, to conform to this act and to further

14 specify exceptions to the number of members on the

15 council-manager form of government under existing law.

16 BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

17         Section 1. Section 11-43A-1.1 is added to the Code

18 of Alabama 1975, to read as follows:

19         §11-43A-1.1

20         Notwithstanding any other provision of this article,

21 any Class 4, 5, 6, 7, or 8 municipality having the

22 mayor-council form of government, by resolution of the

23 council, may provide for the adoption of the council-manager

24 form of government under this article having a council

25 composed of either five or seven members. One member shall be

HB147

1    the mayor elected at large, who shall be a voting member of

2    the council. Either four or six members shall be council

3    members elected either at large or from single-member

4    districts, as the resolution shall provide. If a municipality

5    has single-member districts for the election of council

6    members when the council-manager form of government is adopted

7    in the municipality, the municipality shall continue with

8    either four or six council members elected from single-member

9    districts and the mayor shall be elected at large. After the

10   adoption of the resolution by the council, the adoption of the

11   council-manager form of government shall be governed by this

12   article, except to the extent of any direct conflict in this

13   article concerning the number and election of members of the

14   council and as subject to the resolution of the council

15   providing for the adoption of the council-manager form of

16   government.

17        Section 2. Sections 11-43A-8, 11-43A-9, 11-43A-14,

18   11-43A-16, and 11-43A-32 of the Code of Alabama 1975, are

19   amended to read as follows:

20        "§11-43A-8.

21        "(a) The governing body provided for herein shall be

22   known collectively as the "Council of the City (Town) of _____

23   (name of city or town to be inserted)" and shall have the

24   powers and duties hereinafter provided. Except as hereinafter

25   provided and as otherwise provided for in Section 11-43A-1.1,

HB147

1    the council shall have five members. One member shall be the
2    mayor, elected by the voters at large, to preside over the
3    deliberations of the council. One member shall be a council
4    member elected by the voters at large. Three members shall be
5    council members elected by the voters from each of three
6    single-member districts. The council first elected shall
7    qualify and take office on the first Monday in October
8    following the date of the next ensuing municipal election held
9    for the election of members of a municipal governing body
10   during a general municipal election year.

11          "(b) In Class 6 cities the municipal governing body,
12   by resolution, may elect to have the council composed and
13   elected as above prescribed or to have the alternate form as
14   hereinafter prescribed. If the municipal governing body, by
15   resolution, elects to have the alternate form, it shall
16   immediately notify the judge of probate, who shall have the
17   ballots for the election, authorized in section 11-43A-3,
18   prepared to pose the question of the adoption of the alternate
19   form of government authorized in this section. The council
20   shall have nine members. One member shall be the mayor, who
21   shall be a voting member, elected by the voters at large, to
22   preside over the deliberations of the council. Eight members
23   shall be council members elected by the voters, two from each
24   of four dual-member districts. The council first elected shall
25   qualify and take office on the first Monday in October in an

HB147

1    even-numbered year designated by the municipal governing body

2    unless the election approving the change in the form of

3    government was held in 1983, in which case such council shall

4    qualify and take office on the first Monday in October 1986.

5          "(c) Subsequent to the seating of the initial

6    council, the next council shall be elected at an election to

7    be held in accordance with provisions of the general municipal

8    election laws.

9          "§11-43A-9.

10         "(a) In all cities to which this section applies,

11   except Class 6 cities wherein the municipal governing body has

12   elected to have a nine-member council, as authorized in

13   Section 11-43A-8, the election for the first officers of the

14   municipality shall be held on the same date as the date of

15   election for the next ensuing general municipal election.

16   ~~Before~~ Except as otherwise provided for in Section 11-43A-1.1,

17   ~~such~~ the election of the governing body of the municipality

18   shall cause the municipality to be divided into three

19   districts containing as nearly an equal number of people as

20   possible. Candidates shall qualify in the manner prescribed in

21   the general municipal election laws and shall have the

22   qualifications and eligibility set forth therein. Each

23   candidate shall announce that he or she is to become a

24   candidate for mayor, or councilman-at-large, or if he or she

25   desires to become a candidate for one of the three district

HB147

1    posts, either district post 1, district post 2, or district

2    post 3. A candidate for a district position shall reside in

3    his or her district. Each voter in the election may cast one

4    vote for a candidate for mayor, one vote for a

5    councilman-at-large, and one vote for the candidate from the

6    district in which he or she resides. Any candidate receiving a

7    majority of the total votes cast for mayor,

8    councilman-at-large, district post 1, district post 2, and

9    district post 3 shall be elected. In the event no candidate

10   receives a majority for a place on the council there shall be

11   a runoff election for such place held in the manner prescribed

12   by the general municipal election laws. The councilmen elected

13   shall take office as herein provided. Each councilman shall

14   hold office for four years and shall serve until his or her

15   successor shall have been elected and qualified.

16           "(b) In Class 6 cities wherein the municipal

17   governing body has elected to have a nine-member council as

18   authorized in Section 11-43A-8, the election for the first

19   officers of the municipality shall be held on the same date as

20   the date of election for the next ensuing general municipal

21   election. Before such election the governing body of the

22   municipality shall cause the municipality to be divided into

23   four districts containing as nearly an equal number of people

24   as possible. Candidates shall qualify in the manner prescribed

25   in the general municipal election laws and shall have the

HB147

1   qualifications and eligibility set forth therein. Each
2   candidate shall announce that he or she is to become a
3   candidate for mayor, or if he or she desires to become a
4   candidate for one of the eight district posts, either district
5   1 post 1, district 1 post 2, district 2 post 1, district 2
6   post 2, district 3 post 1, district 3 post 2, district 4 post
7   1, or district 4 post 2. A candidate for a district position
8   shall reside in his or her district. The municipal governing
9   body shall have the authority by ordinance to establish
10  geographic boundaries of approximately equal population for
11  each of the two posts in any or all of the four districts. The
12  ordinance of the city required by the preceding sentence shall
13  be adopted no later than 75 days prior to the date of the
14  election with respect to which the establishment of districts
15  is to be effective. In establishing any such posts within a
16  district, the city shall not be required to comply with
17  Section 11-43A-33 except with respect to elections held
18  subsequent to the publication of a federal census or
19  population subsequent to the 1990 federal census of
20  population. Each voter in the election may cast one vote for a
21  candidate for mayor and one vote for a candidate for each of
22  the two posts for the district in which he or she resides
23  unless the municipal governing body has designated geographic
24  boundaries for the two posts in a district. If the governing
25  body has designated by ordinance geographic post boundaries

HB147

1    for a district, then each voter within that district may cast
2    one vote for a candidate for the post position within the
3    district geographic boundaries where he or she resides. Any
4    candidate receiving a majority of the total votes cast for
5    mayor, or for a district post shall be elected. In the event
6    no candidate receives a majority for a place on the council
7    there shall be a runoff election for such place held in the
8    manner prescribed by the general municipal election laws. The
9    councilmen elected shall take office as herein provided.
10   Councilmen elected hereunder, each, shall hold office for four
11   years and shall serve until his or her successor shall have
12   been elected and qualified.
13           "§11-43A-14.
14           "(a) At every such election all ballots to be used
15   by the voters shall be printed and prepared by the
16   municipality and shall contain the names of all candidates
17   seeking election to the office of mayor, councilman at large,
18   or one of the three district council seats except that in all
19   Class 6 cities wherein the municipal governing body has
20   elected to have a nine-member council as authorized in Section
21   11-43A-8, supra, the ballot shall contain the names of all
22   candidates seeking election to the office of mayor, or to each
23   post in one of the four council districts. or to a position as
24   a member of the council.

HB147

1    "(b) The ballot shall conform, as nearly as can be,
2    to the ballot prescribed in the general municipal election
3    laws and the election shall be conducted as nearly as can be
4    as prescribed by such laws.
5         "§11-43A-16.
6         "(a) The mayor shall preside at the meetings of the
7    council and shall be recognized as the head of the municipal
8    government for all ceremonial purposes and by the Governor for
9    purpose of military law, but shall have no other
10   administrative duties.
11        "(b) In all cities to which this section applies,
12   except Class 6 cities wherein the municipal governing body has
13   elected to have a nine-member council, as authorized in
14   Section 11-43A-8, and except in municipalities organized under
15   Section 11-43A-1.1, the councilman-at-large shall be assistant
16   mayor and shall act as mayor during the absence or disability
17   of the mayor. Any vacancy in the office of the mayor shall be
18   filled by the councilman-at-large. In ~~such~~ the Class 6 cities
19   and municipalities organized under Section 11-43A-1.1, a mayor
20   pro ~~tem~~ tempore shall be elected from the membership by a
21   majority vote of the council at its first meeting following
22   its election. The mayor pro ~~tem~~ tempore shall act as mayor
23   during the absence or disability of the mayor. Any vacancy in
24   the office of the mayor shall be filled by the mayor pro ~~tem~~
25   tempore. Any vacancies on the council, except that of the

HB147

1    office of mayor, shall be filled by the council at the next
2    regular meeting of the council following the date of the
3    vacancy. The election of a new councilman shall require the
4    affirmative vote of at least three members in all cities to
5    which this section applies, except in Class 6 cities wherein
6    the municipal governing body has elected to have a nine-member
7    council, as authorized in Section 11-43A-8, and in ~~such~~ the
8    Class 6 cities ~~such~~ the election shall require the affirmative
9    vote of five members and in municipalities organized under
10   Section 11-43A-1.1, the election shall require an affirmative
11   vote of a majority of the elected members of the council. A
12   vacancy in one of the district council seats shall be filled
13   by a person who shall reside within the district from whence
14   the vacancy arose.

15        "~~(b)~~ (c) Notwithstanding subsection ~~(a)~~ (b), in Class
16   7 municipalities that have adopted a council-manager form of
17   government consisting of a mayor and four council members
18   elected at-large, the council, at its first meeting after
19   election, by majority vote, shall elect a mayor pro tempore
20   from its membership. The mayor pro tempore shall preside
21   during the absence or disability of the mayor. Any vacancy in
22   the office of the mayor shall be filled by the mayor pro
23   tempore. Any vacancy on the council, except for the office of
24   mayor, shall be filled by the council at its next regular

HB147

1    meeting following the vacancy. An affirmative vote of the
2    council is required to fill the vacancy.
3              "§11-43A-32.
4              "(a) ~~There~~ Except as otherwise provided for in
5    Section 11-43A-1.1 and subject to subsection (b), there shall
6    be established three council districts to be designated
7    respectively as district post 1, district post 2, and district
8    post 3, and in such Class 6 cities, there shall be established
9    four council districts with eight district posts to be
10   designated district 1 post 1, district 1 post 2, district 2
11   post 1, district 2 post 2, district 3 post 1, district 3 post
12   2, district 4 post 1, and district 4 post 2. Such districts
13   shall have, as nearly as is reasonable, the same population.
14   The designation and boundaries of the initial council
15   districts shall be specifically described and set forth. In
16   all cities to which this section applies, except the
17   above-described Class 6 cities, the two at-large posts on the
18   council shall be designated as mayor and councilman-at-large;
19   and in such Class 6 cities the one at-large post on the
20   council shall be designated as mayor.
21             "(b) This section shall not apply to a Class 6
22   municipality with a nine-member council authorized pursuant to
23   Section 11-43A-8 or a Class 7 municipality with a five-member
24   council elected at-large authorized pursuant to Section
25   11-43A-3.3."

HB147

1                 Section 3. This act shall become effective on the

2     first day of the third month following its passage and

3     approval by the Governor, or its otherwise becoming law.

HB147

1

2

3  *Mac McCutchen*

4  Speaker of the House of Representatives

5  *Del Mar*

6  President and Presiding Officer of the Senate

7                         House of Representatives
8      I hereby certify that the within Act originated in
9  and was passed by the House 08-MAR-18, as amended.
10
11                         Jeff Woodard
12                         Clerk
13

14
15
16  Senate            28-MAR-18                    Passed
17


APPROVED  *4-6-18*

TIME  *235pm*

*Kay Ivey*
GOVERNOR

Alabama Secretary Of State
Act Num....: 2018-589
Bill Num...: H-147
Recv'd 04/06/18   03:58pmXCW

**SENATE ACTION**
(Continued)

DATE: 3-28-18    RD 3 at length

PASSED ☐ | PASSED AS AMENDED ☐

YEAS 26    NAYS _____

And was ordered returned forthwith to the House.

**PATRICK HARRIS,**
Secretary

DATE: _____ 20___

INDEFINITELY POSTPONED    YEAS    NAYS

DATE: _____ 20___

RECONSIDERED    YEAS    NAYS

**CONFERENCE COMMITTEE**

Senate Conferees _____

_____

_____

This bill having been referred to the Committee on Rules pursuant to Senate Rule 23 is reported to the Senate for assignment to the Committee on:

This _____ day of _____, 20___

_____, **Chairperson**

Date: _____    Rereferred

Committee: _____