# EXHIBIT B



THE COLE LAW FIRM, LLC                                    ATTORNEY - MEDIATOR

JUNE 7, 2018

Mr. George W. Royer, Jr.
Lanier Ford
Suite 102
2101 West Clinton Avenue
Huntsville, AL 35805

James Blacksher
300 21st Street North
Birmingham, AL 35203

Mayor Tab Bowling
Council President, Paige Bibbee
Councilwoman Kristi Huskey
Councilman Billy Jackson
Councilman Chuck Ard
Councilman Charles Kirby
Decatur City Hall
402 Lee Street
Decatur, AL 35601

      RE:      Gary Voketz v. The City of Decatur, et al.

Ladies and Gentlemen:

      The Council Manager Act of 1982 was amended by the legislature and signed into law by Governor Ivey in April. The amendment allows the City Council of Decatur, simply by a vote of the members, to adopt the Council Manager Act. On behalf of Gary Voketz, and the majority of the citizens of Decatur that voted in favor, I ask that the City Council of Decatur adopt the Council Manager Act.

      As you are undoubtedly aware, the amendment allows Decatur to have six council districts, instead of just three under the Council Manager Act.

WWW.CARLCOLELAW.COM

P.O. BOX 2064, DECATUR, AL 35602 • 401 LEE STREET, SUITE 601-A, DECATUR, AL 35601
PHONE: 256-353-0550 • FAX: 256-353-0552 • EMAIL: CARL@CARLCOLELAW.COM

The amendment cures the defects that the city's attorneys have alleged exist in the law that have prevented implementation after the voters passed the referendum. The city's attorneys have argued that adopting the Council Manager Act when it only allowed for three council districts would prevent the city from maintaining its majority black council district, and that the city is Constitutionally obligated to prevent regression by maintaining the district. To keep the majority black district, the city implemented a redistricting plan that has resulted in a significant deviation in population that has left District One, the majority black district, grossly under populated, and in violation of the principle of "one person, one vote." Given that the city of Decatur's black population is even more dispersed throughout the city now than it was immediately after the last census, maintaining a majority black district after the 2020 census will be impossible with only five council districts, if the city's previous arguments are correct.

Having six council districts is the only way to guarantee the city maintains a minority district. It also allows the distinct possibility of a second minority district.

I believe the last administration went out of its way to find excuses to thwart the will of the voters that passed the referendum. The voters wanted a city manager. The Council now has the ability to fulfill the will of the voters that approved the Council Manager Act. It received a majority of votes in 4 out of five districts. Only District One voted against it. This was because of the belief that it would do away with the majority black district. Now the city finds itself in the position where failing to implement it will almost certainly do away with the majority black district.

The Council can act without regard for the lawsuit that remains pending on appeal in the 11th Circuit. If the city prevails on appeal, the Council can still act, and should act, not only to fulfill the wishes of the voters that approved, but to guarantee minority representation. If the city loses on appeal at the 11th Circuit, the city will be forced to implement the Council Manager Act. The Section Two arguments that the city has made centered around having only three council districts are now moot.

The legislature has provided a way to bring this matter to a conclusion and allow the majority vote of the citizens of Decatur that approved the Council Manager Act to be honored. I ask that you let us know your intentions within the next fourteen days so that we can proceed with other legal options if the city is not willing to implement the CMA.

Yours Truly,

Russ Prickett

Carl Cole