Case 5:14-cv-00540-AKK   Document 103   Filed 08/03/22   Page 1 of 3
USCA11 Case: 20-14359   Date Filed: 08/03/2022   Page: 1 of 1
(1 of 3)

FILED
2022 Aug-03 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 03, 2022

Clerk - Northern District of Alabama
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 20-14359-BB
Case Style: Gary Voketz v. City of Decatur, Alabama, et al
District Court Docket No: 5:14-cv-00540-AKK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Richardson, BB/lt
Phone #: (404) 335-6174

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14359-BB

_____

GARY VOKETZ,
for himself and on behalf of the citizens of
Decatur, Alabama, and the State of Alabama,

                                                                         Plaintiff - Appellant,

versus

DECATUR, ALABAMA, CITY OF,
a municipal corporation,
CITY COUNCIL OF DECATUR, THE,
DON KYLE,
ROGER ANDERS,
BILLY JACKSON, et al.,

                                                                         Defendants - Appellees,

MICHAEL BURRELL,
LAKEYSIA CAUDLE,
ALMA BIRDSONG,
LYDIA B DAVIS,
BETTYE B JACKSON, et al.,

                                                                          Intervenor - Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER:

Appellees have moved to dismiss appellee Gary Voketz's appeal of the district court's order dismissing his complaint on the ground of mootness. Appellees aver that Voketz lacks standing to pursue this action. Voketz has been given an opportunity to respond and has filed nothing in opposition to Appellee's motion to dismiss.

Accordingly, the Court **GRANTS** as unopposed Appellees' motion to dismiss this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION